**CERTIFICATION PURSUANT TO**
**THE FEDERAL SECURITIES LAWS**

I, Michael P. Donovan, on behalf of Electrical Workers Pension Fund, Local 103, I.B.E.W. ("Local 103"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Administrator of Local 103. I have reviewed the complaint and authorize its filing.

2. Local 103 did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Local 103 is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. Local 103's transactions in the HP Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5. Local 103 has sought to serve as a representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification.

*In re The Chemours Company,* No. 19-cv-1911 (D. Del.)
*Electrical Workers Pension Fund, Local 103, I.B.E.W. v. Six Flags Entertainment Corp.,*
No. 20-cv-356 (N.D. Tex.)

6. Local 103 has sought to serve as a lead plaintiff or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification.

*In re Wageworks, Inc., Securities Litigation,* No. 18-cv-1523 (N.D. Cal.)
*Atanasio v. Tenaris S.A.,* No. 18-cv-7059 (E.D.N.Y.)
*City of Warren Police & Fire Ret. Sys. v. DXC Tech. Co.,* No. 18-cv-01599 (E.D. Va.)
*Segalis v. Molson Coors Brewing Co.,* No. 19-cv-455 (D. Col.)
*West Palm Beach Firefighters' Pension Fund v. Conagra Brands, Inc.,*
No. 19-cv-1323 (N.D. Ill.)
*Emp. Retirement System of the Puerto Rico Electric Power Authority v. Conduent, Inc.,*
No. 19-cv-8237 (D.N.J.)
*Plymouth County Retirement System v. Evolent Health, Inc.,* No. 19-cv-1031 (E.D. Va.)

7. Local 103 will not accept any payment for serving as a representative party on behalf of the Class beyond Local 103's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.


I declare under penalty of perjury that the foregoing is true and correct. Executed this 19 day of February, 2020.


Michael P. Donovan
Administrator
*Electrical Workers Pension Fund*
*Local 103, I.B.E.W.*

**Electrical Workers Pension Fund, Local 103, I.B.E.W.**
**Transactions in HP, Inc.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 6/19/2017 | 1,174 | 17.6379 |
| Purchase | 6/19/2017 | 126 | 17.5818 |
| Purchase | 6/19/2017 | 15 | 17.6452 |
| Purchase | 6/19/2017 | 665 | 17.6473 |
| Purchase | 6/20/2017 | 673 | 17.8393 |
| Purchase | 6/20/2017 | 687 | 17.8300 |
| Purchase | 6/20/2017 | 1,248 | 17.8208 |
| Purchase | 6/21/2017 | 999 | 17.7007 |
| Purchase | 6/21/2017 | 56 | 17.6727 |
| Purchase | 6/21/2017 | 621 | 17.7100 |
| Purchase | 6/21/2017 | 338 | 17.7690 |
| Purchase | 6/21/2017 | 501 | 17.6998 |
| Purchase | 6/21/2017 | 243 | 17.6631 |
| Purchase | 6/22/2017 | 766 | 17.6929 |
| Purchase | 6/22/2017 | 464 | 17.7100 |
| Purchase | 6/22/2017 | 17 | 17.6450 |
| Purchase | 6/22/2017 | 616 | 17.7196 |
| Purchase | 6/22/2017 | 120 | 17.6950 |
| Purchase | 6/23/2017 | 310 | 17.8000 |
| Purchase | 6/23/2017 | 671 | 17.7602 |
| Purchase | 6/23/2017 | 13 | 17.6650 |
| Purchase | 6/23/2017 | 103 | 17.6627 |
| Purchase | 6/23/2017 | 371 | 17.7083 |
| Purchase | 6/26/2017 | 929 | 18.1396 |
| Purchase | 6/26/2017 | 544 | 18.1600 |
| Purchase | 7/20/2017 | 88 | 18.9570 |
| Purchase | 7/20/2017 | 966 | 18.9587 |
| Purchase | 7/21/2017 | 2,459 | 19.1065 |
| Purchase | 7/24/2017 | 1,110 | 19.2660 |
| Purchase | 8/3/2017 | 2,233 | 19.2699 |
| Purchase | 8/4/2017 | 2,293 | 19.4018 |
| Purchase | 9/21/2017 | 561 | 19.7678 |
| Purchase | 9/21/2017 | 769 | 19.7385 |
| Purchase | 9/22/2017 | 276 | 19.7550 |
| Purchase | 9/22/2017 | 599 | 19.8246 |
| Purchase | 9/25/2017 | 1,167 | 19.7748 |
| Purchase | 9/25/2017 | 72 | 19.7656 |
| Purchase | 9/26/2017 | 1,084 | 19.9589 |

**Electrical Workers Pension Fund, Local 103, I.B.E.W.**
**Transactions in HP, Inc.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 7/9/2018 | 214 | 23.3250 |
| Purchase | 7/9/2018 | 935 | 23.3999 |
| Purchase | 7/9/2018 | 16 | 23.4150 |
| Purchase | 7/10/2018 | 1,826 | 23.7915 |
| Purchase | 7/11/2018 | 508 | 23.4333 |
| Purchase | 12/4/2018 | 161 | 23.2235 |
| Purchase | 12/4/2018 | 1,499 | 23.1974 |
| Purchase | 12/6/2018 | 3,772 | 23.5599 |
| Purchase | 6/19/2019 | 6,300 | 20.5162 |
| Purchase | 6/24/2019 | 3,200 | 20.6253 |
| Purchase | 6/25/2019 | 3,200 | 20.6954 |
| Sale | 10/24/2017 | (3,838) | 22.1192 |
| Sale | 2/28/2019 | (4,266) | 19.5826 |
| Sale | 2/28/2019 | (1,036) | 19.6754 |
| Sale | 2/28/2019 | (108) | 19.9950 |
| Sale | 3/1/2019 | (106) | 19.6996 |
| Sale | 3/1/2019 | (3,809) | 19.6996 |
| Sale | 3/4/2019 | (998) | 19.6321 |
| Sale | 3/4/2019 | (74) | 19.6321 |
| Sale | 3/22/2019 | (2,693) | 19.4948 |
| Sale | 3/25/2019 | (1,501) | 19.0006 |
| Sale | 3/26/2019 | (2) | 19.1464 |
| Sale | 3/28/2019 | (3,565) | 19.0218 |
| Sale | 3/29/2019 | (1,843) | 19.3479 |
| Sale | 4/1/2019 | (17) | 20.0650 |
| Sale | 4/1/2019 | (424) | 19.8170 |
| Sale | 4/1/2019 | (444) | 20.0566 |
| Sale | 4/2/2019 | (61) | 19.7935 |
| Sale | 4/2/2019 | (3,393) | 19.8127 |
| Sale | 4/3/2019 | (3,074) | 19.8167 |
| Sale | 4/3/2019 | (75) | 19.8162 |
| Sale | 4/4/2019 | (2,121) | 19.7486 |
| Sale | 4/5/2019 | (1,430) | 19.8129 |