1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRICAL WORKERS PENSION FUND, LOCAL 103, I.B.E.W., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HP INC., DION J. WEISLER, CATHERINE A. LESJAK, and STEVEN J. FIELER,<br><br>Defendants. | Case No. 3:20-cv-01260-SI<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER APPOINTING THE STATE OF RHODE ISLAND, OFFICE OF THE GENERAL TREASURER, ON BEHALF OF THE EMPLOYEES' RETIREMENT SYSTEM OF THE STATE OF RHODE ISLAND AND IRON WORKERS LOCAL 580 JOINT FUNDS AS LEAD PLAINTIFF AND APPROVING THEIR SELECTION OF LEAD COUNSEL**<br><br>Date:   May 29, 2020<br>Time:   10:00 a.m.<br>Dept.:  Courtroom 1, 17th Floor<br>Judge:  Hon. Susan Illston |

[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF
CASE NO. 3:20-cv-01260-SI

Upon consideration of (1) the Motion of the State of Rhode Island, Office of the General Treasurer, on behalf of the Employees' Retirement System of the State of Rhode Island ("Rhode Island") and Iron Workers Local 580 Joint Funds ("Iron Workers") for appointment as Lead Plaintiff and approval of their selection of Lead Counsel; (2) the Memorandum of Points and Authorities in support thereof; (3) the Declaration of Jennifer L. Joost in support thereof; and (4) all other pleadings and arguments submitted to this Court; and for good cause shown,

**IT IS HEREBY ORDERED THAT**:

1. Rhode Island and Iron Workers' Motion is **GRANTED**.

2. Rhode Island and Iron Workers are **APPOINTED** to serve as Lead Plaintiff under Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned action and all related actions consolidated in accordance with paragraph 4 of this Order.

3. Rhode Island and Iron Workers' selection of Lead Counsel is **APPROVED**, and Kessler Topaz Meltzer & Check, LLP and Bernstein Litowitz Berger & Grossmann LLP are **APPOINTED** as Lead Counsel for the Class.

4. In accordance with Rule 42(a) of the Federal Rules of Civil Procedure, any subsequently filed, removed, or transferred actions that are related to the claims asserted in the above-captioned action are **CONSOLIDATED** for all purposes.

5. This action will be captioned "*In re HP Inc. Securities Litigation*," and the file shall be maintained under Master File No. 3:20-cv-01260-SI.

**IT IS SO ORDERED.**

DATED: _____     _____
                              HONORABLE SUSAN ILLSTON
                              UNITED STATES DISTRICT JUDGE