# EXHIBIT A

## CERTIFICATION

State of Rhode Island, Office of the General Treasurer, on behalf of the Employees' Retirement System of Rhode Island ("Lead Plaintiff") declares, as to the claims asserted under the federal securities laws, that:

1.      Lead Plaintiff did not purchase the securities that are the subject of this action at the direction of Lead Plaintiff's counsel or in order to participate in any private action.

2.      Lead Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

3.      Lead Plaintiff's Class Period purchase and sale transactions in HP Inc. securities that are the subject of this action are attached in Schedule A.

4.      Lead Plaintiff has full power and authority to bring suit to recover for its investment losses.

5.      Lead Plaintiff has fully reviewed the Complaint for Violations of the Federal Securities Laws and authorizes its filing.

6.      I, Amy L. Crane, General Counsel, am authorized to make legal decisions on Lead Plaintiff's behalf.

7.      Lead Plaintiff intends to actively monitor and vigorously pursue this action for the benefit of the class.

8.      Lead Plaintiff will endeavor to provide fair and adequate representation and work directly with the efforts of class counsel to ensure that the largest recovery for the class consistent with good faith and meritorious judgment is obtained.

9.      Lead Plaintiff has served as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification in *In re Alphabet,*

*Inc. Securities Litigation*, No. 18-cv-6245 (N.D. Cal.), *In re Apple Inc. Securities Litigation*, No. 19-cv-2033 (N.D. Cal.), *In re 3M Co. Securities Litigation*, No. 19-cv-15982 (D.N.J.), and *In re HP Inc. Securities Litigation*, No. 20-cv-1260 (N.D. Cal.).

10.     Lead Plaintiff sought to serve, but was not appointed as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification in *In re Micron Technology, Inc. Securities Litigation*, No. 19-cv-678 (S.D.N.Y.) and *In re FedEx Corp. Securities Litigation*, No. 19-cv-5990 (S.D.N.Y.).

11.     Lead Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Lead Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _17th_ day of July 2020.

> **State of Rhode Island, Office of the General Treasurer, on behalf of the Employees' Retirement System of Rhode Island**
>
> By: _____
> Amy L. Crane
> General Counsel

## SCHEDULE A

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | Buy | 3/31/2017 | 81 | $17.91 |
| Common Stock | Buy | 3/31/2017 | 700 | $17.88 |
| Common Stock | Buy | 3/31/2017 | 900 | $17.88 |
| Common Stock | Buy | 3/31/2017 | 1,300 | $17.88 |
| Common Stock | Buy | 3/31/2017 | 14,500 | $17.88 |
| Common Stock | Buy | 3/31/2017 | 29,400 | $17.88 |
| Common Stock | Buy | 12/20/2017 | 32,600 | $21.46 |
| Common Stock | Buy | 12/20/2017 | 8,300 | $21.46 |
| Common Stock | Buy | 6/29/2018 | 800 | $22.69 |
| Common Stock | Buy | 6/29/2018 | 3,300 | $22.69 |
| Common Stock | Buy | 6/29/2018 | 4,600 | $22.69 |
| Common Stock | Buy | 6/29/2018 | 5,900 | $22.69 |
| Common Stock | Buy | 6/29/2018 | 12,200 | $22.69 |
| Common Stock | Buy | 6/29/2018 | 19,600 | $22.69 |
| Common Stock | Buy | 6/29/2018 | 39,300 | $22.69 |
| Common Stock | Buy | 6/29/2018 | 240,524 | $22.76 |
| Common Stock | Buy | 7/2/2018 | 2,248 | $22.60 |
| Common Stock | Buy | 7/2/2018 | 3,000 | $22.86 |
| Common Stock | Buy | 7/31/2018 | 76,900 | $23.08 |
| Common Stock | Buy | 2/26/2019 | 3,926 | $23.94 |
| Common Stock | Buy | 4/4/2019 | 2,300 | $19.76 |
| Common Stock | Buy | 4/4/2019 | 700 | $19.76 |
| Common Stock | Sell | 6/30/2017 | 43,400 | $17.53 |
| Common Stock | Sell | 6/30/2017 | 900 | $17.48 |
| Common Stock | Sell | 12/8/2017 | 7,200 | $21.01 |
| Common Stock | Sell | 10/16/2018 | 2,100 | $23.96 |
| Common Stock | Sell | 12/21/2018 | 57,500 | $19.65 |
| Common Stock | Sell | 12/21/2018 | 9,900 | $19.65 |
| Common Stock | Sell | 12/21/2018 | 6,800 | $19.65 |
| Common Stock | Sell | 12/21/2018 | 4,800 | $19.65 |
| Common Stock | Sell | 5/23/2019 | 2,900 | $19.19 |
| Common Stock | Sell | 6/28/2019 | 67,300 | $20.78 |
| Common Stock | Sell | 6/28/2019 | 35,500 | $20.79 |
| Common Stock | Sell | 6/28/2019 | 8,900 | $20.79 |
| Common Stock | Sell | 6/28/2019 | 9,100 | $20.79 |
| Common Stock | Sell | 7/25/2019 | 3,100 | $21.33 |
| Common Stock | Sell | 9/30/2019 | 246,701 | $18.95 |
| Common Stock | Sell | 9/30/2019 | 1,700 | $18.92 |

| | | | | |
|---|---|---|---|---|
| Common Stock | Sell | 9/30/2019 | 5,700 | $18.92 |
| Common Stock | Sell | 9/30/2019 | 10,200 | $18.92 |
| Common Stock | Sell | 9/30/2019 | 600 | $18.92 |