# EXHIBIT B

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Sean Boyle, on behalf of Iron Workers Local 580 Joint Funds ("Iron Workers"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Fund Director of Iron Workers. I have reviewed the complaint and authorize its filing.

2. Iron Workers did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Iron Workers is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. Iron Workers fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. Iron Workers' transactions in the HP, Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5. Iron Workers has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

   *McKenna v. Dick's Sporting Goods, Inc.*, No. 17-cv-3680 (S.D.N.Y.)
   *Howard v. Arconic, Inc.*, No. 17-cv-1057 (W.D. Pa.)
   *Barnes v. Edison International*, No. 18-cv-9690 (C.D. Cal.)
   *Gross v. AT&T Inc.*, No. 19-cv-2892 (S.D.N.Y.)
   *In re 3M Company Securities Litigation*, No. 19-cv-15982 (D.N.J.)
   *Vataj v. Johnson*, No. 19-cv-6996 (N.D. Cal.)

6. Iron Workers sought to serve as a representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification:

*Iron Workers Local 580 Joint Funds v. NVIDIA Corp.* No. 18-cv-7669 (N.D. Cal.)

7. Iron Workers has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motions for lead plaintiff or was not appointed lead plaintiff:

*Parchman v. MetLife, Inc.*, No. 18-cv-780 (E.D.N.Y.)
*Chandler v. Ulta Beauty, Inc.*, No. 18-cv-1577 (N.D. Ill.)
*Holwill v. AbbVie Inc.*, No. 18-cv-6790 (N.D. Ill.)
*West Palm Beach Firefighters' Pension Fund v. Conagra Brands, Inc.*,
No. 19-cv-1323 (N.D. Ill.)
*In re Molson Coors Brewing Co. Securities Litigation*, No. 19-cv-455 (D. Col.)
*In re EQT Securities Litigation*, No. 19-cv-754 (W.D. Pa.)

8. Iron Workers will not accept any payment for serving as a representative party on behalf of the Class beyond Iron Workers' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14 day of July, 2020.

Sean Boyle
Fund Director
*Iron Workers Local 580 Joint Funds*

**Iron Workers Local 580 Joint Funds**
**Transactions in HP, Inc.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| **Apprent/Journeyman Edu Fund** | | | |
| Purchase | 11/15/2017 | 930 | 21.4297 |
| Purchase | 3/9/2018 | 635 | 24.2700 |
| Purchase | 7/5/2018 | 180 | 22.6099 |
| Sale | 10/23/2018 | (149) | 24.0801 |
| **Annuity Fund** | | | |
| Purchase | 11/15/2017 | 3,535 | 21.4297 |
| Purchase | 12/28/2017 | 765 | 21.1797 |
| Purchase | 3/9/2018 | 2,675 | 24.2700 |
| Purchase | 1/4/2019 | 31,450 | 20.6632 |
| Purchase | 1/29/2019 | 3,692 | 22.0650 |
| Purchase | 7/15/2019 | 600 | 21.2800 |
| Purchase | 8/19/2019 | 29 | 19.2962 |
| Purchase | 9/9/2019 | 80 | 18.7500 |
| Purchase | 9/10/2019 | 17 | 18.8200 |
| Purchase | 9/11/2019 | 83 | 19.0600 |
| Purchase | 9/13/2019 | 73 | 19.0593 |
| Purchase | 9/17/2019 | 63 | 18.8437 |
| Sale | 4/15/2019 | (4,535) | 20.1280 |
| Sale | 8/7/2019 | (205) | 19.0314 |
| Sale | 10/2/2019 | (7,684) | 18.4900 |
| **Insurance Fund** | | | |
| Purchase | 11/15/2017 | 3,135 | 21.4297 |
| Purchase | 12/28/2017 | 475 | 21.1797 |
| Purchase | 3/9/2018 | 2,235 | 24.2700 |
| **Pension Fund** | | | |
| Purchase | 11/15/2017 | 5,335 | 21.4297 |
| Purchase | 12/28/2017 | 635 | 21.1797 |
| Purchase | 3/9/2018 | 3,700 | 24.2700 |