**GIBSON, DUNN & CRUTCHER LLP**
BRIAN M. LUTZ, SBN 255976
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306
BLutz@gibsondunn.com

LISSA M. PERCOPO (admitted *pro hac vice*)
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Telephone:  202.887.3770
Facsimile:  202.530.9528
LPercopo@gibsondunn.com

*Counsel for Defendants HP Inc., Dion J. Weisler,*
*Catherine A. Lesjak, Steven J. Fieler, Enrique Lores,*
*and Christoph Schell*

[Additional counsel appear on signature page.]

**SIDLEY AUSTIN LLP**
SARA B. BRODY, SBN 130222
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone:  415.772.1200
SBrody@sidley.com

MATTHEW J. DOLAN, SBN 291150
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
Telephone:  650.565.7000
MDolan@sidley.com

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| IN RE HP INC. SECURITIES LITIGATION | Case No. 3:20-cv-01260-SI |
|---|---|
| | **STIPULATION AND [PROPOSED] ORDER ON PAGE LIMITS AND SCHEDULING FOR BRIEFING ON DEFENDANTS' MOTION TO DISMISS** |
| | Dept.:  Courtroom 1, 17th Floor<br>Judge:  Hon. Susan Illston |

Pursuant to Civil Local Rule 7-12, Defendants HP Inc., Dion J. Weisler, Catherine A. Lesjak, Steven J. Fieler, Enrique Lores, and Christoph Schell (collectively, "Defendants") and Plaintiffs the State of Rhode Island, Office of the General Treasurer, on behalf of the Employees' Retirement System of Rhode Island ("Rhode Island") and Iron Workers Local 580 Joint Funds ("Iron Workers") (collectively, "Lead Plaintiffs" and together with Defendants, the "Parties"), by and through their undersigned counsel of record, submit the following stipulation and proposed scheduling order.

WHEREAS, on February 19, 2020, this putative class action was commenced against Defendants HP Inc., Dion J. Weisler, Catherine A. Lesjak, and Steven J. Fieler, alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule10b-5, promulgated thereunder, (ECF No. 1);

WHEREAS, on May 20, 2020, this Court appointed Rhode Island and Iron Workers as Lead Plaintiffs and Kessler Topaz Meltzer & Check, LLP and Bernstein Litowitz Berger & Grossmann LLP as Lead Counsel for the Class, (ECF No. 33);

WHEREAS, on July 20, 2020, Lead Plaintiffs filed a Complaint in this matter. (ECF No. 35). The Complaint again asserts claims for violations of Sections 10(b) and 20(a) of the Exchange Act against Defendants HP Inc., Dion J. Weisler, Catherine A. Lesjak, and Steven J. Fieler. In addition, the Complaint adds Enrique Lores and Christoph Schell as Defendants, adds claims for violations of Section 20A of the Exchange Act against Defendants Weisler and Lores, and alleges additional false and misleading statements and omissions of material fact by all Defendants;

WHEREAS, pursuant to the schedule established by the Court's May 5, 2020 Order, the original Defendants' motion to dismiss is due no later than September 18, 2020; Lead Plaintiff's opposition is due no later than November 17, 2020; and Defendants' reply in support of the motion to dismiss is due no later than December 17, 2020, (ECF No. 27);

WHEREAS, the Civil Local Rules of this Court provide that memoranda of points and authorities may not exceed 25 pages (L.R. 7-2(b)), opposition briefs may not exceed 25 pages (L.R. 7-3(a)), and reply briefs may not exceed 15 pages (L.R. 7-3(c)); and

WHEREAS, the Parties met and conferred to discuss modifications to the briefing schedule on Defendants' anticipated motion to dismiss and page limits in light of the nature and scope of the Complaint

1

and newly-named Defendants.  The Parties respectfully request that the Court modify the current briefing schedule set forth by this Court, and the page limitations set forth in the Civil Local Rules.

**IT IS ACCORDINGLY STIPULATED**, pursuant to Civil Local Rule 7-12, by and between the undersigned counsel, that:

1.     Defendants shall file any motion to dismiss the Complaint no later than **October 2, 2020**. If Defendants elect to file multiple memoranda in support of any motion to dismiss, Defendants' memoranda shall not exceed **45 pages** in length when combined.  If Defendants elect to file one consolidated memorandum in support of a motion to dismiss, Defendants' memorandum shall not exceed **40 pages** in length;

2.     Lead Plaintiffs shall file opposition papers no later than **December 11, 2020**.  If Defendants elect to file multiple memoranda in support of any motion to dismiss, Lead Plaintiffs may elect to oppose such memoranda either with multiple opposition briefs or with one consolidated opposition brief.  Lead Plaintiffs' memoranda or memorandum in opposition may be equal to, but may not exceed, the number of briefing pages that Defendants collectively file in their opening memoranda or memorandum, irrespective of whether Defendants file multiple memoranda or one consolidated memorandum;

3.     Defendants' reply brief in support of any motion to dismiss the Complaint shall be filed no later than **January 20, 2021**.  If Defendants elect to file multiple reply briefs, Defendants' memoranda shall not exceed **26 pages** in length when combined.  If Defendants elect to file one consolidated reply brief, Defendants' memorandum shall not exceed **25 pages**;

4.     Subject to the Court's convenience and schedule, the hearing on Defendants' motion to dismiss shall be scheduled for at least **14 days** after the filing of Defendants' reply in support of their motion to dismiss, or as soon thereafter as the Court is available to hear the motion; and

5.     Subject to the Court's convenience and schedule, the Initial Case Management Conference shall be continued until **45 days** after the Court rules on Defendants' anticipated motion to dismiss the Complaint.

**IT IS SO STIPULATED**.

STIPULATION AND [PROPOSED] SCHEDULING ORDER
Case No. 3:20-cv-01260

Dated:  August 24, 2020

Respectfully submitted,

**GIBSON DUNN**

*/s/ Brian M. Lutz*
BRIAN M. LUTZ (Bar No. 255976)
(blutz@gibsondunn.com)
555 Mission Street, Suite 3000
San Francisco, CA 94105
Tel:    (415) 393-8200
Fax:    (415) 374-8474

**SIDLEY AUSTIN LLP**

SARA B. BRODY (Bar No. 130222)
(sbrody@sidley.com)
555 California Street, Suite 2000
San Francisco, CA 94104
Tel:    (415) 772-1200
Fax:    (415) 772-7400

*Counsel for Defendants HP Inc., Dion J. Weisler,*
*Catherine A. Lesjak, Steven J. Fieler, Enrique Lores,*
*and Christoph Schell*

**KESSLER TOPAZ MELTZER**
**  & CHECK, LLP**

Dated:  August 24, 2020

**\*\****/s/ Jennifer L. Joost*
JENNIFER L. JOOST (Bar No. 296164)
(jjoost@ktmc.com)
ELI R. GREENSTEIN (Bar No. 217945)
(egreenstein@ktmc.com)
STACEY M. KAPLAN (Bar No. 241989)
(skaplan@ktmc.com)
PENG SHAO (Bar No. 319624)
(pshao@ktmc.com)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:    (415) 400-3000
Fax:    (415) 400-3001

-and-

GREGORY M. CASTALDO\*
(gcastaldo@ktmc.com)
EVAN R. HOEY\*

3

(ehoey@ktmc.com)
RAPHAEL JANOVE*
(rjanove@ktmc.com)
280 King of Prussia Road
Tel: (610) 667-7706
Fax: (610) 667-7056

*Counsel for Lead Plaintiff the State of Rhode Island, Office of the General Treasurer, on behalf of the Employees' Retirement System of Rhode Island and Co-Lead Counsel for the Class*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel:    (310) 819-3470

-and-

HANNAH ROSS
(hannah@blbglaw.com)
JEREMY P. ROBINSON
(jeremy@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel:    (212) 554-1400
Fax:    (212) 554-1444

*Counsel for Lead Plaintiff Iron Workers Local 580 Joint Funds and Co-Lead Counsel for the Class*

*\*pro hac vice motion forthcoming*

\*\* Pursuant to Civ. L.R. 5-1(i)(3), the electronic filer has obtained approval from this signatory.

4

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: ___August 25, 2020___

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE