UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE HP INC. SECURITIES LITIGATION | Case No. 3:20-cv-01260-SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br><br>Date Action Filed: February 19, 2020 |

Gibson, Dunn &
Crutcher LLP

On October 2, 2020, Defendants HP Inc. ("HP" or the "Company"), Dion J. Weisler, Catherine A. Lesjak, Steven J. Fieler, Enrique Lores, and Christoph Schell (the "Individual Defendants") (HP and the Individual Defendants, together, "Defendants") filed a Motion to Dismiss Plaintiffs' Complaint for Violations of the Federal Securities Laws.  The Court, having fully reviewed and considered all papers and arguments submitted in support of and in opposition to the Motion, and finding good cause for the Motion, orders as follows:

**IT IS HEREBY ORDERED** that:

(1) The Defendants' Motion to Dismiss Plaintiffs' Complaint for Violations of the Federal Securities Laws is GRANTED as to all claims and causes of action asserted against all of the Defendants; and

(2) Plaintiffs' Complaint for Violations of the Federal Securities Laws is hereby DISMISSED.

**IT IS SO ORDERED.**

DATE: _____                              _____

Judge Susan Illston
United States District Judge

Gibson, Dunn &
Crutcher LLP

1

[PROPOSED] ORDER GRANTING MOTION TO DISMISS
Case No. 3:20-cv-01260