**GIBSON, DUNN & CRUTCHER LLP**
BRIAN M. LUTZ, SBN 255976
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306
blutz@gibsondunn.com

LISSA M. PERCOPO
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Telephone: 202.887.3770
Facsimile: 202.530.9528
lpercopo@gibsondunn.com

**SIDLEY AUSTIN LLP**
SARA B. BRODY, SBN 130222
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone:     415.772.1200
sbrody@sidley.com

*Attorneys for Defendants HP Inc., Dion J.*
*Weisler, Catherine A. Lesjak, Steven J.*
*Fieler, Enrique Lores, and Christoph Schell.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HP INC. SECURITIES LITIGATION | Case No. 3:20-cv-01260-SI |
| | **DECLARATION OF LISSA M. PERCOPO IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS** |
| | Date Action Filed: February 19, 2020 |

I, LISSA M. PERCOPO, declare and state as follows:

I am an attorney duly licensed by the State Bar of New York and admitted *pro hac vice* to practice before this Court.  I am of counsel in the law firm of Gibson, Dunn & Crutcher LLP, and I represent Defendants HP Inc. ("HP" or the "Company"), Dion J. Weisler, Catherine A. Lesjak, Steven J. Fieler, Enrique Lores, and Christoph Schell (the "Individual Defendants") (HP and the Individual Defendants, together, "Defendants") in the above-captioned case.  I make this Declaration in support of Defendants' Motion to Dismiss Plaintiffs' Complaint for Violations of the Federal Securities Laws ("Motion to Dismiss"), filed concurrently herewith.

1.      Attached hereto as **Exhibit 1** is excerpts of a true and correct copy of HP's Annual Report on Form 10-K for the period ended on October 31, 2016, as filed with the SEC on December 15, 2016.

2.      Attached hereto as **Exhibit 2** is excerpts of a true and correct copy of HP's Annual Report on Form 10-K for the period ended on October 31, 2017, as filed with the SEC on December 14, 2017.

3.      Attached hereto as **Exhibit 3** is excerpts of a true and correct copy of HP's Annual Report on Form 10-K for the period ended on October 31, 2018, as filed with the SEC on December 13, 2018.

4.      Attached hereto as **Exhibit 4** is a compilation of true and correct copies of Statement of Changes in Beneficial Ownership of Securities on Forms 4, filed with the SEC on behalf of Dion J. Weisler between August 9, 2017 and August 27, 2019.

5.      Attached hereto as **Exhibit 5** is a compilation of true and correct copies of Statement of Changes in Beneficial Ownership of Securities on Forms 4, filed with the SEC on behalf of Enrique Lores between March 21, 2017 and December 11, 2018.

6.     Attached hereto as **Exhibit 6** is excerpts of a true and correct copy of the transcript of HP's earnings call for the first quarter of 2017, titled "First Quarter 2017 Earnings Conference Call," and dated February 22, 2017.

7.     Attached hereto as **Exhibit 7** is excerpts of a true and correct copy of the transcript of HP's earnings call for the second quarter of 2017, titled "Second Quarter 2017 Earnings Conference Call," and dated May 24, 2017.

8.     Attached hereto as **Exhibit 8** is excerpts of a true and correct copy of the transcript of HP's earnings call for the third quarter of 2017, titled "Third Quarter 2017 Earnings Conference Call," and dated August 23, 2017.

9.     Attached hereto as **Exhibit 9** is excerpts of a true and correct copy of the transcript of HP's earnings call for the first quarter of 2018, titled "First Quarter 2018 Earnings Conference Call," and dated February 22, 2018.

10.     Attached hereto as **Exhibit 10** is excerpts of a true and correct copy of the transcript of HP's earnings call for the second quarter of 2018, titled "Q2 2018 Earnings Conference Call," and dated May 29, 2018.

11.     Attached hereto as **Exhibit 11** is excerpts of  a true and correct copy of the transcript of HP's earnings call for the third quarter of 2018, titled "Third Quarter 2018 Earnings Conference Call," and dated August 23, 2018.

12.     Attached hereto as **Exhibit 12** is excerpts of a true and correct copy of the transcript of HP's earnings call for the fourth quarter of 2018, titled "Q4 2018 Earnings Conference Call," and dated November 29, 2018.

13.      Attached hereto as **Exhibit 13** is excerpts of a true and correct copy of the transcript of HP's earnings call for the first quarter of 2019, titled "Q1 2019 Earnings Call," and dated February

27, 2019.  The original document did not have page numbers, so page numbers have been added for convenience.

14.     Attached hereto as **Exhibit 14** is excerpts of a true and correct copy of the transcript of HP's earnings call for the third quarter of 2019, titled "Q3 2019 Earnings Call," and dated August 22, 2019.  The original document did not have page numbers, so page numbers have been added for convenience.

15.     Attached hereto as **Exhibit 15** is excerpts of a true and correct copy of the transcript of HP's shareholder/analyst meeting, titled "HP Inc. Shareholder/Analyst Call," and dated October 12, 2017.

16.     Attached hereto as **Exhibit 16** is excerpts of a true and correct copy of the transcript of HP's shareholder/analyst meeting, titled "HP Inc. Shareholder/Analyst Call," and dated October 3, 2018.

17.     Attached hereto as **Exhibit 17** is excerpts of a true and correct copy of a presentation by Enrique Lores shown during HP's October 3, 2018 shareholder/analyst meeting, titled "Reinventing Print."

18.     Attached hereto as **Exhibit 18** is excerpts of a true and correct copy of the transcript of HP's shareholder/analyst meeting, titled "HP Inc. Shareholder/Analyst Call," and dated October 3, 2019.

19.     Attached hereto as **Exhibit 19** is excerpts of a true and correct copy of the transcript of HP's presentation at the Morgan Stanley Technology Conference, titled "Company Conference Presentation," and dated February 27, 2018.

20.     Attached hereto as **Exhibit 20** is excerpts of a true and correct copy of the transcript of HP's presentation at the Bank of America Merrill Lynch Global Technology Conference, titled "Company Conference Presentation," and dated June 6, 2018.

DECLARATION OF LISSA M. PERCOPO
Case No. 3:20-cv-01260

21.    Attached hereto as **Exhibit 21** is excerpts of a true and correct copy of the transcript of HP's presentation at the Citi's Global Technology Conference, titled "Company Conference Presentation," and dated September 7, 2018.

22.    Attached hereto as **Exhibit 22** is excerpts of a true and correct copy of the transcript of HP's presentation at the Deutsch Bank Technology Conference, titled "Company Conference Presentation," and dated September 12, 2018.

23.    Attached hereto as **Exhibit 23** is excerpts of a true and correct copy of the transcript of HP's presentation at the Consumer Electronics Show Citigroup TMT Conference, titled "January 8, 2019 04:15 PM EST," and dated January 8, 2019.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 2nd day of October, 2020, at Washington, D.C.

By: */s/ Lissa M. Percopo*
Lissa M. Percopo

DECLARATION OF LISSA M. PERCOPO
Case No. 3:20-cv-01260