# EXHIBIT 6

# HP, Inc.

## First Quarter 2017 Earnings Conference Call

## Wednesday, February 22, 2017, 05:00 PM Eastern

**CORPORATE PARTICIPANTS**

**Dion Weisler** - *President and Chief Executive Officer*

**Cathie Lesjak** - *Chief Financial Officer*

**Diana Sroka** - *Head of Investor Relations*

## PRESENTATION

### Operator
Good afternoon and welcome to the First Quarter 2017 HP, Inc. Earnings Conference Call. My name is Denise, and I'll be your conference operator for today's call. We will be facilitating a question and answer session toward the end of the conference.

Should you need assistance during the call, please signal a conference specialist by pressing the "*" key followed by "0." As a reminder, this conference is being recorded for replay purposes.

I would now like to turn the presentation over to your host for today's call, Diana Sroka, Head of Investor Relations. Please proceed.

### Diana Sroka
Good afternoon. I am Diana Sroka, Head of Investor Relations for HP Inc., and I'd like to welcome you to the fiscal 2017 first quarter earnings conference call with Dion Weisler, HP's President and Chief Executive Officer, and Cathie Lesjak, HP's Chief Financial Officer. Before handing the call over to Dion, let me remind you that this call is being webcast.

A replay of the webcast will be made available shortly after the call for approximately one year. We posted the earnings release and the accompanying slide presentation on our Investor Relations webpage at www.hp.com.

As always, elements of this presentation are forward-looking and are based on our best view of the world and our businesses as we see them today. For more detailed information, please see disclaimers in the earnings materials relating to forward-looking statements that involve risks, uncertainties, and assumptions.

For a discussion of some of these risks, uncertainties, and assumptions, please refer to HP's SEC reports, including our most recent Form 10-K. HP assumes no obligation and does not intend to update any such forward-looking statements.

We also note that the financial information discussed on this call reflects estimates based on information available at this time and could differ materially from the amounts ultimately reported in HP's Form 10-Q for this fiscal quarter ended January 31, 2017 and HP's other SEC filings.

For financial information that has been expressed on a non-GAAP basis, we've included reconciliations to the comparable GAAP information. Please refer to the tables and slide presentation accompanying today's earnings release.

And now, I will hand it over to Dion.

### Dion Weisler
Thank you, Diana. Good afternoon, everyone, and thank you for joining us today. Let me start by saying I'm very pleased with our performance this quarter. As a more nimble company, we've been able to accelerate our strategy, and we are now firing on all cylinders.

With a strong start to our 2017 fiscal year, we continue to build on our track record of delivering on all of our financial commitments with discipline, focus, and execution. We've also made solid progress in positioning the business for long-term growth, and we accomplished this amidst a market backdrop that remained highly competitive.

Let me take a moment to share the notable highlights for the quarter. We delivered non-GAAP diluted net earnings per share of $0.38, at the high end of our outlook range. We exceeded free cash flow expectations, delivering more than $700 million and returning more than $600 million to shareholders through share repurchases and dividends. And we grew net revenue by 4% year over year to $12.7 billion, with double-digit growth in personal systems.

We are delivering strong results because we are executing on our reinvention and driving our strategy to protect our core, prioritize growth, and invest in the future. We are doing this with a relentless focus on innovation and engineering technologies that consistently amaze our partners and customers.

A perfect demonstration of this is in Personal Systems, where yet again, for the third consecutive quarter, the team delivered exceptional results. This is a story of innovation and execution delivering revenue, margin expansion, and market share growth year-over-year. Personal Systems revenue grew 10% year-over-year with operating profit improvement.  The last time we saw this level of revenue growth was in 2014, triggered by the XP refresh cycle.

In contrast, this growth was triggered by HP's innovation engine and ability to outperform the market. I'm particularly pleased with the balanced results in Personal Systems across geographies and product segments. We delivered double-digit revenue growth in all three regions as well as in notebooks and workstations.

Our focus on segmenting the market opportunities and addressing strategic pockets of growth with differentiated products has resulted in profitable share gains in both consumer and commercial.

In calendar quarter four, we beat the PC market unit growth by 8.5 points, outperforming all key competitors and achieving our highest ever worldwide market share position at 21.8%. Our focus is to bring customer value and innovation to market. And because of this, we have been rewarded with share gains. This is the way we like to win.

Without a doubt, our momentum can be attributed to the strongest portfolio in our history. At the Consumer Electronics Show last month, once again we took home nearly two dozen awards for products like the EliteBook x360, the world's thinnest business convertible notebook, and the ENVY Curved All-in-One Desktop, the world's most immersive at 34 inches.

And one key point of differentiation is security. We worked very hard to ensure that HP's PCs and printers are the world's most secure and manageable. Last week at RSA, we announced HP SureClick, the world's only integrated browsing solution that protects HP devices from the number one attack vector, which is malware. The supplements our best-in-class security stack and is part of our HP Secure promise to customers.

If you ask Ron Coughlin, HP's President of Personal Systems, about the magic within the business, he would tell you that we are continuously changing the way we create and deliver computing experiences that amaze. It is based on a unique understanding of the market and direct collaboration with our customers and partners.

Several large wins this quarter resulted from these deep partnerships. Corning, a leading innovator in material sciences, and Roche, one of the largest biotech companies in the world,

HP, Inc.
Wednesday, February 22, 2017, 05:00 PM Eastern