# EXHIBIT 7

# HP, Inc.

## Second Quarter 2017 Earnings Conference Call

## Wednesday, May 24, 2017, 05:00 PM Eastern

**CORPORATE PARTICIPANTS**

**Dion Weisler** - *President and Chief Executive Officer*

**Cathie Lesjak** - *Chief Financial Officer*

**Steve Fieler** - *Head of Treasury*

1

## PRESENTATION

### Operator
Good afternoon and welcome to the Second Quarter 2017 HP Inc. Earnings Conference Call. My name is Austin, and I'll be your conference moderator for today's call.  We will be facilitating a question and answer session towards the end of the conference.  Should you need assistance during the call please signal a conference specialist by pressing the "*" key followed by "0."  As a reminder, this conference is being recorded for replay purposes.

I would now like to turn the presentation over to your host for today's call, Steve Fieler, Head of Treasury.  Please proceed.

### Steve Fieler
Good afternoon. I am Steve Fieler, Head of Treasury for HP Inc., and I'd like to welcome you to the fiscal 2017 second quarter earnings conference call with Dion Weisler, HP's President and Chief Executive Officer, and Cathie Lesjak, HP's Chief Financial Officer.

Before handing the call over to Dion, let me remind you that this call is being webcast.  A replay of the webcast will be made available shortly after the call for approximately one year. We posted the earnings release and the accompanying slide presentation on our Investor Relations webpage at www.hp.com.

As always, elements of this presentation are forward-looking, and are based on our best view of the world and our businesses as we see them today.  For more detailed information, please see disclaimers in the earnings materials relating to forward-looking statements that involve risks, uncertainties, and assumptions.

For a discussion of some of these risks, uncertainties, and assumptions, please refer to HP's SEC reports, including our most recent Form 10-K. HP assumes no obligation and does not intend to update any such forward-looking statement. We also note that the financial information discussed on this call reflects estimates based on information available at this time and could differ materially from the amounts ultimately reported in HP's Form 10-Q for this fiscal quarter ended April 30, 2017 and HP's other SEC filings.

For financial information that has been expressed on a non-GAAP basis, we've included reconciliations to the comparable GAAP information. Please refer to the tables and slide presentation accompanying today's earnings release.

And now I will hand it over to Dion.

### Dion Weisler
Thank you, Steve. Good afternoon, everyone, and thank you for joining us today. I am very pleased with our quarterly performance. It was a breakthrough quarter where we delivered year-over-year growth in both Personal Systems and Print.  As a company, we are performing across our portfolio, our regions and our key financial metrics.

Over the last six quarters, we've been building momentum, improving our business fundamentals and delivering on what we said we would do. We are taking profitable share, out executing our competitors and delivering some of the best innovation, design and execution in HP's history.  Our goal is to consistently deliver on our financial commitments every quarter, while setting the company up for long term success.  We are strengthening our core business

and delivering on milestones in our growth and future initiatives.  I am proud of the results this quarter.

Let me talk through a few of the highlights.  We delivered non-GAAP diluted net earnings per share of $0.40 at the high end of our outlook range.  We grew net revenue by 7% year-over-year to $12.4 billion driven by growth in Personal Systems and Print, the first time we've delivered growth in both segments during the same quarter since Q4 of 2010.  We delivered free cash flow of approximately $400 million for the quarter and $1.1 billion for the first half of the fiscal year.  Through the same year-to-date time period, we've returned approximately $1.1 billion to shareholders through share repurchases and dividends.

Looking at the business segment performance, Personal Systems continued to deliver and demonstrate how playing our game drives strong results.  The team once again drove revenue growth year-over-year and market share expansion.  We saw a small increase in operating profit dollars year-over-year at a time when significant component cost headwinds have been pervasive across the industry.  This is a great example of how segmenting market opportunities, innovating and executing can yield amazing results.

For the second consecutive quarter, Personal Systems revenue grew by 10% year-over-year and importantly, once again, this is broad-based growth across all three regions, both consumer and commercial audiences and in Notebook and Workstation categories.  In calendar Quarter 1, we beat the year-over-year PC market unit growth by 12 points, once again outperforming all key competitors and the market as a whole.  We achieved 21.7% global market share and regained the #1 PC market position globally.

Remember that market share leadership is an outcome, not an objective. Our ability to gain profitable share is one of the true measures of success. Today, security is top of mind for consumers and the boardroom alike. Just look at the cyber security events over the past couple of weeks. With this backdrop, we continue to deliver the most secure and manageable PCs in the world with powerful new commercial notebooks and desktops including the EliteBook X360 with HP Sure View and HP Sure Click.

As part of our world class security stack, Sure View defends customers from visual hacking with a built-in electronic privacy screen. HP Sure Click protects customers and organizations from web-based security threats including malware and other viruses that we are all seeing daily in the news.

We also announced HP Sure Start, the world's only integrated browsing solution which protects our devices from malware. In addition to security, mobility is a top priority for our customers and a differentiator for HP. At Mobile World Congress, we introduced the latest HP Pro x2 with the design, security and productivity features tailored for today's mobile workforce. This discerning audience took notice, honoring the Pro x2 with several important awards including a category "Best of Show", "Top Pick" and "Top Innovation."

While the PC market has been healthier than expected during the past few quarters, the market remains highly competitive and volatile. Regardless of market conditions, I remain confident in our team's ability to deliver consistent results through a relentless focus on innovation, market segmentation and cost management. And whether it's a virtual-reality backpack, an OMEN gaming system, a DreamColor display or a premium PC, we are winning hearts and minds with the sleekest and most desirable products we have ever created. I am truly proud of what we