# EXHIBIT 8

# HP Inc.

# Third Quarter 2017 Earnings Conference Call

# Wednesday, August 23, 2017, 5:00 PM Eastern

**CORPORATE PARTICIPANTS**

**Dion Weisler** - *President, Chief Executive Officer*

**Cathie Lesjak** - *Chief Financial Officer*

**Steve Fieler** - *Head of Treasury*

**PRESENTATION**

**Operator**
Good afternoon and welcome to the Third Quarter 2017 HP Inc., Earnings Conference Call.  My name is Denise and I'll be your conference moderator for today's call. We will be facilitating a question and answer session toward the end of the conference. Should you need assistance during the call, please signal a conference specialist by pressing the "*" key followed by "0." As a reminder, this conference is being recorded for replay purposes.

I would now like to turn the presentation over to your host for today's call, Steve Fieler, Head of Treasury. Please proceed.

**Steve Fieler**
Good afternoon, I am Steve Fieler, Head of Treasury for HP, Inc., and I would like to welcome you to the fiscal 2017 third quarter earnings conference call with Dion Weisler, HP's President and Chief Executive Officer and Cathie Lesjak, HP's Chief Financial Officer.

Before handing the call over to Dion, let me remind you that this call is being webcast. A replay of the webcast will be made available shortly after the call for approximately one year. We posted the earnings release and the accompanying slide presentation on our Investor Relations webpage at www.hp.com.

As always, elements of this presentation are forward-looking and are based on our best view of the world and our businesses as we see them today. For more detailed information, please see disclaimers in the earnings materials relating to forward-looking statements that involve risks, uncertainties and assumptions. For a discussion of some of these risks, uncertainties and assumptions; please refer to HP's SEC reports, including our most recent Form 10-K. HP assumes no obligation and does not intend to update any such forward-looking statements.

We also note that the financial information discussed on this call reflects estimates based on information available at this time and could differ materially from the amounts ultimately reported in HP's Form 10-Q for the fiscal quarter ended July 31st, 2017 and HP's other SEC filings. For financial information that has been expressed on a non-GAAP basis, we've included reconciliations to the comparable GAAP information. Please refer to the tables and slide presentation accompanying today's earnings release.

And now, I will hand it over to Dion.

**Dion Weisler**
Thank you, Steve. Good afternoon, everyone and thank you for joining us today. It was another outstanding quarter, showcasing strong execution of our strategy.

I am very pleased with our sustained performance and continued momentum. We are striking the right balance in how we plan, innovate and consistently deliver. We are competing and winning in our core Print and PC markets.

We are entering new growth markets and natural adjacencies with the right products, supply chain and go-to-market with world class sustainability. We are investing in future categories where we can disrupt with innovation and we are relentlessly focused on increasing productivity and taking cost out of the business.

into the future.  We are delivering short term while investing for the long term gaining share with a focus on profitability and driving both operational efficiencies and innovation across our business.

In closing, I said a couple of things last quarter that are worth repeating.  First, every day, we must amaze our customers and partners. This focus underpins our results and guides our future performance. And second, change is a constant in this business and to us change equals opportunity.  We must continue to embrace and drive change with an eye on delivering long term growth and returns.

I will now turn the call over to Cathie to provide more details and our financial outlook.

**Cathie Lesjak**

Thanks, Dion.  We've continued the momentum from our strong first half and I am very pleased with our third quarter results.  We delivered net revenue of $13.1 billion, up 10% year-over-year as reported or 11% in constant currency. We continue to see broad-based and consistent performance across businesses in geographies. Regionally, year-over-year Americas grew 8%, EMEA was up 14% and APJ grew 15%, all on constant currency.

Gross margin of 18.6% was up 30 basis points year-over-year. The increase was driven primarily by Print margins resulting from productivity improvement and higher supplies mix partially offset by higher commodity costs in Personal Systems. Sequentially, gross margin was down 60 basis points driven by an unfavorable print mix and a higher sequential growth in Personal Systems.

Non-GAAP operating expenses of $1.4 billion were up 35% as reported, but this year-over-year variance is largely driven by gains recorded last year resulting from the divesture of certain marketing optimization software assets. Sequentially operating expenses were down 1%.

Net OI&E expense was $66 million for the quarter with a non-GAAP tax rate of 22% and a diluted share count of approximately 1.7 billion shares.  We delivered non-GAAP diluted net earnings per share of $0.43.

Non-GAAP diluted net earnings per share primarily excludes restructuring and other charges of $46 million and acquisition related charges of $40 million, partially offset by non-operating retirement related credits of $34 million, tax indemnification credits of $10 million and the related tax impact on these charges. In Q3, GAAP diluted net earnings per share from continuing operations was $0.41.

Turning to the segments, Personal Systems net revenue was an impressive $8.4 billion, up 12% year-over-year as reported or 13% in constant currency. This was our fifth consecutive quarter of year-over-year growth and third consecutive quarter of double-digit constant currency growth.

We continue to segment the market and offer some of our most innovative products ever. These efforts have helped us sustain revenue momentum, deliver consistently across each region and drive strong market share as an end result. By customer segment, consumer revenue was up 14% year-over-year and we gained unit share across each of the three regions in calendar Q2. Commercial revenue was up 11% year-over-year and similarly we gained unit share across each region. We also achieved strong results by product category with notebooks up 16%, desktops up 5%, and workstations up 11% year-over-year.

We delivered 3.7% operating margin in the quarter, which is up 0.5 points quarter-to-quarter above historical seasonality and down 0.7 points year-over-year. Consistent with what we said last quarter, margins have been pressured by industry-wide increases in component costs and currency headwinds. We've increased pricing globally and have continued to see positive mix shifts in the business, both of which have helped to improve operating margins sequentially. However, we remain cautious about the potential negative impact on demand which could result from higher prices.

Turning to Printing, the momentum gained in Q2 carried into Q3, revenue was $4.7 billion in the quarter, up 6% year-over-year or 7% in constant currency. Hardware units were up 1% year-over-year with consumer units up 1% and commercial units flat. As noted previously, our total unit growth includes HP Sprocket, our handheld photo printer. In calendar Q2, overall Print unit share was roughly flat sequentially and year-over-year.

We remain optimistic about our Print growth businesses. Our A3 business is off to a strong start since launching its new product line-up in Q2, and we are excited about the opportunity to be a disruptive new entrant in this $55 billion market. As Dion highlighted, both Graphics and Managed Print Services continue to grow revenue year-over-year and we have the opportunity to increase our growth rates.

Now, moving to Q3 supplies performance; revenue of $3.1 billion was up 10% year-over-year and represented 66% of Print revenue. The supplies growth was better than anticipated driven by improving four-box model drivers.

As we described in the past, the way we look at Supplies revenue growth operationally, is to take our as reported number and adjust for two things. First, we look at constant currency growth. In Q3, currency represented less than a point of delta, so supplies grew 10% year-over-year in constant currency. Second, we adjust for changes made in the second half of last year to our supplies sales model. In Q3, '16, reported supplies revenue was negatively impacted by approximately $225 million or 8 points of growth. Therefore, when you deduct the 8 points against the 10% constant currency growth, net adjusted supplies growth for Q3, '17, was 2% year-over-year. We are very pleased to we have achieved supplies stabilization a quarter earlier than expected.

We also expect to consistently operate with supplies channel inventory levels remaining at or below our ceiling. And in Q3, channel inventory levels were below the ceiling. As a reminder, as part of making the supplies sales model changes last year, we lowered our channel inventory ceiling to better reflect the more demand-driven sales model.

Looking forward to Q4 '17, we expect that our year-over-year supplies revenue growth will remain flat to slightly up when making similar operational adjustments for currency and then backing out approximately $225 million for the supplies sales model channel inventory adjustment taken in Q4'16.

Print operating profit was 17.3% in the quarter, down 3.1 points year-over-year and down 10 basis points sequentially. The year-over-year decline was primarily due to the one-time adjustments I mentioned earlier. The positive margin impact of divesting certain marketing optimization software assets offset by the negative impact of changing the supplies sales model, plus productivity improvements year-over-year. Excluding the one-time adjustments, we saw good operating profit dollar expansion year-over-year. Sequentially, the 10 basis point decline is consistent with normal seasonality.

Now, turning to cash flow and capital allocation; cash flow from operations was $1.8 billion in Q3 and approximately $3.0 billion year-to-date. Free cash flow was $1.7 billion in the quarter and approximately $2.8 billion year-to-date.

Cash conversion cycle was minus 35 days, a five day sequential improvement driven by an eight day increase in days payable outstanding offset by a one day increase in days of inventory and a two day increase in days sales outstanding.

The strong Q3 results were driven by Personal Systems revenue performance, which grew sequentially by over $700 million or 10% well above historical norms. This incremental volume materially helped near term working capital including days payable. As you know, since personal system has a negative cash conversion cycle, the timing of cash flow was impacted either positively or negatively depending on its sequential revenue performance.  Also, we saw positive business linearity in purchasing and other receivables which supported improved timing of cash flows by a couple $100 million.

Year-to-date cash flow is now ahead of our full year range provided during last year's security analyst meeting.  We are now targeting a higher revised full year free cash flow outlook of at least $3 billion. This assumes a cash conversion cycle down sequentially more than normal seasonality and more in line with the first half performance. Finally, we expect higher fourth quarter capital expenditures but will not exceed our fully year CAPEX guidance of $500 million.

During the quarter, we had a total capital return of $524 million through share repurchases and cash dividends.  Year-to-date, we have returned 56% of free cash flow as compared to our full year target of 50% to 75%.  For the full year, we still expect to deliver returns towards the higher end of the range.

Looking ahead, keep the following in mind related to our financial outlook. For the full year, we are on track to deliver our productivity initiatives as announced at SAM.

In Personal Systems, we expect to see continued increases in cost to components in Q4. We expect to offset these headwinds with increased pricing which could have a more significant impact on demand and operating margins than we've assumed. With this demand uncertainty, combined with our very strong Q3 revenue performance, we expect Personal Systems Q4 revenue to grow less than normal sequential seasonality.

For Printing, we expect supplies revenue to be flat to slightly up in Q4 in constant currency and adjusted for last year's supplies sales model change. We also expect to continue pricing units with a positive NPV.

Given our hedging strategy, we have rolling currency hedges which extend into future quarters, and therefore we do not expect a material tailwind from currency in Q4 2017.  We will also continue to leverage our balance sheet if we see attractive economic opportunities to do so.

With all that in mind; Q4 2017, non-GAAP diluted net earnings per share is in the range of $0.42 to $0.45. Q4 2017 GAAP diluted net earnings per share from continuing operations, is in the range of $0.37 to $0.41. We are raising the midpoint of our full year fiscal 2017 non-GAAP and GAAP EPS.  Full year fiscal 2017 non-GAAP diluted net earnings per share to be in the range of $1.63 to $1.66 and full-year fiscal 2017 GAAP diluted net earnings per share from continuing operations to be in the range of $1.46 to $1.50.