# EXHIBIT 9

# HP, Inc.

# First Quarter 2018 Earnings Conference Call

# Thursday, February 22, 2018, 5:35 PM Eastern

**CORPORATE PARTICIPANTS**

**Dion Weisler** - *President, Chief Executive Officer*

**Cathie Lesjak** - *Chief Financial Officer*

**Steve Fieler** - *Head of Treasury*

**PRESENTATION**

**Operator**
Good afternoon and welcome to the First Quarter 2018 HP, Inc. Earnings Conference Call.  My name is William, and I will be your conference moderator for today's call.  We will be facilitating a question and answer session towards the end of the conference.  Should you need assistance during the call, please signal a conference specialist by pressing the "*" key followed by "0."  As a reminder, this conference is being recorded for replay purposes.

I would now like to turn the presentation over to our host for today's call, Steve Fieler, Head of Investor Relations.  Please proceed.

**Steve Fieler**
Good afternoon.  I am Steve Fieler, Head of Treasury for HP, Inc., and I would like to welcome you to the fiscal 2018 first quarter earnings conference call with Dion Weisler, HP's President and Chief Executive Officer and Cathie Lesjak, HP's Chief Financial Officer.  Before handing the call over to Dion, let me remind you that this call is being webcast.  A replay of this webcast will be made available shortly after the call for approximately one year.  We posted the earnings release and the accompanying slide presentation on our investor relations webpage at www.hp.com.  As always, elements of this presentation are forward-looking and are based on our best view of the world and our businesses as we see them today.

For more detailed information, please see disclaimers in the earnings materials relating to forward-looking statements that involve risks, uncertainties and assumptions.  For a discussion of some of these risks, uncertainties and assumptions please refer to HP's SEC reports, including our most recent Form 10-K.  HP assumes no obligation and does not intend to update any such forward-looking statements.  We also note that the financial information discussed on this call reflects estimates based on information available at this time and could differ materially from the amounts ultimately reported in HP's Form 10-Q for the fiscal quarter ended January 31st, 2018, and HP's other SEC filings.  For financial information that has been expressed on a non-GAAP basis, we've included reconciliations to comparable GAAP information.  Please refer to the tables in the slide presentation accompanying today's earnings release.

And now, I will hand it over to Dion.

**Dion Weisler**
Thank you, Steve.  Good afternoon everyone and thank you for joining us.

Right out of the gate, we are off to a strong start for the fiscal year.  A great quarter of double-digit revenue and earnings per share growth year-over-year speaks to our ability to deliver consistent and sustained momentum across our portfolio and across regions.

To echo what I have said many times, we are playing our own game, delivering operational excellence, predictable shareholder returns and prioritizing profitable growth.  And we are doing this while building the business for the long-term and investing in our core, growth and future strategic framework.

And while our strategy remains consistent, every day we are improving and refining our business and go-to-market execution.  We are engineering some of the best innovations in our history to enhance value for our customers and partners.  We are evolving business models to

We have also recorded a net $4.3 billion accounting benefit in the quarter, which more than offsets the gross Repatriation Tax.  This provisional adjustment is a result of reversing previously accrued upon earnings from foreign subsidiaries which are netted against revaluing our deferred tax assets and liabilities at a lower 21% US tax rate.

In Q1, we also saw a positive impact on our effective tax rate.  Our non-GAAP tax rate was 15% compared to our previously provided guidance range of 21% to 22%.

The 6.5 point tax rate delta generated approximately 4 cents of non-GAAP diluted net earnings per share in the quarter.

With this context in mind, let me now cover the Q1 results.  Net revenue was $14.5 billion, up 14% year-over-year as reported or 13% in constant currency and our performance remained strong across businesses and geographies.  Regionally, year-over-year, Americas grew 10%, EMEA was up 13% and APJ grew 18%, all in constant currency.

Gross margin of 17.8% was up 10 basis points year-over-year, driven by improved rate in printing, partially offset by higher commodity costs in Personal Systems.  Gross margins were down 30 basis points sequentially in line with normal seasonality.

Non-GAAP operating expenses of $1.6 billion were up 17% year-over-year or 5% sequentially, driven by the addition of S-Print along with incremental R&D and go-to-market investments to support growth.

Net OI&E expense was $56 million for the quarter. With a non-GAAP tax rate of 15% and a diluted share count of approximately 1.7 billion shares.  We delivered non-GAAP diluted net earnings per share of 48 cents or 44 cents when adjusting for the previously estimated 21% to 22% tax rate compared to the 15% recorded.

Non-GAAP diluted net earnings per share primarily excludes restructuring and other charges of $31 million, acquisition related charges of $42 million, amortization of intangible assets of $20 million, partially offset by non-operating retirement related credits of $56 million and the related tax impact on these charges.  Most significantly, we recorded a provisional $1.1 billion net gain for the adjustments resulting from the US Tax Reform.  In Q1, GAAP diluted net earnings per share was $1.16.

Turning to the segments…
Personal Systems net revenue remained very strong, delivering $9.4 billion, up 15% year-over-year as reported or 13% in constant currency.

The results continue to be broad-based, reflecting our innovative product portfolio and global execution.  By customer segment, consumer revenue was up 13% and commercial revenue was up 16% year-over-year.  By product category, notebooks were up 14%, desktops up 17% and workstations up 11% year-over-year.

Personal Systems operating profit dollars grew year-over-year and operating margin was 3.6% in the quarter which is down 20 basis points sequentially and year-over-year.  We saw industry wide increases in component costs again in Q1, driven primarily by DRAM which continued to put pressure on margins.  We now expect to see increased component costs throughout FY 2018, and therefore are mitigating via pricing, supply chain scale and leveraging our balance

sheet, driving positive mix shift and currency favorability. Together, these actions should enable us to offset some of the commodity cost increases.

Before turning to Printing, let me add a little more color on S-Print since our financials include a full quarter of results. As a reminder, last quarter, we updated our full year FY 2018 guidance to include the operational impact of the acquisition. We estimated $1.4 billion of revenue and added one penny of non-GAAP net earnings per share to our full year outlook. We highlighted that, as expected, S-Print's hardware and supplies revenue base was in decline driven by low-end A4 products. We also described that S-Print would be in investment mode during the first half of the fiscal year, putting pressure on overall Print margins before becoming profitable during the second half.

It's important to reemphasize that we intend to integrate the business across the globe as quickly as possible. This is fundamental to our value creation plan and includes:
- Rationalizing SKUs with 25% of Samsung branded SKUs already reduced by the end of Q1
- Combining the respective Samsung and HP branded products into an integrated portfolio for our collective sales force and transitioning the S-Print installed base into the HP sales model. The faster we integrate, the quicker we create value and this is exactly our plan.

A direct result of this integration strategy is that we are unable to accurately size organic versus inorganic hardware unit or revenue results. Said differently, depending on the actual trade-offs already being made in the field, the additional $1.4 billion of acquisition revenue in FY 2018 may indeed come from either Samsung or HP-branded SKU's.

From a reporting perspective, we have included all S-Print hardware in Commercial Hardware revenue and units since the integration is being led by our office business. As a result, there is no impact to Consumer Hardware revenue or units at this time. In the future, we may realign these SKU-level results depending on the organizational ownership at that time.

Now getting back to Printing performance; revenue was $5.1 billion in the quarter, up 14% year-over-year or up over $600 million. We are very pleased with this growth with or without the impact from S-Print. Total hardware units were up 14% year-over-year with consumer units up 7% and commercial units up 73%. In calendar Q4, overall print unit share was 38%, down 2 points year-over-year.

Moving to Q1 supplies performance, revenue of $3.4 billion was up 10% year-over-year which includes approximately six points of S-Print supplies. We do not anticipate breaking out S-Print specific supplies results in future quarters due to the integration progress that has already been made and specifically the impact that hardware unit placements in Q1 would have on future supplies. Overall, our supplies results reflect our sustained efforts around stabilizing supplies and an easier year-over-year compare. We believe that the four-box model remains a good predictor of our supplies performance and we continue to operate below our channel inventory ceiling.

We are in the early days of A3 but remain confident and optimistic about the opportunity ahead. An important marker for success of A3 and for our S-Print acquisition is making steady progress towards our goal of achieving at least 12% market share of A3 hardware units by the end of fiscal 2020. In calendar Q4, we achieved 7.9% total share, including both S-Print and HP.

We also continue to make progress in our contractual offerings, including good momentum with instant ink, where we are growing our global subscriber base.

Print operating profit dollars grew $87 million year-over-year and operating margin was 15.8% in the quarter, down 20 basis points year-over-year and 80 basis points sequentially.  The largest driver of the margin decline is the impact of adding S-Print.  We expect that our Q1 operating margin rate will be the low for the year.

Now turning to cash flow and capital allocation; cash flow from operations was $996 million and free cash flow was $977 million in the quarter.  We finished Q1 with a $1.2 billion net debt position which includes the approximately $1 billion in funding for S-Print.

Cash conversion cycle was minus 27 days, which weakened 3-days sequentially, driven by an 8-day decrease in days payable outstanding, offset by a 2-day decrease in days sales outstanding, and a 3-day decrease in days of inventory.  We have been deliberately building our owned inventory and accounts payable balance steadily in FY 2017 and specifically in Q4, as we leveraged our balance sheet to address rising component costs and to support growth.  In Q1, we typically adjust these balances down for seasonality, and we shifted more this year given the higher beginning balances.

During Q1, we had a total capital return of $692 million through $462 million in share repurchases and $230 million in cash dividends.

With tax reform, our long-term capital allocation strategy remains unchanged.  However, we will now have the opportunity to more efficiently access our global cash and run the business with lower levels of cash on the balance sheet.

We are still finalizing the specific timing and quantity of repatriated cash and we will update you more in the months to come.  In addition to supporting operating cash needs, our priorities for using this cash are:
- First, ensuring that we maintain our existing investment-grade credit rating.  We plan to reduce our gross debt levels, taking into consideration our resulting net debt position after repatriation, the tax repatriation, cash liability and share repurchases.
- Second, opportunistically returning capital to shareholders with a focus on incremental share repurchase.
- Third, investing in our non-executive workforce as Dion described.
- And finally, we are not changing our disciplined and returns-based approach to capital allocation, including M&A.

Looking forward, keep the following in mind related to our financial outlook:
- In Personal Systems, we now expect that the overall cost of components, driven primarily by memory, will continue to increase throughout FY 2018.  This headwind and any net impact on re-pricing will ultimately depend upon actual market demand and competitive dynamics, including offsets from gross currency benefits.
- In Printing, we expect that Samsung-branded supplies continue to decrease due to declines in the historical installed base.  Overall, we expect that total supplies revenue, inclusive of both legacy HP and S-Print, to be up 5% to 7% in constant currency for the aggregate remainder of FY 2018.  Looking forward to FY 2019, we expect the overall supplies business to be flat to slightly up in constant currency.
- In addition, we expect to opportunistically place units with a positive NPV.