# EXHIBIT 10

# HP, Inc.

## Q2 2018 Earnings Conference Call

## Tuesday, May 29, 2018, 5:00 PM Eastern

**CORPORATE PARTICIPANTS**

**Dion Weisler** - *President, Chief Executive Officer*

**Cathie Lesjak** - *Chief Financial Officer*

**Beth Howe** - *Head of Investor Relations*

**PRESENTATION**

**Operator**
Good day everyone and welcome to the Q2 2018 HP, Inc., Earnings Conference Call.  All participants will be in listen-only mode.  Should you need assistance, please signal a conference specialist by pressing the "*" key followed by "0."  After today's presentation, there will be an opportunity to ask questions.  To ask a question, you may press "*" then "1" on your telephone keypad and to withdraw your question, please press "*" then "2."  And please note that today's event is being recorded.

I would now like to turn the conference over to Beth Howe, Head of Investor Relations.  Please go ahead.

**Beth Howe**
Good afternoon.  I am Beth Howe, Head of Investor relations for HP, Inc., and I would like to welcome you to the fiscal 2018 second quarter earnings conference call with Dion Weisler, HP's President and Chief Executive Officer and Cathie Lesjak, HP's Chief Financial Officer. Before handing the call over to Dion, let me remind you that this call is being webcast.  A replay of the webcast will be made available shortly after the call for approximately one year.  We posted the earnings release and the accompanying slide presentation on our investor relations webpage at www.hp.com.  As always, elements of this presentation are forward-looking and are based on our best view of the world and our businesses as we see them today.

For more detailed information, please see disclaimers in the earnings materials relating to the forward-looking statements that involve risks, uncertainties and assumptions.  For a discussion of some of these risks, uncertainties and assumptions please refer to HP's SEC reports, including our most recent Form 10-K.  HP assumes no obligation and does not intend to update any such forward-looking statements. We also note that the financial information discussed on this call reflects estimates based on information available now and could differ materially from the amounts ultimately reported on HP's Form 10-Q for the fiscal quarter ended April 30th, 2018 and HP's other SEC filings. During this webcast, unless otherwise specifically noted, all quarterly comparisons are year-over-year comparisons with the corresponding year ago quarter. For financial information that has been expressed on a non-GAAP basis, we have included reconciliations to the comparable GAAP information.  Please refer to the tables and slide presentation accompanying today's earnings release for those reconciliations.

And now, I will hand it over to Dion.

**Dion Weisler**
Thanks, Beth.  Let me start by saying it's great to have you back on the investor relations team.

I am quite pleased with our Q2 performance.  It's yet another quarter of strength, growth and consistent execution of our reinvention.  We are creating opportunities and taking advantage of favorable market dynamics to deliver strong revenue and profitability across our segments and our regions.

This was our 10th quarter since separation and you are seeing a sharp focus on innovation and execution, continued improvement on our business fundamentals, and an intense focus on long-term and sustainable growth.

production.  They are expecting to produce millions of parts on Multi Jet Fusion in the coming year.

And Jabil, one of the world's largest contract manufacturers is now deploying Multi Jet Fusion in the US and Asia as part of their distributed manufacturing strategy.  We continue to make incredible progress across key industry verticals and expand into new geographies – including our market entry into Mexico.

Overall, I am very pleased with our Q2 results and the efforts of our team.  But as always, we have more work to do.  We are never satisfied and we see plenty of room for us to grow, innovate, improve our cost structure and adapt to an ever-changing marketplace.

Now, before I turn the call over to Cathie, let me address the other news we announced today.  After 32 incredible years and the last 11 years as Chief Financial Officer, Cathie and I have decided it's the right time to transition CFOs before she retires in early calendar 2019.

Today, I am thrilled to announce the appointment of Steve Fieler, our Head of Treasury, as HP's new CFO.  Cathie will become our Interim Chief Operating Officer, lending her experience and leadership to help define our future of operations.  Both appointments will begin on July 1.  On behalf of all HP employees and shareholders, I want to thank Cathie for her remarkable contributions and commitment to shareholder value.

We have been on an amazing journey together since separation and Cathie deserves tremendous credit for helping drive our performance and reinvention as a company.  She has been my partner for the last three years and I could not ask for a better confidant and leader.  Cathie has also cultivated incredible shareholder respect through her integrity, transparency and world-class financial discipline.  She has built a deep and talented finance organization capable of leading us into the future.

Steve is a great example of that bench.  Having worked with him for many years, I am excited to have him join my executive leadership team and I am looking forward to our partnership.  Steve has an impressive background as a leader in finance and operations and has the reputation for operational excellence and accountability.  He is a great addition to the team as we continue to drive long-term profitable growth.

With that, I am now going to turn the call over to Cathie to provide more details on our performance and financial outlook.  And Cathie after 46 earnings calls, make this a good one.

**Cathie Lesjak**
Thanks, Dion.  I have been privileged to serve as CFO for the past 11 years or as you noted 46 quarters, but who's counting?  It has been an honor to work as part of the team with so many outstanding dedicated employees during a time of tremendous change and reinvention.

With Steve taking over as CFO, I am convinced HP is in excellent hands.  As many of you already know, Steve is an experienced finance and investor relations executive with a deep understanding of HP.  He will be an outstanding CFO and a great successor.

Now, looking at the results for Q2, we continued to deliver consistent results with strong revenue growth and increases in operating profit dollars, free cash flow, and earnings per share.

Net revenue was $14 billion, up 13% or up 10% in constant currency.  Our performance remains strong across businesses and geographies. Regionally, Americas grew 7%, EMEA was up 21% and APJ grew 13%.

Gross margin was 19.3%, up 10 basis points year-over-year.  Sequentially, gross margin was up 150 basis points higher than normal seasonality primarily driven by favorable rate in personal systems and improved mix.

Non-GAAP operating expenses of $1.7 billion were up 16%, driven by the addition of S-Print, along with incremental R&D and go-to-market investments to support growth.

Non-GAAP net OI&E expense was $84 million for the quarter, with a non-GAAP tax rate of 16% and a diluted share count of approximately 1.6 billion shares.  We delivered non-GAAP diluted net earnings per share of 48 cents.

Non-GAAP diluted net earnings per share primarily excludes
- restructuring and other charges of $57 million
- acquisition-related charges of $45 million
- amortization of intangible assets of $20 million
- debt extinguishment cost of $126 million
- as well as non-operating retirement related credits of $53 million, and
- the related tax impact on all of these items.

It also excludes a net gain of $424 million for tax adjustments. The gain was a result of several tax settlements across various jurisdictions covering a multiyear period.  The gain was partially offset by an additional provisional revaluation of the deferred tax assets due to US tax reform and a $671 million tax indemnification. The tax indemnification amount is associated with our Tax Matters Agreement with Hewlett-Packard Enterprise Company since these tax settlements were based on pre-separation tax years.  As a result, Q2 GAAP diluted net earnings per share, was 64 cents.

Turning to the segments…

Personal Systems net revenue remained very strong, delivering $8.8 billion, up 14%.  We are encouraged as the results continued to be broad-based, reflecting execution against our strategy and an innovative product portfolio.

By customer segment, consumer revenue was up 10% and commercial revenue was up 16%. By product category, revenue was up 15% for notebooks, up 16% for desktops and up 9% for workstation.  Our disciplined focus on market segmentation enabled profitable share gains.

Personal Systems operating profit dollars grew year-over-year and operating margin was 3.8%, up 60 basis points, as we lapped some of the largest commodity cost increases we saw last year.  We will continue to balance pricing to adjust for the impacts of currency and commodity and logistics costs and other market dynamics.

Turning to printing, revenue was $5.2 billion in the quarter, up 11%.  We are pleased with this growth and are encouraged by the progress we are making integrating S-Print.  Total hardware units were up 13% with consumer units up 4% and commercial units up 88%.  Sequentially,

commercial units were up 10%.  In calendar Q1, overall Print unit share was 42%, up 1 point year-over-year and up 4 points sequentially.

Q2 supplies revenue of $3.4 billion was up 8% year-over-year or 6% in constant currency.  The supplies mix of total print revenue was 65% and we continue to operate below our ceilings for supplies channel inventory.

We also had good momentum in our contractual offerings.  We are pleased with the strong growth in instant ink, where we are growing our global subscriber base. And in MPS, we continue to grow revenue.

Print operating profit grew $19 million, and operating margin was 16.0% in the quarter, down 1.3 points year-over-year, but up 20 basis points sequentially.  The primary drivers of the year-over-year margin decline were strong unit placements and go-to-market investments largely as a result of adding S-Print.  Additionally, we saw increased raw material cost in the quarter which we expect to continue throughout the year.

Now turning to cash flow and capital allocation, Q2 cash flow from operations was $1.1 billion and free cash flow was $937 million.  For the full year, we now expect free cash flow to be at least $3.7 billion.

Cash conversion cycle was minus 30 days, improved three days sequentially driven by a seven-day increase in days payable outstanding offset by a three day increase in days sales outstanding and a one-day increase in days of inventory.  Increases in days of inventory and days payable outstanding are largely a result of negotiated payment terms and leveraging our balance sheet.

Consistent with the cash priorities described in Q1 in connection with US tax reform, we successfully completed a $1.85 billion debt tender during Q2.  Additionally, we had capital returns of $801 million in share repurchases and $227 million in cash dividends.  For the full year, we still expect to deliver returns toward the higher end of our long-term range of 50% to 75% of free cash flow.

Before turning to guidance, I want to reiterate the importance of focusing on our cost structure.  Because of the synergies we see in Print, including the result of the acquisition combined with other cost efficiency opportunities, we will be expanding our current restructuring program.

Compared to the high-end of our prior restructuring outlook, we expect the restructuring costs to increase by $150 million to $200 million.  This includes both labor and non-labor related actions.  We still expect to complete the plan by the end of fiscal 2019, including these incremental actions. We expect that the total gross annual run-rate savings, before reinvestments, to increase by at least $75 million over the higher end of the previously communicated range beginning in FY 2020.

Looking forward, keep the following in mind related to our financial outlook:
- In Personal Systems, we expect that logistic and overall component costs will continue to increase throughout FY 2018. This headwind and any net impact on re-pricing will ultimately depend upon actual market demand, competitive dynamics and any impact from currency.
- In Printing, we began to see increases in raw material costs in Q2 and expect that pressure to continue during the second half.

HP, Inc.
Tuesday, May 29, 2018, 5:00 PM Eastern