# EXHIBIT 11

# HP, Inc.

# Third Quarter 2018 Earnings Conference Call

# Thursday, August 23, 2018, 5:00 PM Eastern

**CORPORATE PARTICIPANTS**

**Dion Weisler** - *President and Chief Executive Officer*

**Steve Fieler** - *Chief Financial Officer*

**Beth Howe** - *Head of Investor Relations*

1

## PRESENTATION

**Operator**
Good day everyone, and welcome to the Third Quarter 2018 HP, Inc. Earnings Conference Call. My name is William, and I'll be your conference moderator for today's call.  At this time, all participants will be in listen-only mode.  We will be facilitating a question and answer session toward the end of the conference.  Should you need assistance during the call, please signal a conference specialist by pressing the "*" key followed by "0."  As a reminder, this conference is being recorded for replay purposes.

I would now like to turn the presentation over to your host for today's call, Beth Howe, Head of Investor Relations.  Please go ahead.

**Beth Howe**
Good afternoon, I am Beth Howe, head of investor relations for HP, Inc., and I'd like to welcome you to the fiscal 2018 third quarter earnings conference call, with Dion Weisler, HP's President and Chief Executive Officer and Steve Fieler, HP's Chief Financial Officer.

Before handing the call over to Dion, let me remind you that this call is being webcast.  A replay of the webcast will be made available on our website shortly after the call for approximately one year.  We posted the earnings release and the accompanying slide presentation on our investor relations webpage at www.hp.com.  As always, elements of this presentation are forward-looking, and are based on our best view of the world and our businesses as we see them today.

For more detailed information, please see disclaimers in the earnings materials related to forward-looking statements that involve risks, uncertainties and assumptions.  For a discussion of these risks, uncertainties and assumptions please refer to HP's SEC reports, including our most recent Form 10-K.  HP assumes no obligation and does not intend to update any such forward-looking statement.

We also note that the financial information discussed on this call reflects estimates based on information available now and could differ materially from the amounts ultimately reported in HP's Form 10-Q for this fiscal quarter ended July 31, 2018 and HP's other SEC filings.  During this webcast, unless otherwise specifically noted, all quarterly comparisons are year-over-year comparisons with the corresponding year ago quarter.  For financial information that has been expressed on a non-GAAP basis, we've included reconciliations to the comparable GAAP information.  Please refer to the tables and slide presentation accompanying today's earnings release for those reconciliations.

And now I will hand it over to Dion.

**Dion Weisler**
Thanks Beth.  Good afternoon everyone and thank you for joining us today.

Quarter three was another strong quarter of profitable growth with consistent and balanced performance across businesses and regions. As a company, we are delivering what we said we would do in optimizing the business to consistently deliver long term, sustainable and profitable growth.

Q3 was impressive. Specifically, we delivered 12% revenue growth, adding $1.5 billion to the top line and we increased non-GAAP earnings per share 21% to 52 cents.  We delivered $1.4

hardware market grew 1% in the second calendar quarter supporting our confidence in the health of the printing business for the long-term.

The Print team not only continues to execute our strategy and innovate across the portfolio, but is making progress in strategically shifting towards contractual business models. Over the past few quarters, we have expanded upon our acquisition of Samsung's printer business and extended our A3 product portfolio to offer customers affordable color printing while delivering best-in-class performance and security.  We are building on this foundation of strong technology with differentiated solutions to expand Managed Print Services, with the investments in our direct and indirect go-to-market capabilities, including the selective acquisition of office equipment dealers, or OEDs, that provide access to increase profit pools from higher margin services.

Earlier this month we announced a definitive agreement to acquire Apogee Corporation. Apogee is Europe's largest independent provider of print and document services and has a proven track record and deep capabilities in contractual sales.  This is an important next step in our strategy to accelerate growth in the contractual offers print market.  Following the announcement of the transaction, I met with a number of our large partners who understand that scaling our contractual business faster benefits both HP and our partners to grow in the industry shift to contractual.

Looking at our other strategic initiatives, in Graphics, we again grew revenue and are driving market-leading innovation.  This quarter we unveiled the new DesignJet Z large format photo printers that offer amazing image quality and production efficiency.  We also announced that R.R. Donnelley is adding the new HP Indigo presses to their fleet to help increase their capacity and enhance their ability to deliver high quality print products to their customers.

Shifting to the 3D Printing business, we are pleased with our progress in accelerating 3D printing for production manufacturing.  We drove installations with industrial-grade customers, including the new 3D printing center in China, the world's largest manufacturing market.  We are encouraged by the increasingly wide array of final part applications across sectors including the industrial, consumer, and auto and healthcare markets.  We're seeing north of 50% of the parts produced on our systems are for final production.

This quarter, we also furthered our channel presence and expanded our strategic partnership with Siemens, providing design software support for our full-color platform.  Ensuring the world's industrial product engineers have integrated design tools for 3D production is a critical enabler for market expansion.  We are still in the very early stages of this business but remain excited and optimistic with our ability to disrupt the $12 trillion global manufacturing market.

Before I move off 3D Printing, I would like to share some additional news with you.  After 37 years at HP, Stephen Nigro, President of our 3D Printing business, has made the decision to retire in early 2019.

During the past three decades, Stephen has had a tremendous career from pioneering our first Inkjet printers, to leading teams across the U.S. and Asia, to most recently turning a nascent 3D printing opportunity into a business that has become the number one commercial-grade plastics 3D printing vendor less than two years after product launch.  A differentiated 3D printing technology and leadership will help enable HP to accelerate the Fourth Industrial Revolution.  I couldn't be more thankful for Steve's leadership, guidance and commitment to HP.

One of the things we pride ourselves on is the depth and breadth of our bench and our rigorous succession planning.  I am super excited that Christoph Schell, our current President of the Americas region, will transition to become President of 3D Printing where he and the team will focus on the next phase of scaling our 3D Printing business.  Christoph just celebrated his 20th anniversary at HP and is a rigorous and balanced operational leader with outstanding experience transitioning customers and partners into new service-led business models.  Under his leadership, our Americas region has delivered impressive and consistent growth.  Christoph has a passion for 3D printing and has played a key role in our earliest 3D printing wins and partnerships.  I have great confidence in his leadership of this important business.  We expect the transition to be seamless and look forward to having you all meet Christoph at our Securities Analyst Meeting in New York on October 3.  Christoph's role is effective November 1.

In summary, Q3 was another strong quarter of profitable growth with balanced performance across businesses and regions.  We are pleased with the success in the business.

Looking ahead to Q4, we are monitoring several evolving market dynamics, including the global trade environment, currency volatility and industry component availability.  That said, one of the strengths we consistently demonstrated is our ability to navigate the impact of these challenges and leverage our innovation and scale to create advantage and drive sustained performance.  We are executing and meeting our commitments and I am confident in the team's ability to continue doing exactly this.

With that, I will hand it over to Steve to cover our financial results in more detail and share our financial outlook.

**Steve Fieler**
Thanks, Dion.  Q3 was another quarter where we delivered strong results consistent with our strategy and furthering our goal of creating long term shareholder value.  Having met recently with a large number of employees, customers and partners, it's clear that this company remains focused on executing each quarter while also positioning the company for the future, and our results demonstrate this balance of delivering in the near term while investing in growth and leading through an increasingly dynamic environment.

We continue to post growth in revenue and operating profit dollars across both segments and earnings per share.  We also generated strong free cash flow in the quarter and are on track to return capital to shareholders above the high end of our range of 50% to 75%.

Similar to prior quarters, I'll walk through our financial details.  First the P&L including the segments, then the balance sheet, cash flow and capital return and finally guidance.

Starting with the top line, net revenue was $14.6 billion, up 12% or up 9% in constant currency.  Our performance remains strong across businesses and geographies.  Regionally, in constant currency, Americas grew 6%, EMEA was up 10% and APJ grew 13%.

Gross margin was 18.4%, down 20 basis points year-over-year primarily resulting from the addition of S-Print.  Sequentially, gross margin was down 90 basis points driven by seasonal mix.

Non-GAAP operating expenses of $1.6 billion were up 15%, this increase which is similar to the growth in prior periods was driven by the addition of S-Print along with incremental R&D and go-to-market investments to support growth.  Sequentially operating expenses declined 2%.

Non-GAAP net OI&E expense was $59 million for the quarter.  We delivered non-GAAP diluted net earnings per share of 52 cents, up 9 cents or 21% year-over-year with a diluted share count of approximately 1.6 billion shares.

Non-GAAP diluted net earnings per share primarily excludes:
- amortization of intangible assets of $20 million,
- acquisition related charges of $10 million,
- and other GAAP only charges totaling $11 million,
- offset by non-operating retirement related credits of $56 million,
- and the related tax impact on all of these items.

As a result, Q3 GAAP diluted net earnings per share, was 54 cents.

At the segment level, Personal Systems net revenue remained strong, delivering $9.4 billion, up 12%.  Results continued to be broad-based across customer segments, geographies and products reflecting the strength of our supply chain, go-to-market and innovative product portfolio.

By customer segment, consumer revenue was up 10% and commercial revenue was up 13%. By product category, revenue was up 13% for notebooks, up 12% for desktops and up 11% for workstations.

In calendar quarter two, we saw opportunity for profitable growth and we took advantage.  We outgrew the market by 5.4 points and earned market share of 24%, doing so while managing cost headwinds and investing in innovation.

Personal Systems continued to grow operating profit, up $52 million versus last year.  We also improved operating margin to 3.9%, up 20 basis points year-over-year and 10 basis points sequentially.  The increase was primarily driven by higher ASPs through both favorable currency and improved mix partially offset by higher commodity and logistics costs.

In Printing, revenue was $5.2 billion in the quarter, up 11%.  We have made steady progress in the performance of the business and remained focused on managing the portfolio across the Core, Growth and Future product categories.  Total hardware units were up 12%, with consumer units up 2% and commercial units up 91% including S-Print and up 3% sequentially. In the calendar second quarter, overall Print unit share was 43%, up 1 point year-over-year.  We continue to take advantage of opportunities to place units when we see them.

Q3 supplies revenue of $3.4 billion was up 8%, or 6% in constant currency.  The supplies mix of total print revenue was 66%, down year-over-year, and nearly flat sequentially.  And we continue to operate below our ceilings for supplies channel inventory.

Print operating profit grew $25 million year-over-year and operating margin was 16%, down 1.3 points year-over-year and flat sequentially.  The primary drivers of the year-over-year margin decline were the addition of S-Print and the strong unit placements and investments in growth and future initiatives, including A3 and 3D printing. Additionally, as expected, we experienced increased raw material cost in the quarter, which should remain elevated in Q4.