# EXHIBIT 12

# HP, Inc.

# Q4 2018 Earnings Conference Call

# Thursday, November 29, 2018, 5:00 PM Eastern

**CORPORATE PARTICIPANTS**

**Dion Weisler** - *President, Chief Executive Officer*

**Steve Fieler** - *Chief Financial Officer*

**Beth Howe** - *Head, Investor Relations*

**PRESENTATION**

**Operator**
Good day, everyone, and welcome to the Q4 2018 HP, Inc. Earnings Conference Call.  All participants will be in listen-only mode.  Should you need assistance, please signal a conference specialist by pressing the star key followed by zero.  After today's presentation, there will be an opportunity to ask questions.  And please note that today's event is being recorded.

And I would now like to turn the conference call over to Beth Howe, Head of Investor Relations.  Please go ahead.

**Beth Howe**
Good afternoon.  I'm Beth Howe, Head of Investor Relations for HP, Inc., and I would like to welcome you to the fiscal 2018 fourth quarter earnings conference call with Dion Weisler, HP's President and Chief Executive Officer; and Steve Fieler, HP's Chief Financial Officer. Before handing the call over to Dion, let me remind you that this call is being webcast.  A replay of the webcast will be made available on our website shortly after the call for approximately one year. We posted the earnings release and the accompanying slide presentation on our Investor Relations website at www.hp.com.As always, elements of this presentation are forward-looking and are based on our best view of the world and our businesses as we see them today.

For more detailed information, please see disclaimers in the earnings materials related to the forward-looking statements that involve risks, uncertainties and assumptions.  For a discussion of some these risks, uncertainties and assumptions, please refer to HP's SEC reports, including our most recent Form 10-K. HP assumes no obligation and does not intend to update any such forward-looking statements. We also note that the financial information discussed on this call reflects estimates based on the information available now and could differ materially from the amounts ultimately reported on HP's Form 10-K for the fiscal year ended October 31, 2018 and other HP SEC filings.  During this webcast, unless otherwise specifically noted, all comparisons are year-over-year comparisons with the corresponding year ago period.  For financial information that has been expressed on a non-GAAP basis, we have included reconciliations to the comparable GAAP information.  Please refer to the tables and slide presentation accompanying today's earnings release for those reconciliations.

And now I will hand it over to Dion.

**Dion Weisler**
Good afternoon.  Thanks for joining us.  It was great to see so many of you in New York for our Securities Analyst meeting.  As we close fiscal 2018, I'm proud of the results we delivered.  It was a strong quarter and an exceptional year for HP.

Our results demonstrate sustained operational performance, a disciplined investment framework, and prudent cost management.  Our Core, Growth and Future strategy is working. And we are well positioned for continued success across our categories and our regions.

For quarter four, we delivered
- Revenue of $15.4 billion, up 10% with strong performance across regions and businesses;
- Non-GAAP earnings per share of 54 cents, an increase of 23%;
- And strong free cash flow of approximately $800 million.

HP, Inc.
Thursday, November 29, 2018, 5:00 PM Eastern

and supplies.  Operating profit grew in both periods, adding $177 million to the bottom line for the full year.

This consistent growth is yet another proof point of customer adoption of HP's innovative portfolio. Similar to the PC market, design is increasingly important for printers.  Earlier in the quarter, we introduced the world's first smart home printer, HP Tango.  Tango combines voice-activated and app-based printing with stunning design and convenience through our Instant Ink subscription program.  We believe that Tango reinvents expectations for home printing, setting a new standard for print to fit seamlessly into consumers' lifestyles.

We are also strengthening our leadership in the office space to drive new contractual and A3 growth opportunities.

As we mark the anniversary of the S-Print acquisition, I'm pleased with the progress we have made.  We're one team focused on accelerating our penetration of this large addressable market.

Earlier this month, we further accelerated our penetration of the copier market by completing the acquisition of Apogee, providing us with deep solutions and services expertise and a faster means to scale this business and tap into the profit pools that they offer.

Lastly, we're focused on growing our Graphics Solutions business.  Our strategy is to provide market-leading products and solutions that enable customization and personalization, while reducing both inventory and turnaround time for print service providers. A key win that showcases the power of digital is ePac Flexible Packaging, an all-digital flexible packaging converter who purchased 20 additional HP Indigo Digital Presses to expand operations across the U.S.

In 3D printing, this quarter we announced our new Metal Jet platform bringing 3D mass production to the metals manufacturing industry for the first time.  We are excited by the potential of this business and are working closely with automotive and industrial leaders like GKN, Volkswagen, Parmatech and many more.

We are especially encouraged by the volume of final part applications we are delivering across verticals including the transportation, industrial and medical markets. At Formnext earlier this month, together with customers and partners we showcased many of the new applications that were developed over the last year.  One of these, BMW, is now manufacturing production parts for their cars on HP's Multi Jet Fusion, and FORECAST 3D now has two dozen Multi Jet Fusions deployed, operating around-the-clock to produce millions of final parts as their business grows.

Looking at the year-end total, we made great strides in 3D printing.  We expanded our portfolio, increased the number of customer applications tenfold, signed numerous strategic partnerships, and generated multi-unit customer orders.  Multi Jet Fusion is now the most used industrial 3D printer in the world.

Overall, I'm pleased with our company's 2018 results.  We've done what we said we would do.  We are growing the business top line and bottom line and generating strong cash flow.  We are delivering returns for our shareholders and investing in the future to create long term value.

HP, Inc.
Thursday, November 29, 2018, 5:00 PM Eastern

Looking ahead to 2019, as we said at the recent Securities Analyst Meeting, we are monitoring several evolving market dynamics, including the global trade environment and currency volatility.  In addition, our caution related to industry-wide CPU availability is now playing out and is constraining our growth. We are working diligently with our vendors and partners to reduce the short-term impacts on our customers in light of our ongoing strong demand.

Against this backdrop, we're focused on the things that made us successful in 2018, including innovation, execution and cost management.  Short-term category headwinds do not diminish our excitement about this business and will not derail our long-term strategy.

We will continue to play our own game, execute our strategy with rigor and aim for sustainable growth for the long term.  And we will do so with the same sense of urgency and passion that has propelled our business forward since separation.

With that, let me turn the call over to Steve to go through additional details.

**Steve Fieler**
Thanks, Dion.  We finished FY18 with a strong Q4.  Our results demonstrate the consistency of our strategy and focus on creating shareholder value for the long-term.  We delivered against our objectives with a focus on day-to-day execution, while also investing in our strategic growth initiatives across Personal Systems, Printing and 3D to position the company for the future.

For the full year, we grew revenue and operating profit dollars across both Printing and Personal Systems.  We also delivered strong earnings per share growth, generated $4.2 billion in free cash flow and returned 83% of that free cash flow to shareholders, above the high-end of our long-term range of 50% to 75%.

Now let's look further into the results for the fourth quarter.

Starting with the top line, net revenue was $15.4 billion, up 10% or up 9% in constant currency. Just as we've seen throughout the year, our performance remained strong across businesses and geographies.  Regionally, in constant currency, Americas grew 6%, EMEA was up 9%, and APJ grew 17%.

Gross margin was 17.6%, down 0.5 points, primarily resulting from the addition of S-Print. Sequentially, gross margin was down 0.8 points, driven by seasonal business mix and currency.

Non-GAAP operating expenses of $1.6 billion were up 7%.  This increase was driven by the addition of S-Print along with incremental R&D and go-to-market investments to support growth.

Non-GAAP net OI&E expense was $54 million for the quarter.  We delivered non-GAAP diluted net earnings per share of 54 cents, up 10 cents or 23% year-over-year, with a diluted share count of approximately 1.6 billion shares.

Non-GAAP diluted net earnings per share excludes:
- amortization of intangible assets of $20 million,
- acquisition related charges of $26 million
- and restructuring and other GAAP only charges totaling $45 million,
- offset by non-operating retirement related credits of $54 million
- and related tax impact on all of these items.

5

It also excludes a net gain of $597 million related to tax adjustments.  The non-cash gain was primarily related to a change in our ability to utilize certain deferred tax assets.  As a result, Q4 GAAP diluted net earnings per share was 91 cents.

At the segment level, Personal Systems net revenue remained strong, delivering $10.1 billion, up 11%.  Results were again broad-based across customer segments, geographies and products, reflecting the strength of our product portfolio, go-to-market and supply chain.

By customer segment, consumer and commercial revenue were both up 11%.  By product category, revenue was up 14% for notebooks, up 6% for desktops, and up 10% for workstations.

In calendar quarter three, our market share was 22.5% as we continue to execute our strategy and focus on profitable growth. Our performance was driven by strong execution as we managed a dynamic market environment and the initial signs of CPU shortages, which we expect will constrain our growth in the first half of 2019.

Personal Systems continue to grow operating profit, up $37 million versus last year.  This increase was primarily driven by higher volume and better ASPs, partially offset by higher commodities and logistics costs and the initial impact of tariffs in the U.S. Operating margin was 3.8%, flat year-over-year.

In Printing, revenue was $5.3 billion in the quarter, up 9%.  We have made steady progress in the performance of the business and remain focused on managing our Core businesses, while building for the future across our strategic growth initiatives. Total hardware units were up 11% with consumer units up 3% and commercial units up 85%, including S-Print.  We continue to take advantage of opportunities to place NPV positive units when we see them.  In calendar quarter three, overall Print unit share was 42%.

Q4 supplies revenue of $3.4 billion was up 7%.  The supplies mix of total print revenue was 64% down year-over-year and sequentially.  We continue to operate below our ceilings for supplies channel inventory.  For the full year, supplies revenue grew in line with our outlook, inclusive of the acquired S-Print supply stream and installed base, which as we described at SAM, we expect to continue to decline.

Printing operating profit grew $46 million versus last year and operating margin was 16.1%, down 0.5 points year-over-year, up 0.1 point sequentially.  The primary drivers of the year-over-year margin decline were the addition of S-Print and the strong unit placements as well as investments in growth and future initiatives including A3 and 3D printing, partially offset by favorable currency.

Turning to cash flow and capital allocation, Q4 cash flow from operations was $968 million and free cash flow was $843 million.  For the full year, we delivered free cash flow of $4.2 billion, above our previously provided guidance of at least $3.7 billion.

Q4 free cash flow includes both the timing benefit of higher Personal Systems volume and a better year-end cash conversion cycle of minus 32 days.  This was an improvement versus our prior outlook of minus 29 to minus 30 days driven by lower days of inventory.