# EXHIBIT 14

22-Aug-2019

# HP, Inc. (HPQ)

Q3 2019 Earnings Call

# HP, Inc. *(HPQ)*
Q3 2019 Earnings Call

# CORPORATE PARTICIPANTS

Beth Howe
*Vice President & Head-Investor Relations, HP, Inc.*

Dion J. Weisler
*President, Chief Executive Officer & Director, HP, Inc.*

Enrique Lores
*President-HP Imaging, Printing & Solutions & Incoming President & Chief Executive Officer, HP, Inc.*

Steven Fieler
*Chief Financial Officer, HP, Inc.*

# OTHER PARTICIPANTS

Kathryn L. Huberty
*Analyst, Morgan Stanley & Co. LLC*

Shannon S. Cross
*Analyst, Cross Research LLC*

Toni Sacconaghi
*Analyst, Sanford C. Bernstein & Co. LLC*

Amit Daryanani
*Analyst, Evercore ISI*

Ananda Baruah
*Analyst, Loop Capital Markets LLC*

Tim Long
*Analyst, Barclays Capital, Inc.*

Jeriel Ong
*Analyst, Deutsche Bank Securities, Inc.*

# MANAGEMENT DISCUSSION SECTION

**Operator**: Good day, everyone, and welcome to the Third Quarter 2019 HP, Incorporated Earnings Conference Call. My name is Shawn, and I will be your conference moderator for today's call. At this time, all participants will be in a listen-only mode. We will be facilitating a question-and-answer session during the end of the conference. [Operator Instructions] As a reminder, this conference is being recorded for replay purposes.

I would now like to turn the call over to Beth Howe, Head of Investor Relations. Please go ahead.

Beth Howe
*Vice President & Head-Investor Relations, HP, Inc.*

Good afternoon. I'm Beth Howe, Head of Investor Relations for HP, Inc., and I'd like to welcome you to the fiscal 2019 third quarter earnings conference call with Dion Weisler, HP's President and Chief Executive Officer; Steve Fieler, HP's Chief Financial Officer; and Enrique Lores, HP's President of Imaging & Printing.

Before handing the call over to Dion, let me remind you that this call is being webcast. A replay of the webcast will be made available on our website shortly after the call for approximately one year. We posted the earnings release and the accompanying slide presentation on our Investor Relations webpage at investor.hp.com.

As always, elements of this presentation are forward-looking and are based on our best view of the world and our businesses as we see them today. For more detailed information, please see disclaimers in the earnings materials related to forward-looking statements that involve risks, uncertainties, and assumptions. For a

# HP, Inc. *(HPQ)*
## Q3 2019 Earnings Call

as our next CEO. You will see Enrique and the leadership team take actions to make significant changes in our cost structure, advance key strategic priorities and position HP for the future.

Let me now pass the call over to Steve for more insight into this quarter's financial results.

## Steven Fieler
*Chief Financial Officer, HP, Inc.*

Thanks, Dion. Before I go through the results, I just want to thank you for your leadership of HP. I appreciate your partnership and you know that I won't be removing you from my speed dial just yet. And Enrique has already been on my speed dial for a long time, so that won't change. I look forward to a seamless transition in our partnership going forward.

Our third quarter performance reinforces HP's ability to deliver consistent company results, profitably grow and effectively manage our broad-based portfolio. In Q3, we grew operating profit dollars, generated strong cash flow and delivered double-digit non-GAAP EPS growth.

Our financial performance this quarter demonstrates our ability to successfully invest in our business while delivering strong financial results. We remain focused on pursuing returns-based opportunities ahead of us while also addressing challenges when we have them. This helps set up the company to deliver in the short term and generate long-term value creation.

Let's look at the details of the third quarter. Net revenue was $14.6 billion, flat year-on-year or up 2% in constant currency. Regionally, in constant currency, Americas and EMEA were flat, and APJ grew 11%. Gross margin was 19.9%, up 1.5 percentage points year-on-year, driven by disciplined execution and improved rate in Personal Systems. Non-GAAP operating expenses were $1.8 billion, up 9%, driven by increased investments for both growth and efficiency, including investments in innovation, targeted marketing spend, as well as investments in HP's digital infrastructure.

Non-GAAP net OI&E expense was $68 million for the quarter. We delivered non-GAAP diluted net earnings per share of $0.58, up $0.06 or 12%, with a diluted share count of approximately 1.5 billion shares. Non-GAAP diluted net earnings per share excludes amortization of intangible assets of $23 million, acquisition-related credits of $12 million, restructuring and other charges of $14 million, as well as non-operating retirement-related credits of $19 million.

It also excludes a net gain of $305 million for tax adjustments. This net gain is primarily driven by the net income tax gains resulting from several tax settlements across various jurisdictions, partially offset by the tax indemnification associated with these gains recorded in OI&E, which is part of the Hewlett Packard Enterprise tax matters agreement. As a result, Q3 GAAP diluted net earnings per share was $0.78.

At the segment level, in Personal Systems, we are very pleased with our results. Revenue in the third quarter was $9.7 billion, up 3% or 6% in constant currency. By customer segment, we once again saw divergence in performance, with commercial revenue up 10% and consumer revenue down 11%. By product category, revenue was up 8% for desktop, up 4% for workstations and flat for notebooks. The team continued to successfully manage our overall product mix, as commercial demand remained strong while navigating some of the softer consumer markets.

# HP, Inc. *(HPQ)*
Q3 2019 Earnings Call

---

Q3 operating margins were very strong at 5.6%, up 1.7 points year-on-year. The exceptionally large increase was driven mainly by the team's continued focus on our strategy and disciplined execution in a favorable commodity cost environment. Operating profit was $547 million, up $185 million from the prior year.

In Print, the business outperformed a more difficult market. That being said, the results were mixed. We grew commercial hardware revenue, increased our market share and continued to make progress in our contractual offerings. However, operating margins were down 0.4 points to 15.6% due to lower supplies revenue.

Looking at the details, Q3 total Print revenue was $4.9 billion, down 5% nominally and in constant currency. Commercial hardware revenue was up 3% and consumer hardware revenue was down 10%. Total hardware units were down 9%, with commercial units down 4% and consumer units down 10%. In calendar Q2, HP  gained market share to 44% as the overall market declined.

Third quarter supplies revenue was $3.2 billion, down 7% in constant currency, with EMEA down in the mid-teens. Tier 1 channel inventory levels remained below the reduced ceilings. We are making progress on the operational and strategic plans described in prior quarters and remain confident we are taking the right action. However, with the increasing softness in the EMEA market, we expect supplies revenue to remain weak in Q4 as we continue to make progress on our plans. And thus, we expect supplies revenue to decline approximately 4% to 5% for the full fiscal year.

Looking forward, we expect to take significantly more cost out of the business, while also making more financial shifts in our business model across our combined hardware, services and supplies profit pools. The combination of these operational, market and strategic factors means that we are not planning for supplies revenue to grow in FY 2020. Importantly, having said that, at our next investor update, we will share the multiple levers we have that give us confidence in growing non-GAAP EPS in FY 2020.

Turning to cash flow and capital allocation, Q3 cash flow from operations and free cash flow were very strong, at $2.3 billion and $2.2 billion, respectively. In Q3, the cash conversion cycle was minus 36 days. Sequentially, cash conversion cycle improved four days, in line with normal seasonality, with a three-day increase in days payable outstanding, a two-day decrease in days sales outstanding and a one-day increase in days of inventory. We returned $533 million to shareholders through share repurchases and $240 million via cash dividends in Q3. Year-to-date, we have returned 75% of free cash flow to shareholders.

Looking forward to Q4, keep the following in mind related to our overall financial outlook. We continue to expect a headwind from currency. In Personal Systems, we expect the pricing environment to be competitive. And in Print, we expect the market to remain soft in the fourth quarter. In addition, for the full year, we continue to expect our non-GAAP tax rate, which is based on our long-term non-GAAP financial projection, to be 16% in FY 2019.

Taking these considerations into account, we are providing the following outlook: Q4 2019 non-GAAP diluted net earnings per share to be in the range of $0.55 to $0.59, Q4 2019 GAAP diluted net earnings per share to be in the range of $0.51 to $0.55. We are raising our full-year fiscal 2019 non-GAAP diluted net earnings per share to be in the range of $2.18 to $2.22, and full-year fiscal 2019 GAAP diluted net earnings per share to be in the range of $2.31 to $2.35. And we continue to expect to return approximately 75% of free cash flow to shareholders through a combination of dividends and share repurchases over the course of the full fiscal year.

Operator, let's open the call for questions.

---

HP, Inc. *(HPQ)*
Q3 2019 Earnings Call

# QUESTION AND ANSWER SECTION

**Operator**: Thank you. We will now begin the question-and-answer session. [Operator Instructions] Our first question will come from Katy Huberty with Morgan Stanley. Please go ahead.

Kathryn L. Huberty
*Analyst, Morgan Stanley & Co. LLC*

Q

Thank you. Good afternoon. Dion, I've really enjoyed watching you succeed as CEO. Sorry to see you go, but best wishes for both you and your family. In terms of questions, the midpoint of fiscal fourth quarter EPS guidance is down $0.01 versus the fiscal third quarter. If you look at the past two years, EPS expanded in the fourth quarter. Can you just talk about some of the incremental headwinds that are driving the worse seasonality this year? And then, I have a follow-up.

Steven Fieler
*Chief Financial Officer, HP, Inc.*

A

Sure. I'll take that one, Katy. We've been steadily delivering all year on our EPS, and as you know, we did increase the full-year outlook on the strength of Q3. I would describe Q4, we will remain prudent in balancing our current view of the risks and opportunities. Maybe I'll just touch a little on what we're thinking in our outlook for Personal Systems and Print.

So for Personal Systems, we'll still have a CPU-constrained environment across certain products. We're assuming that the incremental China tariffs on notebooks do not happen in Q4 according to the existing plan of record. But importantly, for the guidance, we're expecting a dynamic in competitive pricing environment with some of the supply chain costs and benefits we had in Q3 softening as we enter into Q4. So in essence, the headwind we are seeing in FX, offset by some of the supply chain tailwind that we've had from a cost perspective, will steady out in Q4.

In Print, expect the overall Print market to be soft. We'll continue to look for opportunities to place units. That being said, we do expect that the units could be impacted assuming the tariffs are implemented, which could mean  we raise prices and could impact units but less of an issue on operating profit dollars. We are expecting supplies  declines closer to our Q3 results in Q4, but we do expect to drive overall expense management. So when I take  that all into account, it's sort of a prudent guide. With confidence, we can deliver within the range of $0.55 to $0.59.

Kathryn L. Huberty
*Analyst, Morgan Stanley & Co. LLC*

Q

Thank you for that. Printer supplies, as you mentioned, down 7%, was worse than expected. You talked about some of the macro headwinds. But how did you perform in the inventory drawdown in EMEA? Your partner Canon suggested that the drawdown is now over and growth can improve in the back half of the year. Do you share that view or how much inventory depletion and investment to drive branded supplies market share is still left to come into the model in the fourth quarter?

Steven Fieler
*Chief Financial Officer, HP, Inc.*

A