# EXHIBIT 15

**S&P Global**
Market Intelligence

# HP Inc. NYSE:HPQ

# Shareholder/Analyst Call

**Thursday, October 12, 2017 9:30 PM GMT**

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

**1**

# Presentation

**Operator**

Ladies and gentlemen, please welcome Steve Fieler, Global Head of Treasury.

**Steve Fieler**

Good afternoon. I'm Steve Fieler, Global Head of Treasury for HP, and welcome to our 2017 Securities Analyst Meeting. It's great to see so many familiar faces in the room, some of which have flown in from the East Coast and cities across the globe. So thank you for joining us here today and thank you for those who are taking the time to join us via webcast as well.

This is the first time in HP's history we've actually hosted a meeting on site here at our headquarters, and there's been building momentum and excitement around this campus, partially driven by the free lunch today. But we're thrilled to have everyone here. It's going to be an exciting day.

And for those who aren't here in person, we've spent the last 90 minutes or so showcasing some of our newest products, from very small to very large, some services and technologies, including some cool detachables and notebooks, along with gaming and virtual reality demo, a whole lineup of printers, including our new A3 lineup, some amazing graphics machine and, yes, even a live 3D machine. How cool is that?

Before covering today's agenda, let me go over a couple of important slides here. As always, elements of this presentation are forward-looking and are based on our best view of the world and our businesses as we see them today. For more detailed information, please see this slide about the use of forward-looking statements and the presentations that involve risks, uncertainties and assumptions. And for a discussion of some of these risks, uncertainties and assumptions, please refer to HP's SEC reports, including its most recent Form 10-K and Form 10-Qs. HP assumes no obligation and does not intend to update any such forward-looking statements. And we also note that financial information discussed in this meeting reflects estimates based on information available at this time and could differ materially from the amounts ultimately reported in HP's annual reports on Form 10-K for the fiscal years ending October 31, 2017, and October 31, 2018. For financial information expressed on a non-GAAP basis, we've included reconciliations for the comparable GAAP information, so please refer to the slide presentations accompanying today's meeting.

Okay, deep breath. We're really excited about the agenda today. We're going to start with Dion, who's going to highlight some of the progress we're making towards both our strategic and financial objectives. He'll then talk about what's in store for next year and offer some longer-term insights and perspectives about HP's future. We'll then shift to a view of the segment and have each of the segment presidents, from Ron, Enrique to Steve, join us up here and talk in a bit more detail about their respective businesses. We'll start with Personal Systems and then take a short break, then Print, then 3D and take another short break. Don't worry, there will be refreshments at the break, and I'm expecting at least 2 things to happen: First, in front of you, an HP Sprocket, a really, really cool and amazing technology and product we released this past 12 months. So make some memories happen over break, use the Sprocket. And the second, sitting in front of you is a 3D printed object, a very geometrical-shaped interesting object. So I'm hoping to hear some conversation on how did we actually print that. And hint, that object can only be printed via 3D. So after the break, we'll come back up here and Cathie will talk about our financial overview and our FY '18 financial guidance. I'll ask the executives to come back up on stage and we'll do a Q&A, and then we'll head back upstairs for a reception.

So a couple of final logistical points before getting started. First, the IR team, raise your hand, Chris, Kitt, Hwa, they're here. Please ask any and all questions to these 3 gentlemen, and they'll instruct you and give you the answers and also escort you back upstairs once the event is completed down here. Second, materials will be made available to download on the Investor Relations site that we posted just ahead of the presenters, except for Cathie, whose slides will be posted after she presents today.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Okay. It's time to get started here. I'm so pleased to turn the meeting over to our President and CEO, Dion Weisler, but just wait, we have a short video.

[Presentation]

**Operator**

Ladies and gentlemen, please welcome Dion Weisler, President and Chief Executive Officer.

**Dion J. Weisler**
*President, CEO & Director*

Well, thank you, and welcome. Good afternoon, everybody.

**Unknown Attendee**

Good afternoon.

**Dion J. Weisler**
*President, CEO & Director*

Antonio, next year, music louder, a bit more bass. Good afternoon, everybody.

**Unknown Attendee**

Good afternoon.

**Dion J. Weisler**
*President, CEO & Director*

Welcome to our humble home. Actually, this is our humble cafeteria, which is why we were serving free lunch to our team because we kind of took over their lunch space. But it's a special place for us because we actually launched our company here back in November of 2 years ago. We invited all our founding partners. Those that represent almost 80% of our revenue were in this room celebrating the opening of this new company. And so for those of you who are on the web, thank you for tuning in, wherever you may be. And for those of you here in the room, thank you for joining us at our headquarters in Palo Alto, California.

As you saw earlier today, we're literally just steps away from Bill and Dave's offices. Every time I walk in, I'm reminded of the power, pride and responsibility that we have, leading one of the largest technology companies in the world. It's amazing to reflect on all that has come before us, how our company has changed industries, changed communities and lives all around the world. Our aim is to continue to reinvent this iconic company that's been entrusted to us. This has been a tremendous year for HP, and the best part is, we're just getting started. Most importantly, we've continued to prove that we can consistently execute and win in the marketplace and deliver returns for our shareholders. We've also proven that we can convert ideas into real businesses as we set ourselves up to accelerate our growth and capture the future.

Today, we'll talk about how we're delivering results aligned with our strategy and what you can continue to expect from us into fiscal year '18 and beyond. As part of this, I'll also spend some time discussing the trends that are changing the world around us, because, with change, we create opportunity.

Nearly 2 years ago, we set out to create a company with the heart and the energy of a start-up, but the brains and muscle of a Fortune 100 corporation. We set out to reinvent a new kind of technology company with a mission to engineer experiences that are made for everyone, everywhere. In the past year alone, I met with tens of thousands of employees, partners, customers and investors. I've experienced the great products and services that we're creating for our diverse customer needs and seeing how our reinvention strategy is paying off. And I've got to tell you, I'm humbled by our success and I'm really optimistic about our future.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.