# EXHIBIT 16

**S&P Global**
Market Intelligence

# HP Inc. NYSE:HPQ
# Shareholder/Analyst Call
## Wednesday, October 03, 2018 6:30 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Presentation

**Operator**

Ladies and gentlemen, please welcome, Beth Howe, Investor Relations.

**Beth Howe**
*Head of Investor Relations*

Good afternoon, and welcome to HP Security Analyst Meeting. I want to thank each of you for coming here today, both in New York and for those on the webcast. On behalf of the entire management team, we're really excited to be here today to share with you our progress, but more importantly, to talk to you about the opportunities we see ahead.

For those of you here in New York, I hope you had a chance to see the innovation showcase upstairs. Hearing about our innovation is important, but being able to see it firsthand really brings it to life.

We are here today to talk about our security analyst meeting, and no investor event will be complete without our legal disclosures. So please turn your attention to the screen for some announcements about important disclosures and information related to our forward-looking statements and use of non-GAAP financial measures.

We want to remind you that elements of today's presentation are forward-looking and may contain statements related to our business and the world as we see it today.

And as you look at this -- as we see it today -- as we look at the -- I need to read the -- okay, as we see it today.

Please see our website for the reconciliations to the GAAP financial measures as well as information about these forward-looking statements.

We also want to remind you that we have the webcast, videos and presentations available on the HP Investor Relations website. The presentations for each speaker will be available on that website at the beginning of their session. The exception to that is Steve Fieler's presentation of the financials, which will be available at the end.

As we move forward, let's turn to the agenda now please.

So we've got a full agenda for you here today. First, we have Dion, who is going to talk about our business, our progress and his perspectives on HP's future. Then, we have each of the presidents, Alex Cho, Enrique Lores, Steve Nigro and Christoph Schell, here to talk about their businesses.

We'll start with Personal Systems, then move on to Print and 3D. We have 2 short breaks scheduled for refreshments, and also to give you a chance to see the Innovation Center, if you haven't yet had a chance to go up there.

After the second break, we'll come back and have Steve Fieler talk about our financial overview as well as provide our FY '19 outlook, which I know you all are waiting for.

Following Steve's presentation, I'll be joined on stage with all of the speakers for a Q&A session before we head up to the reception.

One final note I want to remind everybody, you may have seen, before we get started, is we saw yesterday that FEMA has an alert scheduled for approximately 2:18 tonight -- today, which is in the middle of Alex's presentation. So just wanted to be aware, we may all get a little excitement in the middle of our Personal Systems presentation.

So now, before Dion takes the stage, let's take a look at some of our innovation that's driving our business. Please roll the video.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

[Presentation]

**Operator**

Ladies and gentlemen, please welcome Dion Weisler, President and CEO.

**Dion J. Weisler**
*President, CEO & Director*

Thank you, and good afternoon. There we go, it's nice to be in an intimate setting here. It's a presenter's worst nightmare when the AV fails on you, and it's why we believe in the power of print. This is my security blanket, just in case.

Welcome, and thank you for joining us here today. It's great to be with you all. The New York Stock Exchange is truly special. It's one of the most storied business institutions in history. At 201 years old, it's one of the few organizations that makes us, at age 79, look like youngsters.

I remember when we were here 2 years ago, ringing the bell, to celebrate our first year anniversary as HP Inc. Looking back at the past few years, I'm enormously proud of how far we've come and how well we've executed.

Our results reinforce our ability to consistently execute and win in the marketplace, while simultaneously fulfilling the commitments we made to our shareholders. But what I'm most excited about is what you will learn today, that we're just getting started.

We're going to use the next few hours to talk about what's next. Looking across our portfolio, there are tremendous opportunities for us to continue driving innovation and long-term sustainable growth.

These opportunities are fueled by trends that are transforming not only the categories where we operate, but the world at large. We are uniquely positioned to capitalize on these trends with a powerful innovation engine that is turning customer insights into experiences that amaze. We are truly energized about the future of HP.

But I must remind you, we're not taking our success, our scale or our leadership for granted. As an organization, we remain humble. Grounded in the needs of our customers and our partners and relentlessly focused on execution.

We know there will be challenges and headwinds, there always will be, but as a team, how we execute, regardless of market conditions, is what separates us.

Our goal for today is to provide you with a clear understanding of our plans for fiscal '19 and beyond. By the end of today, I believe you will see what we see, a bright future for HP.

Before we talk about where we're going, let's talk about what we've delivered. The last time we were together, we told you we would deliver predictable earnings and cash flows as our baseline. We said we would outgrow the market, while simultaneously positioning the company to capture the future. I'm very pleased to say that we've delivered across these measures, and our strategy is paying off. Year-to-date, we've achieved 13% revenue growth and 22% non-GAAP EPS growth.

Our free cash flow is similarly impressive, with $3.3 billion year-to-date. We said we'd return 50% to 75% of free cash flow to investors in the form of dividends and share repurchases. And through quarter 3, we've returned more than $2.6 billion, and we'll likely deliver more than 75% for the full fiscal '18.

These results stem from strong operational performance, a disciplined investment strategy and prudent cost management. They're also a result of a deep customer understanding that is helping us to engineer incredible innovation across our portfolio. We remain committed to our capital return strategy, and you'll hear more from Steve about this a little later on.

We also said that we would target deliberate investments to accelerate our growth businesses. As part of our aggressive pursuit of the contractual copier market, we acquired Samsung's printing business, gaining technical differentiation, incredible IP and a talented world-class team.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.