# EXHIBIT 17



# REINVENTING PRINT

## ENRIQUE LORES | IMAGING & PRINTING

© Copyright 2018  HP Development Company, L.P.  The information contained herein is subject to change without notice.

# FORWARD-LOOKING STATEMENTS

This presentation contains forward-looking statements that involve risks, uncertainties and assumptions. If the risks or uncertainties ever materialize or the assumptions prove incorrect, the results of HP Inc. and its consolidated subsidiaries ("HP") may differ materially from those expressed or implied by such forward-looking statements and assumptions.

All statements other than statements of historical fact are statements that could be deemed forward-looking statements, including but not limited to any projections of net revenue, margins, expenses, effective tax rates, net earnings, net earnings per share, cash flows, benefit plan funding, deferred taxes, share repurchases, foreign currency exchange rates or other financial items; any projections of the amount, timing or impact of cost savings or restructuring and other charges; any statements of the plans, strategies and objectives of management for future operations, including, but not limited to, our sustainability goals, the execution of restructuring plans and any resulting cost savings, net revenue or profitability improvements; any statements concerning the expected development, performance, market share or competitive performance relating to products or services; any statements regarding current or future macroeconomic trends or events and the impact of those trends and events on HP and its financial performance; any statements regarding pending investigations, claims or disputes; any statements of expectation or belief, including with respect to the timing and expected benefits of acquisitions and other business combination and investment transactions; and any statements of assumptions underlying any of the foregoing.

Risks, uncertainties and assumptions include the need to address the many challenges facing HP's businesses; the competitive pressures faced by HP's businesses; risks associated with executing HP's strategy; the impact of macroeconomic and geopolitical trends and events; the need to manage third-party suppliers and the distribution of HP's products and the delivery of HP's services effectively; the protection of HP's intellectual property assets, including intellectual property licensed from third parties; risks associated with HP's international operations; the development and transition of new products and services and the enhancement of existing products and services to meet customer needs and respond to emerging technological trends; the execution and performance of contracts by HP and its suppliers, customers, clients and partners; the hiring and retention of key employees; integration and other risks associated with business combination and investment transactions; the results of the restructuring plans, including estimates and assumptions related to the cost (including any possible disruption of HP's business) and the anticipated benefits of the restructuring plans; the impact of changes in tax laws, including uncertainties related to the interpretation and application of the Tax Cuts and Jobs Act of 2017 on HP's tax obligations and effective tax rate; the resolution of pending investigations, claims and disputes; and other risks that are described in HP's Annual Report on Form 10-K for the fiscal year ended October 31, 2017 and HP's other filings with the Securities and Exchange Commission.

As in prior periods, the financial information set forth in this presentation, including any tax-related items, reflects estimates based on information available at this time. While HP believes these estimates to be reasonable, these amounts could differ materially from reported amounts in HP's Annual Report on Form 10-K for the fiscal years ended October 31, 2018 and October 31, 2019. HP assumes no obligation and does not intend to update these forward-looking statements. HP's Investor Relations website at http://www.hp.com/investor/home contains a significant amount of information about HP, including financial and other information for investors. HP encourages investors to visit its website from time to time, as information is updated and new information is posted.

2    © Copyright 2018 HP Development Company, L.P. The information contained herein is subject to change without notice.

# MAINTAINING SUPPLIES STABILITY

## FY19 4-BOX DRIVER TRENDS[1]

| | INSTALLED BASE | USAGE | | SHARE | PRICING |
| --- | --- | --- | --- | --- | --- |
| | | Mix Quality | Usage/Unit | | |
| HOME | ↓ (changed) | = (changed) | ↓ | ↑ | ↑ |
| OFFICE | = | ↑ | ↓ | ↑ | ↓ (changed) |
| GRAPHICS | ↑ | ↑ | ↑ | = | ↓ |

1. Data are projections based on currently available data and estimates; Samsung revenue to be classified in Home and Office in FY19.
2. Based on mix of unit shipments, shows value relative to FY15. Source: HP internal.

 Changed vs. last year

 = Directional trend

© Copyright 2018  HP Development Company, L.P.  The information contained herein is subject to change without notice.