# EXHIBIT 18

**S&P Global**
Market Intelligence

# HP Inc. NYSE:HPQ

# Shareholder/Analyst Call

## Thursday, October 03, 2019 9:00 PM GMT

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Presentation

**Beth Howe**
*VP & Head of Investor Relations*

Good afternoon, and welcome to our 2019 Analyst Meeting. It's so great to see so many familiar faces in the room. Many of you have flown in from the East Coast and some from cities around the world. So thank you for taking time to be here with us today. And for those of you joining us in the webcast, thank you as well for taking time to join us.

Before we go to the agenda, please turn your attentions to the screens for some important announcements about our disclosures and information related to our forward-looking statements and use of non-GAAP information.

As always, elements of today's presentations are based on forward-looking statements and are based on our best view of the world and our businesses as we see them today. For financial information that is expressed on a non-GAAP basis, we have included reconciliations for the comparable GAAP financial information.

Please refer to the slides in the presentations accompanying today's meeting for more information.

Now onto the agenda. We have a full afternoon planned today. We will start with Dion, who will talk about our progress. Enrique Lores, our incoming President and CEO, will then talk about his strategy for the next chapter of HP. After a short break, we'll come back and we'll talk about print, 3D and Personal Systems with Tuan Tran, Christoph Schell and Alex Cho. After a second break, Steve Feiler will take the stage to talk about our financial performance and our FY '20 outlook. We'll then open up for Q&A. After the Q&A, we'll invite you upstairs to continue the conversation at our reception. Finally, today's webcast and presentations will be available on the HP Investor Relations website. The presentations for each speaker will be posted at the beginning of their presentation, except for Steve Feiler's presentation, which will post at the end, just so you don't read ahead.

Now before Dion takes the stage, let's look at some of the innovations driving our business.

[Presentation]

### Unknown Attendee

Welcome President and CEO, Dion Weisler.

**Dion J. Weisler**
*Director*

Well, hello, and thank you, and welcome to HP's 2019 Security Analyst Meeting. For those of you here in the room with us today, thank you for traveling to our Palo Alto headquarters. We're always honored to host you on our campus and to give you a real sense of our amazing innovations and solutions firsthand.

Welcome also to those of you joining on the web. We're looking forward to discussing our business, our priorities and our plans to lead HP forward.

Palo Alto is a special place for all of us here at HP. 80 years ago, Bill and Dave got started in a small garage just 2 miles from here with all the funding they could muster, a whopping grand total of $538, they set out to create a different kind of company, one with a purpose-built innovation engine, a business that establishes new markets and expands opportunities for customers and a culture that drives both shareholder value and social good. Today, these very same qualities guide everything that we do. Our teams wake up every day with a relentless drive and determination to push the boundaries of technological advancements and human potential, always with a focus on delivering for our customers and our shareholders.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

HP's stood the test of time because we're constantly raising the bar and continuously driving our future. Today, we're going to talk about the significant opportunities ahead to keep reinventing this business, to build upon our strengths, continue to adapt and evolve and position HP for long-term shareholder value.

But before we look forward, I think it's important to remember just how far we've come. Four years ago, as we set out to create HP Inc., there was no shortage of skeptics who doubted us. People thought our headwinds were just insurmountable, the competition was too strong and there simply wasn't growth to be had in personal systems and in printing. No matter what anyone said, as a company and as a team, we believed in this business and we set out to prove what the power of cutting edge innovation, disciplined execution and a high-performance, purpose-driven culture is capable of. We ignited our innovation engine, leading with customer insights, hyper segmenting the market to drive profitable growth. We drove disciplined execution across the business, leveraging our scale and our skills to navigate the changing and sometimes challenging market conditions. And we wove sustainable impact tightly into the fabric of HP. The work we're doing in key areas such as environmental sustainability as well as diversity and inclusion is a key differentiator. In fiscal '18, it contributed to over $900 million of new revenue, demonstrating it's a business imperative that creates value for shareholders and society alike. The combination of these 3 things: innovation, execution and impact, enabled us to prove the skeptics wrong. And today, as we face new questions about our business, we'll respond the very same way. My confidence comes from the demonstrated track record of our team over the past 4 years. In personal systems, we proved that the PC market is alive and well. We didn't chase share for share's sake, but rather focused on the heat in the market. We redefined the category and we created unrivaled customer experiences. It's just been so exciting to do that. We included building over a $1 billion gaming portfolio in less than 2 years. And all of this has proved and provided a strong foundation on which we'll continue to build. Our Personal Systems team is performing at an incredibly high level, which you saw in our Q3 results with 6% constant currency revenue growth and our highest operating profit since 2011. Importantly, this is not a byproduct of the Windows 10 refresh cycle. It's fueled by an insights to innovation engine that has lots more room to run.

And in Printing, we're taking actions to get this business where we know it can and it must be. I have confidence in the team because I've seen what we're capable of accomplishing. We have consistently outperformed the market as well as our top competitors. Over the last few years, we've made print relevant again through modern design, differentiated security and innovative services and solutions for the home and the office.

We strengthened our foothold in key categories, including the A3 copier space and our graphics business. We began to evolve our business model, including strong growth in areas such as Smart Tank and Instant Ink. And all of this has enabled us to achieve important progress. Yet while we've come a long way, we still have a lot more work ahead. Today you'll hear more about the actions we're taking to accelerate our print transformation and evolve our business models and profit pools for the future. And in 3D printing, and as Christoph said, don't forget digital manufacturing, we're building a bright future and strengthening one of our key industrial-focused businesses.

Four years ago, just 4 years ago, this business didn't exist. Today, HP is at the center of a digital industrial revolution that will disrupt the $12 trillion manufacturing industry. By leveraging more than 30 years of printing IP, we're engineering differentiated technologies and creating entirely new businesses. We're a global leader in the segments in which we participate, have expanded into metals and we're building an ecosystem with partners such as Siemens and BASF that will enable us to scale well into the future. We recently opened one of the world's largest and most advanced 3D printing and digital manufacturing R&D centers in the world. And if you ever question the viability of 3D printing technology for mass production, consider SmileDirectClub, a company that's disrupting the orthodontics space. It's using HP Multi Jet Fusion to digitally print up to 50,000 mouth molds a day. This is digital manufacturing at scale and just an example of what's to come.

So I'm proud of the progress we've made across our categories. We have a strong portfolio and we know how to manage it to succeed in both up and down markets. Our focus on execution has been a driver of shareholder value. Since separation, we've added approximately $7 billion in revenue. We've generated a total cumulative free cash flow of $14 billion, approximately 75% of which we've returned to shareholders, and we continue to deliver on our priorities. Over the past 15 consecutive quarters, our non-GAAP EPS

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Now that I've set the market and customer context, let me see how they inform our strategy going forward. Our strategy is simply built on 3 key pillars. The first, we win and drive with innovation. We will continue to deliver award-winning innovation in hardware, software and services, built upon the world's most secure printing platform. That's our wheelhouse. That's what we know how to do. We're world's best at it. Second, we deliver customer experiences through tailored business models while maximizing the value of our installed base. Third, we'll disrupt industries by expanding our graphics business and our 3D printing business. And of course, our strategy is built on a foundation of relentless focus on leveraging scale and optimizing cost. There is no question that the print player who can innovate at scale with the right cost structure will have the greatest advantage. And to that end, we're simplifying everything we do to improve both effectiveness and efficiency, from rationalizing our product portfolio to consolidating firmware and software platforms, to streamlining our customer support. But you can't succeed on cost advantages alone. We won't win and we won't grow without innovation. And today, I'm here to tell you that HP's innovation engine in print is alive and well. With the segment of one approach that Enrique talked about, we're using customer insights and analytics to drive innovation, whether it's ink delivered directly to your doorstep, a document scanning application tailored for your business, or a book personalized with your child's name. These solutions are so much more powerful and so much more valuable when they're tailored to you.

We're differentiating through design. Last year, Enrique showed you the HP Tango printer, a printer with great industrial design that you'd be proud to display in your home. The only printer my wife has let me take out of my office. It actually sits in my family room. More recently, what we introduced is the OfficeJet Pro, a smart, connected and secure printer with a better performance but 40% smaller. Given the great feedback we've gotten from that product, we know design matters, even in the office.

Small businesses love OfficeJet Pro because they can use Smart Tasks to automate everyday business processes like expense management and receipts. Smart Tasks are enabled through our HP Smart App. With the HP Smart App, we deliver seamless mobile printing experience. The app has been downloaded 100 million times, with the same rating as Instagram. In today's world, security is paramount. We're leading the industry in security. We raise the industry's awareness that every printer decision is a security decision. Security is a huge area of innovation and differentiation for HP. I'm very proud of the advantages we've created over the past few years.

We're simplifying print experiences, even for our channel partners. With innovations like smart device services, we help them lower their service costs by 20%. We do this by intelligently monitoring hundreds of sensors inside our A3 printer, applying analytics and machine learning to predict and resolve problems remotely. That takes down their labor costs. So let me show you a video that brings all of this exciting innovation to life.

[Presentation]

**Tuan Tran;President, Print**

Innovation is a key component -- a truly amazing experience, but it's not the only thing. We're moving to a new phase in our business. So we need to pivot to a new model. The reality is that the market has evolved beyond the traditional printing model of selling hardware at a lower price and making it up in supplies. I remember when we first launched the HP Deskjet printer in 1984, that printer was priced at $1,000. As we focused on scaling the business, our goal was to put a printer in every home and on every desk. To drive that mass adoption, we made printers more affordable by placing the hardware at a loss and then making profit with supplies over time. This business model, eventually adopted across the industry, helped printing become an integral part of people's lives.

But today, I think we've gone too far because this model creates an attractive opportunity for others, thus we're seeing increased competition in the aftermarket. Today, alternatives, supplies, competitors are growing without having to invest in hardware development, production or placement cost. They profited from an expansion of online marketplaces that reduce barriers to entry and create customer confusion with HP original supplies. Research shows that using alternative supplies degrades the customer experience. In addition to potential IP infringements, alternatives provide lower-quality prints, damage to the printer, compromised data security and can be harmful for the environment. Today, people value

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

their printer experience but some don't like their supplies experience. So we need to optimize our business model by doing 2 things: Number one, maximize the value of the installed base that we have of over 150 million printers; second, pivot the new business model for customer -- for new customers. With our installed base, the goal is simple, we need to protect our aftermarket share. And in order to do that, the first thing we have to do is communicate and drive preference for HP original supplies. Customers are bombarded with choices today and we need to ensure that they understand and appreciate the value of HP original supplies versus the alternative.

To that end, we're rolling out campaigns that talk about the overall print quality, sustainability and security benefits of HP original supplies compared to the alternatives. Customers often face problems with alternative supplies; either they don't work at all or the print quality is unacceptable. In addition, the use of alternative supplies has environmental impact; around 97% of alternative cartridges end up in landfills. Our job is to get that message out. But beyond quality and sustainability, security of the overall system, both hardware and supplies, is a growing concern. Using aftermarket alternatives opens up a point of vulnerability where the supply chip meets the printer. There's a ton of data in that chip that gets transmitted to the printer. Hackers can exploit this connection. As my friend Alex Cho said, it's similar to taking an unknown USB card and stick it inside your corporate network. Not a smart thing to do. So the bottom line, if that chip is compromised, your entire network is compromised. By using our hardware with HP original supplies, customers get the most security -- secure printing experience end to end.

We're also taking steps to protect our brand and IP. As the aftermarket moves from more of an online unassisted motion, we see a ton of confusion. Some of this is clearly intentional. The biggest issue online is that many alternatives try to pass as HP originals by using our photography or our branding. This year alone, we've taken down almost 50,000 online listings that infringe on HP's copyright and trademarks or violate marketplace listing policies. Many of these alternatives also infringe our IP. So together with our partner, Canon, we're stepping up our efforts to protect intellectual property rights. Canon removed around 1,300 alternative toner listings from Amazon in the last year alone. Third, we have to leverage data and manage the channels more effectively through a centralized pricing process and a disciplined channel partner program. This allows us to deepen our relationship with our channel partners and customers, including Tier 1 and Tier 2 channels, to get a tighter visibility and inventory and to manage it much, much more robustly. And finally, we have to digitally transform and improve our business management process. Supplies is a big complicated business that's very, very global. We're investing in digital tools and analytics that help us track, verify cartridges from our factories through our multi-tier distribution channels and to our end customer.

By doing all these things, we will maximize the value of the installed base. But we also need to pivot the value proposition to new customers, especially the experience of how customers buy, consume -- and consume our products and services. Our customers want more flexibility and we must deliver that. There are 3 main strategic areas that will help us do that: Number one, drive services; number two, expanding in emerging markets; and number three, rebalance the system profitability, capturing more profit upfront.

Let's start with services, which continues to be a huge priority for us. This is something we talked about last year. Here, we've already begun to pivot. We're accelerating Instant Ink for consumers and managed print service for the office. Consumers love Instant Ink. As Enrique said, I have a soft spot in my heart for Instant Ink, they get up to 50% lower printing cost and they never have to scramble to find ink because the ink shows up before you run out. This solves 2 major customer pain points, cost and convenience. Instant Ink subscriptions are up more than 20% year-over-year. Nearly 1 out of every 5 new home printing customer enrolls in Instant Ink where it's available, and we're expanding that to more geographies. At the same time, SMB customers and enterprise customers love Managed Print Service and they see tremendous value. Through our A3 and A4 portfolio, they get lower costs, higher availability and better service. Our Managed Print Service revenue is up double digits year-over-year and we continue to see -- receive the best industry Net Promoter Scores.

We'll continue to grow these services business because they drive recurring revenue and supply share. They also provide us with an opportunity to attach incremental services and solutions. At the same time, we're also expanding our offerings in emerging markets where many of our customers still face unreliable

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

access to HP original supplies. We're expanding Smart Tank and we recently launched Neverstop, our first toner tank, this product here.

Smart Tank and Neverstop provide high-capacity ink and toner at time of purchase. We're talking about 2 years' worth of ink or toner in the box. This enables a great value proposition for the customer, centered around long-term, no touch reliability right out of box. But most importantly, both of these products deliver comparable cost versus alternatives, but with HP quality, reliability and security.

In the years ahead, we want to pivot our business model even further and ultimately provide customers with 2 choices at time of purchase. The first choice, for the customers who choose HP's printing system of both hardware and supplies, they will get a model that delivers a more secure, more reliable, higher quality and sustainable print experience. All of this at a lower overall price across hardware and supplies. Alternatively, customers can pay for full value of the HP printer upfront, gaining the flexibility for supplies. This is like buying an unlocked cellphone and then choosing your own wireless carrier. In these cases, customers can enjoy HP's superior printing hardware but obviously take risk if they choose alternative supplies. In this model, we rebalance the system profitability by monetizing our innovation through increased hardware prices.

This hardware profit rebalancing is not new for us. We've been doing this for years in China, where half of the mono laser printer comes from HP. Even though China is a super price-sensitive market, we're able to command on average a 50% premium for our hardware alone. By creating multiple ways for customers to purchase and consume print, we can become less reliant on supplies and rebalance towards hardware profitability. We know this transition is going to take time and it could include trade-offs in market share and hardware growth in order to maximize long-term progress. But in the end, we're going to end up with a more balanced systems model. So to that end, we'll begin to systematically increase hardware prices to move towards this model. As a result, supplies, while still very, very, very important to us, will no longer be the singular metric to determine our progress since supplies alone does not capture the total systems opportunity.

So the key metrics are service growth and operating profit dollars, which better reflects the system profitability. This, this is a pivotal moment for the core print industry and for HP. We plan to lead the industry forward with a clear focus on overall systems profitability.

As we advance our leadership in the home and the office, we'll also disrupt industries through our graphics business. We are building on 30 years of our microfluidic IP to unlock new markets. These segments are all going through an analog to digital transformation, and that opens up growth opportunities for us. The net-net is that our strategic focus areas in graphics remain consistent with what we shared with you last year. Our efforts are producing results. Through the first half of '19, we saw more than 30% growth in publishing pages printed, double the 15% we shared with you last year at SAM. We're seeing more than 10% growth in commercial pages. We're seeing more than 10% growth in labels pages printed. Our digital technology and our vertically integrated approach enables us to continue driving value creation across industries.

There's no better example of the analog-to-digital disruption than what we're doing with Pearson, a major book publisher, and Ashford Colour, Pearson's digital print service provider in the U.K. They're leveraging HP Piazza, our cloud-based on-demand print service, to limit physical inventory and slash supply chain costs. We worked with them to redesign their entire supply chain to actually enable printing of long-tail books on demand. They've seen a 40% growth year-over-year from this effort. They add -- this adds flexibility, reduces inventory and drives down total cost by up to 20%.

In addition to Pearson, we're partnering with more than 300 brands to create powerful campaigns built on personalization and mass customization.

So the combination of the work we're doing in home and office and graphics gives me great confidence in the future of HP Print. Consumers share emotions through photos. Office professionals share ideas through document. And brands use personalization to drive affinity.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.