# EXHIBIT 19

**S&P Global**
Market Intelligence

# HP Inc. NYSE:HPQ

# Company Conference Presentation

**Tuesday, February 27, 2018 6:15 PM GMT**

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Presentation

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

Good morning. I'm Katy Huberty, Morgan Stanley's IT hardware analyst, and I'm really pleased to welcome Cathie Lesjak, CFO of HP Inc. Cathie joined Hewlett-Packard in 1986 and she took over the CFO role at Hewlett-Packard in 2007 and carried on that role when the company separated with -- now working on the HP Inc. side of the business.

Before we begin, I just have to mentioned that Cathie will make forward-looking statements, and you can see full disclosures from the HP side at their website. Also, please note that Morgan Stanley disclosures and personal holding disclosures can be seen on the Morgan Stanley public website at www.morganstanley.com/research disclosures or at the registration desk right outside of this room.

So Cathie, thank you so much for joining us today.

**Catherine A. Lesjak**
*Former Interim Chief Operating Officer*
Thank you. It's great to be here.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

and driving the cost of 4-box model. So really, that kind of high -- the higher level order effect is really placing positive NPV units. Because when you price positive NPV units, even though there might be an investment in the short term, they kind of drive the [ flywheel ] effect of the supplies, revenue, annuity stream and then continuing to look at the growth vectors, driving growth in the A3 copier space as well as graphics and continuing to make progress on the transformation. Longer term, sustainability and the growth segment and then also the future around 3D and Immersive Computing.

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

So let's spend a few minutes on Printing. Last year, the goal was to stabilize and return to printing supplies growth, which you did earlier than expected. For this year, you're talking about 5% to 7% growth in printing supplies but in the core business, ex-Samsung, flat to slightly up. Talk about which elements of that 4-box model give you the confidence that, that supply stability of growth can continue?

**Catherine A. Lesjak**
*Former Interim Chief Operating Officer*

So the -- we have a lot of confidence in the predictive capabilities of our 4-box model. We have seen that it has been very reliable. You look at FY '17, and we were able to be in line with expectations or better than expectations across all of the different elements of the model. And ultimately, as you said, stabilized supplies a quarter earlier than expected. But what's important about that model is there isn't a single driver that makes all the difference. You really need to work on all 4 drivers, whether it's kind of installed base, usage, pricing or market share. You need all of them. It's also not a single initiative that addresses all the elements of the 4-box model. It's a number of initiatives, and we've kind of operated in all cylinders in terms of that. That's what gives us confidence in FY '18, but the core HP business will continue to be flat to slightly up in constant currency. But we did acquire the Samsung Printing business, and so we do have the impact, kind of the organic/inorganic impact to supplies growth in the year. So what we did was we took the core HP business flat to slightly up, and then we layered on the Samsung-branded supplies business. And what you need to know about that business is that it is in decline, and it's in decline because of the installed base. It's largely low end A4 hardware that is declining. But in the end, we think the year-over-year supplies growth will be 5% to 7% in constant currency for Q2 to Q4. And we have confidence that with all of the work and the initiatives that we've got targeting the 4-box model, we will continue to improve our performance such that even with the headwinds through the pressure from the Samsung-branded business, that in FY '19 will be flat to slightly up in constant currency.

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

Okay. And in FY '19, you should start to see some benefit from the A3 installations?

**Catherine A. Lesjak**
*Former Interim Chief Operating Officer*

So we -- there will be a number of factors going on. We're going to see benefits from A3. We're going to see the benefit from the various initiatives, continue to see the benefits from the various initiatives, but we will have a headwind as a result of the HP installed base coming down. But frankly, more impactful on the newest, the Samsung-branded hardware, that will continue to come down from an installed base perspective. The way to think about it is HP core would have been growing. It would have been better than stable in FY '19, but for the headwind that we've got on the Samsung-branded business.

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

Okay. You talked about A3 or the copier market as one of the growth opportunities for the company. You launched a number of products last spring, and part of the growth strategy is to expand into new channels. Often, you're scaling through different channels to 2 different buyers in that business. Talk about whether there's still opportunity to expand distribution and continue to accelerate growth in that business.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Catherine A. Lesjak**
*Former Interim Chief Operating Officer*

So we're very optimistic and confident about our ability to disrupt the A3 copier space. And as I mentioned earlier, it's really all about bringing differentiated technology. So we're bringing printer laser technology to what has traditionally been a copier laser technology, and that gives us a cost advantage for our channel partners as well as end-users. We -- keep in mind, we are just at the early stages of selling the full portfolio. We started in basically Q3 last year, so we've got 3 quarters. At this point, we've got about 7.9% market share, about a point improvement. Customer response to our offering has been really positive, particularly around security. Security is becoming an increasingly important dimension, whether it's kind of PCs that are connected to the network or printers that are connected. But also the fact that our offering is a little bit different than others besides the printer technology that we've got an offering that's across ink for copiers as well -- copier space as well as laser. And the reason that's important is that there are parts of your organization where you don't need glossy laser technology output. In fact, we typically talk about printing at premium color because you need to know when it's green or when it's red. But we don't need glossy, and therefore, having an ink offering that is basically half the cost and twice the speed is perfect for the finance department. So customers really like the fact that they can optimize across their organization. As you say, there are different ways of going to market for copiers. You've got to be focused on the MPS channel partners, Managed Print Service. You've got to be focused also on the transactional, and so the more traditional ones where we already have a fairly strong installed base. And then I would say also the copier resellers. It's us making progress in that space that has developed a very strong funnel and gives us confidence that we will achieve at least 12% market share over the next 3 years.

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

Now you exited last quarter at 8% share, right? And if you look over the last couple of quarters, you've been taking close to 2 points of share a quarter, which puts you on a trajectory that would either get you to 12% earlier than what you've talked about 2020 or potentially get to a higher market share. Why is 12% the right goal? And why wouldn't you hit that goal earlier than expected?

**Catherine A. Lesjak**
*Former Interim Chief Operating Officer*

So I think it's important to understand that it's been an incredibly competitive market. It's not as if we announced that we're getting in and all the competition goes away and throws their hands up. So it's a competitive market. We do expect that this business ramps over time from a top line perspective, but also from a profitability perspective. So it's an incredible opportunity, $55 billion TAM that we're going after. We've got very detailed plans kind of country, by region, by customer segment, by route to market across these different types of channel partners. And so we do have the confidence that we're going to get to at least 12% within the next 3 years. But keep in mind, that is not the end goal. The end goal is to have -- to be a material player in the copier space, leveraging the disruption that we can bring.

**Kathryn Lynn Huberty**
*Morgan Stanley, Research Division*

Talk about HP's differentiation in 3D Printing. This is the market that investors have watched, been excited about. Some of the public companies have disappointed in the trajectory. Why are you so excited? What's HP bringing to market that's really different in 3D?

**Catherine A. Lesjak**
*Former Interim Chief Operating Officer*

So first, I think that some of the disappointments in the market might have been because of the consumer versus commercial. We are playing only in the commercial space, and we have -- we believe the real opportunity, over time, to again disrupt. And in this case, disrupts a $12 trillion manufacturing industry. And we're doing that with -- by leveraging kind of the Inkjet IP that we have in this space. Our Multi Jet Fusion product is really helping customers solve 3 big problems: cost, quality and speed. So depending on the actual product parts that you're manufacturing, we're up to 10x faster. Our technology delivers

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

10x faster at about half the cost. So real differentiated value kind of on the product that is shipping today. But we also have differentiated value on the new products that we've just announced. We announced our lower price, full color. So that's black, white and all different colors in the rainbow at the box full level, so you have box of control that is very different than what's available today. It's going to be -- it's the same technology as the Multi Jet Fusion for production, and this is unique in the market where you've got the same technology doing both. It gives you kind of ease of transition. But the other thing that's really important about this lower price full-color product is that now the market for universities and research institutes is addressable. And the reason why that's important is the real value in 3D is not figuring out how to 3D print something that was injection molded before, but to actually design for 3D. When you design for 3D, you actually can make a much more efficient part. Maybe with less screws, with less connections so that there isn't as much, let's say, leakage, if you're talking about some sort of a -- kind of an airflow device. And we've got to train the engineers of the future to do 3D design. So getting into the universities is incredibly important. So those are kind of the big differentiations we have today, and we've talked about the fact that we're going to launch our metals technology in FY '18 as well. So we're very excited about this opportunity to disrupt. We can see it, and we're getting very positive response from our customers.

### Kathryn Lynn Huberty
*Morgan Stanley, Research Division*

You addressed both prototyping and production today, but as you said, ultimately, you're going after that $12 trillion high-volume production market. What's required from a technology perspective to get HP and get the market to the point where you can really replace high-volume production?

### Catherine A. Lesjak
*Former Interim Chief Operating Officer*

I think there's a number of things that we're working on kind of for future innovation, part of it is the [ opening for ] systems. We believe that you can't have a 2D-like market where you kind of own -- you have proprietary supplies. We think you actually have to have an open supply. And the reason you need to do that is there are so many different kind of chemical make up on plastics. There isn't one plastic. There's like a lot of different plastics. We're not going to have that capability. We're going to have to partner, and we are partnering with kind of a variety of materials, providers and then we're certifying them on our platform. So some of which, we will own and some of which will be certified. So we're continuing to expand the materials market from that perspective. As I mentioned, expanding into metals is also extremely helpful. So we're expanding there. We believe that in order to really get kind of the hockey stick impact, the other thing we've got to do is we've got to lower the cost of materials. We've got to continue to improve our multifunction technology capabilities around kind of cost, speed, quality as well as uptime. We think there are opportunities in that space, and we're going to continue to kind of think about it as a Moore's law around the productivity of our machine. We also need to focus on designing to 3D for additive manufacturing, redesigning the supply chain to accommodate kind of 3D printers. And then finally, the other thing that's really important is working with governments and industry groups to come up with a new set of regulations and standards for additive manufacturing. All of those things have been critical, we believe are critical ingredients that will enable this market to take off and HP to gain a significant share.

### Kathryn Lynn Huberty
*Morgan Stanley, Research Division*

You guided print margins to the low end of the 16% to 18% range this year on the back of the costs associated with Samsung. Now that you own and control and have full visibility into that business, are there incremental costs or revenue synergies that maybe you didn't see before closing the transaction?

### Catherine A. Lesjak
*Former Interim Chief Operating Officer*

I think the first thing I'd say is that from a cost perspective, this is going to be our job forever. We have to stay completely focused on costs day in and day out, looking everywhere for opportunities, whether that's in the Personal Systems business or in the Print business. From a Samsung's perspective, we still

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.