# EXHIBIT 20

**S&P Global**
Market Intelligence

# HP Inc. NYSE:HPQ

# Company Conference Presentation

## Wednesday, June 06, 2018 6:15 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Catherine A. Lesjak**
*Former Interim Chief Operating
Officer*

**Steve Fieler**

**ANALYSTS**

**Unknown Analyst**

**Wamsi Mohan**
*BofA Merrill Lynch, Research
Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Wamsi Mohan**
*BofA Merrill Lynch, Research Division*

Thank you for joining us here today at the second day of the conference. I'm Wamsi Mohan. I'm the IT, hardware and tech supply chain analyst here at Bank of America Merrill Lynch. It's my privilege today to have HP Inc. here with us on stage today. And what's very interesting about today is we have 2 folks from HP Inc. We have the current CFO, Cathie Lesjak, who has had a very successful long tenure at HP. And having had the privilege to work with her for a long time, we're delighted you could join us here today before your retirement in -- next month. And we're equally delighted to have Steve Fieler here, who is the incoming CFO. We've worked with Steve in the past at Investor Relations. He's had a great career at HP as well, and we are excited to welcome him here as well.

**Steve Fieler**

Thank you.

**Wamsi Mohan**
*BofA Merrill Lynch, Research Division*

So thank you for both of you being over here today.
The format is going to be just some Q&A that I'll kick off, but before that, I want to make sure that there will be some forward-looking statements made. And for additional details, please refer to the disclosure on HP's website. And with that, let me kick off with some questions, and then we'll open up for the audience as well. So thank you so much for taking the time today.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Wamsi Mohan**
*BofA Merrill Lynch, Research Division*

So Cathie, maybe first question, timing around sort of the transition and how did the board and you come to the decision of sort of filling this role out as you're leaving after a very rich tenure?

**Catherine A. Lesjak**
*Former Interim Chief Operating Officer*

So I think it kind of speaks for itself. Steve has been in HP for a long time, has done a phenomenal job. He is -- I couldn't ask for a better successor, to be honest with you. I think Steve will be a wonderful CFO, next CFO for HP. He is very smart. He is very much focused on driving shareholder value. And I think he will be an absolute wonderful addition. He will partner with Dion and obviously, Dion -- the rest of Dion's staff, to -- in order for us to realize, frankly, the better years to come. I think it's a great time to transition because we've got the company in a really good footing. But Dion always says our best years are yet to come, and no pressure, Steve, but he's going to help make it happen.

**Steve Fieler**

Thanks, Cathie.

**Wamsi Mohan**
*BofA Merrill Lynch, Research Division*

Steve, do you want to take maybe a minute to just talk about your background? I mean, I know a lot of people are already familiar with you, but if you want to address sort of where -- what you've done more recently. Yes.

**Steve Fieler**

Sure. And maybe I'll just piggyback off of Cathie's comments, and thank you again. But really, the first appreciation goes to Cathie. I've had the sort of privilege to work directly for Cathie for really about half of your tenure as CFO. Cathie has been CFO for 11 years, and just under half of that, I have been on Cathie's staff in a variety of roles, from a divisional CFO role, I led Investor Relations and during that time, probably interacting with many of you, and most recently, Head of Global Treasury, which includes Treasury and IR as well as financial planning and analysis, credit collections as well as corporate development and M&A. So sort of a broad set of experiences working directly for Cathie. And if I reflect on that, I think as it pertains to our relationship, which will build going forward, there's a few things I learned from Cathie that I think you can expect going forward. The first is consistency and sort of delivering results consistently and predictably. I think it's critical to the company and certainly something Cathie pushed within the organization, and I'll continue to do so. And second is transparency on what's working and what's not working. I'll be very direct. You'll have to get to know me and get used to how I speak, but I think it's the best way to interact externally, is to be as transparent as we can as a company. I think that starts with the tone at the top with Dion, but certainly, I'm going to embody that persona as well. And then third, I guess, is agile. And I think, again, to Cathie's credit, we have not only focused on sort of consistent execution but keeping our eye on long-term shareholder value. And I believe that our strategy around core growth in the future is setting us up for long-term shareholder value, and that's something that I'll continue going forward.

**Wamsi Mohan**
*BofA Merrill Lynch, Research Division*

Great. Cathie, in your long tenure at HP, you've seen a lot of changes. You've seen the company grow through M&A. You've seen, obviously, the splits. In hindsight, if you look at sort of what worked, what didn't work as per expectations, how would you rank some of the deals? And do you think that now as an

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.