# EXHIBIT 21

**S&P Global**
Market Intelligence

# HP Inc. NYSE:HPQ

# Company Conference Presentation

**Friday, September 07, 2018 4:45 PM GMT**

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

**1**

# Presentation

**Jim Suva**
*Citigroup Inc, Research Division*

Good afternoon. Good afternoon, and thank you for joining us here to the Keynote lunch session at the Day 3 final concluding day at Citi's Global Technology Conference here being broadcast live from New York City, New York. This keynote lunch will be with myself, Jim Suva, Citi's IT hardware and technology supply chain analyst. Joining me on stage is the Chief Executive Officer, Dion Weisler, or if you're German, Weisler.

We will doing an interactive fireside chat, talking about some of the key items in both of their segments. As a reminder, this is HP Inc. who does printers and PCs. So we will not be discussing servers, networking and storage. Please feel free to enjoy the lunch, and if you have any special lunch accommodations, simply talk to the servers and they'll accommodate you. We will not be doing interactive Q&A due to the size of the audience as well as we want to get through some items that have been prepared by us as well as the company for key investor focus points. However, if we do have some time, you're welcome to e-mail them to me, but we believe that majority of our time will be spent with both Dion and myself.
I do want to reference that there are some Safe Harbor fair disclosure statements that are currently being displayed onto the screens to the sides. As well as please reference the HP Inc. for their recent 10-Q, 10-K and SEC documents. So Dion, thank you so much for joining us here today.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Jim Suva**
*Citigroup Inc, Research Division*

And to begin, can we talk big picture as you as Chief Executive Officer of HP Inc., see a lot of different changes in the world and your company. Can you talk about demand, importantly, on your 2 different product segments, both printing and PCs. And any impact or anything you're doing from the recent chatter around tariffs?

**Dion J. Weisler**
*President, CEO & Director*

Okay. Thank you, Jim, and thank you, everyone, for joining us here today. It's a pleasure to be with you. You mentioned change in the industry, that's not new news for us in this business, it's a constancy of change. And I think, in many respects, we think about change as creating opportunity for us and if we can out-execute our competitors, even through times of change, we can continue to perform well. And I think we've been doing that fairly consistently since the company separated almost 3 years ago now. In terms of end-user demand, it's been, relative to recent years, pretty strong in both Personal Systems as well as Print. Last quarter, if you observed IDCs publications, you'd note even that the PC business grew, both in terms of units and revenue as an overall market perspective. And in both of those markets, printing and PCs, we've been taking a healthy premium to the market off the back of our execution around prudent cost management, around segmenting the markets and fueled largely by some amazing innovation that the teams come up with. As we look forward, we don't broadly disagree with what the analysts are predicting or what we outlined at our last Security Analyst Meeting in that we expect, from a Personal Systems perspective, relatively flat unit growth, some potential for ASP increases, which we've seen over the course of last year, primarily driven by component cost increases that have driven ASPs up. And in Printing, we don't broadly disagree that the home segment will still remain challenged with some slight declines there and a relatively flat overall office Printing segment. Having said all that, we'll continue to play our own game in those markets. We'll take the changes that we see in the business and turn them to opportunity. I think we've demonstrated over the course of the last 3 years that we can operate in both up and down markets. And as it relates to tariffs being the second part of your question there, we've had some tariffs that we know about that have gone through into an effect, and we've incorporated the impact of those tariffs in our guidance in Q4. And they're relatively immaterial. We're able to mitigate most of the tariffs in the first tranche. Now there is a second tranche that's in discussion. We are obviously in active discussions with the administration. And like you, we'll wait to see what the final codes will be, and what the impact will be rather than chase ghosts and speculate on what they may or may not be. We will obviously respond and keep our investors posted as the facts come to hand and how we deal with those facts. Needless to say, we have a very broad manufacturing base around the world. We have proven that we can increase prices over time with our customers off the back of strong innovation, and that we'll exercise the levers that we have to mitigate any potential damage that could be imposed by tariffs. But again, rather than speculating, we'll just wait and see what happens.

**Jim Suva**
*Citigroup Inc, Research Division*

Well, what I'd like to do now is shift it to talk about your 2 different segments. And while everyone knows about your PC segment, and we'll definitely get to that, I'd like to start with Printing, simply because if I remember correctly, it's the biggest proportion of, I think, your company's profits, and very important. So let's first start about Printing. You talked about disrupting the A3 market, can you help investors understand what you're doing in the print market to disrupt something that is so mature and in secular decline?

**Dion J. Weisler**
*President, CEO & Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.