# EXHIBIT 22

**S&P Global**
Market Intelligence

# HP Inc. NYSE:HPQ

# Company Conference Presentation

## Wednesday, September 12, 2018 11:10 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Presentation

**Sherri Ann Scribner**
*Deutsche Bank AG, Research Division*

Hello everybody. I'm Sherri Scribner, I'm the IT Hardware and Supply Chain Analyst at Deutsche Bank, and I'm very happy to have HP Inc. with us today. Today, we have Christopher (sic) [Christoph] Schell, the President of the Americas region, although his job is changing and so we'll talk about that a little bit. I'm going to kick off with a couple of questions and then I'll open it up to the audience. So if anyone has any questions, think about that over the next couple of minutes.
Before we start, I was told to give the forward-looking statements. So I will refer you to HP's investor website to look at the disclosures there so that you understand that these are all forward-looking statements and not to hold us accountable.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Sherri Ann Scribner**
*Deutsche Bank AG, Research Division*

So maybe Christoph, if we could start out. I don't know how many people know you. I think it would be helpful if you could explain what your job is at HP, what you're doing now, what you're responsible for, and then we'll switch over to what you're going to do. But let's start there and give people a little sense of who you are. Great.

**Christoph Schell**
*President of 3D Printing & Digital Manufacturing*

Thanks for having me. It's pretty cool. So firstly, I'm German. You hear this probably by my accent. Sorry for that. I can't hear it but you have to. Nothing I can do about it. I run the Americas region for HP. That's basically North America and Latin America across pretty much everything that we do. This is my 21st year in HP. I left twice, I came twice back. I started as an intern and then went to Procter & Gamble for a couple of years and also to Philips, but again I came back. And as of November 1, I will be changing jobs. I've been 4 years in the role here for the Americas. November 1, I will take over our 3D Printing and Digital Manufacturing business.

**Sherri Ann Scribner**
*Deutsche Bank AG, Research Division*

So let's talk about 3D Printing. But I think we'll start...

**Christoph Schell**
*President of 3D Printing & Digital Manufacturing*

Let's start with the core and then...

**Sherri Ann Scribner**
*Deutsche Bank AG, Research Division*

Let's start with the core stuff. And I assume, being in charge of the Americas and Latin America, you have exposure to the PC side, the printer side, the whole business across the whole portfolio.

**Christoph Schell**
*President of 3D Printing & Digital Manufacturing*

It really is across the whole portfolio, across core growth future. So core Print business, the Personal Systems business, our graphics business, our as-a-service businesses and obviously also a little bit into 3D Printing.

**Sherri Ann Scribner**
*Deutsche Bank AG, Research Division*

Okay. Great. So maybe, I guess, let's start, what do you see in terms of big picture in terms of your markets, the PC and Printing markets and what you're exposed to. You guys have seen some tremendous growth given the expectations for your core markets really haven't been for much growth, right, but you guys have outperformed that. What are you sort of seeing in your markets? And what is your view about -- and really how long we can see some of this growth continue -- yes, I'm asking everyone that but I haven't gotten a good answer.

**Christoph Schell**
*President of 3D Printing & Digital Manufacturing*

Okay. Let's try. So I think if you look at our latest quarter, that was Q3, fiscal year Q3, we were able to grow both businesses in the core, the PC business and the Print business. If you look at the PC business,