# EXHIBIT 23

**HP Inc.**

**January 8, 2019
04:15 PM EST**

Jim Suva:    -- on Day 1 of the CES Citigroup TMT Conference where we host a lot of company meetings in conjunctions with CES.  We are webcasting this live from the Bellagio Hotel, and in this room is HP Inc., ticker HPQ.  And in this room, a lot of people are filing in.  It's starting to be a pretty full room.  We appreciate it.  This is being webcast.  It's meant to be as an interactive discussion.

After I have a few opening remarks and a few warmup softball questions, we will open it up to you as investors to ask a question.  Please press the button on your microphone or raise your hand a little bit and then your microphone will have a little red indicator light so those on the webcast can hear you.  If you are on the webcast, feel free to send me an email, jim.suva@citi.com, and I hopefully will see the email in time to ask HP Inc.

A couple housekeeping items.  First of all, on HP Inc. in the slide behind us, you'll see the fair disclosure, safe harbor statements here, forward-looking statements.  They also are available on the company's website also, so please keep those in mind throughout this discussion.  We also do want to note that the company did have a Securities Analyst Meeting back in the month of October, and so once in a while, if they do reference the slides from that, it is available on their webcast.

Sitting in the middle of the room directly to the left as you face me is Enrique.  He's in charge of the print division within HP, both the supplies as well as the equipment.  As a reminder, this is HP Inc., the company that does printing and PCs, and there is a disproportionate amount of revenues versus profitability that I quickly want to go over.

While about 70% of their revenues come in from the PCs and 30% for print, the exact opposite happens for the bottom line, generally speaking, and that's simply because the PCs have razor thin margins, whereas Enrique's business has a lot higher profitability of margins, and also they don't have quite as many semiconductor and memory component costs going into that.

So what I'd like to do by opening things up is first of all thank Enrique for joining us here today, and maybe can we talk a little bit about your market share gains in the print division?  It's been very impressive.  How have you gained so much of your market share gains, while at the same time also improving your profits, because a lot of times companies gain shares while their profits go the opposite direction.

Enrique Lores:    Yes.  I think it has been a consequence of the separation that we did 3 years ago.  A need

-- have really help us to have a much stronger performance than what the business had had in the past.  And because of separation, we were able to do three things.  We were able to improve our operational processes, getting much more disciplined in managing and defining what units to place since our business is really driven by printers, but especially by supplies.  We also did a lot of work improving our cost structure, which allow us to put more printers that were profitable.

And finally, we have driving and bringing to the market a lot of innovation, both in categories where we were already present, but also in creating new categories.  And A3 and the work that we are doing contractual is probably the best example of how we are now expanding into a new opportunity for us and how this is helping us both to grow our revenues, to grow our share, but also to improve profitability and create -- bring more dollars to the bottom line.

Jim Suva:    A lot of that's impressive, but what exactly did you do, or what were the actions that you did at HP to allow this financial flow through to happen?

Enrique Lores:    Sure.  If you -- let me give you three specific examples.  The first year after we separated, we did a lot of work to improve our cost structure, and we removed from our cost more than $1 billion that enabled us to place more profitable units.

We also did a big change in how do we manage our supplies business, going from -- and we changed the sales model, really focusing the sales of supplies from a pull side and driving demand from (inaudible) sales, rather than in having the channel to push supplies into the market.

And finally we have, as I mentioned before, got into new categories.  We acquired the Samsung printing division about a year and a half ago that allowed us to enter in the A3 space in a vertically integrated way, which means that we own all the technology that we use for that business that allows us also to be profitable in that space.

Jim Suva:    Enrique, on that topic of the Samsung A3 office copier acquisition, can you update us on the status of the integration of it, and what do you hope to get out of it?  Typically people think of Samsung as a Korean-based company and HP as a US-based company.

Enrique Lores:    Yes.  So I think acquiring the Samsung printing division has been one of the best decisions the company has made since we separated.  What we were looking for when we acquired Samsung was the technology that they had for A3 printers.  A3's a new segment for us.  We didn't have a portfolio of printers to go after that space.  And because of the investments that Samsung had been making, they had a fairly strong portfolio that now we sell under the HP brand.

Second, it also gave us additional volumes in the A4 category where we lead that we have been using to grow our share in that space and to drive cost synergies.

And third, we have got very talented people, team of people in Korea.  Samsung is able to attract -- was able to attract to the company some of the most talented engineers in Korea, and now that team is working with us to develop the next generation of A3 printers.

In terms of what is the status of the integration, we have completed what I would call the operational integration.  So all the teams are now part of HP, whether they are all on the teams in Korea, whether they are sales teams all over the world.  The portfolios have been integrated, and we have significantly reduced the portfolio both brands as we have put that together.  And we are starting to grow in the A3 space, as we were expecting.