**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel:  (310) 819-3470

*Counsel for Lead Plaintiff Iron Workers Local 580*
*Joint Funds and Co-Lead Counsel for the Class*

**KESSLER TOPAZ MELTZER & CHECK, LLP**
JENNIFER L. JOOST (Bar No. 296164)
(jjoost@ktmc.com)
STACEY M. KAPLAN (Bar No. 241989)
(skaplan@ktmc.com)
One Sansome Street, Suite 1850
San Francisco, CA  94104
Tel:  (415) 400-3000
Fax:  (415) 400-3001

*Counsel for Lead Plaintiff the State of Rhode*
*Island, Office of the General Treasurer, on behalf of*
*the Employees' Retirement System of Rhode Island*
*and Co-Lead Counsel for the Class*

[Additional counsel appear on signature page.]

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE HP INC. SECURITIES LITIGATION | Case No. 3:20-cv-01260-SI |
| | **LEAD PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF LEAD PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT** |
| | Date:  February 5, 2021<br>Time: 10:00 A.M.<br>Location: Courtroom 1, 17th Floor<br>Judge:  Hon. Susan Illston<br>Date Action filed: February 19, 2020 |

LEAD PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE
Case No. 3:20-cv-01260-SI

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Evidence 201(b), Lead Plaintiffs the State of Rhode Island, Office of the General Treasurer, on behalf of the Employees' Retirement System of Rhode Island ("Rhode Island") and Iron Workers Local 580 Joint Funds ("Iron Workers" and together with Rhode Island, "Lead Plaintiffs") respectfully request that the Court take judicial notice of Exhibit 1 attached to the accompanying Declaration of Jeremy P. Robinson (the "Robinson Declaration") in support of Lead Plaintiffs' Opposition to Defendants' Motion to Dismiss Complaint, filed concurrently herewith.

The Court may take judicial notice of matters that are (1) generally known within the trial court's territorial jurisdiction, (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned, or (3) not subject to reasonable dispute. Proper subjects of judicial notice include "matters of public record," including public court documents, *see Lee v. City of Los Angeles,* 250 F.3d 668, 690 (9th Cir.2001) (public court documents can be judicially noticed) and settlement agreements. *See Pappas v. Bank of Am. 401(k) Plan for Legacy Companies*, 526 F. App'x 785, 790 (9th Cir. 2013) (judicially noticing settlement agreement in separate litigation).

## I.    DISCUSSION

Lead Plaintiffs respectfully request that the Court take judicial notice of Exhibit 1 attached to the Robinson Declaration because it is matter of public record from a separate proceeding to which Defendants are a party. Specifically, Exhibit 1 is a September 30, 2020 "Order Instituting Cease-And-Desist Proceedings Pursuant To Section 8A of the Securities Act of 1933 and Section 21C of the Securities Exchange Act of 1934, Making Findings, and Imposing Remedial Sanctions and a Cease-And-Desist Order" issued by the Securities and Exchange Commission ("SEC") and agreed to by Defendants (the "SEC Order").

First, it is appropriate to take judicial notice of the fact or existence of the SEC Order and the fact that the SEC charged HP with securities fraud for related misconduct just prior to the start of the Class Period here. The fact of Exhibit 1 is not in reasonable dispute. Second, the findings in the SEC Order were made "pursuant to [HP's] Offer." Exhibit 1 at 2.

1

Third, Exhibit 1 is related to the allegations in Lead Plaintiffs' Complaint; it concerns HP's misconduct designed to salvage the failing Supplies business in the period leading up to the Class Period. As such, the SEC's charges of securities fraud have bearing on Defendants' desperation to turn around the Supplies business by any means necessary. Moreover, the SEC Order culminates in the $450 million inventory buy-back that is directly alleged in the Complaint. *E.g.,* ¶80. Judicial notice is permissible. *See Centurion Med. Liab. Protective Risk Retention Grp. Inc. v. Gonzalez,* 296 F. Supp. 3d 1212, 1216 (C.D. Cal. 2017) (taking judicial notice of judicial proceedings because "those proceedings have a direct relation to matters at issue" in the instant litigation.).

## II.    CONCLUSION

For the foregoing reasons, Lead Plaintiffs respectfully submit that Exhibit 1 attached to the Robinson Declaration should be judicially noticed.

Dated:  December 11, 2020

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

**KESSLER TOPAZ MELTZER & CHECK, LLP**

*/s/ Jeremy P. Robinson*

*/s/ Jennifer L. Joost*

JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel:  (310) 819-3470

-and-

JOHN J. RIZIO-HAMILTON (admitted *pro hac vice*)
(johnr@blbglaw.com)
JEREMY P. ROBINSON (admitted *pro hac vice*)
(jeremy@blbglaw.com)
ALEXANDER T. PAYNE (admitted *pro hac vice*)
(alex.payne@blbglaw.com)
BENJAMIN W. HOROWITZ
(admitted *pro hac vice*)

JENNIFER L. JOOST (Bar No. 296164)
(jjoost@ktmc.com)
STACEY M. KAPLAN (Bar No. 241989)
(skaplan@ktmc.com)
One Sansome Street, Suite 1850
San Francisco, CA  94104
Tel:  (415) 400-3000
Fax:  (415) 400-3001

-and-

GREGORY M. CASTALDO (*pro hac vice* forthcoming)
(gcastaldo@ktmc.com)
280 King of Prussia Road
Radnor, PA  19087
Tel:  (610) 667-7706
Fax:  (610) 667-7056

2

(will.horowitz@blbglaw.com)
1251 Avenue of the Americas, 44th Floor
New York, NY 10020
Tel:  (212) 554-1400
Fax:  (212) 554-1444

*Counsel for Lead Plaintiff Iron Workers Local 580 Joint Funds and Co-Lead Counsel for the Class*

*Counsel for Lead Plaintiff the State of Rhode Island, Office of the General Treasurer, on behalf of the Employees' Retirement System of Rhode Island and Co-Lead Counsel for the Class*

LEAD PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE
Case No. 3:20-cv-01260-SI

## CERTIFICATE OF SERVICE

I, Jeremy P. Robinson, declare as follows:

I am employed in the County of New York, State of New York, I am over the age of eighteen years and am not a party to this action; my business address is 1251 Avenue of the Americas, 44th Floor, New York, NY 10020, in said County and State.

I hereby certify that on December 11, 2020, the foregoing **LEAD PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF LEAD PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT** was filed with the Clerk of the Court via CM/ECF. Notice of this filing will be sent electronically to all registered parties by the operation of the Court's electronic filing systems.


Dated: December 11, 2020                    _/s/ Jeremy P. Robinson_
                                            Jeremy P. Robinson

LEAD PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE
Case No. 3:20-cv-01260-SI