**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel:  (310) 819-3470

*Counsel for Lead Plaintiff Iron Workers Local 580*
*Joint Funds and Co-Lead Counsel for the Class*


**KESSLER TOPAZ MELTZER & CHECK, LLP**
JENNIFER L. JOOST (Bar No. 296164)
(jjoost@ktmc.com)
STACEY M. KAPLAN (Bar No. 241989)
(skaplan@ktmc.com)
One Sansome Street, Suite 1850
San Francisco, CA  94104
Tel:  (415) 400-3000
Fax:  (415) 400-3001

*Counsel for Lead Plaintiff the State of Rhode*
*Island, Office of the General Treasurer, on behalf of*
*the Employees' Retirement System of Rhode Island*
*and Co-Lead Counsel for the Class*

ATTESTATION OF JONATHAN D. USLANER
Case No. 3-20-cv-01260-SI

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE HP INC. SECURITIES LITIGATION | Case No. 3:20-cv-01260-SI<br><br>**ATTESTATION OF JONATHAN D. USLANER**<br><br>Date:  February 5, 2021<br>Time:  10:00 A.M.<br>Dept:  Courtroom 1, 17th Floor<br>Judge:  Hon. Susan Illston<br>Date Action Filed:  February 19, 2020 |

I, JONATHAN D. USLANER, hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within the documents e-filed herewith.

                                        /s/ Jonathan D. Uslaner
                                        Jonathan D. Uslaner

1