# App. 1

**Amended Complaint's Alleged False or Misleading Statements**

| AC ¶ | Forward-looking | Opinion | Not False When Made | 1 | 2 | 3 | 4 | 5 | 6 | AC ¶ | Forward-looking | Opinion | Not False When Made | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Motion to Dismiss** | | | **Opposition Category**[1] | | | | | | | **Motion to Dismiss** | | | **Opposition Category** | | | | | |
| 159 | ✓ | | | | | | | ✓ | | 234 | | | ✓ | | | ✓ | | | |
| 160 | ✓ | | | | | | | ✓ | | 235 | ✓ | ✓ | ✓ | | | | | | |
| 161 | ✓ | | | | | | | ✓ | | 236 | ✓ | | | | | | | ✓ | |
| 162 | ✓ | ✓ | | | | | | ✓ | | 241 | ✓ | ✓ | | | | | ✓ | ✓ | ✓ |
| 163 | | ✓ | | | | | | ✓ | | 242 | ✓ | | ✓ | ✓ | ✓ | | | | |
| 164 | ✓ | | | | | | | ✓ | | 247 | | ✓ | ✓ | ✓ | | | ✓ | | ✓ |
| 170 | ✓ | ✓ | ✓ | ✓ | | | | | ✓ | 248 | ✓ | | | | | | | ✓ | |
| 171 | ✓ | | ✓ | | | ✓ | | ✓ | | 249 | ✓ | | | | | | ✓ | ✓ | |
| 179 | ✓ | | | | | | | ✓ | | 250 | | | ✓ | ✓ | | | | | |
| 183 | ✓ | | ✓ | | | | | ✓ | | 255 | | | ✓ | | | ✓ | | | |
| 184 | ✓ | | ✓ | | | | | ✓ | | 256 | ✓ | ✓ | | | | | | ✓ | ✓ |
| 193 | ✓ | | ✓ | | | | ✓ | | | 262 | ✓ | | ✓ | | | | | ✓ | ✓ |
| 194 | ✓ | ✓ | ✓ | | | | ✓ | | | 265 | ✓ | | | | | | | ✓ | ✓ |
| 199 | | | ✓ | | | | | | | 270 | ✓ | ✓ | | | | | ✓ | | |
| 200 | ✓ | ✓ | ✓ | | ✓ | | | ✓ | | 271 | | ✓ | ✓ | | | | | | |
| 204 | | ✓ | ✓ | | ✓ | | ✓ | ✓ | | 272 | ✓ | | | | | | | | |
| 205 | ✓ | | ✓ | | ✓ | | | | | 273 | ✓ | | | | | | | ✓ | |
| 206 | | | ✓ | ✓ | | | | | | 274 | ✓ | | | | | | | ✓ | |
| 207 | ✓ | | | | | | | ✓ | | 275 | ✓ | | | | | | | ✓ | ✓ |
| 208 | ✓ | | | | | | | ✓ | | 276 | ✓ | | | | | | | ✓ | |
| 209 | ✓ | | | | | | | ✓ | | 283 | ✓ | | | | | | | ✓ | |
| 218 | | | ✓ | | | | | | | 284 | | | ✓ | | | | ✓ | | |
| 221 | ✓ | ✓ | ✓ | | | ✓ | | ✓ | ✓ | 285 | ✓ | | | | | | | ✓ | |
| 222 | ✓ | ✓ | | | | | | ✓ | | 290 | ✓ | | | | | | | ✓ | |
| 223 | ✓ | ✓ | | | | | | ✓ | | 291 | ✓ | | | | | | | ✓ | |
| 230 | ✓ | ✓ | ✓ | | | | ✓ | ✓ | ✓ | | | | | | | | | | |

[1] Opposition Categories: **Category #1** – "statements concerning the Four Box Model's access to real-time 'big data'"; **Category #2** – "statements about the increase in HP's Supplies market share"; **Category #3** – "statements that Supplies inventory matched 'true' demand"; **Category #4** – "statements that HP's Supplies business and revenues had been stabilized or were on track to stabilize"; **Category #5** – "statements . . . concerning the stabilization of HP's Supplies business and revenues"; and **Category #6** – "statements touting the reliability of the Four Box Model."  Opp. 13.