# App. 2

**Plaintiffs' Allegations of Falsity**

| No. | Explanation of Falsity | Repeats Language at | Purports to Plead Falsity for |
|---|---|---|---|
| 1 | "Defendants failed to disclose that the Four Box Model was fundamentally flawed, inaccurate, and unreliable . . . [T]he Four Box Model lacked statistically sufficient, accurate, and otherwise reliable telemetry data from HP's toner-based printers and instead, unbeknownst to investors, utilized inaccurate, stale, and lagging third-party survey data. The lack of sufficient, accurate, or otherwise reliable telemetry data and the use of inaccurate, stale, and lagging third-party survey data made the Four Box Model unreliable and inaccurate. As a result, Defendants' statements gave investors the misleading impression that their statements that the Supplies business would be stable and viable had a reliable and accurate basis, when in fact they did not . . . [T]hey lacked any reasonable basis, given that lack of sufficient, accurate, or otherwise reliable telemetry data and the use of inaccurate, stale, and lagging third-party survey data made the Four Box Model unreliable and inaccurate." | ¶¶ 167, 174, 180, 189, 197, 201, 212, 219, 226, 231, 238, 243, 252, 258, 263, 266, 279, 287, 292 | ¶¶ 159-64, 170-71, 179, 183-85, 193-94, 200, 204-09, 218, 221-23, 230, 234-36, 241-42, 247-50, 255-56, 262, 265, 270-76, 283-85, 290-91 |
| 2 | "[T]hey omitted the highly material facts that Defendants (i) lacked the data necessary to reliably and accurately quantify market demand for HP's Supplies through the Four Box Model and instead, (ii) based their statements on outputs from the Four Box Model predicated upon 'lagging and incomplete' market share survey data 'that wasn't changing over time.' Indeed, without statistically sufficient, accurate, or reliable telemetry data for commercial printers, Defendants did not know how many of these printers were still active, how often those printers were being used, the amount of historical, current, or potential toner usage, or the size of HP's Supplies market share. In turn, Defendants had no reasonable basis to assure investors regarding the impact of HP's marketing efforts and changes to Supplies pricing. As a result, Defendants had no reasonable basis to make statements about the historical, current, or potential trajectory and sustainability of HP's Supplies business. As such, Defendants' assurances of Supplies revenue stabilization and growth were materially false and misleading when made and lacked any reasonable basis." | ¶¶ 168-69, 176, 181, 190, 198, 202, 214, 227, 232, 239, 245, 254, 259, 264, 267, 280, 288, 293 | ¶¶ 159-64, 170-71, 179, 183-85, 193-94, 200, 204-05, 207-08, 221-23, 230, 235-36, 241, 247-49, 256, 262, 265, 271-76, 283, 285, 290-91 |
| 3 | "[P]rior to 2019, as a result of enterprise firewall constraints and unconnected units, many toner-based printers did not send telemetry data to HP and the Company therefore never had statistically significant telemetry data for its toner-based printers and instead relied on lagging and incomplete third-party market share surveys that was not changing over time to calculate market share for its toner-based printers." | ¶¶ 175, 213, 244, 253 | ¶¶ 170, 206, 242, 247, 250 |
| 4 | "[T]he lack of accurate and reliable telemetry data from HP's toner-based printers and use of inaccurate and unchanging third-party data rendered the Four Box Model's outputs inaccurate and unreliable, such that Defendants' purported confidence in the Four Box Model lacked any reasonable basis." | ¶¶ 177, 215, 228, 233, 260, 268, 281 | ¶¶ 170, 204, 209, 221-23, 230, 256, 265, 270, 272-75 |
| 5 | "[T]hey lacked statistically sufficient, accurate, or reliable telemetry data from HP's commercial toner-based printer units necessary to accurately determine the demand for HP-branded supplies and instead relied on 'lagging and incomplete' third-party market share data 'that wasn't changing over time.' Indeed, Defendants eventually admitted that HP had placed at least $100 million in excess inventory into its Supplies channel." | ¶¶ 178, 191, 199, 216, 220, 229, 240, 261, 289 | ¶¶ 171, 183-84, 193, 204, 218, 221, 234, 255, 284 |
| 6 | "[T]hey never had the 'big data' necessary to reliably and accurately determine HP's Supplies market share. In fact, HP later conceded that it 'did not have . . . the capabilities to calculate share for toner-based products in the installed base.' Instead, HP was using 'lagging and incomplete' third-party market share data 'that wasn't changing over time' to reflect true market conditions. As a result, investors were left with the misleading impression that HP's critical Supplies market share had improved when it had not. Indeed, as Defendants later admitted, HP's true market share was actually 'significantly lower' than they previously represented and that although HP 'previously had an arrow going up of gaining share, given the new data,' Defendants 'actually expect[ed] share to be down to a lesser extent on office.'" | ¶¶ 203, 217, 246, 282 | ¶¶ 200, 204-05, 208, 242, 271-76 |