**GIBSON, DUNN & CRUTCHER LLP**
BRIAN M. LUTZ, SBN 255976
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306
blutz@gibsondunn.com

LISSA M. PERCOPO (*pro hac vice*)
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Telephone: 202.887.3770
Facsimile: 202.530.9528
lpercopo@gibsondunn.com

**SIDLEY AUSTIN LLP**
SARA B. BRODY, SBN 130222
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: 415.772.1200
sbrody@sidley.com

*Attorneys for Defendants HP Inc., Dion J.
Weisler, Catherine A. Lesjak, Steven J. Fieler,
Enrique Lores, and Christoph Schell.*

*Additional counsel on following page*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE HP INC. SECURITIES LITIGATION | Case No. 3:20-cv-01260-SI |
| | **STATEMENT OF RECENT DECISION** |
| | Date Action Filed: February 19, 2020 |

Gibson, Dunn &
Crutcher LLP

**WILSON SONSINI GOODRICH & ROSATI**
STEVEN SCHATZ, SBN 118356
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050
Telephone:  650.320.4856
SSchatz@wsgr.com

KATHERINE HENDERSON, SBN 242676
ONE MARKET PLAZA
SPEAR TOWER, SUITE 3300
SAN FRANCISCO, CA 94105-1101
Telephone:  415.947.2065
KHenderson@wsgr.com

*Attorneys for Defendant Catherine A. Lesjak*

Defendants HP Inc., Dion J. Weisler, Catherine A. Lesjak, Steven J. Fieler, Enrique Lores, and Christoph Schell (collectively, "Defendants"), respectfully submit this Statement of Recent Decision pursuant to Civil Local Rule 7-3(d)(2) to apprise the Court of a recent decision that relates to arguments made in Defendants' Motion to Dismiss Plaintiffs' Complaint for Violations of Federal Securities Laws (ECF No. 49) and Reply in support of the same (ECF No. 70):

The January 26, 2021 decision in *Friedman v. Tesla*, Case No. 19-15672 (9th Cir.), affirming the district court's dismissal of the plaintiffs' complaint with prejudice. The decision is attached to this Statement as Exhibit A.

DATED: January 26, 2021

**GIBSON, DUNN & CRUTCHER LLP**

By: */s/ Brian M. Lutz*
BRIAN M. LUTZ (SBN 255976)
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306
blutz@gibsondunn.com

LISSA M. PERCOPO (*pro hac vice*)
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Telephone: 202.887.3770
Facsimile: 202.530.9528
LPercopo@gibsondunn.com

**SIDLEY AUSTIN LLP**
SARA B. BRODY, SBN 130222
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: 415.772.1200
sbrody@sidley.com

*Attorneys for Defendants HP Inc., Dion J. Weisler, Catherine A. Lesjak, Steven J. Fieler, Enrique Lores, and Christoph Schell*

By: */s/ Steven Schatz*
**WILSON SONSINI GOODRICH & ROSATI**
STEVEN SCHATZ, SBN 118356
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: 650.320.4856
SSchatz@wsgr.com

Gibson, Dunn &
Crutcher LLP

KATHERINE HENDERSON, SBN 242676
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105-1101
Telephone:  415.947.2065
KHenderson@wsgr.com

*Attorneys for Defendant Catherine A. Lesjak*

Gibson, Dunn &
Crutcher LLP

2

STATEMENT OF RECENT DECISION
Case No. 3:20-cv-01260-SI

**CERTIFICATE OF SERVICE**

I, Brian M. Lutz, declare as follows:

I am employed in the County of San Francisco, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, California 94105-0921, in said County and State.

I hereby certify that on January 26, 2021, the foregoing **STATEMENT OF RECENT DECISION** was filed with the Clerk of the Court via CM/ECF.  Notice of this filing will be sent electronically to all registered parties by operation of the Court's electronic filing systems.

DATED: January 26, 2021                    By: */s/ Brian M. Lutz*
                                                    Brian M. Lutz

Gibson, Dunn &
Crutcher LLP

3

STATEMENT OF RECENT DECISION
Case No. 3:20-cv-01260-SI