**GIBSON, DUNN & CRUTCHER LLP**
BRIAN M. LUTZ, SBN 255976
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306
BLutz@gibsondunn.com

LISSA M. PERCOPO (admitted *pro hac vice*)
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Telephone: 202.887.3770
Facsimile: 202.530.9528
LPercopo@gibsondunn.com

*Counsel for Defendants HP Inc., Dion J. Weisler,*
*Catherine A. Lesjak, Steven J. Fieler, Enrique Lores,*
*and Christoph Schell*

[Additional counsel appear on signature page.]

**SIDLEY AUSTIN LLP**
SARA B. BRODY, SBN 130222
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: 415.772.1200
SBrody@sidley.com

MATTHEW J. DOLAN, SBN 291150
1001 Page Mill Road, Building 1
Palo Alto, CA 94304
Telephone: 650.565.7000
MDolan@sidley.com

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE HP INC. SECURITIES LITIGATION | Case No. 3:20-cv-01260-SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND ATTENDANT DEADLINES**<br><br>Dept.: Courtroom 1, 17th Floor<br>Judge: Hon. Susan Illston |

Pursuant to Civil Local Rules 7-12 and 16-2(e), Defendants HP Inc., Dion J. Weisler, Catherine A. Lesjak, Steven J. Fieler, Enrique Lores, and Christoph Schell (collectively, "Defendants") and Plaintiffs the State of Rhode Island, Office of the General Treasurer, on behalf of the Employees' Retirement System of Rhode Island ("Rhode Island") and Iron Workers Local 580 Joint Funds ("Iron Workers") (collectively, "Lead Plaintiffs" and together with Defendants, the "Parties"), by and through their undersigned counsel of record, submit the following stipulation and proposed order to continue the Initial Case Management Conference:

WHEREAS, on February 19, 2020, this putative class action was commenced alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule10b-5, promulgated thereunder, (ECF No. 1);

WHEREAS, on July 20, 2020, Lead Plaintiffs filed a Complaint in this matter (ECF No. 35);

WHEREAS, on October 2, 2020, Defendants filed a Motion to Dismiss (ECF No. 49), which was fully briefed on January 20, 2021;

WHEREAS, the Court held a hearing on Defendants' Motion to Dismiss Plaintiffs' Complaint, on February 5, 2021 (ECF No. 74);

WHEREAS, the Defendants' Motion to Dismiss is still pending;

WHEREAS, an Initial Case Management Conference is currently scheduled for March 26, 2021 (ECF No. 76); and

WHEREAS, the Parties met and conferred and agree that in the interests of efficiency and to conserve judicial and party resources, the upcoming Initial Case Management Conference and attendant deadlines should be continued.

**IT IS ACCORDINGLY STIPULATED**, pursuant to Civil Local Rules 7-12 and 16-2(e), by and between the undersigned counsel and subject to the Court's approval and order, that:

Subject to the Court's convenience and schedule, the Initial Case Management Conference shall be continued until **forty-five (45) days** after the Court rules on Defendants' motion to dismiss the Complaint.

**IT IS SO STIPULATED**.

1

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND ATTENDANT DEADLINES
Case No. 3:20-cv-01260

Dated:  March 4, 2021                         Respectfully submitted,


                                              **GIBSON DUNN**

                                              */s/ Brian Lutz*
                                              BRIAN M. LUTZ (Bar No. 255976)
                                              (blutz@gibsondunn.com)
                                              555 Mission Street, Suite 3000
                                              San Francisco, CA 94105
                                              Tel:    (415) 393-8200
                                              Fax:    (415) 374-8474


                                              **SIDLEY AUSTIN LLP**

                                              SARA B. BRODY (Bar No. 130222)
                                              (sbrody@sidley.com)
                                              555 California Street, Suite 2000
                                              San Francisco, CA 94104
                                              Tel:    (415) 772-1200
                                              Fax:    (415) 772-7400


                                              *Counsel for Defendants HP Inc., Dion J. Weisler,*
                                              *Catherine A. Lesjak, Steven J. Fieler, Enrique Lores,*
                                              *and Christoph Schell*



                                              **KESSLER TOPAZ MELTZER**
                                                  **& CHECK, LLP**

Dated:  March 4, 2021                         ***/s/ Jennifer L. Joost***
                                              JENNIFER L. JOOST (Bar No. 296164)
                                              (jjoost@ktmc.com)
                                              STACEY M. KAPLAN (Bar No. 241989)
                                              (skaplan@ktmc.com)
                                              One Sansome Street, Suite 1850
                                              San Francisco, CA 94104
                                              Tel:    (415) 400-3000
                                              Fax:    (415) 400-3001


                                                      -and-

                                              GREGORY M. CASTALDO (admitted *pro hac vice*)
                                              (gcastaldo@ktmc.com)
                                              280 King of Prussia Road
                                              Tel: (610) 667-7706
                                              Fax: (610) 667-7056


                                              2

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND
ATTENDANT DEADLINES
Case No. 3:20-cv-01260

*Counsel for Lead Plaintiff the State of Rhode Island, Office of the General Treasurer, on behalf of the Employees' Retirement System of Rhode Island and Co-Lead Counsel for the Class*

**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**

JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel:    (310) 819-3470

      -and-

HANNAH ROSS (admitted *pro hac vice*)
(hannah@blbglaw.com)
JOHN RIZIO-HAMILTON (admitted *pro hac vice*)
(johnr@blbglaw.com)
JEREMY P. ROBINSON (admitted *pro hac vice*)
(jeremy@blbglaw.com)
ALEXANDER T. PAYNE (admitted *pro hac vice*)
(alex.payne@blbglaw.com)
BENJAMIN W. HOROWITZ (admitted *pro hac vice*)
(will.horowitz@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel:    (212) 554-1400
Fax:    (212) 554-1444

*Counsel for Lead Plaintiff Iron Workers Local 580 Joint Funds and Co-Lead Counsel for the Class*

** Pursuant to Civ. L.R. 5-1(i)(3), the electronic filer has obtained approval from this signatory.

3

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS ~~SO ORDERED~~

DATED:  March 5, 2021
_____

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

DENIED

*Susan Illston*
Judge Susan Illston

4