**GIBSON, DUNN & CRUTCHER LLP**
BRIAN M. LUTZ, SBN 255976
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306
blutz@gibsondunn.com

LISSA M. PERCOPO (*pro hac vice*)
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Telephone: 202.887.3770
Facsimile: 202.530.9528
lpercopo@gibsondunn.com

**SIDLEY AUSTIN LLP**
SARA B. BRODY, SBN 130222
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: 415.772.1200
sbrody@sidley.com

*Attorneys for Defendants HP Inc., Dion J. Weisler, Catherine A. Lesjak, Steven J. Fieler, Enrique Lores, and Christoph Schell*

**WILSON SONSINI GOODRICH & ROSATI**
STEVEN SCHATZ, SBN 118356
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: 650.320.4856
sschatz@wsgr.com

KATHERINE HENDERSON, SBN 242676
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105-1101
Telephone: 415.947.2065
khenderson@wsgr.com

*Attorneys for Defendant Catherine A. Lesjak*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE HP INC. SECURITIES LITIGATION

Case No. 3:20-cv-01260-SI

**DEFENDANTS' OPPOSITION TO LEAD PLAINTIFFS' MOTION FOR EXTENSION OF TIME**

Date Action Filed: February 19, 2020

Pursuant to Civil Local Rule 6-3, Defendants HP Inc., Dion J. Weisler, Catherine A. Lesjak, Steven J. Fieler, Enrique Lores, and Christoph Schell (collectively, the "Defendants") respectfully request that the Court deny Lead Plaintiffs' motion for a nearly 3½ week extension of time to file an amended complaint, and instead enter the schedule Defendants proposed to Lead Plaintiffs, which extends Lead Plaintiffs' time to file any amended complaint by two weeks, and sets a briefing schedule on the motion to dismiss that matches the timeline proposed by Lead Plaintiffs. This Opposition is accompanied by the Declaration of Lissa M. Percopo.

On March 19, 2021, the Court issued an order granting Defendants' motion to dismiss the Amended Complaint in this action and providing Lead Plaintiffs 21 days—or until April 9, 2021—to file any amended complaint. ECF No. 83, at 14 (the "Order"). On March 23, 2021, Lead Counsel requested that Defendants stipulate to a schedule that would provide Lead Plaintiffs 45 days from the Order (May 3, 2021) to file any amended complaint, with a 45-day (opening brief) / 43-day (opposition brief) / 28-day (reply brief) schedule for briefing the motion to dismiss. *See* Percopo Decl. ¶ 1. In light of competing schedules for Defendants' counsel and personnel at HP Inc., and given the deadline set by the Court's March 19 Order, Defendants offered to stipulate to a schedule that would provide Lead Plaintiffs an additional week to file any amended complaint, with a briefing schedule that followed Lead Plaintiffs' proposed timeline. *See id.* ¶ 2. Lead Plaintiffs refused and offered no compromise. *See id.* ¶ 3. Defendants then offered Lead Plaintiffs two weeks to file their amended complaint. *See id.* ¶ 4. Lead Plaintiffs again refused, offered no compromise, and filed their motion. *See id.* ¶ 5.

The parties agree on a briefing schedule that is approximately 45-days / 45-days / 30-days for the motion to dismiss, but starting from Lead Plaintiffs' proposed amended complaint deadline of May 3, 2021 creates scheduling conflicts for Defendants and their counsel, including briefing deadlines in another securities case in this District pending against HP Inc. and certain individual defendants. *See id.* ¶ 2. A longer extension, which more than doubles the time allotted by the Court in the Order, also would unreasonably delay adjudication of a case filed by Lead Plaintiffs more than thirteen months ago and that Defendants believe is entirely without merit, as reflected in the Court's

Gibson, Dunn & Crutcher LLP

order dismissing the previous complaint on both falsity and scienter grounds.  Defendants therefore respectfully request the Court enter the following schedule:

| | |
|---|---|
| **Deadline to file Amended Complaint**: | April 23 |
| **Deadline to file Motion to Dismiss**: | June 7 |
| **Deadline to file Opposition to Motion to Dismiss**: | July 22 |
| **Deadline to file Reply**: | August 23 |

Defendants believe this is a fair compromise that adds two weeks to the Court's original three-week deadline for Lead Plaintiffs to amend their complaint and allows the parties sufficient time to brief Defendants' motion to dismiss, if Plaintiffs choose to file an amended complaint.  For the foregoing reasons, Defendants respectfully request the Court deny Lead Plaintiffs' motion and enter Defendants' proposed schedule.

DATED:  March 30, 2021

**GIBSON, DUNN & CRUTCHER LLP**

By: */s/ Brian M. Lutz*
BRIAN M. LUTZ (SBN 255976)
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306
blutz@gibsondunn.com

LISSA M. PERCOPO (*pro hac vice*)
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Telephone:  202.887.3770
Facsimile:  202.530.9528
lpercopo@gibsondunn.com

**SIDLEY AUSTIN LLP**
SARA B. BRODY, SBN 130222
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone:  415.772.1200
sbrody@sidley.com

*Attorneys for Defendants HP Inc., Dion J. Weisler, Catherine A. Lesjak, Steven J. Fieler, Enrique Lores, and Christoph Schell*

OPPOSITION TO LEAD PLAINTIFFS' MOTION FOR EXTENSION OF TIME
Case No. 3:20-cv-01260

Gibson, Dunn & Crutcher LLP

By: */s/ Steven Schatz*
**WILSON SONSINI GOODRICH & ROSATI**
STEVEN SCHATZ, SBN 118356
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: 650.320.4856
SSchatz@wsgr.com

KATHERINE HENDERSON, SBN 242676
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105-1101
Telephone: 415.947.2065
khenderson@wsgr.com

*Attorneys for Defendant Catherine A. Lesjak*

Gibson, Dunn &
Crutcher LLP

3

**CERTIFICATE OF SERVICE**

I, Brian M. Lutz, declare as follows:

I am employed in the County of San Francisco, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, California 94105-0921, in said County and State.

I hereby certify that on March 30, 2021, the foregoing **DEFENDANTS' OPPOSITION TO LEAD PLAINTIFFS' MOTION TO EXTEND TIME** was filed with the Clerk of the Court via CM/ECF.  Notice of this filing will be sent electronically to all registered parties by operation of the Court's electronic filing systems.

DATED: March 30, 2021                    By: */s/ Brian M. Lutz*
                                                                        Brian M. Lutz

Gibson, Dunn &
Crutcher LLP

4

OPPOSITION TO LEAD PLAINTIFFS' MOTION FOR EXTENSION OF TIME
Case No. 3:20-cv-01260