**GIBSON, DUNN & CRUTCHER LLP**
BRIAN M. LUTZ, SBN 255976
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306
blutz@gibsondunn.com

LISSA M. PERCOPO
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Telephone:  202.887.3770
Facsimile:  202.530.9528
lpercopo@gibsondunn.com

**SIDLEY AUSTIN LLP**
SARA B. BRODY, SBN 130222
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone:    415.772.1200
sbrody@sidley.com

*Attorneys for Defendants HP Inc., Dion J.*
*Weisler, Catherine A. Lesjak, Steven J.*
*Fieler, Enrique Lores, and Christoph Schell*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HP INC. SECURITIES LITIGATION | Case No. 3:20-cv-01260-SI<br><br>**DECLARATION OF LISSA M. PERCOPO IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME**<br><br><br>Date Action Filed: February 19, 2020 |

I, LISSA M. PERCOPO, declare and state as follows:

I am an attorney duly licensed by the State Bar of New York and admitted *pro hac vice* to practice before this Court. I am of counsel in the law firm of Gibson, Dunn & Crutcher LLP, and I represent Defendants HP Inc. ("HP" or the "Company"), Dion J. Weisler, Catherine A. Lesjak, Steven J. Fieler, Enrique Lores, and Christoph Schell (the "Individual Defendants") (HP and the Individual Defendants, together, "Defendants") in the above-captioned case. I make this Declaration in support of Defendants' Opposition to Plaintiffs' Motion for Extension of Time (the "Opposition"), filed concurrently herewith. I have personal knowledge of the facts set forth in this declaration, and, if called to testify as a witness, could and would do so competently.

1.   On March 23, 2021, Lead Counsel requested that Defendants stipulate to a schedule that would provide Lead Plaintiffs 45 days from the Order (May 3, 2021) to file any amended complaint, with a 45-day (opening brief) / 43-day (opposition brief) / 28-day (reply brief) schedule for briefing the motion to dismiss.

2.   Lead Plaintiffs' proposed schedule creates scheduling conflicts for Defendants and their counsel, including briefing deadlines in another securities case in this District pending against HP Inc. and certain individual defendants. *See York County on behalf of the County of York Retirement Fund v. HP Inc., et al.*, Case No. 4:20-cv-07835-JSW, ECF No. 33. In light of these scheduling issues, and given the deadline set by the Court's March 19 Order, Defendants offered to stipulate to a schedule that would provide Lead Plaintiffs an additional week to file any amended complaint, with a briefing schedule that followed Lead Plaintiffs' proposed timeline (with the exception that Defendants' proposal allowed 45 days for both the opening brief and opposition and 30 days for the reply).

3.   Lead Plaintiffs explained that they were not willing to compromise on their requested deadline of May 3 to file any amended complaint.

DECLARATION OF LISSA M. PERCOPO
Case No. 3:20-cv-01260

4.    Defendants then offered Lead Plaintiffs two weeks to file their amended complaint.

5.    Lead Plaintiffs again refused to compromise on their requested deadline of May 3 to file any amended complaint and filed a motion with the Court seeking that extension.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 30th day of March, 2021, at Washington, D.C.

By: */s/ Lissa M. Percopo*
Lissa M. Percopo