UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE HP INC. SECURITIES LITIGATION | Case No. 3:20-cv-01260-SI<br><br>**[PROPOSED] ORDER DENYING LEAD PLAINTIFFS' MOTION FOR EXTENSION OF TIME AND SETTING SCHEDULE FOR AMENDED COMPLAINT AND MOTION TO DISMISS BRIEFING**<br><br><br>Date Action Filed: February 19, 2020 |

[PROPOSED] ORDER SETTING SCHEDULE FOR AMENDED COMPLAINT
AND MOTION TO DISMISS BRIEFING
Case No. 3:20-cv-01260

On March 26, 2021, Lead Plaintiffs filed a motion to extend time to file an amended complaint (the "Motion").  On March 30, 2021, Defendants opposed that motion and requested an alternative schedule be entered.  The Court, having fully reviewed and considered all papers submitted in support of and in opposition to the Motion, and finding good cause, orders as follows:

**IT IS HEREBY ORDERED** that:

(1) Lead Plaintiffs' motion for extension of time is DENIED; and

(2) Lead Plaintiffs shall file any amended complaint on or before April 23, 2021;

(3) Defendants shall answer, move, or otherwise respond to Lead Plaintiffs' amended complaint on or before June 7, 2021;

(4) Lead Plaintiffs shall file an opposition to any motion to dismiss filed by Defendants on or before July 22, 2021; and

(5) Defendants shall file any reply on or before August 23, 2021.

**IT IS SO ORDERED.**

DATE: _____

_____
Judge Susan Illston
United States District Judge

1

[PROPOSED] ORDER SETTING SCHEDULE FOR AMENDED COMPLAINT
AND MOTION TO DISMISS BRIEFING
Case No. 3:20-cv-01260

Gibson, Dunn & Crutcher LLP