UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRICAL WORKERS PENSION FUND, LOCAL 103, I.B.E.W., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HP INC., et al.,<br><br>Defendants. | Case No. 20-cv-01260-SI<br><br>**ORDER GRANTING IN PART PLAINTIFFS' MOTION REQUESTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE TO JULY 16, 2021**<br><br>Re: Dkt. No. 85 |

On March 19, 2021, the Court granted defendants' motion to dismiss and ordered plaintiffs to file an amended complaint no later than April 9, 2021. Dkt. No. 83. On March 26, 2021, plaintiffs filed a motion for extension of time to file amended complaint pursuant to Civil Local Rule 6-3. Dkt. No. 85. On March 30, 2021, defendants filed an opposition. Dkt. No. 86.

Plaintiffs request the Court extend the deadline to file an amended complaint to May 3, 2021. Dkt. No. 85 at 1. Plaintiffs argue additional time to file is needed because of scheduling conflicts and delays in investigation caused by the COVID-19 pandemic. *Id.* Defendants oppose plaintiffs' requested deadline and argue that the Court should instead require plaintiffs to file an amended complaint by April 23, 2021. Dkt. No. 86 at 1. Defendants assert plaintiffs' requested deadline and briefing schedule conflict with defendants' schedules and unreasonably delay adjudication. *Id.*

After carefully considering the parties filings and arguments, the Court **GRANTS** in part plaintiffs' motion for extension of time to file amended complaint. The Court hereby **ORDERS** the following briefing schedule for plaintiffs' amended complaint:

**Deadline to file amended complaint**: May 3, 2021

**Deadline to file motion to dismiss**: May 28, 2021

**Deadline to file opposition**: June 18, 2021

**Deadline to file reply**: July 2, 2021

**Hearing:**  July 16, 2021, 10:00 am

The case management conference currently scheduled for May 7, 2021 is continued to July 16, 2021.

**IT IS SO ORDERED**.

Dated: March 30, 2021

_____
SUSAN ILLSTON
United States District Judge