**GIBSON, DUNN & CRUTCHER LLP**
BRIAN M. LUTZ, SBN 255976
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306
blutz@gibsondunn.com

LISSA M. PERCOPO (*pro hac vice*)
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Telephone: 202.887.3770
Facsimile: 202.530.9528
lpercopo@gibsondunn.com

**SIDLEY AUSTIN LLP**
SARA B. BRODY, SBN 130222
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone:  415.772.1200
sbrody@sidley.com

*Attorneys for Defendants HP Inc., Dion J. Weisler, Catherine A. Lesjak, Steven J. Fieler, and Enrique Lores*

*Additional counsel on following page*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE HP INC. SECURITIES LITIGATION | Case No. 3:20-cv-01260-SI |
|---|---|
| | **DECLARATION OF LISSA M. PERCOPO IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS** |
| | Date Action Filed: February 19, 2020 |

**WILSON SONSINI GOODRICH & ROSATI**
STEVEN SCHATZ, SBN 118356
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050
Telephone:  650.320.4856
SSchatz@wsgr.com

KATHERINE HENDERSON, SBN 242676
ONE MARKET PLAZA
SPEAR TOWER, SUITE 3300
SAN FRANCISCO, CA 94105-1101
Telephone:  415.947.2065
khenderson@wsgr.com

*Attorneys for Defendant Catherine A. Lesjak*

DECLARATION OF LISSA M. PERCOPO
Case No. 3:20-cv-01260

I, LISSA M. PERCOPO, declare and state as follows:

I am an attorney duly licensed by the State Bar of New York and admitted *pro hac vice* to practice before this Court.  I am of counsel in the law firm of Gibson, Dunn & Crutcher LLP, and I represent Defendants HP Inc. ("HP" or the "Company"), Dion J. Weisler, Catherine A. Lesjak, Steven J. Fieler, and Enrique Lores (the "Individual Defendants") (HP and the Individual Defendants, together, "Defendants") in the above-captioned case.  I make this Declaration in support of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint for Violations of the Federal Securities Laws ("Motion to Dismiss"), filed concurrently herewith.

1.    Attached hereto as **Exhibit 1** are excerpts of HP's annual report on Form 10-K for the fiscal year ending on October 31, 2016, as filed with the Securities and Exchange Commission ("SEC") on December 15, 2016.

2.    Attached hereto as **Exhibit 2** are excerpts of HP's annual report on Form 10-K for the fiscal year ending on October 31, 2017, as filed with the SEC on December 14, 2017.

3.    The document entitled **Exhibit 3** and attached hereto is intentionally left blank.

4.    Attached hereto as **Exhibit 4** is a compilation of statements of beneficial ownership of securities on Form 4 filed by HP with the SEC on behalf of Mr. Dion J. Weisler.

5.    Attached hereto as **Exhibit 5** is a compilation of statements of beneficial ownership of securities on Form 4 filed by HP with the SEC on behalf of Mr. Enrique Lores.

6.    Attached hereto as **Exhibit 6** is a true and correct copy of a transcript of HP's Third Quarter 2017 Earnings Conference Call, dated August 23, 2017.

7.    Attached hereto as **Exhibit 7** is a true and correct copy of a transcript of HP's First Quarter 2018 Earnings Conference Call, dated February 22, 2018.

8.    Attached hereto as **Exhibit 8** is a true and correct copy of a transcript of HP's Second Quarter 2018 Earnings Conference Call, dated May 29, 2018.

9.    Attached hereto as **Exhibit 9** is a true and correct copy of a transcript of HP's Third Quarter 2018 Earnings Conference Call, dated August 23, 2018.

10.    Attached hereto as **Exhibit 10** is a true and correct copy of a transcript of HP's Fourth Quarter 2018 Earnings Conference Call, dated November 29, 2018.

Gibson, Dunn & Crutcher LLP

1

11.    Attached hereto as **Exhibit 11** is a true and correct copy of a transcript of HP's First Quarter 2019 Earnings Conference Call, dated February 27, 2019.

12.    Attached hereto as **Exhibit 12** is a true and correct copy of a transcript of HP's Third Quarter 2019 Earnings Conference Call, dated August 22, 2019.

13.    Attached hereto as **Exhibit 13** is a true and correct copy of a transcript of the HP Printing Update Conference Call, dated June 21, 2016.

14.    Attached hereto as **Exhibit 14** is a true and correct copy of a transcript of the HP Shareholder/Analyst Call, dated October 3, 2019.

15.    Attached hereto as **Exhibit 15** is a true and correct copy of a transcript of HP's presentation at the Morgan Stanley Technology Media & Telecom Conference, dated February 28, 2019.

16.    Attached hereto as **Exhibit 16** is a true and correct copy of a transcript of HP's presentation at the May 30, 2019 Sanford C. Bernstein Strategic Decisions Conference, dated May 30, 2019.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 4th day of June, 2021 at Washington, D.C.

By: */s/ Lissa M. Percopo*
Lissa M. Percopo

2

DECLARATION OF LISSA M. PERCOPO
Case No. 3:20-cv-01260