# EXHIBIT 3

This exhibit was intentionally left blank.