# EXHIBIT 14

# HP Inc Securities Analyst Meeting - Final.

Fair Disclosure Wire

Presentation

BETH HOWE, HEAD OF IR, HP INC.: Good afternoon, and welcome to our 2019 AnalystMeeting. It's so great to see so many familiar faces in the room. Many of you have flown in from the East Coast and some from cities around the world. So thank you for taking time to be here with us today. And for those of you joining us in the webcast, thank you as well for taking time to join us.

Before we go to the agenda, please turn your attentions to the screens for some important announcements about our disclosures and information related to our forward-looking statements and use of non-GAAP information.

As always, elements of today's presentations are based on forward-looking statements and are based on our best view of the world and our businesses as we see them today. For financial information that is expressed on a non-GAAP basis, we have included reconciliations for the comparable GAAP financial information.

Please refer to the slides in the presentations accompanying today's meeting for more information.

Now onto the agenda. We have a full afternoon planned today. We will start with Dion, who will talk about our progress. Enrique Lores, our incoming President and CEO, will then talk about his strategy for the next chapter of HP. After a short break, we'll come back and we'll talk about print, 3D and Personal Systems with Tuan Tran, Christoph Schell and Alex Cho. After a second break, Steve Feiler will take the stage to talk about our financial performance and our FY '20 outlook. We'll then open up for Q&A. After the Q&A, we'll invite you upstairs to continue the conversation at our reception. Finally, today's webcast and presentations will be available on the HP Investor Relations website. The presentations for each speaker will be posted at the beginning of their presentation, except for Steve Feiler's presentation, which will post at the end, just so you don't read ahead.

Now before Dion takes the stage, let's look at some of the innovations driving our business.

(presentation)

UNIDENTIFIED PARTICIPANT: Welcome President and CEO, Dion Weisler.

DION J. WEISLER, PRESIDENT, CEO & DIRECTOR, HP INC.: Well, hello, and thank you, and welcome to HP's 2019 Security AnalystMeeting. For those of you here in the room with us today, thank you for traveling to our Palo Alto headquarters. We're always honored to host you on our campus and to give you a real sense of our amazing innovations and solutions firsthand.

Welcome also to those of you joining on the web. We're looking forward to discussing our business, our priorities and our plans to lead HP forward.

Palo Alto is a special place for all of us here at HP. 80 years ago, Bill and Dave got started in a small garage just 2 miles from here with all the funding they could muster, a whopping grand total of $538, they set out to create a different kind of company, one with a purpose-built innovation engine, a business that establishes new markets and expands opportunities for customers and a culture that

drives both shareholder value and social good. Today, these very same qualities guide everything that we do. Our teams wake up every day with a relentless drive and determination to push the boundaries of technological advancements and human potential, always with a focus on delivering for our customers and our shareholders.

HP's stood the test of time because we're constantly raising the bar and continuously driving our future. Today, we're going to talk about the significant opportunities ahead to keep reinventing this business, to build upon our strengths, continue to adapt and evolve and position HP for long-term shareholder value.

But before we look forward, I think it's important to remember just how far we've come. Four years ago, as we set out to create HP Inc., there was no shortage of skeptics who doubted us. People thought our headwinds were just insurmountable, the competition was too strong and there simply wasn't growth to be had in personal systems and in printing. No matter what anyone said, as a company and as a team, we believed in this business and we set out to prove what the power of cutting edge innovation, disciplined execution and a high-performance, purpose-driven culture is capable of. We ignited our innovation engine, leading with customer insights, hyper segmenting the market to drive profitable growth. We drove disciplined execution across the business, leveraging our scale and our skills to navigate the changing and sometimes challenging market conditions. And we wove sustainable impact tightly into the fabric of HP. The work we're doing in key areas such as environmental sustainability as well as diversity and inclusion is a key differentiator. In fiscal '18, it contributed to over $900 million of new revenue, demonstrating it's a business imperative that creates value for shareholders and society alike. The combination of these 3 things: innovation, execution and impact, enabled us to prove the skeptics wrong. And today, as we face new questions about our business, we'll respond the very same way. My confidence comes from the demonstrated track record of our team over the past 4 years. In personal systems, we proved that the PC market is alive and well. We didn't chase share for share's sake, but rather focused on the heat in the market. We redefined the category and we created unrivaled customer experiences. It's just been so exciting to do that. We included building over a $1 billion gaming portfolio in less than 2 years. And all of this has proved and provided a strong foundation on which we'll continue to build. Our Personal Systems team is performing at an incredibly high level, which you saw in our Q3 results with 6% constant currency revenue growth and our highest operating profit since 2011. Importantly, this is not a byproduct of the Windows 10 refresh cycle. It's fueled by an insights to innovation engine that has lots more room to run.

And in Printing, we're taking actions to get this business where we know it can and it must be. I have confidence in the team because I've seen what we're capable of accomplishing. We have consistently outperformed the market as well as our top competitors. Over the last few years, we've made print relevant again through modern design, differentiated security and innovative services and solutions for the home and the office.

We strengthened our foothold in key categories, including the A3 copier space and our graphics business. We began to evolve our business model, including strong growth in areas such as Smart Tank and Instant Ink. And all of this has enabled us to achieve important progress. Yet while we've come a long way, we still have a lot more work ahead. Today you'll hear more about the actions we're taking to accelerate our print transformation and evolve our business models and profit pools for the

future. And in 3D printing, and as Christoph said, don't forget digital manufacturing, we're building a bright future and strengthening one of our key industrial-focused businesses.

Four years ago, just 4 years ago, this business didn't exist. Today, HP is at the center of a digital industrial revolution that will disrupt the $12 trillion manufacturing industry. By leveraging more than 30 years of printing IP, we're engineering differentiated technologies and creating entirely new businesses. We're a global leader in the segments in which we participate, have expanded into metals and we're building an ecosystem with partners such as Siemens and BASF that will enable us to scale well into the future. We recently opened one of the world's largest and most advanced 3D printing and digital manufacturing R&D centers in the world. And if you ever question the viability of 3D printing technology for mass production, consider SmileDirectClub, a company that's disrupting the orthodontics space. It's using HP Multi Jet Fusion to digitally print up to 50,000 mouth molds a day. This is digital manufacturing at scale and just an example of what's to come.

So I'm proud of the progress we've made across our categories. We have a strong portfolio and we know how to manage it to succeed in both up and down markets. Our focus on execution has been a driver of shareholder value. Since separation, we've added approximately $7 billion in revenue. We've generated a total cumulative free cash flow of $14 billion, approximately 75% of which we've returned to shareholders, and we continue to deliver on our priorities. Over the past 15 consecutive quarters, our non-GAAP EPS was at or above our guidance range. Our industry is dynamic and our customers' needs are constantly changing. They're always evolving, in a world that's moving so fast that standing still is no different than moving backwards. We're continuing to reinvent HP, transforming from a position of strength to capitalize on the opportunities that lie ahead. And the best news is, we're just getting started.

As you know, this is my last security analystmeeting as CEO. It was an incredibly tough decision to step aside from a job and a company that I truly love. I've been humbled to lead this great company and to work with this just incredibly talented team. I remain deeply committed to HP's success, and I sleep well at night knowing that the drive and the determination that has powered our business over the past 4 years is more passionate than ever before. I have no doubt, no doubt that our team will keep raising the bar under Enrique's leadership.

Now many of you know Enrique as the President of our Imaging and Printing business. As you get to know him as CEO, you'll see why I'm so confident in where we're heading. You see, Enrique possesses a rare blend of vision and rigor. He has that fire in the belly, and I know you'll see that in him today. During the past 30 years, he's gone from engineering intern to CEO. That's kind of like a fairytale story. He's worked across geographies and in all parts of the business. He's been an incredible partner to me and a huge part of our success. Enrique has proven that he can drive value creation through innovation and disruptive business models and by driving change in large, complex organizations. The board could not have picked a better successor. He is the right leader at the right time to lead HP forward.

Before I invite him up onto the stage, I'd like to extend a very warm and heartfelt thank you to all of you. Over the past 4 years, I've got to know you all personally and I've enjoyed our time together. I know you'll welcome Enrique just as you welcomed me. So without ado, the next President and CEO of HP, Enrique Lores. Come on up.

ENRIQUE J. LORES, PRESIDENT OF IMAGING, PRINTING & SOLUTIONS, HP INC.: Dion, thank you for that kind introduction, and thank you for your leadership and mentorship. To all of you here in the room and those watching online, welcome. Today, we are going to provide an important update on our business and our vision for the future. We're going to talk about the major trends that are reshaping our industry and our plans to capitalize on them. We're going to talk about the strength of our investment thesis and our strategy to support it. And we're going to talk about a bold move -- bold moves we are making as we begin a new chapter for HP. And we begin this new chapter from a position of strength. We are one of the world's most iconic and trusted brands. We have a highly differentiated technology and IP. We have huge global scale and reach, and we have an exceptional leadership team and talent across the company that is united behind a purpose-driven culture. But our foundation alone will not position HP for the future. The world is rapidly changing, and we are taking strong and decisive actions to drive us forward.

I can summarize our strategy in 3 words: advance, disrupt and transform. We will build on our strength and capitalize on the changes in our markets to advance our leadership in Personal Systems and Print. We will leverage our technologies and portfolio to disrupt new markets, and we will transform how we work to become a more customer-focused, digitally powered and data-driven company, while at the same time, significantly optimizing our cost structure. Advance, disrupt, transform. I think of these as 3 powerful engines of value creation, and we are going to be discussing them in a lot of detail.

But first I want to ground the conversation by giving you a little bit of detail of what drives me as a business leader. In my 30 years at HP, I have developed strong beliefs that will guide me as CEO. First and foremost, I believe delivering value for customers is the best way to ensure long-term value creation for shareholders. And this will be always be my #1 priority. I believe the best way to deliver value for customers is to prioritize innovation. I have always told my teams that imagination is our only limit. HP's drive to innovate is what attracted me to this company 30 years ago as a young engineer, and it continues to motivate me every day.

Part of driving innovation is to constantly challenge the status quo, even when you have helped to create it, and this is something I learned very early in my career.

Let me share a story with all of you. The first product I ever developed was a pen plotter called a DraftMaster. Just look at it. It was an engineering dream machine. Today, you hear a lot about robots, this was a robot that was able to print. At that time, this was an amazing piece of technology that set a new bar in its market. But my very next product was the first DesignJet inkjet printer. It disrupted the entire category and made the DraftMaster obsolete. This experience always stuck with me. I loved that pen product, but I learned that you must always be prepared to disrupt yourself, and that's exactly what you should expect from us.

I also believe that relentless execution is more important than ever to deliver results. The greatest teams develop rigorous plans and metrics to achieve their priorities, and they execute flawlessly and relentlessly. Strategy without execution is hallucination. I also know that business is a team sport. Winning requires a talented and diverse team. And that is deeply committed to the mission ahead. And finally, I believe that how we do things is just as important as what we do. We will be making many important changes across the company, but our commitment to creating a sustainable impact is

something we will continue to build on. Each of these beliefs are central to how I think about our business and our strategy going forward.

Our strategy is also deeply rooted in the trends that are reshaping the world. Today our industry is at an inflection point. The volume and richness of data, combined with AI, machine learning and 5G, is fundamentally changing the way people live and the way companies operate. Business models are shifting, from simple transactions based on selling products towards contractual relationships. Customers expect outcome-based value propositions offered as a service whenever possible. They also expect to connect with brands at a more personal, aspirational level. They want more convenience. They value security. They care about sustainability. And on top of it all, we are living in a world of hyper personalization. And this is only accelerating. Technology that translates digital concepts into physical objects will disrupt a wide range of industries, from publishing to footwear. Products and offerings will increasingly be designed and built specifically for you, which means we are now creating what we call segments of one.

A few years ago, I showed many of you our Share a Coke campaign. I still have my Coke here. But since then, we have run many similar programs all over the world. And this is Enrique's Nutella. I even have my own jar of VEGEMITE from Australia sitting in my office. But you know what, Dion, it is going to stay there because it's disgusting. We now have the ability to personalize at scale, and packaging is just the beginning. All of these trends cleared very significant opportunities for our business. In many of them, we are already very well positioned to lead. In others, we need to build new capabilities. Our strategy is designed to accomplish both.

Let me now talk about our markets. For starters, we are talking about 2 large opportunities. In Personal Systems and core Printing, we have a combined total addressable market of about $485 million (sic) [$485 billion]. Our total share of these markets as a percent of revenue is only about 10%. You heard that right. As the market leader, we only have 10% of our addressable market. Even if this total addressable market contracts 1 point or 2, we still have opportunity to capture more value. We should never lose sight of that fact.

If you look at the balance of our portfolio, we see an even larger long-term addressable market. Today, our TAM across graphics and 3D printing is about $55 billion. As we expand our focus across the entire value chain, our opportunity will grow. Over time, we expect our TAM will expand to over almost $0.5 billion (sic) [$500 billion] in this market alone. These are huge opportunities. We are talking about a long-term addressable market of nearly $1 trillion. I will say it again, our long-term addressable market is about $1 trillion.

Let me explain now our strategy. As I mentioned at the start, we have 3 powerful engines of value creation. Let me start with the first.

We will advance HP's leadership in Personal Systems and Print. And our thesis is very simple. The trends we are seeing create new opportunities to reimagine these 2 markets. We reject the notion that they are past their prime. To advance our leadership, we will evolve our business model with a strong focus on services. We will use data and machine learning to improve our value propositions, focusing on the outcomes we enable, not simply in the products we create. We will leverage our scale and our strengths to expand into new adjacencies, and we will do all this by continuously driving innovation.

We will also disrupt industries by leveraging our technology and IP. We have already started doing this in areas such as graphics and 3D printing, which together we refer to as our industrial businesses. These businesses are strategically grouped together for a few reasons. Across both, we can create end-to-end applications that are highly personalized, serving the segments of one that I mentioned earlier. They are built on high-touch, high-value customer relationships and they make -- they have different sales cycles requiring new go-to-market models and much more verticalized knowledge to drive customer outcomes.

Finally, our third value creation engine is to transform the way we work so that we can build the capabilities required to deliver on our priorities while taking significant cost out of the business.

Let me walk through each of these areas in more detail. In Personal Systems, we are continuing to drive profitable growth. We have shown that we can outperform the market and we see runway for sustained value creation that extends well beyond the Windows 10 refresh cycle.

But let me share something really important. People are creating more on their PCs. They are creating more content, they're consuming more content, and they are collaborating in new ways. Our innovation will tap into these trends to create demand and desire to upgrade PCs across a very large installed base. At the same time, this is no longer just a traditional PC business. As Alex will explain, we are focused on entirely new compute models. This will allow us to increase the lifetime value of our installed base. Selling a PC opens a door for a much broader, longer-term customer relationship. A great example of that is the ecosystem that we're building in gaming, where we are driving hardware, software, accessories and even services. And speaking of services, it is something we are growing across all of Personal Systems. This includes data-driven insights that enable IT departments to better manage and secure their devices. We feel very good about the trajectory of Personal Systems and the opportunities ahead.

Let me turn to Print now. HP leads this large market, and I continue to be a big believer in the power of print. That being said, we have a lot of hard work ahead of us. You're aware of the market-driven challenges in our home business. And as we have discussed the last few quarters, our supplies share is under pressure. We have a clear plan to advance our leadership in this business that I will frame now. Tuan Tran, our incoming President of Print, will explain it in more detail after the break.

Our plan starts with innovation. We will continue to create the best hardware, supplies, solutions and services in the industry, bar none. And building on this, we will maintain our focus on protecting supplies share in our installed base. However, we believe that right now is the time to drive a bigger change that will have a longer-term impact. As the category leader, we intend to drive the industry in a totally new direction, departing from the purely transactional supplies-centric business model. We will be creating new value propositions to deliver greater choice and convenience for our customers. You can expect our mix to continue to shift to contractual businesses. Offerings like Instant Ink and Managed Print Services will continue to expand. But we are going to go much further. We are challenging the status quo and making bold moves to pivot our transactional business to provide greater choice. This means customers will be able to choose between paying a higher price for hardware and having a more flexible supplies model or buying a subsidized hardware unit that will only work with HP original supplies. These changes are rebalancing our profit mix of hardware, supplies and services, and our focus is on driving overall system profitability.

Importantly, we are also removing significant cost from the business, which is critical to maintain profitability while we transition to these new models. I am confident about these moves and the pivot that we are doing in the print business. They will help to accelerate our journey.

Let's now turn to our industrial businesses. In graphics, we will continue to focus on the [exact print] segment with technology that accelerates the shift from analog to digital, and we are extending beyond hardware. It is about partnering with brands and building a complete solutions ecosystem so that we can capture more value than just hardware and supplies.

In 3D printing, we remain focused on disrupting the manufacturing industry. As you know, our vision is to change the way the world designs and manufactures. We are continuing our expansion in polymers and metals while broadening our end-to-end solutions.

And this is a very important part of our strategy. It will enable us to capture more value across multiple industry segments. Earlier, I mentioned footwear as one of our opportunities. Here, we are leveraging the capabilities of our fleet station platform to create an end-to-end application that enables the mass personalization of insoles.

I am an avid runner, and I can tell you the big difference this makes. From the initial scan of my foot to the recommendation of the best shoe, through the creation of the final product, this is the perfect insole for me. In this case, I am the segment of 1. Our opportunity to disrupt goes beyond this industrial markets. HP has fast capabilities in what we call microfluidics, the ability to manage fluids at microscopic scale. This is incredible IP. It is what allows us to apply 1 billion drops of ink per second with 21 microns of accuracy. With -- for any of you that are not engineers, it's about 1/10 the width of a human hair. Today, we apply this IP in inkjet printing as well as to 3D printing with Multi Jet Fusion and Metal Jet. These same capabilities can be used in many other industries, ranging from health care to cosmetics and many, many more. Over time, we can unlock new sources of value by leveraging our decades of investment in this space to further monetize our IP.

Let's take a quick look at the capabilities of this technology. Let's see the video.

(presentation)

ENRIQUE J. LORES: You can see why we are so excited about this technology. Now to power our strategy, we are also taking decisive actions to transform HP. This is the third engine of value creation. We need to get faster and simpler, and we need to move closer to our customers. We also need to create capacity to reinvest in the innovation, talent and capabilities that will be central to our future. This requires some very tough decisions because it will impact some of our employees, and we never make these decisions lightly. So let me talk about the major pieces of our transformation agenda. This is a multiyear effort to simplify the way we work. We have started by changing our operating model. Specifically, we are integrating our entire sales force into a single commercial organization to drive faster decision-making and execution. This will accelerate the evolution of our go-to-market model and will enable harmonized sales processes and pricing discipline around the globe. Our new commercial organization will be run by Christoph Schell, who successfully led our Americas business and has worked extensively in all parts of the world. Most recently, he has been running our 3D Printing and digital manufacturing business. Ramon Pastor, who is the engineering brainchild behind 3D printing, will lead the 3D organization until Christoph's permanent replacement is announced.

Beyond simplifying our operating model, we are also reducing structural cost across the company. We are redesigning our support processes. We are reducing our number of software platforms. We are continuing to optimize our supply chain footprint, and we are centralizing R&D operations by creating centers of excellence. The investments we have made since separation are enabling many of these changes. And this work is expected to achieve approximately $1 billion in gross annualized run rate savings by the end of 2022. This will be driven through a combination of labor and nonlabor savings. Workforce reductions are by far the most difficult decisions any leader and any company ever makes, given the impact they have on our people and their families. We are deeply committed to helping affected colleagues in this difficult transition, and we will always treat people with care, dignity and respect. But as difficult as these decisions are, they are absolutely necessary to position our company for the future.

As we optimize our cost structure, we create capacity to continue investments in building our digital capabilities. We are continuing to strengthen our IT infrastructure, and we are making meaningful progress. We're also investing in areas like software, data and insights. This is a key part of how we will create new customer value propositions, evolve our business models and drive innovation. Advance, disrupt and transform are our 3 engines of value creation. We are making the right changes across every facet of our company to better serve customers and create value for shareholders. As you have heard today, we are making a number of bold moves in support of this plan.

Let me summarize the 5 bold moves we are making. We are implementing a new customer-centric operating model that places our teams closer to customers. We are pivoting our Print business with a fundamental shift in our strategy that will reshape the industry landscape. We are creating entirely new compute experiences in Personal Systems. We are expanding our industrial business with a focus on building end-to-end solutions and monetizing our IP. And we are undergoing a restructuring that will make us more efficient and create capacity to make the required investments.

These actions support a clear and compelling investment thesis. We have significant opportunities to create shareholder value. We will capture them by advancing our position in Personal Systems and Print with a focus on driving profit, free cash flow and return of capital. We will also disrupt new industries where we see attractive medium to long-term growth opportunities and we will aggressively transform how we work across the company to enable our strategy.

We will maintain disciplined capital allocation. This includes a commitment to returning capital to shareholders, and we will use our robust returns-based framework to evaluate M&A when it supports our strategy. The key takeaway here is that we have multiple profit levers to drive both short and long-term value creation.

We are writing a new chapter of HP. We are proud of the progress we have made and the foundation we have built. But we know we must continue to change and improve, and that's exactly where our focus will remain.

We will continue to challenge the status quo. The HP of the future will be more customer-focused, digitally powered and data-driven company. And we will continue to lead with innovation and execute with purpose. We are confident in our future and we will keep reinventing this iconic company because, as I said at the beginning, imagination is our only limit.

I want to thank all of you for your attention. We are now going now break -- go to our break, and after the break, we will be going in more detail through the strategies in the different businesses, and Steve will be providing our financial outlook. Thank you.

UNIDENTIFIED PARTICIPANT: Ladies and gentlemen, we'll now have a break. Please enjoy refreshments in the courtyard, and the session will recommence at 2:00 p.m., 15 minutes.

ENRIQUE J. LORES: Now first of all, welcome and thank you to come -- for coming back. Before the break, we talk about the new strategic framework we have built, we talk about advance, disrupt and transform. And now we are going to be talking about our different businesses and how they will be contributing to this framework. But before we do that, I wanted to spend some time introducing the new President of Print, Tuan Tran, since this will be the first time he will be presenting to all of you.

Tuan has been in the company only for 28 years. So compared to me, he's a newbie. But he has actually been behind some of the big, big transformations that we have made. He was the brain behind Instant Ink. During the last years, he has been running our Office business. He was the one that analyzed, proposed and managed the integration of the Samsung printing business. He even moved to Korea for more than a year to his family -- with his family to drive this integration. He's also -- and he has been responsible of driving the Canon relationship during all this period. And there is not a better person in the company, nor in the world, to run the Print business and to drive all the changes that we will be making during the next years. So please join me in welcoming on stage, Tuan Tran.

TUAN TRAN;PRESIDENT, PRINT: All right. Hey, good afternoon. Thanks, Enrique, for the kind words. It's great to be here today. Although I have to tell you that it sounds so long when someone introduces you, I've been here for 28 years. For me, I have to tell you, it seems like just yesterday. I remember my first day at HP so vividly, coming straight from graduate school into the calculator division of Corvallis, Oregon. We've a lot of financial analysts out there, you guys are -- you guys all use your 12Cs. Yes, that's right. It was the home of the 12C calculator. It's still an iconic product today.

I'll tell you, when I joined the company, I joined an incredibly committed team of people, focused on innovation, bringing the most advanced calculators in the world to market. The products we sell, they've changed, obviously. But I can assure you, the spirit, the passion, the determination is exactly the same. As Enrique said, every day, I still come to work excited about driving innovation in our business and creating the future. Now I haven't had a chance to work with too many of you closely, but so let me start this morning with sharing a few things about me as a business leader.

I want to, first, relentless focus on the customer. I firmly believe that everything starts with a clear and compelling value proposition to the customer. Every product, every solution, every service offering that we develop needs to have the customer at the center. Second, I have a deep passion for technology. As you get to know me better, I am a geek at heart. I believe in technology and its ability to change people's lives. I believe that HP printing has the best technology in the world. A great example was the video you guys saw. Our core microfluidics technology that drives our Printing business, it scales from a $49 desktop printer to a multimillion dollar press that fills this entire room, to the great 3D printers that Christoph is going to be talking about. This gives us tremendous technology and is at such scale that gives us a great competitive advantage.

So I've had an opportunity also to work on many, many different businesses and geographies. The common formula for success in all those things is very simple, it comes down to a customer-centric

vision, a clear set of priorities and executing relentlessly, day in and day out. There's really no substitution for hard work. I'm super excited to lead Print at this point in time because I see significant opportunities. We have the best technology, we have the best people and we operate in a huge market.

So with our time today, I want to start with giving you some context on our progress, the view of the markets and our customers and then we'll jump right into strategy and how we will win. So we've made solid progress in separation. We've grown print operating profit 7 out of the 8 past quarters, outpacing many of our competitors. We're delivering on the strategic areas that we outlined in the last SAM time meeting. We grew Instant Ink enrollees by over 20%. We grew our Managed Print Service, a core -- a mature business for us, over 10%. And we grew our graphics pages over 10%. That said, we're also navigating market headwinds, particularly in supplies in EMEA. We're tackling these challenges head-on, taking the right actions to address the issues while maintaining momentum. We have a deep bench and a highly experienced team. We know how to balance these dynamics. I'm extremely confident in our future. I'm confident because Print operates in a large market. As Enrique says, we are the leader in a $155 billion home and office printing market, and we have still significant runway as we look to advance our leadership. We're also the leader in the $50 billion graphics market.

In home printing, the market is down 4.5%, creating revenue and profit headwinds for us. That said, we're driving a strong innovation agenda, focused on the highest value segments like photo printing. In the office, the big opportunity is contractual, an area where we are under-indexed today but well positioned with an incredible A4 and a brand-new A3 portfolio. We're growing the number of partners, 1,000 partners worldwide signed up with us across the world. We're winning against leading managed print service providers. We're growing double digits while outperforming our competition.

We're also leading in graphics. We're disrupting industries as they move from analog to digital. As an example, we're disrupting the textiles industry with the recent launch of HP Stitch. Net-net, we still believe there's tremendous opportunities in print. As we look to go after these opportunities, everything we do is deeply rooted in customer insights. Enrique talked about the big trends that we see. People rightfully expect our offerings to be highly functional and look great. They want things that are more personalized, more intelligent, more secure and more sustainable. In addition, our customers want a simpler, more convenient and a lower cost way to print. Ultimately, they want greater flexibility and choice. This means we need to leverage our data and our customer insights to evolve our business models to improve our value proposition for our customers.

Now that I've set the market and customer context, let me see how they inform our strategy going forward. Our strategy is simply built on 3 key pillars. The first, we win and drive with innovation. We will continue to deliver award-winning innovation in hardware, software and services, built upon the world's most secure printing platform. That's our wheelhouse. That's what we know how to do. We're world's best at it. Second, we deliver customer experiences through tailored business models while maximizing the value of our installed base. Third, we'll disrupt industries by expanding our graphics business and our 3D printing business. And of course, our strategy is built on a foundation of relentless focus on leveraging scale and optimizing cost. There is no question that the print player who can innovate at scale with the right cost structure will have the greatest advantage. And to that end, we're simplifying everything we do to improve both effectiveness and efficiency, from rationalizing our product portfolio to consolidating firmware and software platforms, to streamlining our customer

support. But you can't succeed on cost advantages alone. We won't win and we won't grow without innovation. And today, I'm here to tell you that HP's innovation engine in print is alive and well. With the segment of one approach that Enrique talked about, we're using customer insights and analytics to drive innovation, whether it's ink delivered directly to your doorstep, a document scanning application tailored for your business, or a book personalized with your child's name. These solutions are so much more powerful and so much more valuable when they're tailored to you.

We're differentiating through design. Last year, Enrique showed you the HP Tango printer, a printer with great industrial design that you'd be proud to display in your home. The only printer my wife has let me take out of my office. It actually sits in my family room. More recently, what we introduced is the OfficeJet Pro, a smart, connected and secure printer with a better performance but 40% smaller. Given the great feedback we've gotten from that product, we know design matters, even in the office.

Small businesses love OfficeJet Pro because they can use Smart Tasks to automate everyday business processes like expense management and receipts. Smart Tasks are enabled through our HP Smart App. With the HP Smart App, we deliver seamless mobile printing experience. The app has been downloaded 100 million times, with the same rating as Instagram. In today's world, security is paramount. We're leading the industry in security. We raise the industry's awareness that every printer decision is a security decision. Security is a huge area of innovation and differentiation for HP. I'm very proud of the advantages we've created over the past few years.

We're simplifying print experiences, even for our channel partners. With innovations like smart device services, we help them lower their service costs by 20%. We do this by intelligently monitoring hundreds of sensors inside our A3 printer, applying analytics and machine learning to predict and resolve problems remotely. That takes down their labor costs. So let me show you a video that brings all of this exciting innovation to life.

(presentation)

TUAN TRAN;PRESIDENT: Innovation is a key component -- a truly amazing experience, but it's not the only thing. We're moving to a new phase in our business. So we need to pivot to a new model. The reality is that the market has evolved beyond the traditional printing model of selling hardware at a lower price and making it up in supplies. I remember when we first launched the HP Deskjet printer in 1984, that printer was priced at $1,000. As we focused on scaling the business, our goal was to put a printer in every home and on every desk. To drive that mass adoption, we made printers more affordable by placing the hardware at a loss and then making profit with supplies over time. This business model, eventually adopted across the industry, helped printing become an integral part of people's lives.

But today, I think we've gone too far because this model creates an attractive opportunity for others, thus we're seeing increased competition in the aftermarket. Today, alternatives, supplies, competitors are growing without having to invest in hardware development, production or placement cost. They profited from an expansion of online marketplaces that reduce barriers to entry and create customer confusion with HP original supplies. Research shows that using alternative supplies degrades the customer experience. In addition to potential IP infringements, alternatives provide lower-quality prints, damage to the printer, compromised data security and can be harmful for the environment. Today, people value their printer experience but some don't like their supplies experience. So we need to

optimize our business model by doing 2 things: Number one, maximize the value of the installed base that we have of over 150 million printers; second, pivot the new business model for customer -- for new customers. With our installed base, the goal is simple, we need to protect our aftermarket share. And in order to do that, the first thing we have to do is communicate and drive preference for HPoriginal supplies. Customers are bombarded with choices today and we need to ensure that they understand and appreciate the value of HP original supplies versus the alternative.

To that end, we're rolling out campaigns that talk about the overall print quality, sustainability and security benefits of HPoriginal supplies compared to the alternatives. Customers often face problems with alternative supplies; either they don't work at all or the print quality is unacceptable. In addition, the use of alternative supplies has environmental impact; around 97% of alternative cartridges end up in landfills. Our job is to get that message out. But beyond quality and sustainability, security of the overall system, both hardware and supplies, is a growing concern. Using aftermarket alternatives opens up a point of vulnerability where the supply chip meets the printer. There's a ton of data in that chip that gets transmitted to the printer. Hackers can exploit this connection. As my friend Alex Cho said, it's similar to taking an unknown USB card and stick it inside your corporate network. Not a smart thing to do. So the bottom line, if that chip is compromised, your entire network is compromised. By using our hardware with HP original supplies, customers get the most security -- secure printing experience end to end.

We're also taking steps to protect our brand and IP. As the aftermarket moves from more of an online unassisted motion, we see a ton of confusion. Some of this is clearly intentional. The biggest issue online is that many alternatives try to pass as HP originals by using our photography or our branding. This year alone, we've taken down almost 50,000 online listings that infringe on HP's copyright and trademarks or violate marketplace listing policies. Many of these alternatives also infringe our IP. So together with our partner, Canon, we're stepping up our efforts to protect intellectual property rights. Canon removed around 1,300 alternative toner listings from Amazon in the last year alone. Third, we have to leverage data and manage the channels more effectively through a centralized pricing process and a disciplined channel partner program. This allows us to deepen our relationship with our channel partners and customers, including Tier 1 and Tier 2 channels, to get a tighter visibility and inventory and to manage it much, much more robustly. And finally, we have to digitally transform and improve our business management process. Supplies is a big complicated business that's very, very global. We're investing in digital tools and analytics that help us track, verify cartridges from our factories through our multi-tier distribution channels and to our end customer.

By doing all these things, we will maximize the value of the installed base. But we also need to pivot the value proposition to new customers, especially the experience of how customers buy, consume -- and consume our products and services. Our customers want more flexibility and we must deliver that. There are 3 main strategic areas that will help us do that: Number one, drive services; number two, expanding in emerging markets; and number three, rebalance the system profitability, capturing more profit upfront.

Let's start with services, which continues to be a huge priority for us. This is something we talked about last year. Here, we've already begun to pivot. We're accelerating Instant Ink for consumers and managed print service for the office. Consumers love Instant Ink. As Enrique said, I have a soft spot in my heart for Instant Ink, they get up to 50% lower printing cost and they never have to scramble to find

ink because the ink shows up before you run out. This solves 2 major customer pain points, cost and convenience. Instant Ink subscriptions are up more than 20% year-over-year. Nearly 1 out of every 5 new home printing customer enrolls in Instant Ink where it's available, and we're expanding that to more geographies. At the same time, SMB customers and enterprise customers love Managed Print Service and they see tremendous value. Through our A3 and A4 portfolio, they get lower costs, higher availability and better service. Our Managed Print Service revenue is up double digits year-over-year and we continue to see -- receive the best industry Net Promoter Scores.

We'll continue to grow these services business because they drive recurring revenue and supply share. They also provide us with an opportunity to attach incremental services and solutions. At the same time, we're also expanding our offerings in emerging markets where many of our customers still face unreliable access to HP original supplies. We're expanding Smart Tank and we recently launched Neverstop, our first toner tank, this product here.

Smart Tank and Neverstop provide high-capacity ink and toner at time of purchase. We're talking about 2 years' worth of ink or toner in the box. This enables a great value proposition for the customer, centered around long-term, no touch reliability right out of box. But most importantly, both of these products deliver comparable cost versus alternatives, but with HP quality, reliability and security.

In the years ahead, we want to pivot our business model even further and ultimately provide customers with 2 choices at time of purchase. The first choice, for the customers who choose HP's printing system of both hardware and supplies, they will get a model that delivers a more secure, more reliable, higher quality and sustainable print experience. All of this at a lower overall price across hardware and supplies. Alternatively, customers can pay for full value of the HP printer upfront, gaining the flexibility for supplies. This is like buying an unlocked cellphone and then choosing your own wireless carrier. In these cases, customers can enjoy HP's superior printing hardware but obviously take risk if they choose alternative supplies. In this model, we rebalance the system profitability by monetizing our innovation through increased hardware prices.

This hardware profit rebalancing is not new for us. We've been doing this for years in China, where half of the mono laser printer comes from HP. Even though China is a super price-sensitive market, we're able to command on average a 50% premium for our hardware alone. By creating multiple ways for customers to purchase and consume print, we can become less reliant on supplies and rebalance towards hardware profitability. We know this transition is going to take time and it could include trade-offs in market share and hardware growth in order to maximize long-term progress. But in the end, we're going to end up with a more balanced systems model. So to that end, we'll begin to systematically increase hardware prices to move towards this model. As a result, supplies, while still very, very, very important to us, will no longer be the singular metric to determine our progress since supplies alone does not capture the total systems opportunity.

So the key metrics are service growth and operating profit dollars, which better reflects the system profitability. This, this is a pivotal moment for the core print industry and for HP. We plan to lead the industry forward with a clear focus on overall systems profitability.

As we advance our leadership in the home and the office, we'll also disrupt industries through our graphics business. We are building on 30 years of our microfluidic IP to unlock new markets. These segments are all going through an analog to digital transformation, and that opens up growth

opportunities for us. The net-net is that our strategic focus areas in graphics remain consistent with what we shared with you last year. Our efforts are producing results. Through the first half of '19, we saw more than 30% growth in publishing pages printed, double the 15% we shared with you last year at SAM. We're seeing more than 10% growth in commercial pages. We're seeing more than 10% growth in labels pages printed. Our digital technology and our vertically integrated approach enables us to continue driving value creation across industries.

There's no better example of the analog-to-digital disruption than what we're doing with Pearson, a major book publisher, and Ashford Colour, Pearson's digital print service provider in the U.K. They're leveraging HP Piazza, our cloud-based on-demand print service, to limit physical inventory and slash supply chain costs. We worked with them to redesign their entire supply chain to actually enable printing of long-tail books on demand. They've seen a 40% growth year-over-year from this effort. They add -- this adds flexibility, reduces inventory and drives down total cost by up to 20%.

In addition to Pearson, we're partnering with more than 300 brands to create powerful campaigns built on personalization and mass customization.

So the combination of the work we're doing in home and office and graphics gives me great confidence in the future of HPPrint. Consumers share emotions through photos. Office professionals share ideas through document. And brands use personalization to drive affinity.

I'm a firm believer in the power of print and its ability to help us share emotion and ideas. And if you had any doubts about the important role that print plays in people's lives, have a look at this video.

(presentation)

TUAN TRAN;PRESIDENT: If you need to wipe away your tears from your eyes after that film, you should pull out the custom-made handkerchief you received at check-in courtesy of HP Stitch. It is a true story from one of our employees in Boise.

I want to thank you for your time today, and I look forward to continue our conversation.

Now I want to bring up Christoph Schell, who has been leading our 3D Printing effort. By leveraging 30 years microfluidics R&D, this business has gotten from a lab incubation to a verge of disrupting the global manufacturing sector. The technology is amazing and has the ability to change people's lives, and it's super exciting.

So welcome, Christoph.

CHRISTOPH SCHELL, PRESIDENT OF 3D PRINTING & DIGITAL MANUFACTURING, HP INC.: Thank you. Thanks a lot, Tuan, I appreciate the warm welcome. It's great to see some familiar faces again here at Palo Alto. Welcome to Palo Alto. As Enrique shared earlier today, as of November 1, I will be HP Inc.'s first Chief Commercial Officer, and I'm really looking forward to my next gig. But today, I'm not going to talk about that. I'm still very much grounded in my current gig, and that is HP 3D Printing and digital manufacturing. And I would really like to dive into that right away.

Last year, when we got together, I gave you an update of how we are doing. And I want to ground you again in this leverage that we have, a leverage of 30 year of leadership on thermal inkjet technology. We have created our own Moore's Law, whereby we are doubling the amount of drops per print head

every 18 to 24 month. This is then complemented by a really deep expertise in material science and fluidics and data and software management and a deep presence in various industries.

Over the last 12 months, my team and I were really busy moving our customers from prototyping to final part production, and it gave us an insight and a lot of strength believing that we are participating in the digital manufacturing workflows. That required for us to adopt a vertical and, very often, an application-based focus. We're in a strong position to deliver differentiated value as we help drive this extraordinary disruption for the manufacturing industry and for our customers.

Now we are executing on a long-term plan. At our core, there is huge disruption, not just from a technology point of view but also from a business modeling and from a go-to-market point of view. We are very much on track on metals. I gave you an update last year. We talked about GKN, we talked about Parmatech, and we talked about Volkswagen. With Volkswagen, we just had our first mass production run of 10,000 parts that were printed on HP Metal Jet, and it took us only 4 weeks from design to an output of 10,000 parts. That's really phenomenal. And in the automotive industry, this is considered mass production.

We also introduced last year HP's most potent polymer printer with the 5200 series. The feedback we are getting from our customer is very strong, in particular from Jaguar Land Rover. We introduced more materials. TPU together with BASF. Vestas, one of the largest wind turbine companies in the world, is using TPU to print tools to actually help stand up these turbines. And we also launched our first full-color polymer-based printer, a printer that is targeted at the prototyping business but also at universities and at hospitals.

What I'm most proud, however, from the last 12 months is the significant advancements that we made in software and data management. This is helping our customers to ensure that the quality they require in part production is there and it helps them to better manage the printer. It has also led the engagement with customers to be more outcome-based.

It is because of these advancements that we are participating in new digital factory workflows and in verticals. The first vertical we went into is automotive. And we are now engaging in developing with automotive customers at OEM level but also with their trusted Tier 1 and Tier 2 suppliers. It required us to move resources into vertical because we need to understand how they operate and we needed to understand applications that are right for our technology. This year, we made significant progress in a wider ecosystem. One of the relationships I'm really proud of is with Siemens, the largest industrial solution provider in the world. We have made sure that all of our 3D Printing assets are integrating well with the Siemens suite of digital manufacturing products.

Just a few weeks ago, HP and Siemens announced at the Frankfurt Motor Show an application that's a coolant distributor application that was developed by a Siemens partner called EDAG, and this application is ready for serious production. We also launched the HP Digital Manufacturing Network. I talked about this last year. It gives our customers an opportunity to have access to trusted partners of HP, and they can print parts where and when they require them. And we have furthered our conversations with ecosystem partners around automation, robotics and post-production processes.

A year ago, approximately 50% of all benchmarking requests we received were final part production related. With the introduction of the 5200 series, we are now above 80%. I think that gives you a good

indication on how our customers are moving from using HP Multi Jet Fusion as a prototyping device to a final part production device.

Performance, uptime and productivity, what the industry codes OEE or overall equipment efficiency, is steadily improving. And this helps our customers to drive costs down and overall, increase the reliability of the entire system. With that, they feel more comfortable going into larger runs of parts.

Last quarter, we printed or we manufactured, if you want, on HP systems more than 5 million parts. And with that, we are continuing to see quarter-on-quarter double-digit growth of material. It's a key measure of the usage and of the growth that we are seeing in our business. We've also been consistently named as the most-used industrial printer in the 3D Printing industry. So this was a really strong year of execution. I'm super proud of the team and what we've achieved.

Now doesn't matter so much what I have to say. I did bring back my German friend from last year. We are not related. It's just a similar accent. But I would love to see what Volkswagen has to say about our progress. Please roll the video.

(presentation)

CHRISTOPH SCHELL: All right. So thank you. I have the part actually here. If you want to have a look later on, please do. It's actually impressive to see the detail. It's printed on a 316L. That's alloy steel, and I really invite you to check out the detail.

It took a lot of collaboration to get this done, not just from an R&D and design point of view, but actually to manage the entire workflow. And I'm super proud that the team and Volkswagen that we, together, were able to pull this off. It has taught us how important it is to have R&D relationships with customers, and we will continue to do this. I think it's projects like these that also teach us that we have a huge opportunity as HP. We are at the intersection where a digital part in a digital manufacturing work stream gets translated into a physical output, and that is something that is quite unique. That represents the opportunity for HP in this business. We are leveraging our core 3D Printing position, and we're expanding both upstream and downstream.

Upstream, we can use the data that our printers provide to enable designs to optimize workflow that are very specific to Multi Jet Fusion factories. We can also get data from different sources, from design files, from mobile devices or from HPproprietary technology like that HP FitStation. Our 3D Printing solution can leverage the personalized biometric data for mass customization in areas such as, for example, footwear. And I think you saw the product that Enrique earlier was showing you.

Using this data, our customers can be much more efficient in their production and they deliver individualized product purpose-built for their end customer. We can also leverage this data to more fully participate in the distribution and many service aspects of an application, of the life cycle of an application. This includes topics such as the traceability of parts through a supply chain. It includes the ability to virtually manage inventory and spare parts, and it helps also to get this notion to our customers that they can manufacture where and when they require.

This is why to continue to steadily invest into software and data management is so important. You see, we need to create API hooks for our customers and for our ecosystem to actually take this great data that HP produces and leverage it for their workflow, for their digital workflow. Expanding production application is very critical for us to transform industries. We have a particular focus on applications

that are ready for mass customization, personalization and other benefits such as light weighting of parts and assembly consolidation. Now if you look in which verticals this is most pronounced, you will land in automotive, you will land in medical devices, you will land in footwear. We are working with customers in key verticals to optimize their designs, to also optimize their workflows and to help them take advantage of this voxel-level technology that we have in anything that they do.

I mentioned we've been taking assets from within HP to bring this more end-to-end approach to life. The HP FitStation is a very disruptive end-to-end application, and it will help us in the mass customization of multiple footwear products. For example, insoles. I think this is a great use case of the segment of one strategy that Enrique and Tuan talked about earlier. So let me try and make this become a reality for you.

I think everyone's feet are different. Some are small. I see some small feet here. Mine are rather big. Some of us run more than others. Some of us should run a little bit more often. I know. But I think at the end of the day, what the HP FitStation allows us to do is to get biometric data of all your feet. And with that, we can create a very optimized Multi Jet Fusion design, we can create an optimized workflow and a factory production that actually produces your insole. This is a great example of how HP will, in the future, participate throughout the value chain that I've been talking about.

And we are also looking for partners that can help us bring this to life. One good example, and I think Dion and Enrique talked about it, is SmileDirectClub. SmileDirectClub is disrupting the orthodontics industry. And they couldn't do this without us. We have been working really hand-in-hand with SmileDirectClub on R&D, on business model and on go-to-market. And this is really just the beginning. We are looking for partners like SmileDirectClub across all industries and across multiple applications in the industries.

Now let's have a look at how SmileDirectClub is actually using the partnership with HP to disrupt the orthodontics industry. Let's play the video.

(presentation)

CHRISTOPH SCHELL: So while I'm yet to start running on our insoles, I have used the SmileDirectClub product, and it works. Six months, $1,800, and I have straight teeth. So I highly recommend it to all of you.

I think what you see is that serving industrial customers requires really a technology solution that can scale up and down. It requires expertise in a vertical and actually understanding of applications. And it requires us to have a very sophisticated delivery model, something where we can tailor-make it to a specific customer business operation need.

It is in this context that we've also launched this past year a pay-as-you-build subscription model. Think about this as the HP beginning of 3D Printing as a Service. We are also beginning to apply with select customers an outcome-based engagement. This is required where the situation requires R&D and where we have complex topics to solve. We are very happy about these engagements because we are learning tremendously.

This customer intimacy informs how we differentiate digital manufacturing platforms, and it actually informs our R&D road map. It is based on our core 3D Printing technology, woven together by data and software and complemented by a robust set of supporting technologies and partnerships. Our

customers will be able to leverage new capabilities, new partnerships coming from our expanding ecosystem and serial part production in quantities that no other 3D printing player can deliver.

We are a disruptive company. We are creating new markets. The questions that most of you in the room are asking me -- no question? It's, Christoph, how should think about the progress you are making in this business? And here is how I would explain that. Number one, I want you to picture that we are moving from volume to value. In the near term, counting the number of production parts that we are able to deliver on Multi Jet Fusion gives you a good indicator of our growth. Let me make this real. In fiscal year '18, last year, we were printing just over 6 million parts on HP Multi Jet Fusion. This year, fiscal year '18 (sic) ['19], we'll surpass 18 million parts. And for the fiscal year '20, we are very keen to more than double this number.

This is then complemented by the growth in material consumption that we are seeing and also in the growth of terabytes, of data consumption our production partners require to inform in the digital workflows and to make sure that the systems are more reliable. With all of this, we will continue to increase the number of applications that we are playing in, and ultimately, it will drive part growth.

We are deepening our customer engagements, which means a much more sophisticated contractual relationship with key customers. And so over time, as in any contractual business, we will measure the success in things like recurring revenue, backlog and revenue per customer. We also will continue this very focused joint R&D engagement with our customers because we are learning and we're just moving a lot more quickly. This outcome-based engagement model will deliver more value for our customers, but also for HP. And we are absolutely ready to put skin in the game where we see a good opportunity. So now let's go back to our road map, and let's talk again about the key milestones.

I think we've innovated across our portfolio, and we have -- are accelerating our customers on their road to digital manufacturing. We will continue to keep investing in 2 systems, a polymer system and a metal system. And you will also see us continuing to invest on data and software applications on behalf of our customers but also on behalf of our alliance partners. We will focus on large vertical markets and specific applications in these markets where we have the opportunity for mass customization. We really intend to expand our ecosystem to work with all the key players in the Industry 4.0 space, and we will build on our core 3D technology to establish a broad platform that allows us to unlock unique value. I think this positions HP very well to go after the large digital manufacturing opportunity.

I'm bullish about this opportunity. I think our market is vast and our technology is highly differentiated. Our position is very strong. Everything we do is about changing how the world designs or manufactures, or how we like to say in HP, to lead the Fourth Industrial Revolution.

With this, it's my great pleasure to ask my colleague, Alex Cho, to come onstage and to share with you the great innovation that we have for our Personal Systems business. Thank you very much.

ALEX CHO, PRESIDENT OF PERSONAL SYSTEMS BUSINESS, HP INC.: All right.

CHRISTOPH SCHELL: Have fun.

ALEX CHO: Thank you. Okay. Well, welcome, everyone. Thank you for being here. Personal Systems continues to drive innovation. And as Enrique said, we have significant opportunity to advance HP's leadership. I love this picture of Stanford because it reminds me of my excitement when I moved in as

an undergrad, bringing my prized Commodore 64 and Amiga 1000 computers with me. Some of you might remember those products. And now standing here really just across the street, I am more excited than ever to share with you how we are innovating to make computing even more relevant for the next generation. And guess what? I have some new prized PCs as well today that I'm going to share with you.

Today, you will hear a few things about Personal Systems. This is a large and growing business. It's a growing market with PC relevance increasing. And within that market, we have a winning strategy to reinvent computing experiences, grow lifetime value of installed base and accelerate services and solution compute models. And we are executing, executing with discipline, delivering profitable growth and outgrowing the market in high-value segments. Since last year, we have made strong progress. Year-to-date, we are growing revenue by 5%. And we have grown our operating profit margin by improving our business mix, pricing and capitalizing on favorable supply chain costs. And we are not only managing costs, but also improving quality, lowering our annual intervention rate by 4 points.

The Personal Systems team knows how to execute through up and down markets. In fact, end to end, we are an execution machine. And most importantly, we have continued to stay razor-focused on our customers, increasing our consumer premium PC Net Promoter Score by 7 points in the past year.

Powering all of this is innovation. Innovation is everywhere across the portfolio: Consumer, Commercial, Workstations, Displays, new AI-based services, new VR solutions. When I look at this, I really believe I have the best job in the world. Whether it's innovation in design, innovation in security or innovation in services, our innovation engine has never been more powerful. We continue to deliver the world's first and best. First and best, that's our mantra. Take a look.

(presentation)

ALEX CHO: Okay. So thunderstruck indeed. Exciting work from our teams in the past year. And I have to tell you, we've got a lot more coming. And all of this is within a market that has more opportunities as the compute landscape evolves. We are participating in a large $330 billion market that is growing 4%. And we are operating in multiple segments within it. The large compute endpoint segment is where we will continue to grow share in high-value, under-indexed segments.

Attach and services represents over $80 billion in opportunities that allow us to increase the lifetime value of the installed base. And finally, our solutions to modernize traditional workflows will provide significant longer-term growth opportunities. Within this market, HP's leadership is expanding. The top 3 vendors now account for 65% of the market, and we expect the top 3 to continue taking share.

As one of the leaders, HP continues to outperform the market even through industry headwinds. And importantly, you've heard us say that we don't take share for share's sake. That is still true. Instead, we are focused on growing value through mix improvement in high-profit segments. We've demonstrated we can do this, and we have more upside as we look forward.

As we look forward, this is a large installed base ready for upgrade with over 700 million PCs greater than 4 years old. Not only is that larger than it has been in previous refresh cycles, but there are multiple levers to upgrade it. A portion of it, yes, will upgrade due to Win 7 end-of-life, and we are seeing that now. But the other large portion will upgrade with needs and expectations for more modern

compute experiences. And look at these numbers, this is why I am confident there is growth well beyond Win 7 end-of-life.

To start, the next generation of users is spending more time on their PCs. Yes, usage is increasing with the next generation. Gen Zs spend 45% more time on their PCs than Millennials. And that is time spent on high-engagement, high-value activities. 61% of users regularly use their devices to create, whether it's video editing, graphic design or presentations. And PCs are increasingly being used to consume content. Content consumption. Think Netflix. Think gaming. And also, what was FaceTime on the phone is becoming collaboration on the PC for over 90% of Gen Z. The PC is becoming increasingly relevant for the next generation, and I can tell you that is great news for this category.

Our strategy is to advance HP's leadership by doing the following: First, we will innovate and reinvent computing experiences to drive PC upgrades. Second, we will expand from focusing on device placement to also increasing the value of our installed base. And third, we will accelerate with services and solutions to create greater value for our customers and recurring revenue streams for HP.

This is more than a traditional PC business. This is a business where we are building new compute models to deliver meaningful and expanded value. So let's start with that first pillar. Our power to reinvent computing experiences has never been stronger. This is our new Elite Dragonfly commercial notebook. This device is all about enabling and delighting the modern workforce, which has increased expectations, as Enrique said. People want the flexibility to work everywhere, including outside, in fact.

So Elite Dragonfly has an ultrabright, outdoor-viewable screen with HP Sure View built-in privacy screen for freedom to work anywhere and confidently. It keeps people connected with the world's first 4x4 LTE antenna in a notebook for more than double the speed of anything that has come before it. And it keeps them going all day without a power cord, with 24 hours of battery life. And with all of those features, guess what? It is also the world's lightest business convertible at under 1 kilogram.

Now Dion is always telling me that I need to go spend some more time in the gym. But I can tell you, Dion, I found a workaround. We just made the PC lighter for me. Look, people want a device that is professional, yes. But they also want a device that is personal and is a reflection of who they are. Dragonfly is 100% commercial grade but also gorgeous and unique in that it has sleek angles, diamond-cut finishes and a bold new color, iridescent dragonfly blue.

And one more, it reflects the importance of sustainability for our customers. It is the world's first notebook made with ocean-bound plastics. So this is no longer a speeds and feats category for our customers or for us. We continue to reinvent PC experiences, and this is a great example.

No-compromise innovations like these are driving energy and momentum in the category. They are helping us increase our mix in higher-engagement, higher-value categories like premium and gaming and retail solutions where we now lead the market. And this is why I am confident about continued profitable growth. These are high-margin categories. We have demonstrated we can execute and grow share, and we have more opportunity because we are still under indexed.

We are also continuing to differentiate with the all-important security solutions that only HP has. We have a set of world-class security assets in our Sure security suite, and it is only getting stronger. We are investing in new capabilities, like our new deep learning-based protection with HP Sure Sense.

We also recently acquired Bromium, whose application isolation technology gives us more IP to integrate into our security stack. For our customers, choosing a PC is a security decision every time, and we are delivering, delivering the world's most secure and manageable PCs.

So for those who are creating more, consuming more and collaborating more, we are introducing powerful innovations. And these new experiences are giving customers reason to upgrade. For example, we've grown PCs with high-power graphics for content creation by over 20% in the past year. And this week, we launched the new Spectre X360. Not only is this a beautiful device that reflects people's style, but it was built to consume content. This has a brilliant 4K OLED display with anti-reflection, ultrasharp colors and True Black HDR for a stunning viewing experience. And what that all means is that this is a binge watching machine. Perfect for watching Arya Stark confront the Night King in the Game of Thrones. So okay, I should have said spoiler alert for those who haven't made it through all 8 seasons. But this is a great example of why convertibles are becoming the form factor of choice for consuming content and growing double digits for us.

And as shared before, outdoor-viewable displays with privacy screens are optimal for working and collaborating anywhere. And you only get these from HP, and it's why we've seen 50% growth of premium devices sold with Sure View integrated privacy screens. These segments are growing, we are innovating, and we have more room because they are all less than 10% of our mix. So we will reinvent PC experiences within a large installed base, especially where there is increased PC usage.

The second pillar of our strategy is to expand from a device placement focus to increasing lifetime value of that installed base. And we are doing this by building an ecosystem of displays, accessories, software and services to deliver a more immersive and personalized solution. A great example of this is our gaming business. We start with breakthrough new devices like the OMEN X 2S, the world's first dual-screen gaming laptop. And on top of that, we're designing displays and accessories that are specifically curated to deliver more immersive gaming experiences. Our gaming accessories have grown by more than 20% year-over-year.

And then we go further. Each one of our gaming devices now comes with OMEN Command Center, a software platform that increases engagement with gamers by creating additional value. An example of that value is found in the new AI game coaching services offered through the platform. The new coaching services track a gamer's performance across factors like teamwork, agility and communication and gives them personalized coaching about how to improve their gameplay. Personalized coaching all powered by AI.

I was at TwitchCon last week, by the way, a cultural phenomenon if you haven't been before. And gauging by the crowds, you can clearly see and hear the power of this device, accessory, display and software ecosystem in full force. This ecosystem approach allows us to go beyond just placing devices to creating a richer total customer experience and monetizing additional attach and services to increase lifetime value.

And this is a recipe we are applying across our Commercial business as well. Place high-value units and grow the value of each unit through attach. Reinvent, grow and now accelerate.

The third pillar of our strategy is to accelerate services and solutions, and we are differentiating here with our award-winning HP TechPulse platform. More than 45 million devices have provided 2.4 petabytes of telemetry data to train our AI engine, making it more intelligent every day. Speaking of

Game of Thrones, 2.4 petabytes of data is equivalent to streaming the entire saga of Game of Thrones in HD more than 8,200 times. We're taking that level of data, and what's unique about TechPulse and differentiated is that it analyzes at the hardware, BIOS, firmware, OS and application levels and allows us to provide unique, actionable insights for our customers and create more modular and automated capabilities across our portfolio, starting from deploy and maintain services to life cycle device management services and security services. HP's Device as a Service is powered by data and automation without building a body shop, and that's what differentiates it and makes it valuable for our customers and for HP.

As an example, TechPulse identifies drivers of slow start-up as well as root causes for those dreaded blue screens of death. And it's helped reduce help desk tickets by more than 30% and downtime during incidents like those by more than 20%. That is data delivering tangible benefits. And with more than 500,000 new malware attacks every day, HP's Proactive Security service helps companies with the world's most advanced Windows 10 security service using isolation for files and browsing, what you use every day.

With everything becoming available as a service, delivering Security as a Service is as an important part of our security leadership, which is second to none. Let's take a look at what being HP secure means for our customers.

(presentation)

ALEX CHO: Security continues to be critical for our customers, and TechPulse allows us to protect them even more comprehensively. Our TechPulse platform also enables us to modernize traditional workflows with new compute solutions, and this is exciting. Collaboration is one example where cloud-based solutions are displacing traditional platforms and opening new markets for us. There are 49 million huddle rooms not equipped well today, and we have the opportunity to modernize them as well as all those other collaborative spaces in the office. And we are going after them. HP's new collaboration solutions are simple, scalable, HP secure and manageable by TechPulse, along with the rest of the company's devices. And collaboration, as you know, is growing, particularly among Gen Z and the future workforce who are being trained now to be more collaborative than ever.

My son is a great example of this when he was deciding among colleges. What sold him on Emory, yes, the furthest college from home that he considered, was walking into Emory science facilities and seeing all of the collaboration rooms and technology and hearing about the close partnership with the CDC and other health research centers and feeling the vibe of collaborative learning. So yes, he did decide on going to the college furthest away from home, by the way; 2,453 miles, he is my first child. You pay attention to that stuff. But guess what? He stays in frequent contact by video calling us on the PC. Another great reflection of the increasing relevance of PCs.

And just as the next generation's expectations for collaboration are changing, so are their expectations for learning and training. The future of learning is just not about sitting, listening to a lecture and taking a test. It is increasingly interactive and immersive. Companies spend billions on learning services and technology, and yet traditional training methods have a recall rate of only 10%. With new immersive VR solutions from HP, learning retention is 7x higher. Now that is productivity improvement.

We are transforming learning and training through innovation and new compute models. HP has the world's most comprehensive commercial VR portfolio, powered by HP workstations, HP displays, HP VR backpacks and headset solutions. Another example of a high-value ecosystem solution from HP. In fact, we are using our own VR solutions to train our customers on large HP Indigo presses. They are learning in days versus weeks, 35% faster overall. And they are benefiting from logistics and travel savings. And this is only the beginning of new compute models that are distributed, more pervasive, cost-effective and personalized. These models will help our ambitions for what I have shared before with you on the office of the future as well as classroom, retail and health care experiences of the future.

So in summary, the future of computing is very meaningful for our customers and for HP. We have a significant opportunity to advance our leadership in Personal Systems. We see a large and growing market where the PC is increasingly relevant for the next generation of users. We have a winning strategy, and we're -- we will be bold in reinventing PC experiences to drive upgrade beyond Windows 10 refresh, growing the lifetime value of installed base and accelerating data-driven services and solutions. Reinvent, grow, accelerate. And we will execute with discipline to continue growing share and shifting the mix, improving productivity, outgrowing the market and delivering profitable growth.

This is a great time to be in Personal Systems because this is more than a traditional PC business. This is a business where we are building future compute models, innovating to deliver new and expanded value.

Thank you for being here today, and I look forward to the continued conversation. We are now going to take a short break. And after that, our CFO, Steve Feiler, will take the stage.

UNIDENTIFIED COMPANY REPRESENTATIVE: Ladies and gentlemen, we'll now have a short break. Please enjoy refreshments in the courtyard, and the session will recommence at 3:25, that's in 10 minutes. Thank you.

UNIDENTIFIED COMPANY REPRESENTATIVE: Welcome, Chief Financial Officer, Steve Fieler.

STEVEN J. FIELER, CFO, HP INC.: Everyone refreshed? All right. Got your water bottles in front of you. I have actually the longest presentation. No props. No videos. No AC/DC. Just numbers. That's not a geek at heart. But before getting started, I do want to once again thank Dion for his leadership. You've led the company by playing our own game, by equating change with opportunity and by pursuing sprinkles of magic. That is the first and only time I will say that phrase.

You have set the right tone from the top on doing the right things the right way. We are transparent. We identify opportunities and challenges, and we aggressively go after them. That's the HP way. And you've led this steadfast commitment to our investors by delivering profitable growth consistently and predictably with a relentless focus on creating long-term shareholder value. Thanks, mate. Your leadership will live on.

What we have demonstrated over the years is that being a leader is a winning strategy. We lead in very large markets. We lead by hiring the best talent in Personal Systems, in Print, in 3D. We lead by being excellent at scale with a recognized value-based brand. We lead by investing in innovation, a powerful product portfolio and a focus on customer experience. We lead through a best-in-class cost structure and productivity.

And there are areas in which we need to lead in new ways by being simpler, by being more digitally enabled, by better serving our customers as we advance our businesses, disrupt markets and transform how we work. We have a strong diversified portfolio with scale in Personal Systems and Print, and we have extensive global reach across geographies and business areas.

Over the last 12 months, we reached almost $59 billion in revenue and $5 billion in non-GAAP operating profit. HP's foundation remains strong. This foundation leads to my key messages for today. I'll walk through each of these over the next 40 minutes or so.

First, we have been delivering consistent performance at the company level. We've been growing revenue, non-GAAP operating profit and EPS and generating strong free cash flow.

Second, we have multiple ways to generate operating profit dollars in our business. Our businesses are in different life cycles and maturity stages, and our value creation levers differ across our advance/disrupt portfolio. And across this portfolio, we have opportunities to grow revenue, to improve mix and to take significant costs out. Altogether, it's why OP dollars versus OP margin rate is the right metric and focus for the company.

Third, we remain committed to maintaining disciplined capital allocation. This includes investments in the business and a consistent return of capital to our shareholders.

We're a company that has been delivering consistent results, leads in the markets in which we choose to play and has a disciplined approach to shareholder value creation. At HP, we've been focused on executing our strategy. So for starters, let me share some data and highlight how this strategy has translated into financial results for our investors and how we're meeting or exceeding our financial commitments. The numbers on the left of the page show our FY '19 SAM guidance, which we provided last October. The numbers on the right represent the FY '19 outlook that I provided during our Q3 earnings call in August.

Starting with non-GAAP EPS. Last year at SAM, we guided the midpoint for non-GAAP EPS at $2.17. Today, our FY '19 non-GAAP EPS outlook is above this midpoint. Overall, through Q3, we have grown year-to-date non-GAAP EPS by 10%.

I'm going to reflect on our year-to-date performance. We grew OP dollars in each quarter in Personal Systems. And in Printing, an area where we've seen more challenges relative to our expectations, we grew OP dollars in 2 of the 3 quarters despite the supplies declines. This shows the power of our portfolio and multiple profit levers we have.

In addition to positive non-GAAP EPS performance, we have also generated strong free cash flow. Last year at SAM, we guided free cash flow of at least $3.7 billion for the full year. I remember last year getting questions at that time whether $3.7 billion was too aggressive. And I'm pleased that through Q3 of this year, we have already delivered $3.6 billion of free cash flow.

An important part of our shareholder commitment is return of capital. Through Q3, we have returned $2.7 billion or 75% of free cash flow through dividends and share repurchases. For FY '19, we are likely to return approximately 75%, depending on our final Q4 results.

Our performance has not only been strong, it has been consistent. We've delivered on company-level commitments and navigated effectively through ups and downs.

Let's look at some of the trended data. The chart on the left shows HP's revenue and non-GAAP EPS performance in the past 4 years. And on the right is our free cash flow and return of capital. Numbers on both sides of this chart remain clear and impressive. In the past 4 years, we have grown EPS substantially. And since separation, we've generated a cumulative $13.9 billion free cash flow and returned $10.5 billion to shareholders or roughly 75%.

In addition, we have expanded our dividend per share by 28%, growing from $0.50 to $0.64 per share. One of the key takeaways from these results is that HP continues to drive operational excellence, although we have plenty of work to do, and that we've consistently delivered in periods of revenue growth and lower revenue growth periods.

I now want to double-click on the Personal Systems and Printing segments over the same time period and note that the last column is trailing 12 months. The data on this chart provides important context. I get many secular-type questions, and these questions have existed for a long time.

So let's look at the actual performance in separation. For starters, both businesses have grown revenue and OP dollars since we've become a more focused company. This is not to suggest that every one of our markets is growing or that we expect it to grow. We always said that we'd pursue these pockets of growth, and that's exactly what we'll continue to do.

Personal Systems on the left side of this chart has achieved strong results. We continue to focus on innovative products and service, operational excellence, and ultimately, profitable growth.

In Printing, on the right side of this chart, you can see consistency over time even if you adjust for acquisitions. We've been outperforming the market, increasing our contractual business and gaining critical mass in A3. At the same time, we have been expanding our graphics footprint and investing in the future with 3D. And we've been managing and evolving in market environment, including declines in the home printing market.

Printing supplies have grown from $12 billion in FY '16 to [$13 point billion] in revenue in the last trailing 12 months. The last few quarters have been more challenging with supplies, primarily driven by our EMEA region. We've commented at length on prior earnings calls on both the operational and strategic challenges that we're addressing.

Overall, print OP dollars have grown since separation and have increased year-over-year 7 out of the last 8 quarters. In the last 12-month period, Printing's OP margin was 16.1%.

This is nearly an identical chart that I shared last year, but I would like to remind our investors of the fundamental drivers of free cash flow. First is earnings. We generate profitable revenue, which supports strong free cash flow. As you heard clearly from Enrique, our focus remains on profitable value capture, not share for share's sake. We expect to continue to shift more of our business to contractual over time, which should further secure our cash flow stream.

Second, we have negative cash conversion cycle. This is driven by our Personal Systems business. Therefore, when our PS business grows, we generate positive working capital ahead of earnings.

And third, our business is not capital-intensive. Personal Systems has a high return on invested capital with very little capital expenditure. Most of our CapEx dollars are invested in the print business as well as corporate infrastructure, and our CapEx as a percentage of revenue remains in the 1% range.

In addition to the fundamental drivers of free cash flow, there are a few key factors that impact the timing and period-to-period changes that we see. First, free cash flow ultimately tracks in line with earnings growth. Second, changes to our cash conversion cycle, days payable outstanding, days sales outstanding, days of inventory in any particular period will impact results. And finally, business volume. Free cash flow will move higher or lower in a quarter depending on sequential volume, even if you assume the cash conversion cycle remains constant.

So in the right of this chart, we can see that over the past 3 years, free cash flow growth has diverged a bit from net earnings growth. This is largely because of the strength in volume performance in our Personal Systems business, improvements in our cash conversion cycle and in FY '19, some other onetime favorable items, including cash taxes.

So let me now describe HP's multiple ways to create value and grow profit in the business over time. Our goal is to win in our respective markets, increase OP dollars and grow non-GAAP EPS faster than operating profit. We have 4 key OP drivers, which cut across our advance, disrupt and transform strategy. They are TAM growth, getting profitable share, improving our portfolio mix and driving a best-in-class cost structure.

In Personal Systems, as Alex described, we view our overall TAM, including underpenetrated adjacencies, as large and growing. We expect to outperform just like we have consistently done and grow profitable share. This is driven by both positive market structure factors as well as HP-specific execution and innovation. In addition, we are under indexed in higher-margin categories, and thus, see an opportunity to improve our portfolio mix over time. Think premium, gaming, displays, accessories, services. And finally, we run a highly variable cost model, which helps us to adapt to market conditions. We will continue to drive cost savings and productivity in the business. So when I look at Personal Systems, we have multiple value creation levers.

And turning to print, as you heard from both Tuan and Christoph, we really see a tale of multiple stories that will play out over time, but altogether, create an opportunity to grow OP dollars. The TAM in core printing remains large, but market growth is more of a headwind than tailwind. The TAM decline is driven by home printing, which does create a persistent revenue and profit headwind that we need to offset with other levers.

In the flatter office TAM, HP has the opportunity to shift its mix more towards contractual, where we remain under penetrated. We will continue to segment all of our end markets, focusing on higher growth areas with leading customer experiences. We've been evolving our business model, and this will continue, which should create a more balanced system profitability over time. And importantly, we see a significant opportunity to take costs out.

In industrial graphics and 3D and digital manufacturing, fundamentally these TAMs are expanding, especially in digital manufacturing where the market potential is enormous and we're really just starting. Our strategy is differentiated based on platform capabilities and driving outcome-based solutions. Being a leader in industrial just like we are across the rest of the portfolio can create huge upside for HP. And while overall cost reductions are less relevant in these growth areas, we do see opportunities to continue leveraging the scale and capabilities of HP, including the billions of dollars we've invested in our microfluidics technologies over the last 2 to 3 decades.

If you take one message from my presentation, the message is this: yes, we do have headwinds, and yes, we do have tailwinds, but that overall, collectively, we have confidence in the multiple levers we have to generate profit in our businesses. Effective capital allocation is a key enabler of our value creation levers. This means that we will continue balancing, investing in growth opportunities and driving cost-saving actions. I would say that doing both at the same time has been an HP strength since separation.

In regard to investment opportunities, we will continue to take a returns-based approach. We'll invest in innovation, contractual, digital and industrial capabilities along with targeted growth-based opportunities. To help fund these investments, we'll be driving cost savings with a focus on: one, simplifying our operations; and two, becoming a more digitally enabled company. Simplification starts with our operating model: adopting a more harmonized go-to-market model to get closer to our customers and driving functional excellence across every department of HP. Digital enablement can have many definitions, but what we're really talking about here is modernizing and automating our infrastructure backbone across the organization. This will help us eliminate work and drive better business insights.

Let's take a deeper dive now into the transformation and more specific plans to take costs out. Our transformation is about setting up HP for the long term. We will address the changes in our markets by being more customer-centric and agile and operating with greater efficiency. To be frank, we run today with many of the same processes, tools, systems and operating models than we did in HP before separation.

We have been on a journey to simplify and digitize our infrastructure. And now we can capitalize on these investments we've made and accelerate our digital across the company. In total, we expect to reduce approximately $1 billion of gross annual run rate cost by the end of FY '22, and we'll continue to look for additional opportunities. The leadership team have been working on this plan together. Quickly going from left to right on this page, we expect savings of approximately $275 million from operating model, $275 million from business unit and operations, $150 million from services and commercial excellence, $200 million from corporate functions and $100 million from digital automation.

As we simplify our operating model, we will be creating a new commercial organization that Enrique described earlier. This organization is intended to better serve our partners and customers. We will eliminate the regional layer and the associated overhead. We will also create centers of excellence to drive faster changes and more consistency, including pricing and managing the omnichannel. I have deep confidence, there he is, in Christoph. We've worked together very closely. He's operated in every region across the globe, and he'll be a great successful leader of our first commercial organization.

In the business units and in Printing in particular, we plan to streamline our product portfolio and optimize our manufacturing footprint. We'll go from 5 print firmware platforms down to 2. In services and commercial excellence, we will improve service through standardization and automation. As an example, we plan to reduce call time by half. In corporate functions, we plan to move to a tiered support model, lower our overall resources, leverage third parties more effectively and rationalize our supply chain presence. As an example, we plan to reduce our distribution centers by 20%.

Moving to digitize. We plan to enhance our analytics, invest further in robotics and automation and reduce the number of IT systems and applications. We'll go from 13 ERP systems down to 1, and this program is well underway and more than halfway through. These transformation-related savings are structural in nature and not simply productivity improvements. These actions will be part of a new company restructuring announced today.

The restructuring will run through the end of FY '22. The total expected restructuring charge is to be approximately $1 billion with approximately $100 million in Q4 '19, $500 million in FY '20 and the remainder split evenly between FY '21 and '22. This includes both labor and nonlabor savings and charges for the restructuring.

Workforce reductions are never easy. Enrique commented as well, we take this very seriously. But they are critical to the long-term health and competitiveness of the company. We expect between 7,000 to 9,000 employees to exit the company cumulatively over the 3-year period. Part of the restructuring will be an early retirement program in the United States. Therefore, the level of reductions will vary by the number of employees that ultimately participate in that program. Although notifications will begin shortly, we do not expect any savings impact in Q4 and only minimal impact in Q1 of '20.

In addition to the restructuring charges resulting from workforce reductions, we expect nonlabor charges related to IT and other corporate efficiencies. We expect that the gross savings will be largely offset by an evolving end-market environment as well as reinvestment opportunities. These savings should help EPS over time. However, we don't expect the progress to be linear. Therefore, our guidance will be important because normal seasonality may not play out exactly the way you're used to seeing.

Let me now shift to our FY '20 guidance. Our FY '20 outlook for GAAP EPS is in the range of $1.98 to $2.10. And the FY '20 outlook for non-GAAP EPS is in the range of $2.22 to $2.32. Some of the key assumptions include: for revenue, we expect that the macroeconomic conditions will remain dynamic as they are today, and we expect our markets to remain competitive. We're expecting currency to have about a 1% year-over-year negative impact using September rates.

Non-GAAP tax rate will be 16%. OI&E will be an expense of approximately $300 million. Our outstanding share count was about 1.5 billion shares at the end of Q3 '19, and we expect a slight decline in FY '20 given our capital allocation priorities. Share repurchases will help offset the higher expenses in corporate other, including the anticipated investments in enhancing our digital infrastructure.

Total GAAP-only charges of approximately $400 million comprised of restructuring and other charges of roughly $500 million, driven by the labor and nonlabor costs, amortization of intangibles and other expenses of $100 million. Partially offsetting these GAAP-only charges are nonoperating retirement-related credits of approximately $200 million.

I also want to speak very briefly on our fiscal Q4 '19 GAAP-only projection. As I mentioned, since the restructuring program has been announced today, we expect to take an incremental GAAP-only charge of approximately $100 million in Q4 versus the outlook we provided on the August earnings call. We do not expect any impact on our non-GAAP EPS results or free cash flow in the quarter.

Let's now look at our FY '19 to FY '20 year-over-year non-GAAP EPS bridge. The current FY '19 non-GAAP EPS outlook, the range is between $2.18 to $2.22. The bridge for FY '20 outlook uses $2.20, the midpoint of that range. Similar to last year, I'll walk through our key assumptions in both the Personal Systems and Printing segments. Collectively, the business contribution leads to an increase of $0.00 to $0.04 year-over-year. This includes the net impact of the various business unit levers including growth, mix, currency, investments and the net savings impact from the transformation and other productivity actions.

The second bridge item is shares and other, which we expect to grow between $0.02 and $0.08 year-over-year. This is driven by the benefit of share repurchases, which is partially offset by the higher OI&E and corporate other.

The table on the right is a double-click on the Personal Systems. For Personal Systems, we're assuming the traditional PC unit market will be down slightly in FY '20. But the broader market, including adjacencies, will grow. We will continue to focus on profitable share gains and making progress with our product mix. Therefore, we're expecting overall PC volume and mix to be a year-over-year tailwind. However, we are more cautious in overall rate, depending on the actual pricing environment.

Our outlook assumes that we will have a currency headwind. We expect commodities to be significantly less of a tailwind in FY '20 than in FY '19, especially in the second half. We have been working to diversify our supply chain to prepare for potential incremental tariffs.

Our outlook assumes the U.S. administration's plan of record as of today, which includes all of our products. And in general, our mitigation actions that we have taken thus far should make us less sensitive to the absolute rate of tariffs moving forward. We'll continue to manage any impact in overall pricing, depending on the specific dynamics at that time. Again, this includes FX, commodity costs, tariffs and other market or competitive dynamics.

In addition, we will continue to invest in innovation and go-to-market but would expect that our company transformation initiatives will help drive overall cost efficiencies in PS. We keep our FY '20 operating profit margin target unchanged at 3% to 5% and more likely in the upper half of that range for the full year.

In Printing, we're assuming a year-over-year unit market decline, which decreases in the home -- with decreases in the home market partially offset by office and graphics. We're also expecting a currency headwind in print. We expect volume, mix and rate to be both a headwind and a tailwind. On one hand, we expect to continue advancing our growth businesses, contractual, disrupting in A3 and 3D. On the other hand, we expect Supplies revenue to remain challenged in FY '20 and be down year-over-year.

As both Enrique and Tuan described, our focus is on diligently and effectively managing our installed base and evolving our business model for future unit placements. Therefore, over time, we would expect to earn a larger portion of our system profit from hardware and services, whether it is earned as part of a contractual relationship, evolving customer experiences like the big ink and big toner or a change in pricing models.

While we expect to make progress in FY '20, these shifts will take time to play out. And to be clear, our focus is on OP dollars, making appropriate trade-offs across the print system as we pivot the model and not on any specific revenue type. And so we are not relying on Supplies revenues to grow beyond FY '20. Importantly, we expect to drive significant improvements in our printing cost structure as part of our transformation. In FY '20, we expect our Printing operating margin to approach 16% or higher as we progress throughout the year and our cost actions to begin to materialize.

Let me now move on to free cash flow outlook for next year. We're expecting free cash flow to be at least $3 billion. This is down from our FY '19 outlook of approximately -- of at least $3.7 billion.

Let me bridge the key items for you. First, higher restructuring payments. We're expecting approximately $500 million of restructuring and other cash payments, which creates up to a $400 million year-over-year headwind in cash. Second, there are a variety of unfavorable cash items totaling up to $300 million on a year-over-year basis. This includes cash tax benefits that we received in FY '19 that we don't anticipate receiving in FY '20 and other smaller items.

We expect cash conversion cycle to be approximately minus 33 days. Capital expenditures are expected to be about $600 million. This includes investments in real estate and other IT infrastructure-related costs. Our cash tax rate is expected to be in the range of 16%, plus or minus 2 points. And in FY '20, due to the adoption of new lease accounting standards effective Q1 '20, we will be modifying the definition of free cash flow to exclude integrated leasing. I'll update you more in the future quarters. Note that the go-forward adjusted free cash flow will be an apples-to-apples compare to historical reporting.

We have maintained a consistent approach to capital allocations where decisions are made using a returns-based framework. We are very focused on shareholder return and believe that capital allocation is one of our most important management responsibilities. We evaluate investment alternatives against one another to ensure that the decisions we make are aligned to maximizing shareholder value.

Our free cash flow allocation is rooted in a commitment to a robust dividend and share repurchase plan. Our long-term free cash flow allocation model targets a return of approximately 75% to shareholders. We balance our return of capital between dividends, which we expect to grow roughly in line with earnings, and share repurchases.

Finally, M&A remains an important part of our strategy and our approach to capital allocation. As a market leader in our categories, we will evaluate inorganic opportunities with a strategic, financial and operational lens. We expect future M&A activity to be focused on companies that are complementary to our existing portfolio and/or help accelerate our strategy and leadership positions.

Our capital structure is an important part of our company's strategy. We continue to have a few key credit principles. It is important to maintain an investment-grade credit rating. This provides us with ample access to the debt capital markets as needed. It also provides strong liquidity and flexibility to make the right investments across economic cycles.

Looking forward, we will continue to focus on maintaining sufficient cash levels for daily operation and flexibility over the business cycle.

So with that as a framework, let's discuss specifically our shareholder return objectives for FY '20. Given our current view of FY '20, we expect that total return to be at least 75% of free cash flow. The Board approved a 10% increase in the quarterly dividend, supported by FY '19 earnings. This will result in approximately $1 billion in dividends in FY '20. We will continue to buy back shares opportunistically based on our view of intrinsic value. The Board has approved an incremental $5 billion authorization available for share repurchases.

So to wrap up, HP is an exciting and compelling investment opportunity. We are market leaders in our core businesses. We are combining scale and efficient operating models with great innovation and a winning strategy. We will continue to advance our leadership in Personal Systems and core Printing businesses. Our goal is to drive operating profit, strong free cash flow and return of capital. We'll focus on disrupting with our industrial businesses, 3D and graphics, providing medium- to long-term growth opportunities with breakthrough applications and solutions. And we will start a multiyear transformation journey. We will build for the future by simplifying our business, becoming more digitally enabled and removing approximately $1 billion of structural cost over the next 3 years.

As I said upfront, we have the leadership foundation to succeed. We have been delivering consistent company performance. We have multiple ways to generate OP dollars in our businesses. And we will remain committed to maintaining disciplined capital allocation. There's an exciting new chapter ahead of HP, and I want to thank you for joining us today.

I'd now like to invite the other presenters up onstage and Tracy Keogh, who runs HR for the company, for our Q&A. Thank you.

Questions and Answers

BETH HOWE: All right. So we're going to open it up for questions. We've got our IR team, Tesh and [Daniel] here on either sides with runners. So if you could please raise -- as you already have, raise your hand. We'll ask you to limit to 1 question so we can get to as many people as possible. Why don't we start with Katy here in the middle?

KATHRYN LYNN HUBERTY, MD AND RESEARCH ANALYST, MORGAN STANLEY, RESEARCH DIVISION: Katy Huberty, Morgan Stanley. Question on the Printing business model evolution. The question is why now? Because this issue around re-manufacturers is not even remotely a new phenomenon. And so why is now the right time to shift the model? What does this look like? Because in the channel today, you have the old portfolio of products. How do you drain the channel and fill those products? And ultimately, when do you think you can return? I know supplies isn't the focus going forward, but when can you return the Printing business to revenue growth?

ENRIQUE J. LORES: Do you want to start and then I'll go?

TUAN TRAN;PRESIDENT: If you want to start, yes.

ENRIQUE J. LORES: So I think the key thing is as we have seen the evolution of the Printing market, Tuan explained very well over time the business model has been changing. So when we look at what do we need to do going forward, we think we need to start the change now. But it's not something that is going to happen in 1 week. It is not happening in 1 year. It's a multiple-year program.

So first, we are starting by driving and accelerating the transition into services, which is something that we have already started. We are driving the acceleration on the, what we call profit upfront models,

the big ink and big toner models in emerging countries. And during the next 12, 18 months, you will start seeing -- you will see us driving the change into these new models that Tuan was describing.

So it's a gradual change, but we thought it was important to start today to drive this change. Though, of course, we are going to maintain our focus in managing our installed base. And Tuan was very clear that supplies are still going to be very important for the next years, and we will maintain our focus on maximizing market share for original supplies in our installed base.

TUAN TRAN;PRESIDENT: Yes, the only thing I would add to that is as you think about global deployment of this, we will probably go region by region, market by market, depending on where the market is. Again, the market that we put out there today in terms of the long-term business model change is a long-term marker. The short-term markers are, hey, we've got a business to run today, we want to move that business to services, we want to move that business more profit upfront, and that's what we're focused on. But we thought it was important long term to go that direction.

KATHRYN LYNN HUBERTY: And what's the timing for the Printing business to grow? Is there any visibility to that at this point?

ENRIQUE J. LORES: Question is?

BETH HOWE: What's the timing.

DION J. WEISLER: When do you return to growth?

ENRIQUE J. LORES: I think that when we look at the full -- all elements of the business, including core print and the different opportunities, our focus is going to be on operating profit dollars. This is what we have been emphasizing, and this is the key metric that you should be looking at.

BETH HOWE: Amit?

AMIT JAWAHARLAZ DARYANANI, SENIOR MD & FUNDAMENTAL RESEARCH ANALYST, EVERCORE ISI INSTITUTIONAL EQUITIES, RESEARCH DIVISION: Amit Daryanani, Evercore ISI. I guess maybe just on the Printing side. Enrique, what happens if your peers, your competition doesn't follow the model that you have outlined today? How would -- what happens to your market share? What happens to your business model in that scenario? And how do you mitigate that process?

ENRIQUE J. LORES: I think what we have been doing is testing the acceptance of customers to the new models that we have been discussing. And what we have seen is that the fact that we will offer choice is something that is very well received by customers. Customers that are using today HP original supplies really appreciate this model of being able to have -- buy the printer at a lower price and then continue to use HP original supplies.

We actually have seen that this model is also very attractive -- very, very attractive by customers of our competitors that are also using the original supplies. So this will help us to grow in that share. And on the other side, customers that today are not using HP original supplies are not very good customers for us. So if we raise the price, actually, it will help our business model and will help us from a profit perspective. It may hurt us on revenue, and this is why both Tuan and myself were making clear that we are willing to accept revenue trade-offs in the short term because we think this model is much better from a profitability perspective in the medium and long term.

DION J. WEISLER: It's not dramatically dissimilar to what we did in Personal Systems. If you remember many years ago, we said we're not just going to chase share for share's sake. We're not interested in the $149 PC. We're not interested in the $99 tablet. We're not interested in the Printing business where we don't make money.

And so we want to deliver an incredible experience. We want to give the customer choice. And the business models that the team has been talking about is designed to do exactly that. So we're not chasing share for share's sake. And that shouldn't be the marker and revenue shouldn't be the marker. It's operating profit dollars.

STEVEN J. FIELER: And just to underscore, just the economics of this change are different than other pivots that you've seen in different industries and it's what both Enrique and Dion commented on. But today, we place NPV positive units. And we do that in aggregate at the point of purchase, yet we don't know specifically if that end consumer is actually going to be a user of HP originals, or candidly, even a user of supplies. And by -- and when we do so, given what Tuan described, we lose money on the hardware placement upfront, we lose money on those customers.

And if we can adjust our business models to segment our customers more effectively, we don't have that upfront loss. And we can take the gains from that, not getting upfront loss, and reinvest that back into the customer experience and users who actually use supplies. And so it isn't a bit of a different economic model here where if we can segment effectively, we won't lose the money upfront and we can reinvest that into customer experiences.

BETH HOWE: Over here.

JOHN MARC ANDRE ROY, DIRECTOR AND EQUITY RESEARCH ANALYST, IT HARDWARE, UBS INVESTMENT BANK, RESEARCH DIVISION: John Roy, UBS. So to kind of look at this in more detail because obviously this is the key thing here. In your Printing business, are you expecting this to be, based on your analysis, more of a home, more of an office, more of a services, managed service? Where do you see the take-up being most effective or least effective? And could you give us some metrics along the way to see how you're progressing on this transition?

TUAN TRAN;PRESIDENT: Yes. I'll take that. I think for us, our services business is our services business. That continues to grow, and I think that remains unchanged. I think where you're going to see the big impact for us is both home and office in our transactional business, right. Our transactional business, where we're going through a mass channel, high volume, that's where you're going to see the benefit from this model.

BETH HOWE: Shannon over here.

SHANNON SIEMSEN CROSS, CO-FOUNDER, PRINCIPAL & ANALYST, CROSS RESEARCH LLC: Shannon Cross, Cross Research. Just a follow-up. I'm curious, what percent of the market do you think you'll be effectively walking away from or do you think, at this point, not profitable? And then with regard to the overall organizational change, how much of that is a reflection or response to what's going on in the Printing market, what Christoph is going to be leading? And how much of it is sort of a general company-focused shift?

ENRIQUE J. LORES: Okay. So I'll answer the first, and maybe, Christoph, you want to build on the second. In terms of the percentage of customers, we -- I will be vague on the answer. But above 20%

of the customers today -- for 20% of the customers today, the usage is not enough for them to be profitable. So this gives you an order of magnitude. Of course, it's different by region. It's different by product. But this gives you an order of magnitude. Christoph?

CHRISTOPH SCHELL: I think from a structural model point of view, yes, we're taking cost out. But to be quite honest with you, my key motivator is to move our resources that can be at a regional level or even at a worldwide level closer to markets, closer to customers. And why we do that, we want to have a lot more consistency in how we manage the 4Ps of marketing: so product, price, place and promotion. I think it's super important in a market that has become globally much more transparent, to be more consistent in how we execute.

And so I think those 2 things will drive consistency of value proposition to customers. And yes, there is an effect of taking cost out. But I think that's, for me, the much more important part of the change.

ENRIQUE J. LORES: The model that we had was a model that had been designed in the '70s and '80s. The way that technology has evolved, the way the dynamics in the different countries really has enabled us to now go to this much more direct model where we will have much more visibility on what is happening in the different countries. And when I say direct, I don't mean that we'll be selling more direct. Means that we'll have much more direct connection with what is happening in the different countries of the world.

SHANNON SIEMSEN CROSS: Can you just -- can you talk a little bit -- I mean you went through this whole inventory change and everything you did, I don't know, 3 years ago in the summer. And I guess there are a lot of changes made at that point in time in terms of go-to-market and pricing and trying to be more harmonized. Like is this along that same path or is there a mix shift?

ENRIQUE J. LORES: Yes. This is totally along that same line. It is very aligned to the work that we have been doing in the last quarters to understand how to improve the performance issues we were seeing in EMEA. Christoph was leading that group, and all the learnings there have been applied in the redesign of the go-to-market model that we have done. In the model we announced 3 years ago, we were having consistency per region. With this model, now we will be able to have consistency across the world, which is a very important change.

BETH HOWE: Okay. I would remind you to please limit yourself to one question. Toni?

A.M. SACCONAGHI, SENIOR ANALYST, SANFORD C. BERNSTEIN & CO., LLC., RESEARCH DIVISION: Toni Sacconaghi from Bernstein. Steve, can you just confirm -- I don't think you said it. Maybe you can just clarify what the expected net savings are from the restructuring activities at the end of fiscal '22. And are those entirely targeted at the imaging business?

And the reason I ask that is to sort of a broader question, which is it sounds like you're expecting Supplies to just continue to decline. And you have a $150 million printer installed base. My guess is that's 7, 8, 9 years' worth of printers. It's going to take a really, really, really long time for that model to effect. So you have this declining supplies profit stream, which it feels like you're trying to address by cost cutting. But 3 years from now, Supplies are still going down. You're probably still only part of the way through this transformation.

How do we get comfortable that Printing operating profit dollars are going to grow? I get in the near term, Supplies go down. You make it up by saving $400 million, $500 million net. But once that's

expunged, do we get another $1 billion restructuring 3 years from now? Or how do we get confident that operating dollars are going to grow against the backdrop of this huge installed base that you expect not to grow anymore?

STEVEN J. FIELER: So let me comment on the savings from the restructuring and then some comments on the print business sort of 3 years and beyond, if you will. So the $1 billion of gross run rate annual savings by end of FY '22, we do expect to be offset largely from some of the headwinds and business model shifts that we're going through on the print site in particular, the home printing decline you saw on the TAM and the Supplies that we're expecting to decline as well. We're also going to be reinvesting back in the business across digital, across contractual, across some of the other opportunities we referred today.

That being said, we do think it's going to help our EPS through this timeframe. In FY '20 specifically, I'd estimate roughly 1/3 of that gross savings will transpire in FY '20, again, to be offset by some of the investments that we're making. But I think what's important is in this timeframe where we're taking cost out, and it's a company-wide transformation, albeit I would say more substantively help to support the print business, is that we have these growth initiatives from 3D to graphics to contractual that we expect to grow during this period and certainly be growth drivers 3-plus years beyond.

The second thing -- and you're right, we would acknowledge that this business model shift, at least the third part of it, which is around the flexible versus the end-to-end system model, is going to take time. And so our focus on the installed base is going to be important. But over a 3-year period, we do have confidence that that's -- for new units placed, we can begin to change that system profitability away from Supplies and more into hardware and services. It's actually one of the key reasons why we think Supplies is going to be down beyond FY '20 because we want the operational flexibility to trade off between Supplies and other parts of the system view.

And just to remind you, in any particular quarter, Supplies is a little north of $3 billion in revenue. So every point of Supplies growth in the quarter, we're talking $30 million. We've got over $14 billion of revenue in a quarter, talking $30 million of 1 point of Supplies growth. And as a management team, we're okay taking the $30 million in 3 years and pushing it in hardware and pushing the services as long as we get the same drop rate and give a better customer experience to our end customers.

ENRIQUE J. LORES: In terms of timing, there is a big difference in the different models. With the model we have today, especially on the home space, we lose money when we place a unit and it takes us time to recover. Both with a model we have in emerging countries and the model that we have now, we make money upfront. So also when we look at the transition, the transition is also impacted by the difference in timing of the different models. And this is something really important to build into your models now.

BETH HOWE: Over here. Rod?

RODERICK B. HALL, MD, GOLDMAN SACHS GROUP INC., RESEARCH DIVISION: Rod Hall with Goldman Sachs. I just wanted to ask you if you could talk a little bit about margins in Printing. I think last year, you said that over the next 3 years from last year, you would be over 16% margin in Printing. And now you're talking about fiscal year '20 at 16% or a little bit over that. You said 16% plus.

How does the trajectory of margins look over the next 3 years as you get to the end of the restructuring period? Do we go -- dip down as you're managing through this process of changing the model? Or does it remain at 16% or better? And then if you could confirm the amount of restructuring, the amount of cost savings in Printing that you think you can achieve over that period, it would be interesting to us.

STEVEN J. FIELER: Sure. So just like at the company level -- let me talk about margins at the company level. If we have Personal Systems drive faster growth than print and is dropping OP dollars, we're totally okay with that even if it means that Alex's margin profile is lower than Tuan's, and at the company level we have op margin going down, we're okay if we drop OP dollars. Actually, the same holds true in print.

And there are multiple things playing out at the same time from the cost take-out that we're driving to the business model shifts that we're driving to the growth in 3D and graphics and offsetting some of the home printing market declines. That's why we believe over time, looking at OP dollars and the focus on OP dollars is the right way to look at print.

Now I recognize in the short term, wanted to give you a flavor of where we thought the margin profile looked for FY '20. And as I mentioned, the trailing 12-month, that margin has been 16.1%. Looking at FY '20, given where we are today, we would expect that the margin profile will grow throughout the year to 16% or higher as those cost actions begin to materialize. But given some of the Supplies headwinds we saw in the second half or in Q3 at least of this year and our outlook for Q4, we'd anticipate the margins going up throughout the year in FY '20 in print.

BETH HOWE: I think there's a question over here.

MATTHEW NORMAND CABRAL, RESEARCH ANALYST, CRÃ©DIT SUISSE AG, RESEARCH DIVISION: Matt Cabral from CrÃ©dit Suisse. Alex, a question for you. I'm wondering if you can talk a little bit about just where we are in the Windows 10 upgrade cycle and what you think happens to PC demand after January. And then related to that, just if you're still seeing a lingering impact from CPU shortages and just how that's playing out in your business.

ALEX CHO: Yes. So first is we're definitely still in the middle of the Windows 7 end of life. In fact, if you compare Windows 7 versus XP, this refresh cycle is actually somewhat elongated versus it. So we're still in the middle of it. And as I shared before, the installed base of PCs greater than 700 -- or greater than 4 years old is about $700 million in estimates. And so we see about a portion of that, roughly 1/3 of it, that will still upgrade based on Windows 7 end of life. And we have the other 2/3 that's ripe and ready to be upgraded with other types of innovations that will tie to what people want to do more of on the PC.

So yes, we have tailwind right now that is based on Windows 7 end of life, particularly we headed into next year. But we see other tailwinds that we'll be able to capitalize on as we have that other installed base, we're shifting the mix to higher-value units, we're driving more attach and accelerating services and solutions around that. So we definitely feel as though there's growth beyond the Win 7 end of life.

DION J. WEISLER: Supply shortages.

ALEX CHO: Supply -- okay. Thank you. In terms of supply constraints, yes, this year has been a year of supply constraints. I don't think it's a surprise. We have been dealing -- the industry has been

dealing with supply constraints and de-commits for the year. We're still in that right now, and we expect for the foreseeable -- next few months to be in that place. I will tell you that we are working very closely with intel to navigate through that and really very closely working with our customers as well as our channel partners to mitigate the impact.

One of the things that we do have as a lever is we have a broad portfolio. We have a broad portfolio of intel, AMD-based products, and the ability to offer that to our customers has been important. We'll continue to offer choice, and we'll continue to navigate through that on our customers' and channel partners' behalf.

DION J. WEISLER: And I think ironically, the fact that we've had such shortage this year, and there's still pent-up demand for Windows 10 refresh beyond when it actually sunsets early next year. So I think that will play out probably still for the whole first half of next year.

BETH HOWE: Think there's another question over here.

WAMSI MOHAN, DIRECTOR, BOFA MERRILL LYNCH, RESEARCH DIVISION: Wamsi Mohan, Bank of America. Enrique, last several years, you guys have been talking about the 4-box model in Printing, and this was conspicuously absent in this analyst presentation. Do you think that, that framework is not the right framework anymore? Or if it is the right framework, is it just the uncertainty of the inputs? And once you get better clarity or visibility, that is something that you will bring back? Or is it something that's sort of not valid anymore? And secondarily, aren't you just pushing the Supplies problem of third parties out just 2 years because if you sell a printer upfront with higher hardware revenue but supply is enough to satisfy the first 2 years, wouldn't third-party problems still exist in your installed base beyond those 2 years?

ENRIQUE J. LORES: Okay. Let me start and then maybe, Tuan, you can continue. So we didn't cover the 4-box model today because, as we have said several times, we don't think that going forward, supplies is the best metric to measure to understand the health of our business. And we really wanted to drive this message and clarify that going forward, operating profit dollars, especially for print, is the key metric. This is why we decided to share less information on -- from that perspective.

Internally, as we forecast the Supplies business, we'll still look at the same variables that we have in the 4-box. Nothing has changed there. These are still the 4 key metrics to evaluate what is going to be happening with Supplies. So maybe, Tuan, you can give some color.

TUAN TRAN;PRESIDENT: Yes. I'll reiterate that Supplies and managing the Supplies in the 4-box model is critical. We've got teams of people, that's what they do. That doesn't change. I want to come back to your comment, your second part of your question around the 2 years. And just so we're clear, I think what I said was for the Neverstop product, we actually have 2 years in the box. What I didn't show also was you could actually refill that.

So we have a plunger system that you can refill that cartridge. And the cost of that refill, again, is comparable to what you can get in alternatives in these emerging markets. So super, super kind of convenience in the box upfront and then a very low-cost refill solution for that as well. That's true for ink tanks and true for our toner tank system.

ENRIQUE J. LORES: When we compare to alternatives, we don't have a cost problem. The cost of our cartridges, both ink and toner, are more than competitive with the cost of any alternative supplier.

We have a different business model. This is why we think that the solution to the problem is a shift in the business model. We invest in hardware, both in innovation, in building the factories. We sell the hardware, losing money in many cases. This is what we're trying to change. It's not because of the cost of our supplies are not competitive. They are more than competitive. Our volumes are significantly higher than the volumes of any other alternative supply manufacturer. So we have a strong advantage there actually.

BETH HOWE: You have a question?

KANGHUI ONG, RESEARCH ANALYST, DEUTSCHE BANK AG, RESEARCH DIVISION: This is Jeriel Ong from Deutsche Bank. I just have a question. I just want to understand the impact or how much choice the customer will have here. So my understanding is there's the HP end-to-end system where you guys assume that you'll have 100% supply share. And then there's an HP flexible system where a customer will choose whatever they want. Number one, in these markets, to what extent will there be 2 choices of the same product that the customer can choose? And I think number two, how will you ensure that you will still be able to have 100% supply share, if they do choose the end-to-end system?

ENRIQUE J. LORES: Yes. So I think you should assume that in most cases, it will be the same printer sold in 2 different ways. Of course, as we will build -- as Tuan was saying, as we will build the specific plans per country, per platform, per model, there could be some exceptions to that. But a good assumption will be that it will be the same model offered in 2 different ways.

DION J. WEISLER: Exactly the same way that mobile phones work, right. There's a technical ability to lock a system or unlock a system. We could tell you how we lock the system, but we'd have to kill you. We quite like you. So we're not going to tell you exactly how we're going to do that.

BETH HOWE: I think we got time for one more. How about Jim?

JIM SUVA, DIRECTOR, CITIGROUP INC, RESEARCH DIVISION: It's Jim Suva here from Citigroup. Steve, you made a really small, one-sentence comment during your presentation about tariffs. Can you just walk us through that maybe in a little bit more details? Because it seems like every quarter, month or week, we're getting new information out of the administration. It seems like the news flow says you're adjusting your supply chain, but you mentioned in your guidance, you have included something and then you kind of just went straight on to something. So can you help us understand about your mitigation? And what if these tariffs go from not only U.S. versus China but U.S. versus more?

DION J. WEISLER: Do you want me to take that?

STEVEN J. FIELER: Well, I'll add to my one sentence, you want to chime in. The short answer is we have reflected all of the announced and potential tariffs that are currently the plan of record of the U.S. administration in our guidance. And on the Personal Systems side, we have done a really good job, the team collectively, on mitigating the tariffs that have been implemented as well as any potentially new tariffs given what we've done with the diversified manufacturing footprint, repricing, et cetera. So therefore, if the actual rate of tariffs changes, we still feel very much mitigated. And it shouldn't impact our prospects at all.

On the print side, and I think as we commented in Q3, we would expect to raise prices for our hardware for the impact of hardware as part of the recently announced tariff. I don't know if Dion or if anyone wants to chime in on top of that.

DION J. WEISLER: Yes. Look, I think the only other thing I would add, Jim, is that it's just impossible to chase ghosts, right. We don't know if there's going to be other tariffs against other countries and how might that affect us. What I can tell you is there is almost a new job code inside the company called tariff mitigation. And we're getting pretty good at it now. And so as Steve said, we're pretty comfortable with -- given the current plan of record that the U.S. administration has, as it relates particularly with China, we feel good. And it's embedded within our guidance, and we're much less sensitive to rate.

As it relates to other countries, the administration hasn't really been forthcoming with a plan. If it happens, this team of tariff mitigators will do what they do really well. And I think we've managed this situation really well through the course of this year, and we'll deal with those as they come.

BETH HOWE: All right. Well, I guess I'd like to turn it over to Enrique maybe for some closing comments, and then I'll have some housekeeping after that.

ENRIQUE J. LORES: Okay. So we wanted to really say thank you to all of you for spending so much time today. We really appreciate that you want to know more about our business, so thank you for that. And actually, also thank you for being part of our shareholder community. We really appreciate the fact that you are shareholders of our company.

As you have seen, we are very excited about the opportunities that we have ahead of us. We are very confident on the plan we have put in place to advance, disrupt and transform. And actually, we think this is really going to be bringing a lot of value and create a lot of value for our shareholders. So again, thank you for joining us today. Hopefully, you will be able to stay for the cocktail that we will have upstairs, so we can continue the conversation later. Thank you.

BETH HOWE: Okay. So that will conclude the afternoon here. We have, at the break, put some surveys at your seats. So if you wouldn't mind taking a couple of minutes to give us some feedback about what you appreciate today and anything you'd like to see us improve on or do differently. We would really appreciate the feedback. They'll be collecting those in the back of the room, and you'll receive a little something in exchange for you giving us that feedback. And then we'll head upstairs for cocktails and some more conversation. So thank you again.

[Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore,

there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.]

[Copyright: Content copyright 2019 Thomson Financial. ALL RIGHTS RESERVED. Electronic format, layout and metadata, copyright 2019 ASC LLC (www.ascllc.net) ALL RIGHTS RESERVED. No license is granted to the user of this material other than for research. User may not reproduce or redistribute the material except for user's personal or internal use and, in such case, only one copy may be printed, nor shall user use any material for commercial purposes or in any fashion that may infringe upon Thomson Financial's or ASC's copyright or other proprietary rights or interests in the material; provided, however, that members of the news media may redistribute limited portions (less than 250 words) of this material without a specific license from Thomson Financial and ASC so long as they provide conspicuous attribution to Thomson Financial and ASC as the originators and copyright holders of such material. This is not a legal transcript for purposes of litigation.]

**Full Text:** COPYRIGHT 2019 CQ-Roll Call, Inc.
http://www.rollcall.com/about/

**Source Citation:**

"HP Inc Securities Analyst Meeting - Final." *Fair Disclosure Wire* 3 Oct. 2019: NA. *Business Insights*