# EXHIBIT 15

THOMSON REUTERS STREETEVENTS

# EDITED TRANSCRIPT

HPQ - HP Inc at Morgan Stanley Technology, Media & Telecom Conference

EVENT DATE/TIME: FEBRUARY 28, 2019 / 6:10PM GMT

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



FEBRUARY 28, 2019 / 6:10PM, HPQ - HP Inc at Morgan Stanley Technology, Media & Telecom Conference

## CORPORATE PARTICIPANTS

**Dion J. Weisler** *HP Inc. - President, CEO & Director*

## CONFERENCE CALL PARTICIPANTS

**Kathryn Lynn Huberty** *Morgan Stanley, Research Division - MD and Research Analyst*

## PRESENTATION

**Kathryn Lynn Huberty** *- Morgan Stanley, Research Division - MD and Research Analyst*

Thank you for joining us this week and for the last session, I'm really pleased to welcome Dion Weisler, CEO of HP Inc. Dion has led the company since its separation from Hewlett Packard Enterprise. Before that, he was Head of the Printing and Personal Systems group under the larger HP umbrella and spent 25 years running different technology companies in 8 countries, including Lenovo and Acer. So we're really pleased to have him here today.

**Dion J. Weisler** *- HP Inc. - President, CEO & Director*

Thank you, Katy.

**Kathryn Lynn Huberty** *- Morgan Stanley, Research Division - MD and Research Analyst*

Before we start, let me just tell you that Morgan Stanley disclosures can be found on our website as well as at the registration desk, and I'm also going to read HP's forward-looking statement.

Today's discussion includes forward-looking statements that involve risks, uncertainties and assumptions, which are further described in HP's SEC filings, including the company's fiscal '18 Form 10-K. HP assumes no obligation and does not intend to update any forward-looking statements. Today's discussion also include financial information and estimates that are based on information available now that could materially differ from the amounts HP ultimately reports in its SEC filings.

All comparisons are year-over-year comparisons with the corresponding year-ago period unless otherwise noted. For non-GAAP financial information presented today, HP provides GAAP reconciliations, which are available on their Investor Relations webpage at www.hp.com.

**Dion J. Weisler** *- HP Inc. - President, CEO & Director*

You did that so well.

**Kathryn Lynn Huberty** *- Morgan Stanley, Research Division - MD and Research Analyst*

Thank you. All right. So let's dig into it. HP reported last night. Recap the quarter for us, and then we'll dig into the details.

**Dion J. Weisler** *- HP Inc. - President, CEO & Director*

Sure. Let me start with the sort of high-level financials. From a revenue perspective, $14.7 billion. We're up 1%, 2% in constant currency. We delivered $0.52 of non-GAAP EPS, which was up 8% year-over-year and certainly outpacing revenue. $700 million approximately in free cash flow for the quarter, which was a strong quarter of free cash flow and returned about $1 billion to shareholders in the form of dividends and share repurchases.

2

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**FEBRUARY 28, 2019 / 6:10PM, HPQ - HP Inc at Morgan Stanley Technology, Media & Telecom Conference**

When I think about the segments, Personal Systems had -- I would characterize it as an incredible quarter of execution in a tough industry environment with the CPU shortages that the whole industry has been seeing. The business was up 2%, and profit was up $75 million year-over-year, so that flow-through, took the operating profit rate to 4.2% and [to] over $400 million in operating profit or about 40% of the company's total profit was the highest in 7 years. So really happy with the execution in that business.

I think that we dealt with a tough hand but played a really good -- played really good hands. That's really off the back of strong innovation, and that makes me proud that our customers are awarding us, and the demand for our products is really strong.

In Print, there are many good things about the quarter. Our hardware revenue was up 3.7%. Our units and our share were up considerably, about 3%. Our A3 market share, a big, important metric for us as we grow into that business, was at 9%. We had strong execution in key areas of moving to contractual. Managed Print Services and Instant Ink were both up.

Where we really had issues this quarter was around a decline in our supply share, a very important part of the business, and frankly, a shock to us, and we talked about that ad nauseam through the course of yesterday's call. We have very clear plans on what we're going to do about it, but our strategy absolutely remains intact. We're delivering on our core growth of future initiatives, and we see a lot of opportunity in the future.

## QUESTIONS AND ANSWERS

**Kathryn Lynn Huberty** - *Morgan Stanley, Research Division - MD and Research Analyst*

Yes. So as you said, the one blemish in what was a very good quarter was printer supplies. And you spent a lot of time -- I would encourage everybody to go and read the transcript because there's a lot of detail around what happened, what you learned. But I think it would be worth just spending a minute on how do you address this issue going forward because that's really what's important.

**Dion J. Weisler** - *HP Inc. - President, CEO & Director*

Yes. Look, I would say fundamentally that the core problem, without going into the details because there are -- there was probably 15, 20 minutes of detail on the call that we went through, but fundamentally, an issue with one of our assumptions in our 4-box model around supply [ship,] particularly in EMEA and, to some extent, pricing. But the more important question, I think, is what are we doing about it? And there's really 6 things. I'll break them into 2 categories. The first category is operationally what are we going to do because of those incorrect supply assumptions. We have built some inventory in our unmonitored sort of ecosystem, downstream ecosystem beyond Tier 1, stayed below the ceilings, consistent with our supply sales model in our Tier 1. But downstream, there was some [inventory]. But we'll get that inventory out operationally. We've sized that at about $100 million. And we need to make sure that we lower the ceilings for our Tier 1 to ensure that, that doesn't happen again. We've updated our assumptions now in the 4-box model to reflect the realities I talked about on the call yesterday. The second thing operationally we have to do is continue to bolster and improve our business management system. We moved to online, particularly around with commercial customers, is something that is happening faster than we anticipated. Online is not new, but it represents a new battleground, if you will, of a place where the barriers to entry are lower for aftermarket alternatives to participate. And whilst our share is high there, it's not as high as what it is in our traditional channels. So we need to improve those business management systems with incremental telemetry data that we're getting from our printers to make sure those assumptions are as close as they can be, and that's an ongoing process. From a business or strategic or marketing perspective, there's 4 key things that we need to do. We need to arm ourselves with different ammunition and weaponry to fight this new battlefield. You can't take a musket to a drone fight. And so we're going to need to up our game online, particularly around commercial. We need to do a lot more targeted marketing, a lot more search engine optimization, a lot more analyzing the customer information that we do have to ensure that we're driving a very efficient online business. The second thing we need to do is these aftermarket alternatives, because online provides a platform for them, it encourages them to breach our intellectual property either through pure counterfeit or, in some ways, cracking our supplies. And we obviously need to defend our intellectual property. So we're going to up our game in terms of audits that we're doing at the channel. We're going to defend our brand, our intellectual property, to ensure that our customers receive the quality, the benefits, the sustainability and environmental impact that original HP suppliers provides. The third thing we are doing but we need to accelerate is this move to contractual. Because when we move a customer to contractual, it's a much stickier relationship with a customer that comes with much higher services and supplies attached. So

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



that needs to happen. And then finally, we need to evolve our business models because, traditionally and for the longest time, we've been a razor-razorblade model. We need to evolve our models whereby we earn more of the lifetime profitability at the time of sales. So all of those things need to happen.

**Kathryn Lynn Huberty** - *Morgan Stanley, Research Division - MD and Research Analyst*

I think it's important that the works you need to do in printer supplies doesn't take away from the really significant investments you've made in new adjacencies in the print space. So I want to spend a few minutes talking about graphics, A3 and 3D Printing. So first of all, on graphics. When investors think about HP's Print business, they think of traditional print, A4. But you've long held this position in the graphics space. Talk about what has driven growth there. What are some of the new exciting segments that drives growth going forward?

**Dion J. Weisler** - *HP Inc. - President, CEO & Director*

Yes. There's a lot of exciting things going on in graphics, and indeed, people think of a printer that would sit on this table here next to us or on an office floor. But indeed, these large industrial printers can sometimes be from here to the end of the room or a little longer. These are very large machines. And we think about this business in key verticals. So we operate everywhere from sort of architectural to decor to publishing and, more recently, in digital packaging, both corrugated and flexible packaging. And it's many of these areas that really excite us. The key competitor here is, of course, other digital manufacturers, but primarily, it's inertia from analog printing. And analog printing is not really built for the current world. Indeed, many small print service providers have assets that they are sweating from an analog perspective, but increasingly, customers are looking to either disrupt, in the way Amazon did, books, which was the fundamental foundation of that company, all the way through to how do you build a very personal relationship with an end customer. And the best working example I can think of there is Coca-Cola when they sort of came to us with a problem and said, listen, your generation, pointing at me, has told your kids not to drink Coke, and consequently, that whole generation had never tasted Coke in their lives. And knowing the characteristics of that generation where they really want personalized touch, we're able to come up with a campaign for Coca-Cola that enabled them to share a Coke with a friend. Because in the analog world, you can share a Coke with Michael because he can print 200, 500, 1 million Michaels. There's enough Michaels. But you can't share a Coke with Dion because there's just not enough of us. In the digital world, you can print one. And that campaign was very successful for Coca-Cola, and it's just an example of the way brands are looking to have very personal relationship with their customer. So we're excited by that business.

**Kathryn Lynn Huberty** - *Morgan Stanley, Research Division - MD and Research Analyst*

The A3 market, which, for those even, it's a copier market versus traditional printing, it's a segment that HP has tried to attack in the past. And a couple years ago, you launched into the market with new products. Talk about why this time is different and what sets you up for success.

**Dion J. Weisler** - *HP Inc. - President, CEO & Director*

I think there's a couple of very material differences between what we've tried in the past and what we are doing now. First and foremost was the separation. We wake up everyday, and we think about Printing and Personal Systems, and we're able to invest back into this business. When we're a part of the old co-company, there was many areas that we needed to fix and invest, and you'd have a great idea like getting into A3 in a meaningful way, and that investment wasn't making it to the top of the list of the triage that had to be done. So I think credit to make for their separation because that provided the platform for investment. But the second thing is, I believe all previous attempts for HP, and I haven't been here through its entire history, but through my recollection in replaying the history is this always been trying to move the market to ink-based products, the theses being that it can solve all issues. And ink is an incredible technology, and it provides a really low-cost color alternative, particularly as you're doing spot color. But there are certain applications that really benefit from laser-based technology when you want that high-quality output. So winning in this space is about having a portfolio that spans across both ink and laser, which is why we did the acquisition of the Samsung Printing business because it gave us incredible access to fantastic new technology that was very different to all of our competitors and really built a value proposition for our customers. And we were then able to layer all the other things that we've done really well at HP around security and all the other things that we wrap around that product, and look, we can now offer a customer anything from ink-based products all the way through to

4

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



laser-based products. And I think the combination of those 2 things are very different to what we've done in the past, and I'm really happy with the progress we're making there.

**Kathryn Lynn Huberty** - *Morgan Stanley, Research Division - MD and Research Analyst*

You also made the acquisition of Apogee, which is a distributor in the A3 market. Talk about why it made sense to do M&A versus depending on partnering with the existing channel, and should we expect more of that for you to reach the 12% market share goal that you have.

**Dion J. Weisler** - *HP Inc. - President, CEO & Director*

Yes. So for us, it's really all part of that growth pillar. If we're going to be a player in the A3 market, it's all about contractual. Almost all A3 is sold contractually. We wanted to participate in the higher-margin service-related elements of that business, and that's exactly where Apogee plays, and they're the largest office equipment dealer, certainly in the U.K., and probably across all of Europe, and it allows us and gives us a platform. Maybe I'll put our superior A3 technology, whether it be ink or laser, into that machine [filled] customer base. And so for those 2 reasons, access to those large profit pools as well as the platform we're able to put our technology in made Apogee make sense. It complements our other routes to market. We do Managed Print Services directly already. We have an extensive IT channel. And we've been working, since we made the acquisition of Samsung's Printing business, to growing this on office equipment dealer space. And in many cases, these office equipment dealers have a Tier 1 provider, and they have several Tier 2 providers, and they have maybe some Tier 3. And our strategy was to become a Tier 2 provider. We're a relatively late entrant, prove our capability because these companies aren't going to flip you straight into Tier 1. And as you prove that value proposition over time, you cement yourself into Tier 2. You then have the opportunity to move into Tier 1, and that's really our overall strategy there. And Apogee is just another route to market, another access point, and as far as other acquisitions go, M&A, as I've always said, is a big part of our strategy. We have a returns-based framework. We measure one investment against the other. And we've also always said it has to be relevant and accelerate something on our strategy page, and Apogee certainly did that.

**Kathryn Lynn Huberty** - *Morgan Stanley, Research Division - MD and Research Analyst*

You've also made impressive strides moving into the 3D Printing space with new materials, new features, customers that have now bought multiple units. Is this a meaningful contributor to the business today? If not, when do you think it becomes more meaningful?

**Dion J. Weisler** - *HP Inc. - President, CEO & Director*

Look, I've always characterized it as a sort of a longer-term player. So when we talk about our strategy, we talk about our core businesses that make up a large majority of our almost $60 billion of revenue in Printing and Personal Systems. These growth initiatives provide a positive trajectory into the future. We've talked about 2 of them: graphics and A3. And there's a third around sort of commercial mobility and Device-as-a-Service. And 3D Printing is part of our future platform for growth of the company, and we're really excited about it for a couple of reasons: one, we have very differentiated technology that's based off our thermal inkjet technology that we've spent billions of dollars on and decades of intellectual property that provides a very differentiated defensible proposition for a customer to primarily go after production. We're participating in prototyping as a way to fuel future production, and so we need to be in both, but our endgame is really to disrupt the $12 trillion manufacturing industry. And I think we made, in a few short years, incredible strides. We are doing full -- we're producing millions of parts every single quarter on the Multi Jet Fusion platform, whether it'd be sort of PC-12 plastic or move into new materials, and it's very exciting. And then last year, we announced that we're also getting into metals. And the speed at which the innovation is happening and the ability to make a very material disruption to traditional manufacturing without waste, without warehousing, lowering the cost of capital, the tire for capital is super compelling, and it's really, again, the biggest competitor here is inertia of people doing and manufacturing the same ways they have for the past 100 years, but it's very real and (inaudible) this year was all about industry 4.0, and we have a square suit that's leading at the table.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**Kathryn Lynn Huberty** - *Morgan Stanley, Research Division - MD and Research Analyst*

Now despite the shortfall in printer supplies, you've reiterated EPS and free cash flow, and one of the ways that you get there is driving more productivity in the business, i.e., cost cutting. How do you think about protecting these investments that you're making and not making the same mistake that the broader HP did in the past where there would be less prioritization of these investments? How are you thinking about protecting Print?

**Dion J. Weisler** - *HP Inc. - President, CEO & Director*

Well, I think that I've been also pretty consistent since I joined the company previously where I was running Printing and Personal Systems and, more recently, since we've become HP Inc. in that I've always said productivity improvements are a core competency of the company. It has to be. And in this industry, you always need to become more efficient. You always need to take cost out. The trick becomes where do you take the cost out? How do you remove it largely from non-revenue-generating, non-innovation-generating activities? How do you improve processes? How do you invest in IT that enable you to improve those processes? And we've been investing in IT now pretty heavily for the last couple years, enabled us to go back and reinvent many of the non-revenue-generating activities. And also, the mix changes over time. At the moment, Personal Systems is really delivering off the back of incredible innovation. Strong profitability. We're seeing that in the results consistently quarter-after-quarter, and this quarter was no exception. That enables us to change the mix so that we can still continue to invest in really important areas of the business. And so innovation remains our #1 differentiator. And as an engineer, that's where -- that is absolutely the last place you want to be making cost cuts.

**Kathryn Lynn Huberty** - *Morgan Stanley, Research Division - MD and Research Analyst*

Let's shift to PCs. Investors think of this market as mature, slower, no growth, but you have for years talked about signing pockets of growth. And through fiscal '18, you've put up 8 consecutive quarters of double-digit revenue growth in PC. So talk about where you see the pockets of growth going forward. And can HP grow even if the PC market does not?

**Dion J. Weisler** - *HP Inc. - President, CEO & Director*

Yes. So I grew up in Personal Systems, and so I love the business. It's -- when you think about it, it's still a $320 billion, $330 billion market, not too many $330 billion markets out there. And there's only a handful of players. And so there's consolidation happening in the marketplace, and it's still an enormous market. So even if the overall market will decline 1%, 2%, 3%, it's a long time in between drinks that is (inaudible) or nothing, and all that does is put pressure on the smaller players to keep up with the complexity of what's going on. And so as long as you have the right kind of scale, I think this business is a terrific business to be in. The old companies used to talk about the new style of IT. I don't mind the old style of money, and I think Personal Systems is certainly that. Really, for us, what we did has become very surgical about how we thought about the business. We laid down a couple of prime directives. We said we don't take share for share's sake. Empiric victory of wrapping $50 bills around low-end retail, race-to-the-bottom tablets is not something we're interested in and that, really, we want to drive innovation and that innovation order fuel the growth in the industry and give a consumer a reason to want to buy, and I see a beautiful Spectre Folio down. I mean, there is nothing like that in the industry, and that is really driving customers to think about would I really want another smartphone? Do I really want another tablet? Or do I want to upgrade my PC that I've left to age for 4 to 5 years? So I think there is some refresh capability. But I think, by and large, you still need endpoint devices, and we have to make beautiful endpoint devices. We have to target pockets of growth like gaming and premium. Companies in Cupertino, food-based companies, don't own premium. And I think we've proven that we can consistently take premium market share by designing beautiful products, plus it really make a difference to end customers. So we'll continue to focus on those pockets of growth. We'll continue to take cost out of the system. We'll continue to focus on design. And really, it's all driven off customer insights, and I think when you do that consistently, and we've proven that we can do that consistently, even in a tough, very constrained CPU environment, we're still ahead when we grow the business 2%, and the demand for our products remains strong.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**Kathryn Lynn Huberty** - *Morgan Stanley, Research Division - MD and Research Analyst*

Okay. Let me ask you a question on free cash flow, and then maybe we'll do a lightning round, open it up for questions. So as I said, HP reiterated EPS and free cash flow guidance, which was first given back in October, and I particularly got questions on free cash flow because, back when you talked about at least $3.7 billion, the PC market was -- revenues were growing double digits, printer supplies were growing, there's a lot of profitability that comes out of that business. How do you continue to deliver that target with some of the headwinds that you now see in the business?

**Dion J. Weisler** - *HP Inc. - President, CEO & Director*

Look, no doubt the supply surprise put pressure on the business. But when we look at the other factors in the business, we think about cash conversion cycles. At the Securities Analyst Meeting, we said that, that would be minus 32 days. In quarter 1, it was negative 35. So we think we have some tailwind potential there as we play that out through the full year, really optimizing payment terms with our suppliers as well as tightly controlling inventory. So we think that's one lever. And the second lever is the potential for sequential improvement on Personal Systems, and we said we believe the back half of the year of Personal Systems will be better than the first half of the year. And because that business operates at really negative cash conversion cycle, that sequential improvement gives us confidence in the ability that we'll deliver still at least $3.7 billion of free cash flow for the full year.

**Kathryn Lynn Huberty** - *Morgan Stanley, Research Division - MD and Research Analyst*

Great. So let me ask you a few quick ones, and then we'll see if there are any questions in the room. Win 10 upgrade cycle, what innings are we in?

**Dion J. Weisler** - *HP Inc. - President, CEO & Director*

So Windows 7 sunsets January 2020. And typically, as we have looked historically, that generally provides the industry with some tailwinds. I don't think the tailwinds will be as deep as what they have been with other sunsets because people adopted Windows 10 earlier than they adopted other next generation of Microsoft operating systems. However, I still believe there will be some tailwinds from 7. I think the -- as Intel, I've got no reason to disbelieve them. I think that their supply situation will improve in the back half of the year, and there's a lot of pent-up demand. We're seeing that in our business, and I'm sure that is there in the industry as well. So those couple of factors give us some confidence in our ability to keep performing in Personal Systems.

**Kathryn Lynn Huberty** - *Morgan Stanley, Research Division - MD and Research Analyst*

Any impact from the U.S. government shutdown in January?

**Dion J. Weisler** - *HP Inc. - President, CEO & Director*

The government, for us, is a very big customer, but we have a very broad base of customers, and so we believe the impact is relatively immaterial.

**Kathryn Lynn Huberty** - *Morgan Stanley, Research Division - MD and Research Analyst*

Okay. And given your long tenure working in the supply chains, particularly in Asia, which is where most of the stuff is built, do you think tariffs will cause companies to move production outside of China?

**Dion J. Weisler** - *HP Inc. - President, CEO & Director*

Look, I think it causes all companies to reevaluate, just as we ordinarily do, our manufacturing footprint. We have a broad manufacturing footprint around the world, but we do manufacture extensively in China. We have built into our guide of $2.12 to $2.22 the current state of play with tariffs.

7

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



We don't chase ghosts. We don't try to second-guess what might happen in the marketplace. If new tariffs come into play, we will pull the various levers that we have available to us. And we'll constantly reevaluate our manufacturing footprint as I imagine most companies are doing.

**Kathryn Lynn Huberty** - *Morgan Stanley, Research Division - MD and Research Analyst*

Great. Let me stop there and see if there are any questions.

**Unidentified Analyst**

Could you talk about the relationship on the printer supply side with retailers like a Costco or other retailers that may provide ink at a discounted price and how that evolved over time? Is that causing any impact on the business?

**Dion J. Weisler** - *HP Inc. - President, CEO & Director*

Yes. Look, we operate with almost everybody in the marketplace. And what we did in 2016 was we said, in a world where omnichannel is becoming more prevalent and more customers are either shopping online or at least looking online, it becomes incredibly frustrating for a customer if pricing volatility in the market from one player to another is very different. And so we took down our channel inventory levels quite considerably in 2016. And as far as the U.S. is concerned, if you now go online, what you generally see is almost complete price consistency. So we don't have the fluctuations in North America that we had back in 2015. I think we've taken many of the sort of nonauthorized partners out of the ecosystem. We've stabilized pricing. That's been good for us. It's also been good for our partners.

**Kathryn Lynn Huberty** - *Morgan Stanley, Research Division - MD and Research Analyst*

There was a question down here.

**Unidentified Analyst**

Yes. Just pushing a bit more on the supplies piece. You said, I guess, last night or this morning you were shocked. Can you just tell us why you were shocked? I mean, this is kind of your bread-and-butter. You've been here. And secondly, you've kind of got the 6 things you're working on. As an outsider, how do we track your progress to restore this kind of an issue?

**Dion J. Weisler** - *HP Inc. - President, CEO & Director*

Yes. So it's probably a really long answer on why we were shocked, and we talked about it on the call. But by and large, the issue was around -- we have a 4-box model of installed base usage share and price. The 2 that were really impacted that surprised us were supplies share, primarily in EMEA, and to a lesser extent, pricing, driven primarily by online. And online is not new. It's not as if we've been ignoring online. But what changed was that more of our commercial customers started to purchase online. And whilst we have a growing online business and our share in online is high, it's not as high as in our traditional channels. And the way we were kind of tracking share, thinking about shares, we do these sort of periodic surveys, and we also use some third-party data that we get from other analyst firms. And that kind of informs what we assume for supply share, and that's worked for many, many years because the channel go-to-markets have been very stable. We have ink-based products that have been phoning home for quite some time, but our laser-based products, because it's only been available in our newer platforms, has never been statistically relevant for us to rely on it, many of them sitting behind firewalls. So we relied on this periodic data that we were getting. We now have more telemetry data, a statistically relevant size that are phoning home in our laser-based products, which is giving us the ability to compare what our original assumptions are based on what we actually see now. And the delta between those 2 was what surprised us. The second thing that surprised us to a much lesser extent was pricing. I think that's more driven by sort of current economic agility in the market that it's put pressure on pricing. And this online platform has provided our aftermarket alternative competitors a platform to really reduce their barriers to entry that were never

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



that successful in the traditional markets, but online kind of enables them to do that. And so all of those factors came together, perfect storm, is what really drove us to the surprise. Having said that, we now have better data. Because we've got that statistically relevant data, we're looking right across all of our markets. And with those new assumptions rolled in, those new pricing assumptions rolled in, that's why we said we don't believe we'll be flat to slightly up. We'll be down negative 3. I think you need to kind of track us each quarter. We said we're going to deliver our free cash flow, and we reaffirmed our EPS guidance, so I think they're kind of key markets that you ought to be looking at.

**Kathryn Lynn Huberty** *- Morgan Stanley, Research Division - MD and Research Analyst*

And it's worth mentioning, you've talked about this earlier, that in fiscal '16, the company saw some inefficient behavior in the inventory levels, laid out a plan, provided numbers each quarter in terms of tracking the progress. So there is some history of dealing with these sorts of issues.

**Dion J. Weisler** *- HP Inc. - President, CEO & Director*

Appreciate that.

**Kathryn Lynn Huberty** *- Morgan Stanley, Research Division - MD and Research Analyst*

Yes. Good. Okay, thank you so much for your time.

**Dion J. Weisler** *- HP Inc. - President, CEO & Director*

Thank you. Glad to be here.

**DISCLAIMER**

Thomson Reuters reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON REUTERS OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2019, Thomson Reuters. All Rights Reserved.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**THOMSON REUTERS**