# EXHIBIT 16

# THOMSON REUTERS STREETEVENTS

# EDITED TRANSCRIPT

## HPQ - HP Inc at Sanford C Bernstein Strategic Decisions Conference

## EVENT DATE/TIME: MAY 30, 2019 / 7:00PM GMT

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## MAY 30, 2019 / 7:00PM, HPQ - HP Inc at Sanford C Bernstein Strategic Decisions Conference

## CORPORATE PARTICIPANTS

**Dion J. Weisler** *HP Inc. - President, CEO & Director*

## CONFERENCE CALL PARTICIPANTS

**A.M. Sacconaghi** *Sanford C. Bernstein & Co., LLC., Research Division - Senior Analyst*

## PRESENTATION

**A.M. Sacconaghi** - *Sanford C. Bernstein & Co., LLC., Research Division - Senior Analyst*

Everyone, I'm Toni Sacconaghi. I'm the IT hardware analyst here at Bernstein. We're really pleased to have Dion Weisler here from Hewlett-Packard Inc. It's Dion's fourth time, I believe, at the conference, and so we're deeply appreciative for his support of Bernstein. Before we begin, I just wanted to remind everyone of the forward-looking statements. I'm going to read each word very slowly and deliberately. But for those of you on the webcast, please refer to HP's disclosures if you can't see this. And for those of you in the room, it's up there. Just very quickly on Dion. He joined HP in 2012. He was named -- began his tenure as CEO in November 2015, the date upon which HP had split into 2 separate companies. Previously, he spent majority of his career prior to that at Lenovo and Acer.

So Dion, always a pleasure to have you and thanks so much for joining us. We're going to do a fireside chat Q&A. We're going to jump right in. I've already told Dion I have a pretty long list. So he's -- we're going to try and get through as many as we can. We'd welcome any questions. You can write them on your cards and I'll pass them to the front.

## QUESTIONS AND ANSWERS

**A.M. Sacconaghi** - *Sanford C. Bernstein & Co., LLC., Research Division - Senior Analyst*

So Dion, maybe we'll just start, you just reported last week, pretty good quarter. Revenue was up 2%. You beat consensus and EPS. EPS grew 11%. I don't know if there are any highlights that you want to raise from the quarterly results, but maybe I'll give you a second just on that front.

**Dion J. Weisler** - *HP Inc. - President, CEO & Director*

Yes. Look, I thought it was a solid quarter, revenue being up as you mentioned. EPS double digits in this environment. I felt that the team executed really well. Strong free cash flow, $747 million. $936 million returned to shareholders in the form of dividends and share repurchases. At the segment level, Personal Systems was up 5% even against the backdrop of continued industry shortages from a processor perspective. But strong and expanded operating margins of 4.3%. Print was down 2% and of course, in quarter one, and I'm sure you're going to get this on your list, around Supplies and the contraction in Supplies down 3%, as expected, driving the overall business down minus 2%. But operating margins were at 16.4%. So I think on balance, it was a solid quarter.

**A.M. Sacconaghi** - *Sanford C. Bernstein & Co., LLC., Research Division - Senior Analyst*

Now, Dion, you did beat by $0.01 to $0.02 depending -- you didn't raise your guidance. The buybacks are also a little front-loaded relative to our model. So I guess you could've said, hey, why didn't you raise given the overage this quarter, given a little bit -- a little more leverage from buybacks given the front-loaded nature? So maybe you can comment specifically on that. And part of the reason for the question is, you have heard some companies, particularly in the enterprise space, express some incremental hesitation around demand because of trade wars or simply in part because of tough comparisons or a very strong year last year. Have you seen any change in demand profile? So 2 questions. Why not take up your EPS commensurately? And are you seeing any change in your lens from a demand perspective for PC or printings relative to, let's say, 6 or 12 months ago?

2

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**Dion J. Weisler** - *HP Inc. - President, CEO & Director*

Yes. Sure. So look, we technically raised the midpoint of the range by $0.005, so certainly not the $0.02 flow through that some would have hoped for. I guess when we look at the ledger, on balance, the headwinds that we potentially see with regards to the ongoing trade tensions, potential currency headwinds relative to our original guidance at the Security Analyst Meeting, ongoing strengthening in the U.S. dollar, offset in some part by declining commodity cost in Personal Systems. We felt, on balance, it was a prudent thing to do and we guided appropriately from our perspective. It's still very strong operating profit expansion year-over-year at the midpoint of the range that we set, so we feel comfortable with the guidance.

If I break down the segments a little bit, we're seeing really strong demand in Personal Systems, championed by Commercial. Commercial's strong, Consumer is weaker. And I draw a correlation between sort of consumer sentiment and a faster reaction to trade tensions and confidence. It goes the other way as well. As soon as confidence picks back up, Consumer picks up faster. Commercial's a little less sensitive to any given day and that takes a little longer to flow through. And so we're still seeing a lot of strength on the demand side in Personal Systems. Commercial a little weaker than Consumer. From a Printing perspective, we obviously have the headwinds that we're dealing with in Supplies and how we're working through those actions. And demand signals are broadly in line with what the industry analysts are predicting.

**A.M. Sacconaghi** - *Sanford C. Bernstein & Co., LLC., Research Division - Senior Analyst*

And then have you seen -- on the Printing side, have you seen any incremental hesitancy due to trade tensions or otherwise that you alluded to, potentially you're seeing in PCs?

**Dion J. Weisler** - *HP Inc. - President, CEO & Director*

I think in Consumer print, the same phenomena is occurring. And, again, country-by-country, we're seeing different dynamics. Incredibly strong demand, for example, in Japan Personal Systems. We have a relatively dormant business in print for Japan because all our competitors are Japanese. In China, we're seeing an offset to that strength that we're seeing in Japan. And so overall APJ grew at 11%. We're really happy about their performance. But the answer is there's puts and takes by individual country. But I would say broadly speaking, Consumer is under more pressure than Commercial.

**A.M. Sacconaghi** - *Sanford C. Bernstein & Co., LLC., Research Division - Senior Analyst*

So you alluded to it just in terms of trade tensions and tariffs. So the first round of tariffs, obviously at the beginning of the year, was a 10% tariff largely affecting your Desktop business that went into play. You were able to manage that. Since the beginning of this quarter, that tariff's gone to 25%. Again, it's really limited to your Desktop business, about 10% of revenues for you. How do we -- how do you combat that? Will there be price increases? Have you shifted manufacturing sufficiently to Mexico and other areas to not have to do price increases? How do we think about tariffs today and their impact and we can talk about next steps?

**Dion J. Weisler** - *HP Inc. - President, CEO & Director*

So the current [cost], the $200 billion. So from 10% to 25%, that increase has been fully captured in our full year EPS guide. One of the headwinds that we would have seen to the guide, we've been working hard on mitigating those various levers that we have. We're on an international footprint from a manufacturing perspective, and we're able to make the necessary changes. And so I think I feel good about where we're up to in that first $200 billion [list] fully factored.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.


THOMSON REUTERS

**MAY 30, 2019 / 7:00PM, HPQ - HP Inc at Sanford C Bernstein Strategic Decisions Conference**

**A.M. Sacconaghi** - *Sanford C. Bernstein & Co., LLC., Research Division - Senior Analyst*

So Dion, we had heard that there was some price increases associated with the first 10% tariff. We have not heard that there've been price increases since the tariff has gone to 25%. Is that something that we should expect? Or is it really that you found other levers that would prevent that? Because the next question would be, well, if there's a chance of price change, how do we think about elasticity associated with that?

**Dion J. Weisler** - *HP Inc. - President, CEO & Director*

Yes. So it's really -- Toni, it's a function of time, right? If you're going to make changes and execute levers in your manufacturing footprint, it takes time to get those lined up and running. And once they're up and running, it really doesn't matter whether it's 10%, 20%, 25% or 40% because the tariff doesn't apply. There is, in many cases, a second touch to the system which causes an incremental cost. But we have other declining areas within the overall basket of cost that make up the COGS to be able to offset it. So that's why you saw it with the first 10% because it takes time to make those shifts. But once they're in place then the incremental move from 10% to 25% has a lower impact.

**A.M. Sacconaghi** - *Sanford C. Bernstein & Co., LLC., Research Division - Senior Analyst*

So I know you were very explicit that your guidance doesn't include any incremental tariffs. So if we were to assume that there was a tariff on remaining imported goods, the next $300 billion, which would, and correct me if I'm wrong, impact your entire notebook business. Everyone's notebook business is sourced from China-Taiwan. I believe a number of your printers and Supplies are also made in China. That's a substantial part of your business, I would imagine. So what would happen then? And would the same levers be available to you in terms of the flexible manufacturing footprint? I suspect that price would be the immediate lever. How do we think about that?

**Dion J. Weisler** - *HP Inc. - President, CEO & Director*

Yes. I think that's an altogether unreasonable position to take. Again, it really depends. So you're removing a couple of variables here that can dramatically change the calculus, so you're not questioning if you're assuming they do happen. The second thing is we don't know what the rate would be. Would it be 10%? Would it be 25%? And that's a big difference. The third thing is, when would they come into effect? How much time would we have as an industry to make the changes -- the structural changes required to offset those? And so those variables really matter. In a worst case scenario, they are in effect tomorrow and that's a 25%, then your lever is pricing. And until such time that you can effect the other changes, the other levers that you have.

**A.M. Sacconaghi** - *Sanford C. Bernstein & Co., LLC., Research Division - Senior Analyst*

But do you have the same flexibility with, for example, Notebooks as you did with Desktops? Because you did have a global manufacturing strategy for Desktops before. You -- and correct me if I'm wrong, you don't have a global manufac. No one does for Notebooks. They are all made by Taiwanese ODMs. So is it -- in the case of Notebooks specifically, which is a significant business for you guys, do you really have that flexibility? Or is price really the only lever that you can pull?

**Dion J. Weisler** - *HP Inc. - President, CEO & Director*

Well, we didn't wake up the day that we first learned about the extra $300 billion and say, what do we do now? We've been thinking about this, as you can imagine, and fortunately we've got pretty good at figuring out how to mitigate these tariffs. And there's been various scenarios that we've been thinking about for some time and planning. That's been ongoing for some time. And it's just a question of whether we have to execute all those plans, some of which are already in motion.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



## MAY 30, 2019 / 7:00PM, HPQ - HP Inc at Sanford C Bernstein Strategic Decisions Conference

**A.M. Sacconaghi** - *Sanford C. Bernstein & Co., LLC., Research Division - Senior Analyst*

Okay. So maybe we'll spend a little bit of time -- or a lot of time on Printing. I have some questions on PCs as well. So perhaps for those little less familiar with the story in the room, take us back to fiscal Q1 '19 results. So guide had been for Supplies for the year to be flat to up. You got on the call and said, no, we think the Supplies will be down about 3%. What we've seen is that, particularly in Europe, when folks are ordering Supplies, they're doing somewhere online, and when they do it online there's bigger risk that they'll order reman. And the implication is we have some excess inventory because we didn't sell as much as thought we would. And that's part of the reason, but the implication was also that Supplies growth would be more muted and when you put it together, you're at minus 3% for the year. So I guess the question is, what happened? I mean why? For a company that's really prided itself and done a really good job of sort of delivering against what you say, it's sort of one of your monikers. That was clearly a disappointment for you, I'm sure, a disappointment for investors. What happened?

**Dion J. Weisler** - *HP Inc. - President, CEO & Director*

So a big disappointment. I think surprising -- I hate getting surprises from my team and I certainly don't aim to surprise anybody. And so when we do, we take it incredibly seriously and we are absolutely all over it. It's like priority #1 in the company. What happened was, as you know, we run a 4-box model that helps us predict what the demand for our Supplies will be in the future. We know the installed base because we deploy it. We have good data on usage. We know what the pricing environment is like because we set the prices. The variable that we take an assumption on is what aftermarket share we will have.

In our Consumer business, broadly Ink, we've had a lot of telemetry data coming back from the printers for a long time. In Commercial, we started that effort much later and the installed base lasts for about 7 years in Commercial relative to the 3 years in Consumer, and we had to solve some problems around -- getting through Commercial firewalls in order to -- in a way that's acceptable to a customer who received that telemetry data. So we were relying on third-party share information that wasn't changing, over time, in any kind of dramatic way. And so when we plug that in, we say, all right, we know by SKU, by segment, how much inventory we need to prepare. We know what the Tier 1 channel inventory is and some parts of the Tier 2, and then we don't have visibility to all the downstream Tier 3, Tier 4 and some of Tier 2.

And so effectively, $100 million of excess inventory that we didn't have visibility to was flowing into the system with no real readout as to an ongoing issue with demand because the share assumptions were incorrect. So that's what drove the $100 million of excess inventory. That's about 1 point of the 3 points. And then the other reflection, of course, is what we now know to be our real share number because of the telemetry data that we're getting that is now statistically relevant. So our job becomes removing that inventory and ensuring it is a true demand-driven model. And two, we pay people to figure out how to influence that share. So all the efforts that we have underway now are designed to drive a different outcome of share and there are a number of those.

**A.M. Sacconaghi** - *Sanford C. Bernstein & Co., LLC., Research Division - Senior Analyst*

So I guess a couple of questions that follow from that. How are you confident? Because the model, as you've conceded in the past, is a model, and it's based on the best inputs and best data that you can get. And clearly, the data is not perfect, right? We saw it in the reman share, but how are you confident that this isn't a step down in usage? Because you have some telemetry, but my guess is it's not perfect. And even in installed base -- like I follow Apple, Apple knows when your phone's active because people go to the App Store and have to update. And if they don't hear from you for 6 months then they assume you're off the installed base. You don't, in many cases, have that knowledge in Printing, right? So I guess the question is -- you have, I'm sure, brought your best analytics to this, it's priority #1. I'm sure some heads have rolled. But how are you and the team collectively confident given the intrinsic limitations that the model has that this isn't a usage issue or maybe something is different about the installed base assumption that you have? How do you get that confidence?

**Dion J. Weisler** - *HP Inc. - President, CEO & Director*

So we're constantly testing the model. Every time we close a quarter, we go back and look at the 4-box drivers, what it predicted and what it returned. And so through that exercise, what we're seeing is our installed base assumptions, our usage assumptions and to a large extent our

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**MAY 30, 2019 / 7:00PM, HPQ - HP Inc at Sanford C Bernstein Strategic Decisions Conference**

pricing. A little bit of pricing was part of the Q2 problem because when you have excess inventory, it drives unusual behavior in the channel, which affects pricing. But that's symptomatic of the share issue, which led to increased inventory. So we go back and test all of those every single quarter. And we don't have major deviations other than share. But it is a model. And what I hold the team accountable for is continuing to deliver on the senior metrics of the company. We guide EPS and we guide free cash flow. We held EPS for the full year, we outperformed last quarter. And we held full -- cash flow for the year, 3 point -- at least $3.7 billion. So as we encounter these issues from time to time, and businesses are dynamic, it's how we respond to those challenges. How we continue to raise the bar. How we look and learn and build better instrumentation that makes us a more predictable company over the long term over time and it never stops us. So there is no perfect model. It is a model like anything else. There's an enormous amount of data, enormous amount of intelligence, a lot of artificial intelligence now helping us with that. But it's something we're going back and we're testing every single quarter.

**A.M. Sacconaghi** - *Sanford C. Bernstein & Co., LLC., Research Division - Senior Analyst*

I guess the other question is, given that the model struggled to anticipate or predict channel inventory, and this happened in '14 as well, how are you confident that the channel inventory drawdown is indeed $100 million? That it's not $200 million or $300 million? Given that, that's probably the area, this time and historically. And you're not unique. I followed Lexmark for a long time and it felt like every 18 or 24 months, they would have a miscalculation on channel inventory as well. So how do we, how do you get conviction that $100 million is the right number?

**Dion J. Weisler** - *HP Inc. - President, CEO & Director*

Yes. Look, we've triangulated it every which way we can. We've spent a lot of time with channel partners, with the industry. We've had third-party organizations look at it. We feel fairly comfortable, and that's why we guided it. You can't just make this stuff up. That $100 million is approximately the right number. The more important question is, how do we build better instrumentation to reduce the probability of recurrence? And the only way to do that is to get better visibility into the downstream ecosystem. So there are a number of actions that we are taking now in EMEA that took some time for us to figure out. Here in the United States, we have the ability to have a closed distribution model. It's illegal in the European Union. And so we have to build up the mechanisms that prevent those that we know are not doing the right thing from having access to the products. We've figured out how to do that. Our promotions and our pricing and our support of partners is only available to partners that are prepared to report. So there's a number of things that we're doing to increase our coverage and understanding of the downstream ecosystem. In a perfect world, over time, I'd like to solve that through technology, but we're not there yet.

**A.M. Sacconaghi** - *Sanford C. Bernstein & Co., LLC., Research Division - Senior Analyst*

And in terms of the $100 million channel inventory drawdown, is that something we expect to occur effectively linearly from the -- end of Q1 when you talked about it through the end of the year? Or will it be lumpy and...

**Dion J. Weisler** - *HP Inc. - President, CEO & Director*

We're about 1/3 of the way through it and we expect to be through it by the end of the year.

**A.M. Sacconaghi** - *Sanford C. Bernstein & Co., LLC., Research Division - Senior Analyst*

Okay. So on the share reman side, maybe we could just spend a second talking about that. The people who know the HP story understand that dynamic well. I think people who are new to the story understand it less. So these are Toni numbers, but my estimate had been on the laser side that your aftermarket share was maybe 60% or 65% meaning reman was 35% or 40%. And that on the Consumer side, it was much higher. It was maybe in the 80% to 90% range. A, are those reasonable enough assumptions for the -- broadly speaking, for the investment community? And more importantly, what has been the trend in reman over the last 5 years?

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.


**THOMSON REUTERS**

MAY 30, 2019 / 7:00PM, HPQ - HP Inc at Sanford C Bernstein Strategic Decisions Conference

**Dion J. Weisler** - *HP Inc. - President, CEO & Director*

Yes. Look, I'll -- just as point of definition, clarify the terminology. Reman is one class of aftermarket alternatives. There are others. In fact, there are primarily 3. You've got -- and we have to deal with all 3 differently. Remanufacturing is when someone takes an original HP cartridge and refills it. So they're effectively remanufacturing it. It's not our materials inside, but it doesn't infringe on any intellectual property and it's perfectly legal. Then there is what the industry calls clones. I don't like to think of it as clones because clones seems to suggest that it is -- has equivalency and it doesn't in terms of quality, in terms of sustainability, environmental impact, all sorts of things.

So let's call them imitations, and imitations come in 2 classes. There are imitations that don't infringe on our intellectual property and that's not illegal and that's fine, and we'll compete with that class. There are -- they're imitations that infringe on our intellectual property and we need to deal with that differently. And then the third broad classification is counterfeit. That's purely illegal. That's saying, we are going to create something and we're going to package it up and make it look like original HP product. We're going to charge HP prices and it's pure theft, and we have to deal with that differently. Without getting to the specifics of exactly how much and what the trajectories are because we believe that fuels competitive behavior, and I certainly didn't want to give a heads-up. But what I would say is that legitimate imitations and illegitimate imitations are on the rise. Reman is probably declining. And counterfeit spikes and troughs.

And so where we're really focused is on this imitation market. It being the largest of the 3 classifications. And what we need to do there is really explain to our customers the HP value proposition, and there are many. There's the quality of the output of the printed page. There is the environmental sustainability, the surety of supply and you just know where it's coming from. So there's all sorts of benefits there. But we have to -- because the imitations have leveraged an online ecosystem to market, we have to do a better job online when we market because we were traditionally marketing through our 250,000 channel partners. With more of it moving online, we have to do a much better job of changing our marketing mix and capturing that customer in a very targeted, sophisticated way to -- so the customer understands the benefit of original HP Supplies.

---

**A.M. Sacconaghi** - *Sanford C. Bernstein & Co., LLC., Research Division - Senior Analyst*

Now, Dion, on the sort of legal imitations, how prevalent is that? I mean are those people who literally like Lexmark had a license to legally provide HP-compatible cartridge because my understanding was, that was very limited.

---

**Dion J. Weisler** - *HP Inc. - President, CEO & Director*

That's not what I'm referring to. There are those that effectively redesign and don't infringe on a patent.

---

**A.M. Sacconaghi** - *Sanford C. Bernstein & Co., LLC., Research Division - Senior Analyst*

But isn't that generally...

---

**Dion J. Weisler** - *HP Inc. - President, CEO & Director*

That's not illegal, right? Yes. There's a lot of money in Supplies, all right?

---

**A.M. Sacconaghi** - *Sanford C. Bernstein & Co., LLC., Research Division - Senior Analyst*

No. But it's easier to collect in reman than it is to redesign and...

---

7

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**Dion J. Weisler** - *HP Inc. - President, CEO & Director*

That process is cost intensive. You got to get a hold of the old cartridges. You got to take them and move them somewhere. Then you got to refill them, you got to repackage them, you got to send them back out through distribution, whereas if you can just simply infringe on our intellectual property and send it out there, and it's a much lower cost.

**A.M. Sacconaghi** - *Sanford C. Bernstein & Co., LLC., Research Division - Senior Analyst*

Right. Well, certainly, yes. I would imagine the infringed part, but the noninfringing imitation I would think would be small and difficult to do. But maybe I'm incorrect, so that's why I'm asking.

**Dion J. Weisler** - *HP Inc. - President, CEO & Director*

It's -- whenever there is a lot of money, and this is a -- Supplies is like currency. It's like a currency that flows across borders. Whenever there is a lot of money involved then there is incentive to be part of that value chain. Our job is to sell the differences in our product.

**A.M. Sacconaghi** - *Sanford C. Bernstein & Co., LLC., Research Division - Senior Analyst*

Yes. I just -- when I go to Amazon and I Google an HP supply -- or Amazon an HP supply, put in HP cartridge and I see some come up. They generally seem to be remanufactured supplies.

**Dion J. Weisler** - *HP Inc. - President, CEO & Director*

I think that's changed a lot since we've been focusing now. So when -- a couple of things have happened in the United States and I think we've done a particularly good job here under Christoph Schell when he was running Americas. And I now asked him to lead the global PMO to work with our EMEA team to address those issues and then globally. What Christoph did was significantly reduce the number of channel partners that had access to the product. He effectively shut down promotions because there was a time a few years ago, you would go online here and you would see original Supplies, legitimate original Supplies with very big deltas on pricing. You go online now, the pricing is very consistent across the board. And so we took the money that we were spending on all of these promotions, which was driving pricing turmoil in the market and we directed it to online marketing. So that now when you do a search on Amazon, original HP supplies come up at the high -- consistently at the high end of the listings. And that's making a big difference.

**A.M. Sacconaghi** - *Sanford C. Bernstein & Co., LLC., Research Division - Senior Analyst*

Right. I mean how do we not think that reman is secular? I mean as you said, when there's money involved and the margins are robust on supplies, how do we -- and the Internet is -- e-commerce is becoming more and more prevalent. I guess why -- how do we get confident that this isn't an incremental secular headwind that the long-term assumption for reman in your 4-box model is not lower today and 2 years from now than it was yesterday and 2 years ago? Like how does an investor just conceptually get….

**Dion J. Weisler** - *HP Inc. - President, CEO & Director*

What you're alluding to is this problem has been around for a long time and I would absolutely endorse that now. This is not a new problem. But markets are dynamic and they change and they've got these other factors like different go-to-market motions that change the dynamics. Our job is to operationally work on some of things I've already talked about. Increasing our marketing spend in online, being very aggressive in the defense of our intellectual property, making sure we're in the right inventory position so there is no pricing arbitrage that is going on and driving much more data and analytics to ensure we've got predictability moving forward. They're all operational things. Strategically, as we talked about at our security analyst meeting, we have to do a couple of things, which is being led by the market. The first of which is moving from transactional to

8

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



contractual. Very consistently across the globe, we're seeing customers want to move from owning things to outcomes. And Managed Print Services is a growing business for us, and when we move a customer from just selling a transactional box into a managed print service contract, they go for 3 to 5 years and you're ensuring 100% Supplies attach.

**A.M. Sacconaghi** - *Sanford C. Bernstein & Co., LLC., Research Division - Senior Analyst*

Albeit at a more favorable rate.

**Dion J. Weisler** - *HP Inc. - President, CEO & Director*

Yes. But you get to add incremental services on top of those, right? So you get to do things that you don't get to do in a purely transactional motion. You get to be involved in the workflows inside a company and you get to optimize.

**A.M. Sacconaghi** - *Sanford C. Bernstein & Co., LLC., Research Division - Senior Analyst*

But it -- to Supplies itself, is it necessarily accretive?

**Dion J. Weisler** - *HP Inc. - President, CEO & Director*

Not to Supplies itself, but to the business, which is how I think about it.

**A.M. Sacconaghi** - *Sanford C. Bernstein & Co., LLC., Research Division - Senior Analyst*

No, no, no. Clearly. No. Clearly, clearly.

**Dion J. Weisler** - *HP Inc. - President, CEO & Director*

For the business, it's the right thing. I shouldn't just optimize for Supplies. I should optimize for Supplies, but in addition, I should be optimizing overall for the business. And we have a contractual offering for our consumer customers called Instant Ink, and it's a terrific solution for a customer where there's clear pain points around, "I ran out of ink and I don't know how much it costs." So for $2.99, $4.99, $9.99 you know exactly what's your printing cost and it never runs out because when you get low, we send you a new cartridge directly into your house. And that service is going incredibly well. So we have to move faster to these contractual motions.

And the second thing that we have to do is entertain new business models. The razor-razorblade model has been incredibly effective for a long time. You sell a printer at a loss, as an investment, and the supplies over time is a great annuity stream. We launched today in China a product that we call HP Neverstop. And effectively, the way you should think about it is if you're familiar with ink tank, it's effectively ink tank for toner. So now for $199 to $249, you buy hardware. But the toner cartridge lasts 10x longer. So it will print 5,000 pages on a single cartridge. And then when you run out, rather than throwing away the whole thing with the drum that lasts 20,000 pages, there are these syringes that you can effectively refill with original HP toner, which answers the problems that when we did customer insights in China they wanted a more affordable solution in black-and-white, particularly for SMBs because 70% of SMBs in China are printing regularly and 25% of their economy is in SMBs. They wanted -- so they wanted a more affordable solution, but they wanted a solution that didn't interrupt their business. And the fact that these things churn for 5,000 pages means that it never stops, hence, the name.

And the third is, they actually really care about sustainability. Having lived in Beijing for 4 years, I know how important that is to the country. And so these printers themselves use 25% recycled plastics, and the cartridges -- the refill cartridges, 75%. So it answers the 3 customer pain points. And it's a new business model, it's not a razor-razorblade model.

9

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



THOMSON REUTERS

**A.M. Sacconaghi** - *Sanford C. Bernstein & Co., LLC., Research Division - Senior Analyst*

And do you have risk just -- I don't want to dwell too much on it, but do you have risk that ink refill is easily substitutable with third-party ink though?

---

**Dion J. Weisler** - *HP Inc. - President, CEO & Director*

Well, this is not ink, it's toner.

---

**A.M. Sacconaghi** - *Sanford C. Bernstein & Co., LLC., Research Division - Senior Analyst*

Sorry. I mean yes, toner injection.

---

**Dion J. Weisler** - *HP Inc. - President, CEO & Director*

Yes. That is a potential issue. We've made it super simple. We've patented the idea. It's done in seconds, part of the Neverstop. It's possible, but we're not making the same investment in the upfront unit.

---

**A.M. Sacconaghi** - *Sanford C. Bernstein & Co., LLC., Research Division - Senior Analyst*

So if we kind of step back from all of this. How do we think about steady-state Supplies growth? And let me be provocative just to elicit a response. If I just -- and I do this and because -- and long-term investors asked me this, "Well, what do you think normalize Supplies growth is?" And I said, "Well, I hear some forces." And they said, "What does history tell us, right?" So if go back to 2011, Supplies was $17 billion. If I look at 2019, Supplies are going to be about $13 billion. So if x out the S-Print acquisition, it's about a 3% to 4% decline annualized during that 8-year period. And there were some inventory builds and some inventory drawdowns during that period. And so I guess the question is, why wouldn't I use that as a normalized growth rate over the next 5 years relative to the last 8 years? Like, what dynamics are different that would change that? I could put things on both sides of the ledgers, the environmental consciousness of printing is higher or that's a negative. At the same time, maybe you're doing a better job of remand the consumer pushes, transition away from home printing is largely behind. I can line up things, but if I just kind of stand back and say, "Look, if you want to look at a trend, a long period of time is the best way to look at a trend, and the long period of time has been minus 3% to 4%." Like, how do you think about that? How do I think about that?

---

**Dion J. Weisler** - *HP Inc. - President, CEO & Director*

All I'm prepared to talk about is this year, and we've said it will be down 3%, was in Q2, and approximately 3% for the full year, which may not be linear because there's normal puts and takes in any given quarter. But about 1 point of that was inventory. Before that, we obviously said it was flat to slightly up, but we've got some new share assumptions in there and it largely depends on our effectiveness of all the operational and strategic things that we're doing to influence that 4-box model on a forward basis. And I think it's a little too early to say, therefore, it's irresponsible to guide at this point. We'll have more days and we'll -- obviously, as we approach the Securities Analyst Meeting, talk more about it into the future. What I would say is, it's important to keep in mind for a long-term investor, is we are also recognizing that Supplies is incredibly important, it's not going to go away. The strategic elements of changing business models and moving towards contractual have additional benefits for the business that derisk the dependency purely on Supplies.

---

**A.M. Sacconaghi** - *Sanford C. Bernstein & Co., LLC., Research Division - Senior Analyst*

Okay. But are there other -- I hear you on those fair -- I think both fair points. So don't get hyper-focused on Supplies because if it pops up better somewhere else that may be a good thing. But are there other -- without -- I'm not trying to pin you down to a number because I understand that, but if I think about the last 8 years and the next 5 years sort of qualitatively, are there things that we can point to that would suggest things should

10

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.


THOMSON REUTERS

be better? It's just not obvious as I try and weigh the pluses and minuses. Or was there something unusual about the last 8-year period that we should make an adjustment for?

**Dion J. Weisler** *- HP Inc. - President, CEO & Director*

I think there's a big difference over the time horizon in that 3 years ago, we became a separated company, and we wake up all day every day thinking about Printing and Personal Systems. And it forces you to optimize your business in a way that you didn't have that same level of intensity when you're operating a $110 billion corporation because investments went in different places as they should have done from a returns-based framework. And we wake up now every single day all we think about is Printing and Personal Systems. And so that's changed in the last 3 years, which I think has an impact to the calculus over the last 8 years. We are investing back in this business. I mean in my mind, I know the things that are happening in the future, some of these operational things that I've talked about. There will be new ammunition that we'll have available to us as we have this ongoing battle against aftermarket alternatives. That's good. That makes us better, it makes us deliver a better value proposition to our customers.

**A.M. Sacconaghi** *- Sanford C. Bernstein & Co., LLC., Research Division - Senior Analyst*

Dion, just shifting a little bit, about a year ago, your operating margin guidance for Printing was 16% to 18%. And then entering this year, you kind of said, "Look, it's going to be closer to 16% for the next little while." If the Supplies growth is lower than you had anticipated and Supplies have higher margins, do you still feel confident in the 16%? And is the 18% totally off the table?

**Dion J. Weisler** *- HP Inc. - President, CEO & Director*

Look, I would say that Steve was pretty clear as he talked about the 16% at the Securities Analyst Meeting. At the time we guided it, of course, we were highly confident. I think the negative 3% on Supplies puts pressure that obviously to the downside, but it still remains our target.

**A.M. Sacconaghi** *- Sanford C. Bernstein & Co., LLC., Research Division - Senior Analyst*

On Managed Print Services, you alluded to this in terms of structural changes. Where are you in the journey? You do not provide growth rates. We have estimated it might be 10% of your services business? Are there any metrics that you can provide to highlight the progress that you've made other than it's growing, but we don't know if that's 1% or 10%, in terms of where you were 5 years ago to today just to help us illustrate the progress that you've made? And maybe we'll start there and then I want to ask you just briefly on Apogee.

**Dion J. Weisler** *- HP Inc. - President, CEO & Director*

Sure. So we're always caught in this contrary between more disclosure because as I've said to you all along I want to be as transparent as I can versus what our competitors do with increased information and understanding of our business. And every time I become a little more transparent, it turns around and it bites me, and that's not in the best interest of our shareholders so I kind of have to walk this fine line. Having said that, it's -- management services is important because it's important to customers, and that's where our business is going. It's why we did the Samsung acquisition because we would -- a customer doesn't care whether it's an A4 printer, an A3 printer, whether it's ink or toner. They care about what their individual user or department or division is interested in. If you're in finance, you want a little bit of spot color so you can tell the difference between red and black, and you want high-volume because you tend to print a lot in that division.

But if you're in marketing, you want high-quality, glossy, laser, folded, stapled, sorted output, and we would walk into a customer -- huge customers, customers that -- you can imagine, we serve just about everybody, and we weren't able to service the full need of their contractual business, they're already sold on Managed Print Services. If they're buying transactionally and have only ever bought transactionally, when you walked in, you could almost hand on heart, without any hesitation, say, "I can save you 30% in cost if we put you on our Managed Print Service contract. And then once you're there obviously if you do a great job, the renewal rates are really high. They're really high for us. And we're a leading MPS partner.

11

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.


THOMSON REUTERS

With the acquisition of Samsung and subsequently with Apogee, we now have a complete portfolio. We can serve that full customer, whether it's A3, whether it's A4, whether it's ink, whether it's toner and optimize the solution for them in a way that our competitors can't. Apogee provides us with the ability to participate in more of the services and solutions part of the stream, and it also provides us an opportunity to put our superior technology into that machine and fill installed base that they have.

**A.M. Sacconaghi** - *Sanford C. Bernstein & Co., LLC., Research Division - Senior Analyst*

So trying to straddle the line between not telling your competitors stuff and reassuring the room that MPS is growing, is there other -- is there anything in the middle ground that you can share with us that would make us feel comfortable that this is something that's -- that you're making substantial progress on?

**Dion J. Weisler** - *HP Inc. - President, CEO & Director*

Well, again, I think if you turn to the senior metrics of the company, they should give some comfort. We're delivering on our EPS. We've got profit expansion in both Printing and Personal Systems, even against the backdrop of a negative 3% on Supplies. It's coming from somewhere, right? So I think we've been very clear with our strategy and our direction. You've seen us invest in this area. So the 2 big investments that we've done is Samsung and Apogee, they all targeted this contractual space. I'm not in the business of throwing good money after bad. We're investing here because contractual is the way markets are moving. A3 was a big part of it. It's a $50 billion TAM and we weren't participating. But it is bringing along with it A4 business as well because we now have access to customers that we didn't have in the past.

**A.M. Sacconaghi** - *Sanford C. Bernstein & Co., LLC., Research Division - Senior Analyst*

So speaking of throwing out targets and sort of the A3 business, when you bought Samsung you said we're going to try and go from 6% to 12% share over the next 3 years. I think 1.5 years later, you're at 8%. So you're, I think, technically a little -- if I were to really be the analyst and split the numbers, you're a little behind. You haven't -- my observation has been that you haven't talked as much about the acquisition. There was a lot of talk that the deal was closing, but there's been less updates conversation around the Samsung business, the S-Print business. So I guess the question is, is 12% still the share target? Has this really lived up to expectations? Has it been tougher than you thought?

**Dion J. Weisler** - *HP Inc. - President, CEO & Director*

I think that targets are important for businesses. It's important to rally resources, people's mind share, and having a target points everybody in the right direction. So I have no problem with setting those sorts of targets, and 12% still remains our goal by the end of '20. I think the other thing you'll know about how we execute and how I execute is I do it in a very deliberate fashion and I don't chase share for share's sake. And it would be very easy to turn around and get 12% market share tomorrow. That will be a pyrrhic victory. Doing it the right way, getting the right units, placing the right units, growing our contractual business across the portfolio is the right way to do it. Can we do both? 12% still remains our target.

**A.M. Sacconaghi** - *Sanford C. Bernstein & Co., LLC., Research Division - Senior Analyst*

Okay. Has -- I guess what have been sort of the positives? Obviously, you had a set of expectations for S-Print when you bought it. What have been the pauses? And what have been maybe some the bigger challenges that you experienced in the first 1.5 years?

**Dion J. Weisler** - *HP Inc. - President, CEO & Director*

Actually, the reason we've stopped talking about S-Print and the Samsung acquisition is it's -- it's just completely folded into our business now. The synergies that we expected to gain out of the business, we're gaining out of the business. The businesses that weren't interesting to us, we are no longer participating in. We didn't buy Samsung to buy market share. We bought Samsung because they had incredible technology that was

12

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



differentiated relative to every other A3 copier on the market because they -- it's fresh technology. They built it over the last few years relative to our competitors that built machines, big complicated machines over decades. And our customers value that because it translates into a lower cost to operate and a lower cost to run. This business is not about selling the product, it's about the services and about the service cost after sale. So it's very attractive for our end-user customers and it's very attractive for our partner of community that we resell with.

So all integrations have their level of challenges. I don't think I underestimated any of them because I lived in Asia for a long time and working with a Korean company and putting it together with a U.S. company, in my mind, was super clear that's not a simple thing to do. And so we built programs to ensure that there was a good cultural understanding on both sides so that we can get that full benefit. We knew what we were walking into. Has it been hard? Of course it has. But we were ready for it. We're not thinking about it now as a separated business as the business is completely integrated. I'm really happy with how it's going.

**A.M. Sacconaghi** - *Sanford C. Bernstein & Co., LLC., Research Division - Senior Analyst*

And how's the -- I mean one of the things that I have heard in talking with some of the sort of copier distribution partners that you've signed up has, in some cases, it's been tough because in almost all cases, those people are repping other companies. And unless there's something really compelling for them to push and try and convince an existing customer to switch, that that's tough, and that's been a challenge in -- when I've spoken with some folks about HP gaining traction. Is that fair? Has that been in line with your expectations?

**Dion J. Weisler** - *HP Inc. - President, CEO & Director*

Yes. Yes, it has been. We never expected that we would displace a -- all of these partners, they have a Tier 1 partner. Sometimes they've got 2 Tier 1 partners, they might have 2 Tier 2 or 3 Tier 2 partners and they have some tertiary people that they deal with. Our goal initially was not to replace Tier 1s. Because these guys have been doing business together for 20, 30 years and they're not going to risk their businesses on an unknown quantity until they get comfortable. So we've really been targeting displacement of the second tier. And I think we've been successful in many cases, but it's still an ongoing sales process for them to understand that. But that has been our strategy and remains our strategy.

**A.M. Sacconaghi** - *Sanford C. Bernstein & Co., LLC., Research Division - Senior Analyst*

Okay. We have about 7 more minutes. So we'll maybe go to a Cramer lightning round. I still want to ask a couple of PC questions. 3D Printing obviously a new announcement recently. What is the...

**Dion J. Weisler** - *HP Inc. - President, CEO & Director*

Which one? We've done many.

**A.M. Sacconaghi** - *Sanford C. Bernstein & Co., LLC., Research Division - Senior Analyst*

Well -- so I actually don't want to go down that rabbit hole, but what is the time frame for this being financially on people's radar screens in this room?

**Dion J. Weisler** - *HP Inc. - President, CEO & Director*

We haven't defined that period of time. I sit back and I make a balanced decision. I run this business as a startup within a very big organization. It's so clear to me, it's not a question of if this happens in the world, it's just when it happens. We have made incredible progress in the time that we've been in this business. We're seeing applications that big customers and small directors, one of them we made that announcement this week, these guys are printing 50,000 inserts a day, 20 million a year, 49 machines. It's a digital factory. And so when you start to break down applications and

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



THOMSON REUTERS

they're disrupting the whole industry, and the only way you can disrupt the industry is through this digital technology. When you start to do that, customer by customer, application by application in the targeted verticals, you're going to make a big dent over time on the $12 trillion manufacturing industry. So there's a lot more work to do. We've taken market leadership here. Our biggest competitor here is inertia. And that's what we are working with a very broad ecosystem to resolve.

**A.M. Sacconaghi** - *Sanford C. Bernstein & Co., LLC., Research Division - Senior Analyst*

Okay. Let's spend a couple of minutes on PCs. So is there a commercial PC upgrade cycle afoot? And are we in the sweet spot of it now? Does it end when the support ends in early 2020? Or does it go on longer than that? How do we think about that?

**Dion J. Weisler** - *HP Inc. - President, CEO & Director*

I think really on 2 dimensions. On the Windows 10 refresh cycle, I still think that's the best estimates in the industry. I don't want to second-guess them. There is about 20% still to go. So I think that does last until 2020 first quarter or so. Having said that, there is still a very large pent-up demand of aging hardware. Before we were giving reasons to customers to upgrade just a couple of years ago, I think from memory and go back and check the numbers, more than 500 million devices out there that were 4-plus years old. And so we've got the dynamic of the normal refresh cycle happening, and we've got this extra dynamic of a lot of pent-up demand. Particularly as tablets have slowed and other alternatives have slowed, people are choosing the device that matters most to them.

**A.M. Sacconaghi** - *Sanford C. Bernstein & Co., LLC., Research Division - Senior Analyst*

Now the upgrade cycle is more commercial. Is pent-up demand more commercial or consumer?

**Dion J. Weisler** - *HP Inc. - President, CEO & Director*

It's both.

**A.M. Sacconaghi** - *Sanford C. Bernstein & Co., LLC., Research Division - Senior Analyst*

Now I think one question or one concern that I've had from investors is, will you have a hangover on the commercial PC side next year where you are enjoying an upgrade cycle growth rate as you highlighted at the beginning was very strong this quarter? I think on the earnings call, you said you expect second half to be good as well. So you're going to create some pretty difficult compares, you're going to have a lot of companies that have done their refresh. And so do you run the risk of sort of having this hangover next year, particularly on the commercial side, where you have really tough comps and you've had people do their upgrades? Do we -- is that a realistic concern?

**Dion J. Weisler** - *HP Inc. - President, CEO & Director*

Yes. Look, we've had tough comps this year. We were double-digit growth last year and we're...

**A.M. Sacconaghi** - *Sanford C. Bernstein & Co., LLC., Research Division - Senior Analyst*

But you did have a cycle. I mean consumers had tough comps and you're seeing tough comps.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.


THOMSON REUTERS

**Dion J. Weisler** - *HP Inc. - President, CEO & Director*

All I would say, if you look back over the last 3 to 4 years, I think we've done an incredible job of reinventing the business and driving a lot of innovation in the business. As a result of that, even when the markets were down double digits, we were doing well. So we don't broadly disagree with the trajectory of where the business is -- as an industry is going to go through the cycles. What I do hold the team accountable for is outpacing the market. And I think we've got a good track record of doing that off the back of innovation, and that's what you should expect from us in the future. So the market's consolidating. The top 3 players are now 64% of the market. Top 4 are 70% of the market. It becomes increasingly difficult. And let's just assume for a second those tariffs do come into play, that doesn't favor a suboptimal supplier, at least in the U.S. market either. So there are dynamics out there and industry trends that would suggest that the scale is helpful and that we can outpace the market.

**A.M. Sacconaghi** - *Sanford C. Bernstein & Co., LLC., Research Division - Senior Analyst*

You talked on your earnings call about -- still having availability issues with Intel processors. Why not push AMD? And have you had success in that?

**Dion J. Weisler** - *HP Inc. - President, CEO & Director*

Yes and yes. There's a lot more in that answer.

**A.M. Sacconaghi** - *Sanford C. Bernstein & Co., LLC., Research Division - Senior Analyst*

Okay. No, I just -- I've heard that it's -- pushing AMD is sometimes hard to do because I believe they're...

**Dion J. Weisler** - *HP Inc. - President, CEO & Director*

It's hard to change commercial behavior. Because I think for the longest time, Intel had done an incredible job in the commercial space of selling the value proposition of Intel. And in many cases, it may be a superior product. But commercial customers had made a decision. In times of extended shortage, a customer then has to choose between, do I have nothing or do I give this a try. And when they give it a try and it's a good experience, barrier has now been broken. So it does take longer in commercial, whereas in consumer they didn't really know or really often care what's inside. It's easier to transition a consumer customer faster. But it's not impossible to convert commercial customers. It's a lot easier doing it in times of shortage, but when they convert, they become a bigger part of your mix.

**A.M. Sacconaghi** - *Sanford C. Bernstein & Co., LLC., Research Division - Senior Analyst*

Final question, 50 seconds. PC margins, you have a guidance range of 3% to 5% out there. You did 4.3% in the quarter. With DRAM falling and components being highly advantageous, why can't we see the high end of the range? I mean when would we ever if we wouldn't see it now?

**Dion J. Weisler** - *HP Inc. - President, CEO & Director*

Well again, for us, it's a longer-term guide. We said 3% to 5%. Do I think 5% is possible? I do. Otherwise, we wouldn't have guided it. But I'm more interested in structural integrity of that guide versus the puts and takes in any given quarter on changes to commodity cost. So at the Securities Analyst Meeting, we talked a lot about changing our mix, premium, gaming, retail point of sales, thin clients, Device as a Service, they're all margin accretive and that's structurally a better way to do it rather than just relying on DRAM decreases in any given quarter.

**A.M. Sacconaghi** - *Sanford C. Bernstein & Co., LLC., Research Division - Senior Analyst*

Dion, thanks very much. We appreciate your time.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**Dion J. Weisler** *- HP Inc. - President, CEO & Director*

You bet. Thank you.

---

**DISCLAIMER**

Thomson Reuters reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON REUTERS OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2019, Thomson Reuters. All Rights Reserved.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2019 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

