**GIBSON, DUNN & CRUTCHER LLP**
BRIAN M. LUTZ, SBN 255976
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306
blutz@gibsondunn.com

LISSA M. PERCOPO (*pro hac vice*)
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Telephone: 202.887.3770
Facsimile: 202.530.9528
lpercopo@gibsondunn.com

**SIDLEY AUSTIN LLP**
SARA B. BRODY, SBN 130222
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: 415.772.1200
sbrody@sidley.com

*Attorneys for Defendants HP Inc., Dion J. Weisler, Catherine A. Lesjak, Steven J. Fieler, and Enrique Lores*

*Additional counsel on following page*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE HP INC. SECURITIES LITIGATION | Case No. 3:20-cv-01260-SI<br><br>**SUPPLEMENTAL DECLARATION OF LISSA M. PERCOPO IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>Date Action Filed: February 19, 2020 |

**WILSON SONSINI GOODRICH & ROSATI**
STEVEN SCHATZ, SBN 118356
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050
Telephone:  650.320.4856
SSchatz@wsgr.com

KATHERINE HENDERSON, SBN 242676
ONE MARKET PLAZA
SPEAR TOWER, SUITE 3300
SAN FRANCISCO, CA 94105-1101
Telephone:  415.947.2065
khenderson@wsgr.com

*Attorneys for Defendant Catherine A. Lesjak*

SUPPLEMENTAL DECLARATION OF LISSA M. PERCOPO
Case No. 3:20-cv-01260

I, LISSA M. PERCOPO, declare and state as follows:

I am an attorney duly licensed by the State Bar of New York and admitted *pro hac vice* to practice before this Court. I am of counsel in the law firm of Gibson, Dunn & Crutcher LLP, and I represent Defendants HP Inc. ("HP" or the "Company"), Dion J. Weisler, Catherine A. Lesjak, Steven J. Fieler, and Enrique Lores (the "Individual Defendants") (HP and the Individual Defendants, together, "Defendants") in the above-captioned case. I make this Supplemental Declaration in support of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint for Violations of the Federal Securities Laws, filed June 4, 2021 (ECF No. 92), and their reply in support of that motion, filed concurrently herewith.

1. Attached hereto as **Exhibit 17** is an excerpt of a true and correct copy of a transcript of HP Inc.'s September 15, 2015 Securities Analyst Meeting.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 9th day of July, 2021 at Washington, D.C.

By: */s/ Lissa M. Percopo*
Lissa M. Percopo

SUPPLEMENTAL DECLARATION OF LISSA M. PERCOPO
Case No. 3:20-cv-01260

Gibson, Dunn &
Crutcher LLP