UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRICAL WORKERS PENSION FUND, LOCAL 103, I.B.E.W., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HP INC., et al.,<br><br>Defendants. | Case No. 20-cv-01260-SI<br><br>**JUDGMENT**<br>Re: Dkt. No. 92 |

Plaintiffs' Second Amended Complaint has been dismissed without leave to amend. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: September 15, 2021

_____
SUSAN ILLSTON
United States District Judge