UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 16 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF RHODE ISLAND, OFFICE OF THE GENERAL TREASURER, ON BEHALF OF THE EMPLOYEES' RETIREMENT SYSTEM OF RHODE ISLAND, Individually and on Behalf of All Others Similarly Situated; IRON WORKERS LOCAL 580 JOINT FUNDS, Individually and on Behalf of All Others Similarly Situated, | No. 21-16718<br><br>D.C. No. 3:20-cv-01260-SI<br>Northern District of California, San Francisco<br><br>ORDER |

Plaintiffs-Appellants,

 and

ELECTRICAL WORKERS PENSION FUND, LOCAL 103, I.B.E.W.,

Plaintiff,

  v.

HP, INC.; et al.,

Defendants-Appellees.

The parties' requests to remove Christoph Schell as an appellee in this matter (Docket Entry Nos. 4 and 5) are granted. The Clerk will amend the docket to reflect that Schell is not a party to this appeal.

Appellees' request to remove the related case designation with respect to appeal No. 21-55589 (Docket Entry No. 5) is moot.

LCC/MOATT

The existing briefing schedule remains in effect.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By:  Lance C. Cidre
Deputy Clerk
Ninth Circuit Rule 27-7