# Exhibit 4

**KESSLER TOPAZ MELTZER**
**& CHECK, LLP**
Jennifer L. Joost, Esq.
Stacey M. Kaplan, Esq.
One Sansome Street, Suite 1850
San Francisco, CA  94104
Telephone: (415) 400-3000

**BERNSTEIN LITOWITZ BERGER**
**& GROSSMANN LLP**
John J. Rizio-Hamilton, Esq.
Jeremy P. Robinson, Esq.
1251 Avenue of the Americas
New York, NY  10020
Telephone: (215) 554-1400

*Lead Counsel for Lead Plaintiffs and*
*the Settlement Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HP INC. SECURITIES LITIGATION | Case No. 20-cv-01260-SI |
| | **JOINT DECLARATION OF JENNIFER L. JOOST AND JEREMY P. ROBINSON IN SUPPORT OF LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |

Jennifer L. Joost and Jeremy P. Robinson, declare as follows:

1.    I, Jennifer L. Joost, am a partner in the law firm Kessler Topaz Meltzer & Check, LLP ("KTMC"), counsel for Lead Plaintiff State of Rhode Island, Office of the General Treasurer, on behalf of the Employees' Retirement System of Rhode Island, and co-Lead Counsel for the proposed Settlement Class in the above-captioned action (the "Action").

2.    I, Jeremy P. Robinson, am a partner in the law firm Bernstein Litowitz Berger & Grossmann LLP ("BLB&G" and, together with KTMC, "Lead Counsel"), counsel for Lead Plaintiff Iron Workers Local 580 Joint Funds, and co-Lead Counsel for the proposed Settlement Class in the Action.

3.    We submit this declaration in support of Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement (the "Motion") and to provide information required by the United States District Court for the Northern District of California's Procedural Guidance for Class Action Settlements. The following statements are based on our personal knowledge and information provided by other Lead Counsel attorneys working under our supervision, and if called on to do so, we could and would testify competently thereto.

4.    In connection with the Motion, Lead Counsel request that the Court approve the retention of A.B. Data, Ltd. ("A.B. Data"), an independent settlement and claims administrator with extensive experience handling the administration of securities class actions, to provide notice and claims administration services in the Action under the supervision of Lead Counsel. These services will include disseminating notice of the Settlement to potential Settlement Class Members, receiving requests for exclusion from the Settlement Class, receiving and processing Claims, calculating payment amounts for eligible Claimants under the Court-approved plan of allocation, distributing payments to eligible Claimants, and responding to Settlement Class Member inquiries.

5.    Lead Counsel selected A.B. Data after a "request for proposal" process during which Lead Counsel solicited proposals for notice and administration services from four experienced settlement administration firms. Lead Counsel requested each of the firms describe their qualifications and set forth their proposed fees and costs for the engagement.

JOINT DECL. ISO MOTION FOR
PRELIMINARY APPROVAL
                                                                Case No. 3:20-cv-01260-SI

6. All four administrators who were sent a request for proposal submitted a response. All four administrators proposed notifying the Settlement Class by sending notice by first-class mail to all potential Settlement Class Members who could be identified and all four administrators proposed similar methods of processing Claims received and mailing payment to eligible Claimants. Lead Counsel then compared the submitted proposals, taking into consideration each administrator's estimated cost to disseminate notice and to administer the Settlement. A.B. Data's proposed fees and cost structures resulted in the lowest estimated total cost of the four bids received (although the exact costs will ultimately depend on factors such as the number of notices mailed and number of Claims received, as well as other contingencies). In addition, based on its substantial prior experience with A.B. Data, Lead Counsel believe A.B. Data possesses the requisite experience and capacity to do a reliable and competent job. Accordingly, Lead Counsel have selected A.B. Data to serve as Claims Administrator for this engagement, subject to the Court's approval.

7. In the past two years, KTMC has engaged A.B. Data to serve as the notice administrator or claim administrator in 15 actions (in addition to *HP*) in which KTMC acted as class counsel or co-class counsel. By way of comparison, KTMC selected a notice or claims administrator in a total of 29 new engagements (other than *HP*) during this same two-year period, so A.B. Data was selected as the administrator in 52% of the new engagements during that period. A.B. Data also continued to perform ongoing work during this period on settlements and other engagements with KTMC which began more than two years ago.

8. In the past two years, BLB&G has engaged A.B. Data to serve as the notice administrator or claim administrator in 16 actions (in addition to *HP*) in which BLB&G acted as class counsel or co-class counsel. By way of comparison, BLB&G selected a notice or claims administrator in a total of 35 new engagements (other than *HP*) during this same two-year period, so A.B. Data was selected as the administrator in 46% of the new engagements during that period. A.B. Data also continued to perform ongoing work during this period on settlements and other engagements with BLB&G which began more than two years ago.

9. Based on Lead Counsel's extensive experience and oversight of A.B. Data in providing notice and settlement administrative services in previous securities class actions, Lead

Counsel have found A.B. Data to be a highly competent and reliable notice and claims administrator, with competitive pricing compared to similar firms.

We declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of March, 2023.


_/s/ Jennifer L. Joost_                               _/s/ Jeremy P. Robinson_
Jennifer L. Joost                                    Jeremy P. Robinson

**ATTESTATION PURSUANT TO CIV. L.R. 5-1(h)(3)**

Pursuant to Civ. L.R. 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

*/s/ Jeremy P. Robinson*
Jeremy P. Robinson

JOINT DECL. ISO MOTION FOR
PRELIMINARY APPROVAL

4

Case No. 3:20-cv-01260-SI