**GIBSON, DUNN & CRUTCHER LLP**
BRIAN M. LUTZ, SBN 255976
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306
blutz@gibsondunn.com

LISSA M. PERCOPO (*pro hac vice*)
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Telephone: 202.887.3770
Facsimile: 202.530.9528
lpercopo@gibsondunn.com

**SIDLEY AUSTIN LLP**
SARA B. BRODY, SBN 130222
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone:  415.772.1200
sbrody@sidley.com

*Attorneys for Defendants HP Inc., Dion J.*
*Weisler, Catherine A. Lesjak, Steven J. Fieler,*
*and Enrique Lores*

*Additional counsel on following page*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE HP INC. SECURITIES LITIGATION | Case No. 3:20-cv-01260-SI |
| | **DECLARATION OF BRIAN M. LUTZ REGARDING DEFENDANTS' CAFA MAILING** |
| | Date Action Filed: February 19, 2020 |

Gibson, Dunn &
Crutcher LLP

**WILSON SONSINI GOODRICH & ROSATI**
STEVEN SCHATZ, SBN 118356
650 PAGE MILL ROAD
PALO ALTO, CA 94304-1050
Telephone:  650.320.4856
SSchatz@wsgr.com

KATHERINE HENDERSON, SBN 242676
ONE MARKET PLAZA
SPEAR TOWER, SUITE 3300
SAN FRANCISCO, CA 94105-1101
Telephone:  415.947.2065
khenderson@wsgr.com

*Attorneys for Defendant Catherine A. Lesjak*

DECLARATION OF BRIAN M. LUTZ
Case No. 3:20-cv-01260

I, Brian M. Lutz, declare and state as follows:

1.    I am a partner with the law firm of Gibson, Dunn & Crutcher LLP.  I represent Defendants HP Inc., Dion J. Weisler, Catherine A. Lesjak, Steven J. Fieler, and Enrique Lores (collectively, "Defendants") in this matter.

2.    Pursuant to paragraph 20 of the parties' Stipulation and Agreement of Settlement (Dkt. No. 118-1), I submit this Declaration detailing Defendants' compliance with the notice requirements of the Class Action Fairness Act, 28 U.S.C. § 1711, *et seq.* ("CAFA").

3.    On March 9, 2023, Defendants caused the letter attached hereto as **Exhibit A** ("CAFA Notice") to be sent to the Attorney General of the United States via certified mail, return receipt requested, providing notice of the proposed settlement in this action in accordance with 28 U.S.C.§ 1715.  The same CAFA Notice was also sent to the attorneys general of all U.S. states and territories or their designated representatives (modifying only the addressee information).  At the Court's request, a copy of each individual CAFA Notice that was sent can be provided.

4.    Attached hereto as **Exhibit B** is a list of the recipients to whom the CAFA Notices were sent.

5.    Pursuant to 28 U.S.C. § 1715(b), the CAFA Notices enclosed copies of: the complaints filed in this action (Dkt. Nos. 1, 35, 89); the orders granting Defendants' motions to dismiss the complaints (Dkt. Nos. 83, 112); this Court's judgment (Dkt. No. 113);  Lead Plaintiff's unopposed motion for preliminary approval of the settlement (Dkt. No. 118); and documents filed in conjunction with the motion for preliminary approval of the settlement, including the Stipulation and Agreement of Settlement (Dkt. No. 118-1), the proposed order preliminarily approving the settlement (Dkt. Nos. 118-1, 118-2), the proposed notices for the proposed settlement (Dkt. Nos. 118-1, 118-2), the proposed proof of claim and release form (Dkt. Nos. 118-1, 118-2), and the proposed judgment approving the settlement (Dkt. No. 118-1).  The CAFA Notices also provided notice that at this time a complete list of putative class members does not exist, and that Defendants do not at present have information to estimate the number of putative class members residing in each state.

6.    To the best of my knowledge, Defendants have fully complied with CAFA and have satisfied all of their obligations thereunder.

1

DECLARATION OF BRIAN M. LUTZ
Case No. 3:20-cv-01260

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 20th day of March, 2023 at San Francisco, California.


By: */s/ Brian M. Lutz*
Brian M. Lutz

Gibson, Dunn & Crutcher LLP

2

DECLARATION OF BRIAN M. LUTZ
Case No. 3:20-cv-01260

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of March, 2023, the foregoing document was filed using the Court's CM/ECF system.  In addition, (1) the filing is available for viewing and downloading via the CM/ECF system, and (2) the CM/ECF system will send notification of this filing to all attorneys of record who have registered for CM/ECF updates.

　　　　　　　　　　　　　　　　　　　/s/ *Brian M. Lutz*
　　　　　　　　　　　　　　　　　　　Brian M. Lutz

Gibson, Dunn &
Crutcher LLP

3

DECLARATION OF BRIAN M. LUTZ
Case No. 3:20-cv-01260