# EXHIBIT A

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Tel 415.393.8200
www.gibsondunn.com

Brian M. Lutz
Direct: +1 415.393.8379
Fax: +1 415.374.8474
BLutz@gibsondunn.com

March 9, 2023

VIA USPS CERTIFIED MAIL, RETURN RECEIPT REQUESTED

U.S. Attorney General Merrick Garland
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530-0001

Re:   Notice of Proposed Settlement in *In re HP Inc. Securities Litigation*, Case No. 20-cv-01260-SI (N.D. Cal.)

Dear Attorney General Garland:

Pursuant to 28 U.S.C. § 1715, enacted as part of the Class Action Fairness Act of 2005, Defendants HP Inc. ("HP"); Dion J. Weisler; Catherine A. Lesjak; Steven J. Fieler; and Enrique Lores (collectively, "Defendants") hereby provide your office with notice of a proposed settlement in the above-referenced matter (the "Litigation") pending in the United States District Court for the Northern District of California (the "Court"). The Litigation asserts claims under §§10(b), 20(a), and 20A of the Securities Exchange Act of 1934, and Rule 10b-5 promulgated thereunder. The case does not involve any state law claims.

The proposed Settlement Class (the "Class") consists of all persons and entities who purchased or otherwise acquired the common stock of HP between February 23, 2017 and October 3, 2019, inclusive, and were damaged thereby. Excluded from the Settlement Class are Defendants, the Officers and directors of HP at all relevant times, members of their Immediate Families and their legal representatives, heirs, agents, affiliates, successors or assigns, Defendants' liability insurance carriers and any affiliates or subsidiaries thereof, and any entity in which Defendants or their Immediate Families have or had a controlling interest. Also excluded from the Settlement Class are any persons and entities who or which submit a timely and valid request for exclusion from the Settlement Class in accordance with the requirements for requesting exclusion provided in the Notice or that is otherwise accepted by the Court.[1]

In conjunction with this notice, please find copies of the following documents on the enclosed CD:

---

[1] Unless otherwise defined herein, capitalized terms have the same meaning as they have in the Stipulation and Agreement of Settlement.

Beijing · Brussels · Century City · Dallas · Denver · Dubai · Frankfurt · Hong Kong · Houston · London · Los Angeles · Munich
New York · Orange County · Palo Alto · Paris · San Francisco · São Paulo · Singapore · Washington, D.C.

**GIBSON DUNN**

Attorney General Garland
March 9, 2023
Page 2

1. Complaint for Violations of the Federal Securities Laws and Demand for Jury Trial (February 19, 2020) (Dkt. No. 1) (**Attachment A**);

2. First Amended Complaint for Violations of the Federal Securities Laws and Demand for Jury Trial (July 20, 2020) (Dkt. No. 35) (**Attachment B**);

3. Order Granting Defendants' Motion to Dismiss First Amended Complaint for Violations of the Federal Securities Laws and Demand for Jury Trial (March 19, 2021) (Dkt. No. 83) (**Attachment C**);

4. Second Amended Complaint for Violations of the Federal Securities Laws and Demand for Jury Trial and Exhibit A thereto (May 3, 2021) (Dkt. Nos. 89, 89-1) (**Attachment D**);

5. Order Granting Defendants' Motion to Dismiss Second Amended Complaint for Violations of the Federal Securities Laws and Demand for Jury Trial (September 15, 2021) (Dkt. No. 112) (**Attachment E**);

6. Judgment (September 15, 2021) (Dkt. No. 113) (**Attachment F**);

7. Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement and Memorandum of Points and Authorities in Support Thereof (March 3, 2023) (Dkt. No. 118) (**Attachment G**), and concurrently filed documents which include the below:

   a. Stipulation and Agreement of Settlement (March 3, 2023) (Dkt. No. 118-1) (**Attachment H**) ("Stipulation");

   b. Stipulation Ex. A (Proposed Order Preliminarily Approving Settlement and Providing for Notice) (also filed as Dkt. No. 118-2 and included as **Attachment I**);

   c. Stipulation Ex. A-1 (Proposed Postcard Notice);

   d. Stipulation Ex. A-2 (Proposed Notice);

   e. Stipulation Ex. A-3 (Proposed Summary Notice); and

   f. Stipulation Ex. A-4 (Proposed Proof of Claim and Release Form); and

   g. Stipulation Ex. B (Proposed Judgment Approving Class Action Settlement).

**GIBSON DUNN**

Attorney General Garland
March 9, 2023
Page 3

As reflected in Paragraph 36 of the Stipulation, the parties entered into a confidential Supplemental Agreement that permits HP to terminate the proposed Settlement in the event that persons who would otherwise be members of the Settlement Class who purchased or otherwise acquired equal to or more than a certain number of shares of HP common stock subject to this Settlement exclude themselves from the Class. The Supplemental Agreement may be filed under seal and/or any of its terms may be disclosed in camera to the Court if the Court so orders.

Defendants do not currently have access to information sufficient to identify and provide the names of putative Settlement Class Members who reside in each state, or to estimate the number of putative Settlement Class Members residing in each state. The Claims Administrator will notify potential Settlement Class Members by Postcard Notice, by posting copies of the Notice and Claim form to the website to be developed for the Settlement (www.HPSecuritiesSettlement.com), by publishing notice of the Settlement once in *The Wall Street Journal* and once in *PR Newswire*, and by disseminating notice of the Settlement to brokers and other nominees contained in the Claims Administrator's database. Accordingly, it is not possible at this time to provide a reasonable estimate of the number of Settlement Class Members residing in each state or the proportionate share of the claims of such Settlement Class Members to the entire Settlement.

Counsel for the Class filed the parties' proposed Stipulation and Agreement of Settlement and associated documents with the Court on March 3, 2023. At this time, there are no written judicial opinions relating to the proposed notice to the Class, the preliminary or final approval of the Settlement, or other matters discussed in 28 U.S.C. § 1715(b)(3)–(6). A Motion Hearing currently is set for April 7, 2023 at 10:00 AM PST in San Francisco, Courtroom 01, 17th Floor before Judge Susan Illston. Notice of further scheduled hearings or relevant judicial opinions may be found by visiting the "PACER" online docket for the above-captioned matter at: https://ecf.cand.uscourts.gov/cgi-bin/ShowIndex.pl.

Should you have any questions regarding this matter, please do not hesitate to contact me directly.

Sincerely,

Brian M. Lutz
GIBSON, DUNN & CRUTCHER
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921

**GIBSON DUNN**

Attorney General Garland
March 9, 2023
Page 4


(415) 393-8379
BLutz@gibsondunn.com

*Counsel for Defendants HP Inc.; Dion J.
Weisler; Catherine A. Lesjak; Steven J.
Fieler; and Enrique Lores*


/s/ Steven M. Schatz
Steven M. Schatz
WILSON, SONSINI, GOODRICH &
ROSATI
650 Page Mill Road
Palo Alto, CA  94304
(650) 320-4856
SSchatz@wsgr.com

*Counsel for Defendant Catherine A. Lesjak*


Enclosure with Attachments