# EXHIBIT B

| No. | Jurisdiction | Recipient Name and Address |
|---|---|---|
| 1 | United States | U.S. Attorney General Merrick Garland<br>Office of the Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, D.C. 20530-0001 |
| 2 | Alabama | Attorney General Steve Marshall<br>Office of the Attorney General<br>501 Washington Avenue<br>P.O. Box 300152<br>Montgomery, AL 36130-0152 |
| 3 | Alaska | Attorney General Treg R. Taylor<br>Office of the Attorney General<br>Alaska Department of Justice<br>1031 West 4th Avenue, Suite 200<br>Anchorage, AK 99501-1994 |
| 4 | Arizona | Attorney General Kris Mayes<br>Office of the Attorney General<br>2005 N. Central Avenue<br>Phoenix, AZ 85004-2926 |
| 5 | Arkansas | Attorney General Tim Griffin<br>Office of the Attorney General<br>323 Center Street, Suite 200<br>Little Rock, AR 72201-2610 |
| 6 | California | Attorney General Rob Bonta<br>Attn: CAFA Coordinator<br>Office of the Attorney General<br>Consumer Protection Section<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102 |
| 7 | Colorado | Attorney General Phil Weiser<br>Office of the Attorney General<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 |
| 8 | Connecticut | Attorney General William Tong<br>Office of the Attorney General<br>165 Capitol Avenue<br>Hartford, CT 06106 |
| 9 | Delaware | Attorney General Kathy Jennings<br>Office of the Attorney General<br>Carvel State Office Building<br>820 N. French Street<br>Wilmington, DE 19801 |

| 10 | District of Columbia | Attorney General Brian L. Schwalb<br>Office of the Attorney General<br>400 6th Street, NW<br>Washington, D.C. 20001 |
|---|---|---|
| 11 | Florida | Attorney General Ashley Moody<br>Office of the Attorney General<br>The Capitol PL-01<br>Tallahassee, FL 32399-1050 |
| 12 | Georgia | Attorney General Chris Carr<br>Office of the Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334-1300 |
| 13 | Hawaii | Attorney General Anne E. Lopez<br>Office of the Attorney General<br>425 Queen Street<br>Honolulu, HI 96813 |
| 14 | Idaho | Attorney General Raúl R. Labrador<br>Office of the Attorney General<br>700 W. Jefferson Street, Suite 210<br>P.O. Box 83720<br>Boise, ID 83720-1000 |
| 15 | Illinois | Attorney General Kwame Raoul<br>Office of the Attorney General<br>100 West Randolph Street<br>Chicago, IL 60601 |
| 16 | Indiana | Attorney General Todd Rokita<br>Office of the Attorney General<br>Indiana Government Center South<br>302 W. Washington Street, 5th Floor<br>Indianapolis, IN 46204 |
| 17 | Iowa | Attorney General Brenna Bird<br>Office of the Attorney General<br>Hoover State Office Building<br>1305 E. Walnut Street<br>Des Moines, IA 50319 |
| 18 | Kansas | Attorney General Kris Kobach<br>Office of the Attorney General<br>120 SW 10th Avenue, 2nd Floor<br>Topeka, KS 66612-1597 |
| 19 | Kentucky | Attorney General Daniel Cameron<br>Office of the Attorney General<br>700 Capitol Avenue, Suite 118<br>Frankfort, KY 40601-3449 |

| 20 | Louisiana | Attorney General Jeff Landry<br>Office of the Attorney General<br>P.O. Box 94005<br>Baton Rouge, LA 70804 |
|----|-----------|------------------------------------|
| 21 | Maine | Attorney General Aaron Frey<br>Office of the Attorney General<br>6 State House Station<br>Augusta, ME 04333 |
| 22 | Maryland | Attorney General Anthony G. Brown<br>Office of the Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202-2202 |
| 23 | Massachusetts | Attorney General Andrea Campbell<br>Office of the Attorney General<br>Attn: CAFA Coordinator/General Counsel's Office<br>1 Ashburton Place, 20th Floor<br>Boston, MA 02108-1698 |
| 24 | Michigan | Attorney General Dana Nessel<br>Office of the Attorney General<br>G. Mennen Williams Building<br>525 W. Ottawa Street<br>P.O. Box 30212<br>Lansing, MI 48909-0212 |
| 25 | Minnesota | Attorney General Keith Ellison<br>Office of the Minnesota Attorney General<br>445 Minnesota Street, Suite 1400<br>St. Paul, MN 55101-2131 |
| 26 | Mississippi | Attorney General Lynn Fitch<br>Office of the Attorney General<br>Department of Justice<br>P.O. Box 220<br>Jackson, MS 39205 |
| 27 | Missouri | Attorney General Andrew Bailey<br>Missouri Attorney General's Office<br>Supreme Court Building<br>207 West High Street<br>P.O. Box 899<br>Jefferson City, MO 65102 |
| 28 | Montana | Attorney General Austin Knudsen<br>Office of the Attorney General<br>Justice Building, Third Floor<br>215 N. Sanders Street<br>P.O. Box 201401<br>Helena, MT 59620-1401 |

| 29 | Nebraska | Attorney General Mike Hilgers<br>Nebraska Attorney General's Office<br>2115 State Capitol<br>PO Box 98920<br>Lincoln, NE 68509 |
|---|---|---|
| 30 | Nevada | Attorney General Aaron D. Ford<br>Office of the Attorney General<br>100 N. Carson Street<br>Carson City, NV 89701 |
| 31 | New Hampshire | Attorney General John M. Formella<br>New Hampshire Department of Justice<br>33 Capitol Street<br>Concord, NH 03301 |
| 32 | New Jersey | Attorney General Matthew J. Platkin<br>Office of the Attorney General<br>Richard J. Hughes Justice Complex<br>25 Market Street, P.O. Box 080<br>Trenton, NJ 08625-0080 |
| 33 | New Mexico | Attorney General Raúl Torrez<br>Office of the Attorney General<br>408 Galisteo Street<br>Villagra Building<br>Santa Fe, NM 87501 |
| 34 | New York | Attorney General Letitia A. James<br>Attn: CAFA Coordinator<br>Office of the Attorney General<br>28 Liberty Street, 15th Floor<br>New York, NY 10005 |
| 35 | North Carolina | Attorney General Josh Stein<br>Office of the Attorney General<br>9001 Mail Service Center<br>Raleigh, NC 27699-9001 |
| 36 | North Dakota | Attorney General Drew H. Wrigley<br>Office of the Attorney General<br>600 E. Boulevard Avenue, Dept. 125<br>Bismarck, ND 58505-0040 |
| 37 | Ohio | Attorney General Dave Yost<br>Ohio Attorney General<br>30 E. Broad Street, 14th Floor<br>Columbus, OH 43215 |
| 38 | Oklahoma | Attorney General Gentner Drummond<br>Office of the Oklahoma Attorney General<br>313 NE 21st Street<br>Oklahoma City, OK 73105 |

| 39 | Oregon | Attorney General Ellen F. Rosenblum<br>Office of the Attorney General<br>Oregon Department of Justice<br>1162 Court Street, NE<br>Salem, OR 97301-4096 |
|---|---|---|
| 40 | Pennsylvania | Attorney General Josh Shapiro<br>Pennsylvania Office of the Attorney General<br>16th Floor, Strawberry Square<br>Harrisburg, PA 17120 |
| 41 | Rhode Island | Attorney General Peter F. Neronha<br>Office of the Attorney General<br>150 South Main Street<br>Providence, RI 02903 |
| 42 | South Carolina | The Honorable Alan Wilson<br>Office of the Attorney General<br>P.O. Box 11549<br>Columbia, SC 29211 |
| 43 | South Dakota | Attorney General Marty J. Jackley<br>Office of the Attorney General<br>1302 E Hwy 14, Suite 1<br>Pierre, SD 57501-8501 |
| 44 | Tennessee | Attorney General Jonathan Skrmetti<br>Office of the Attorney General and Reporter<br>P.O. Box 20207<br>Nashville, TN 37202-0207 |
| 45 | Texas | Attorney General Ken Paxton<br>Office of the Attorney General<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| 46 | Utah | Attorney General Sean D. Reyes<br>Office of the Attorney General<br>PO Box 142320<br>Salt Lake City, UT 84114-2320 |
| 47 | Vermont | Attorney General Charity R. Clark<br>Vermont Attorney General's Office<br>109 State Street<br>Montpelier, VT 05609 |
| 48 | Virginia | Attorney General Jason S. Miyares<br>Office of the Attorney General<br>202 North Ninth Street<br>Richmond, VA 23219 |

| 49 | Washington | Attorney General Bob Ferguson<br>Office of the Attorney General<br>1125 Washington Street SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 |
|----|------------|---|
| 50 | West Virginia | Attorney General Patrick Morrisey<br>Office of the Attorney General<br>State Capitol Complex<br>Building 1, Room E-26<br>1900 Kanawha Blvd. E<br>Charleston, WV 25305 |
| 51 | Wisconsin | Attorney General Josh Kaul<br>Office of the Attorney General<br>Wisconsin Department of Justice<br>P.O. Box 7857<br>Madison, WI 53707-7857 |
| 52 | Wyoming | Attorney General Bridget Hill<br>Office of the Attorney General<br>109 State Capitol<br>Cheyenne, WY 82002 |
| 53 | American Samoa | Attorney General Fainu'ulelei Falefatu Ala'ilima-Utu<br>Office of the Attorney General<br>Executive Office Building, 3rd Floor<br>P.O. Box 7<br>Utulei, American Samoa 96799 |
| 54 | Guam | Attorney General Douglas B. Moylan<br>Office of the Attorney General<br>ITC Building<br>590 S. Marine Corps Drive, Suite 901<br>Tamuning, Guam 96913 |
| 55 | Puerto Rico | Secretario de Justicia Domingo Emanuelli Hernández<br>Oficina del Secretario de Justicia<br>P.O. Box 9020192<br>San Juan, PR 00902-0192 |
| 56 | Northern Mariana Islands | Attorney General Edward E. Manibusan<br>Office of the Attorney General<br>Caller Box 10007<br>Saipan, MP 96950 |
| 57 | U.S. Virgin Islands | Acting Attorney General Carol Thomas-Jacobs<br>Office of the Attorney General<br>3438 Kronprindsens Gade<br>GERS Building, 2nd Floor<br>St. Thomas, Virgin Islands 00802 |