**KESSLER TOPAZ MELTZER**
    **& CHECK, LLP**
Jennifer L. Joost
Stacey M. Kaplan
One Sansome Street, Suite 1850
San Francisco, CA  94104
Telephone: (415) 400-3000

**BERNSTEIN LITOWITZ BERGER**
    **& GROSSMANN LLP**
John J. Rizio-Hamilton
Jeremy P. Robinson
1251 Avenue of the Americas
New York, NY  10020
Telephone: (215) 554-1400

*Lead Counsel for Lead Plaintiffs and the Settlement
Class*

[Additional Counsel Appear on Signature Page]

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| IN RE HP INC. SECURITIES LITIGATION | Case No. 3:20-cv-01260-SI |
|---|---|
| | <u>CLASS ACTION</u> |
| | **REPLY AND NOTICE OF NON-OPPOSITION TO LEAD PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |
| | Judge:           Hon. Susan Illston<br>Courtroom:   1 – 17th Floor<br>Date:            April 7, 2023<br>Time:           10:00 a.m. |

REPLY AND NOTICE OF NON-OPPOSITION
TO LEAD PLAINTIFFS' MOTION FOR
PRELIMINARY APPROVAL OF
SETTLEMENT

Case No. 3:20-cv-01260-SI

On March 3, 2023, Lead Plaintiffs State of Rhode Island, Office of the General Treasurer, on behalf of the Employees' Retirement System of Rhode Island, and Iron Workers Local 580 Joint Funds ("Lead Plaintiffs") filed a motion for preliminary approval of the proposed Settlement in this Action (ECF No. 118) (the "Motion"). [1] Any opposition to the Motion was due by March 17, 2023. *See* N.D. Cal. Local Civil Rule 7-3(a). No opposition was filed, Defendants do not oppose the Motion, and the Motion is fully briefed and ready for disposition.

For the reasons set forth in the Motion, Lead Plaintiffs respectfully request that the Court preliminarily approve the proposed Settlement of this Action; approve the form and manner of giving notice of the proposed Settlement to the Settlement Class; and schedule a final settlement hearing before the Court for 110 calendar days after entry of the Preliminary Approval Order, or as soon thereafter as the Court's schedule permits.

Dated:  March 24, 2023

Respectfully Submitted,

**KESSLER TOPAZ MELTZER
  & CHECK, LLP**

*/s/ Jennifer L. Joost*
Jennifer L. Joost (Bar No. 296164)
Stacey M. Kaplan (Bar No. 241989)
One Sansome Street, Suite 1850
San Francisco, CA  94104
Telephone: (415) 400-3000

-and-

Gregory M. Castaldo (admitted *pro hac vice*)
Evan R. Hoey
280 King of Prussia Rd.
Radnor, PA  19087
Telephone: (610) 667-7706

---

[1] Unless otherwise indicated, capitalized terms have the definitions given to them in the Stipulation and Agreement of Settlement, dated March 2, 2023 (ECF No. 118-1).

*Counsel for Lead Plaintiff the State of Rhode Island, Office of the General Treasurer, on behalf of the Employees' Retirement System of Rhode Island and Co-Lead Counsel for the Settlement Class*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Jeremy P. Robinson*

John J. Rizio-Hamilton (admitted *pro hac vice*)
Jeremy P. Robinson (admitted *pro hac vice*)
Alexander T. Payne (admitted *pro hac vice*)
Benjamin W. Horowitz (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, NY  10020
Telephone: (215) 554-1400

-and-

Jonathan D. Uslaner (Bar No. 256898)
2121 Avenue of the Stars, Suite 2575
Los Angeles, California 90067
Tel: (310) 819-3470

*Counsel for Lead Plaintiff Iron Workers Local 580 Joint Funds and Co-Lead Counsel for the Settlement Class*

REPLY AND NOTICE OF NON-OPPOSITION TO LEAD PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT — 2 — Case No. 3:20-cv-01260-SI

**ATTESTATION PURSUANT TO CIV. L.R. 5-1(h)(3)**

Pursuant to Civ. L.R. 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

*/s/ Jeremy P. Robinson*
Jeremy P. Robinson