# EXHIBIT 2

**KESSLER TOPAZ MELTZER**
    **& CHECK, LLP**
Jennifer L. Joost (Bar No. 296164)
(jjoost@ktmc.com)
Stacey M. Kaplan (Bar No. 241989)
(skaplan@ktmc.com)
One Sansome Street, Suite 1850
San Francisco, CA  94104
Telephone: (415) 400-3000

**BERNSTEIN LITOWITZ BERGER**
    **& GROSSMANN LLP**
John J. Rizio-Hamilton (admitted *pro hac vice*)
(johnr@blbglaw.com)
Jeremy P. Robinson (admitted *pro hac vice*)
(jeremy@blbglaw.com)
1251 Avenue of the Americas
New York, NY  10020
Telephone: (215) 554-1400

*Lead Counsel for Lead Plaintiffs and the*
*Settlement Class*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE HP INC. SECURITIES LITIGATION | Case No. 3:20-cv-01260-SI |
| | <u>CLASS ACTION</u> |
| | **DECLARATION OF EILEEN CHENG, GENERAL COUNSEL FOR THE STATE OF RHODE ISLAND, OFFICE OF THE GENERAL TREASURER, ON BEHALF OF THE EMPLOYEES' RETIREMENT SYSTEM OF RHODE ISLAND IN SUPPORT OF (I) LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION, AND (II) LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES** |
| | Judge:    Hon. Susan Illston |
| | Date:    July 28, 2023 |
| | Time:    10:00 a.m. |

CHENG DECL.                                                    Case No. 3:20-cv-01260-SI

Eileen Cheng, declares as follows:

1.    I am General Counsel for the State of Rhode Island, Office of the General Treasurer, on behalf of the Employees' Retirement System of Rhode Island ("Rhode Island"), one of the Court-appointed Lead Plaintiffs in the above-captioned securities class action ("Action").[1] I submit this Declaration in support of (a) Lead Plaintiffs' motion for final approval of the proposed Settlement and Plan of Allocation, and (b) Lead Counsel's motion for attorneys' fees and Litigation Expenses.

2.    I am aware of and understand the requirements and responsibilities of a class representative in a securities class action, including those set forth in the Private Securities Litigation Reform Act of 1995 ("PSLRA"). I have personal knowledge of the matters set forth in this Declaration, as I, along with other current and former Rhode Island employees, have been directly involved in monitoring and overseeing the prosecution of the Action, as well as the negotiations leading to the Settlement, and I could and would testify competently to these matters.

## I.    Rhode Island's Oversight of the Action

3.    Rhode Island is a public pension fund that provides retirement, disability, and survivor benefits to public employees of the State of Rhode Island. Rhode Island manages more than $10 billion in state pension assets on behalf of its active and retired participants. Rhode Island purchased a significant amount of HP Inc. common stock during the Class Period and suffered damages as a result of the violations of the federal securities laws alleged in the Action.

4.    On May 20, 2020, the Court entered an Order appointing Rhode Island as one of the Lead Plaintiffs in the Action pursuant to the PSLRA (together with Iron Workers Local 580 Joint Funds), and approved Lead Plaintiffs' selection of Kessler Topaz Meltzer & Check, LLP ("KTMC") and Bernstein Litowitz Berger & Grossmann LLP as Lead Counsel.

5.    Rhode Island monitored and was actively involved in all material aspects of the prosecution and resolution of the Action. On behalf of Rhode Island, I and/or other Rhode Island

---

[1]    Unless otherwise defined in this Declaration, all capitalized terms have the meanings set forth in the Stipulation and Agreement of Settlement dated March 2, 2023. ECF No. 118-1.

personnel received periodic status reports from KTMC on case developments and participated in discussions with counsel concerning the prosecution of the Action, the strengths of and risks to the claims, and potential settlement. In particular, throughout the course of the Action, I and/or other Rhode Island personnel: (a) regularly communicated with KTMC by email and telephone calls regarding the posture and progress of the case; (b) reviewed all significant pleadings and briefs filed in this Action; (c) consulted with KTMC concerning the settlement negotiations as they progressed; and (d) evaluated and approved the proposed Settlement.

II.    **Rhode Island Strongly Endorses Approval of the Settlement**

6.    Based on its involvement throughout the prosecution and resolution of the Action, Rhode Island believes that the proposed Settlement is fair, reasonable, and adequate to the Settlement Class. Rhode Island believes that the Settlement represents a favorable recovery for the Settlement Class, in light of the Court's dismissal of the Action, and the other significant risks of continuing to prosecute the claims in this case. Therefore, Rhode Island endorses approval of the Settlement by the Court.

III.    **Rhode Island Approves of and Supports Lead Counsel's Motion for Attorneys' Fees and Litigation Expenses**

7.    Rhode Island has approved Lead Counsel's request for an award of attorneys' fees in the amount of 18% of the Settlement Fund. Rhode Island takes seriously its role as a class representative to ensure that the attorneys' fees are fair in light of the result achieved in the Action and reasonably compensate counsel for the work involved and the substantial risks they undertook in litigating the Action.

8.    At the outset of the Action, Rhode Island and KTMC entered into a retainer agreement that permitted counsel to seek a certain percentage fee based on the amount recovered for the Settlement Class and the stage of the case at the time of settlement. Based on the amount recovered and the stage of the Action, the percentage fee permitted under the retainer agreement is 18%. After the agreement to settle the Action was reached, Rhode Island evaluated the percentage permitted under the retainer agreement in light of its observations of the work

performed by Lead Counsel over the course of the past three years on behalf of Lead Plaintiffs and the Settlement Class, the risks and challenges in the litigation, as well as the monetary recovery obtained for the Settlement Class. For these reasons, Rhode Island believes Lead Counsel's fee request is fair and reasonable and has authorized KTMC to seek, on behalf of Plaintiffs' Counsel, a fee of 18%, which, if awarded, would equal less than KTMC's lodestar. Rhode Island also understands that Lead Counsel will devote additional time in the future to administering the Settlement. Accordingly, Rhode Island has authorized this fee request to the Court for its ultimate determination.

9.      Rhode Island further believes that Lead Counsel's Litigation Expenses are reasonable and represent costs and expenses necessary for the prosecution and resolution of the claims in the Action. Based on the foregoing, and consistent with its obligation to the Settlement Class to obtain the best result at the most efficient cost, Rhode Island supports Lead Counsel's motion for attorneys' fees and Litigation Expenses

## IV.    Conclusion

10.     In conclusion, Rhode Island, which was actively involved throughout the prosecution and settlement of the Action, strongly endorses the Settlement as fair, reasonable, and adequate, and believes it represents a favorable recovery for the Settlement Class in light of the risks of continued litigation. Rhode Island further supports Lead Counsel's motion for attorneys' fees and Litigation Expenses and believes that it represents fair and reasonable compensation for counsel in light of the recovery obtained for the Settlement Class, the work conducted, and the litigation risks. Accordingly, Rhode Island respectfully requests that the Court approve (i) Lead Plaintiffs' motion for final approval of the proposed Settlement and Plan of Allocation; and (ii) Lead Counsel's motion for attorneys' fees and Litigation Expenses.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 23rd day of June, 2023.

_____

Eileen Cheng, General Counsel