# EXHIBIT 3

**KESSLER TOPAZ MELTZER
    & CHECK, LLP**
Jennifer L. Joost (Bar No. 296164)
(jjoost@ktmc.com)
Stacey M. Kaplan (Bar No. 241989)
(skaplan@ktmc.com)
One Sansome Street, Suite 1850
San Francisco, CA  94104
Telephone: (415) 400-3000

**BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP**
John J. Rizio-Hamilton (admitted *pro hac vice*)
(johnr@blbglaw.com)
Jeremy P. Robinson (admitted *pro hac vice*)
(jeremy@blbglaw.com)
1251 Avenue of the Americas
New York, NY  10020
Telephone: (215) 554-1400

*Lead Counsel for Lead Plaintiffs and
the Settlement Class*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE HP INC. SECURITIES LITIGATION | Case No. 20-cv-01260-SI |
| | CLASS ACTION |
| | **DECLARATION OF BRENDAN TORMEY, FUND DIRECTOR OF IRON WORKERS LOCAL 580 JOINT FUNDS, IN SUPPORT OF (I) LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION AND (II) LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES AND EXPENSES** |
| | Judge:    Hon. Susan Illston<br>Date:    July 28, 2023<br>Time:    10:00 a.m. |

BRENDAN TORMEY, declares as follows:

1.      I am the Fund Director of Iron Workers Local 580 Joint Funds ("Iron Workers"), one of the Court-appointed Lead Plaintiffs in the above-captioned securities class action (the "Action").[1] I submit this Declaration in support of (a) Lead Plaintiffs' motion for final approval of the proposed Settlement and Plan of Allocation, and (b) Lead Counsel's motion for attorneys' fees and Litigation Expenses, including Iron Workers' application pursuant to 15 U.S.C. § 78u-4(a)(4) for an award in reimbursement of the reasonable costs incurred by Iron Workers in connection with its representation of the Settlement Class.

2.      I am aware of and understand the requirements and responsibilities of a class representative in a securities class action, including those set forth in the Private Securities Litigation Reform Act of 1995 ("PSLRA"). This declaration is based on my personal knowledge as well as information from my colleagues at Iron Workers who have been directly involved in monitoring and overseeing the prosecution of the Action and the negotiations leading to the Settlement.

## I.      Iron Workers' Oversight of the Action

3.      Iron Workers provides, among other things, pension and health benefits to active and retired participants in the iron working industry, as well as their dependents and beneficiaries. Iron Workers manages approximately $1 billion in assets on behalf of its active and retired participants. Iron Workers purchased a significant amount of HP Inc. common stock during the Class Period and suffered damages as a result of the violations of the federal securities laws alleged in the Action.

4.      On May 20, 2020, the Court entered an Order appointing Iron Workers as one of the Lead Plaintiffs in the Action pursuant to the PSLRA (together with the State of Rhode Island, Office of the General Treasurer, on behalf of the Employees' Retirement System of Rhode Island),

---

[1] Unless otherwise defined in this Declaration, all capitalized terms have the meanings set out in the Stipulation and Agreement of Settlement dated March 2, 2023 (ECF No. 118-1).

TORMEY DECL.                                                      Case No. 3:20-cv-01260-SI

and approved Lead Plaintiffs' selection of Bernstein Litowitz Berger & Grossmann LLP ("BLB&G") and Kessler Topaz Meltzer & Check, LLP as Lead Counsel.

5.    Iron Workers monitored and was actively involved in all material aspects of the prosecution and resolution of the Action. Iron Workers personnel, including its former Fund Director Sean Boyle (who I succeeded in February 2023), received periodic status reports from BLB&G on case developments and participated in discussions with counsel concerning the prosecution of the Action, the strengths of and risks to the claims, and potential settlement. In particular, throughout the course of this Action, Mr. Boyle and other Iron Workers personnel: (a) regularly communicated with BLB&G by email and telephone calls regarding the posture and progress of the case; (b) reviewed all significant pleadings and briefs filed in this Action; (c) consulted with BLB&G concerning the settlement negotiations as they progressed; and (d) evaluated and approved the proposed Settlement.

**II.    Iron Workers Strongly Endorses Approval of the Settlement**

6.    Based on its involvement throughout the prosecution and resolution of the Action, Iron Workers believes that the proposed Settlement is fair, reasonable, and adequate to the Settlement Class. Iron Workers believes that the Settlement represents a favorable recovery for the Settlement Class, in light of the Court's dismissal of the Action, and the other significant risks of continuing to prosecute the claims in this case. Therefore, Iron Workers strongly endorses approval of the Settlement by the Court.

**III.    Iron Workers Approves of and Supports Lead Counsel's Motion
for Attorneys' Fees and Litigation Expenses**

7.    Iron Workers has approved Lead Counsel's request for an award of attorneys' fees in the amount of 18% of the Settlement Fund. Iron Workers takes seriously its role as a class representative to ensure that the attorneys' fees are fair in light of the result achieved in the action and reasonably compensate counsel for the work involved and the substantial risks they undertook in litigating the action. Iron Workers approves the attorney's fees requested by Lead Counsel as fair and reasonable in light of the work performed by Lead Counsel, the risks of the litigation, and the recovery obtained for the Settlement Class in this Action.

8.      Iron Workers further believes that Lead Counsel's Litigation Expenses are reasonable and represent costs and expenses necessary for the prosecution and resolution of the claims in the Action. Based on the foregoing, and consistent with its obligation to the class to obtain the best result at the most efficient cost, Iron Workers fully supports Lead Counsel's motion for attorneys' fees and Litigation Expenses

9.      Iron Workers understands that reimbursement of a class representative's reasonable costs and expenses is authorized under the PSLRA. For this reason, in connection with Lead Counsel's request for reimbursement of Litigation Expenses, Iron Workers seeks reimbursement for the costs and expenses that Iron Workers incurred directly relating to its representation of the Settlement Class.

10.      Iron Workers seeks reimbursement in the amount of $10,000 for the value of time that former Fund Director Sean Boyle, other Iron Workers' staff, and Iron Workers' fund counsel devoted to this Action. Mr Boyle's primary responsibility at Iron Workers as Fund Director involved overseeing all aspects of the fund's operations, including overseeing litigation matters involving the fund, such as Iron Workers' activities in securities class actions where (as here) it has been appointed as a Lead Plaintiff. Mr. Boyle and other Iron Workers staff spent time, among other things, communicating with BLB&G, reviewing significant court filings, and participating in the settlement negotiation process. Mr. Boyle dedicated, at a conservative estimate, 14 hours to the Action since its inception, and several other Iron Workers staff members also devoted substantial time. The time that these Iron Workers' employees devoted to the representation of the Settlement Class in this Action was time that they otherwise would have spent on other work for Iron Workers and, thus, represented a cost to Iron Workers. In addition, Iron Workers' fund counsel, Steve Davi, Christopher O'Hara, and Taylor Waites, each spent over a dozen hours working on this litigation on behalf of Iron Workers, including advising the Fund concerning litigation strategy and settlement. Iron Workers seeks an award of $10,000 as a conservative estimate for the value of the time its employees and fund counsel expended on the Action.

## IV.    Conclusion

11.    In conclusion, Iron Workers, which was actively involved throughout the prosecution and settlement of the Action, strongly endorses the Settlement as fair, reasonable, and adequate, and believes it represents a favorable recovery for the Settlement Class in light of the risks of continued litigation. Iron Workers further supports Lead Counsel's motion for attorneys' fees and Litigation Expenses and believes that it represents fair and reasonable compensation for counsel in light of the recovery obtained for the Settlement Class, the work conducted, and the litigation risks. And finally, Iron Workers requests an award of $10,000 under the PSLRA in reimbursement for the value of time dedicated to the Action by its employees and fund counsel, as set forth above. Accordingly, Iron Workers respectfully requests that the Court approve (i) Lead Plaintiffs' motion for final approval of the proposed Settlement and Plan of Allocation; and (ii) Lead Counsel's motion for attorneys' fees and Litigation Expenses.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 22nd day of June, 2023.

Brendan Tormey

TORMEY DECL.                                4                         Case No. 3:20-cv-01260-SI