**EXHIBIT 5**

*In re HP Inc. Securities Litigation*
Case No. 3:20-cv-01260-SI (N.D. Cal.)

**SUMMARY OF LEAD COUNSEL'S
LODESTAR AND EXPENSES**

| FIRM | HOURS | LODESTAR | EXPENSES |
|---|---|---|---|
| Kessler Topaz Meltzer & Check, LLP | 5,309.10 | $3,118,675.50 | $55,226.79 |
| Bernstein Litowitz Berger & Grossmann LLP | 3,646.25 | $2,343,831.25 | $80,372.08 |
| **TOTALS:** | **8,955.35** | **$5,462,506.75** | **$135,598.87** |