**EXHIBIT 6**

*In re HP Inc. Securities Litigation*
Case No. 3:20-cv-01260-SI (N.D. Cal.)

**BREAKDOWN OF LEAD COUNSEL'S HOURS
BY TASK CATEGORY**

| TASK CATEGORY | LEAD COUNSEL HOURS |
|---|---|
| Investigation & Case Analysis | 1,786.60 |
| Initial Complaint | 131.25 |
| Lead Plaintiff Appointment Motion | 96.30 |
| Complaint | 1,525.00 |
| Initial Motion to Dismiss | 911.20 |
| Amended Complaint | 1,992.10 |
| Second Motion to Dismiss | 808.95 |
| Appeal | 804.00 |
| Mediation & Settlement | 314.85 |
| Case Management | 139.15 |
| Strategy & Analysis | 251.80 |
| Docket/News Monitoring | 19.55 |
| Client Communications | 174.60 |
| | |
| **TOTAL HOURS:** | **8,955.35** |