**EXHIBIT 7**

*In re HP Inc. Securities Litigation*
Case No. 3:20-cv-01260-SI (N.D. Cal.)

**BREAKDOWN OF LEAD COUNSEL'S EXPENSES
BY CATEGORY**

| EXPENSE CATEGORY | AMOUNT |
|---|---|
| Court Fees | $3,661.00 |
| PSLRA Notice | $2,395.00 |
| Online Factual Research | $12,648.68 |
| Online Legal Research | $47,853.04 |
| Messenger Services | $55.00 |
| Telephone | $374.15 |
| Postage & Express Mail | $88.37 |
| Local Transportation | $325.61 |
| Working Meals | $378.58 |
| Internal Copying & Printing | $180.20 |
| Outside Copying & Printing | $15,566.14 |
| Expert | $41,655.00 |
| Process Server | $101.60 |
| Court Reporters & Transcripts | $519.00 |
| Mediation | $9,797.50 |
| | |
| **TOTAL EXPENSES:** | **$135,598.87** |