**KESSLER TOPAZ MELTZER
   & CHECK, LLP**
Jennifer L. Joost (Bar No. 296164)
(joost@ktmc.com)
Stacey M. Kaplan (Bar No. 241989)
(skaplan@ktmc.com)
One Sansome Street, Suite 1850
San Francisco, CA  94104
Telephone: (415) 400-3000

**BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP**
John J. Rizio-Hamilton (admitted *pro hac vice*)
(johnr@blbglaw.com)
Jeremy P. Robinson (admitted *pro hac vice*)
(jeremy@blbglaw.com)
1251 Avenue of the Americas
New York, NY  10020
Telephone: (215) 554-1400

*Lead Counsel for Lead Plaintiffs and
the Settlement Class*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE HP INC. SECURITIES LITIGATION | Case No. 3:20-cv-01260-SI |
| | <u>CLASS ACTION</u> |
| | **SUPPLEMENTAL DECLARATION OF JACK EWASHKO REGARDING: (A) CONTINUED DISSEMINATION OF NOTICE; (B) REPORT ON REQUESTS FOR EXCLUSION RECEIVED; AND (C) REPORT ON CLAIMS RECEIVED TO DATE** |
| | Judge:       Hon. Susan Illston<br>Date:        July 28, 2023<br>Time:        10:00 a.m. |

JACK EWASHKO, declares as follows:

1.    I am a Client Services Director of A.B. Data, Ltd.'s Class Action Administration Company ("A.B. Data"). Pursuant to the Court's April 7, 2023 Order Preliminarily Approving Settlement and Providing for Notice (ECF No. 124) ("Preliminary Approval Order"), the Court approved the retention of A.B. Data as Claims Administrator in connection with the proposed Settlement of the above-captioned Action.[1] I submit this Declaration as a supplement to my previously filed declaration, the Declaration of Jack Ewashko Regarding (A) Dissemination of Postcard Notice and Notice Packet; (B) Publication of Summary Notice; (C) Establishment of Telephone Helpline and Settlement Website; and (D) Report on Requests for Exclusion Received to Date, dated June 23, 2023 (ECF No. 132-4) ("Initial Mailing Declaration"). I have personal knowledge of the matters stated herein and, if called upon, could and would testify thereto.

**CONTINUED DISSEMINATION OF NOTICE**

2.    Since the execution of the Initial Mailing Declaration, A.B. Data has continued to disseminate copies of the Postcard Notice in response to requests from potential Settlement Class Members and Nominees. Through July 20, 2023, a total of 665,051 Postcard Notices (30,714 since the Initial Mailing Declaration) have been disseminated to potential Settlement Class Members and Nominees. In addition, a total of 39,628 emails (7,338 since the Initial Mailing Declaration) have been sent to potential Settlement Class Members to whom a Postcard Notice was also sent.

3.    In addition, A.B. Data has re-mailed a total of 7,829 Postcard Notices to persons whose original mailing was returned by the U.S. Postal Service ("USPS") and for whom updated addresses were provided to A.B. Data by USPS or were obtained by A.B. Data through the National Change of Address database. USPS has returned a total of 18,278 Postcard Notices as undeliverable for which A.B. Data has not been able to obtain an updated address. This number of undeliverable notices—which represents 2.7% of the total number of notices mailed, is consistent

---

[1]    All terms with initial capitalization not otherwise defined herein shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated March 2, 2023 (ECF No. 118-1) and the Initial Mailing Declaration defined herein.

with (or lower than) the rate of undeliverable notices typically seen in comparable class actions. *See, e.g.*, Post Distribution Accounting, *Rabkin v. Lion Biotechnologies, Inc.*, No. 3:17-cv-02086-SI (N.D. Cal. Sept. 2, 2021), ECF No. 153 (2.5% of notices were undeliverable); Post-Distribution Accounting Exhibit, *Larkin v. GoPro, Inc.*, No. 4:16-cv-06654-CW (N.D. Cal. July 29, 2020), ECF No. 145-1 (6% of notices were undeliverable); Miller Declaration Exhibit, *In re RH, Inc. Sec. Litig.*, No. 4:17-cv-00554-YGR (N.D. Cal. Oct. 15, 2019), ECF No. 147-4 (citing three cases in which the undeliverable notice rate ranged from 2% to 5%).

## **TELEPHONE HOTLINE AND SETTLEMENT WEBSITE**

4.    A.B. Data continues to maintain the toll-free telephone number (1-877-388-1759) with an interactive voice response system ("IVR") and live operators during business hours to accommodate inquiries about the Settlement from potential members of the Settlement Class. Since the administration began on April 28, 2023, A.B. Data has received 3,429 in-bound calls, which included 53 hours and 17 minutes spent by callers interacting with the IVR and 32 hours and 36 minutes speaking with A.B. Data's live operators. A.B. Data has made 464 out-bound calls to respond to messages left or to follow up on earlier communications. A.B. Data has also received 454 emails to the case email address, info@HPSecuritiesSettlement.com, and has sent 373 outgoing emails in connection with this case when a response was warranted.

5.    A.B. Data also continues to maintain the dedicated Settlement Website for the Action (www.HPSecuritiesSettlement.com) to further assist potential members of the Settlement Class. On June 26, 2023, A.B. Data posted to the Settlement Website copies of the papers filed in support of Lead Plaintiffs' motion for final approval of the Settlement and Plan of Allocation and in support of Lead Counsel's motion for attorneys' fees and Litigation Expenses. On July 7, 2023, A.B. Data updated the Settlement Website to inform potential Settlement Class Members that the Settlement Hearing on July 28, 2023 at 10:00 a.m. Pacific time would be conducted via Zoom videoconference and to contact Lead Counsel if they wish to attend or participate in the hearing. As of July 20, 2023, the Settlement Website has received 87,803 visitors.

6.    A.B. Data will continue maintaining and, as appropriate, updating the toll-free telephone number/IVR and Settlement Website until the conclusion of the administration.

SUPPLEMENTAL EWASHKO DECL.                    2                    Case No. 3:20-cv-01260-SI

## REPORT ON REQUESTS FOR EXCLUSION RECEIVED

7.     The notices and Settlement Website informed potential Settlement Class Members that requests for exclusion from the Settlement Class were to be addressed to *HP Securities Litigation*, EXCLUSIONS, c/o A.B. Data, Ltd., P.O. Box 173001, Milwaukee, WI 53217, and received no later than July 7, 2023. A.B. Data has monitored all mail delivered to the P.O. Box for the Settlement. As of the date of this Declaration, A.B. Data has received 35 requests for exclusion from the Settlement Class, of which 31 were received on or before July 7, 2023, and four were received after that date.

8.     Of the 35 requests for exclusion received, 17 requests for exclusion included transactional information as required by the Notice ("Valid Exclusions") and 18 requests for exclusion did not include transactional information as required by the Notice ("Invalid Exclusions"). Exhibit 1 attached hereto lists the names (along with city and state) of the individuals who submitted Valid Exclusions, followed by copies of the Valid Exclusions. Exhibit 2 attached hereto lists the names (along with city and state) of the individuals who submitted Invalid Exclusions, followed by copies of the Invalid Exclusions.[2]

## CLAIMS RECEIVED TO DATE

9.     The notices and Settlement Website inform potential Settlement Class Members that, if they wish to participate in the Settlement, they must submit a Claim with supporting documentation to A.B. Data, postmarked (if mailed) or submitted online via the Settlement Website by August 14, 2023. As of July 20, 2023, A.B. Data has received 6,830 Claims. Of the Claims received, 2,378 Claims were filed electronically by institutional filers, 995 Claims were submitted by mail, and 3,457 Claims were submitted through the Settlement Website's claims filing portal. In A.B. Data's experience, the large majority of Claims are submitted shortly before

[2]     For privacy reasons, the documents included in Exhibits 1 and 2 have been redacted to remove personal information such as street addresses, email addresses, telephone numbers, account numbers, Taxpayer ID, Social Security or Social Insurance Numbers, and all financial and transaction information not related to the individual's transactions in HP common stock.

or on the claims-submission deadline. In particular, the majority of institutional investors and Nominees typically file Claims electronically at or near the claims-submission deadline.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of July, 2023.

_____
Jack Ewashko

**Exhibit 1**

1.  Edward F. Dash
    Highlands Ranch, CO

2.  Barbara J. Dash
    Highlands Ranch, CO

3.  Daniel A. Padowski
    East Amherst, NY

4.  Didier Lavoignat
    Tassin-la-Demi-Lune, France

5.  Xavier Bruch
    Sant Cugat del Valles, Spain

6.  Patricia A. Garvey
    Frederick, MD

7.  Luca Razzi
    Rome, Italy

8.  Siobhan M. Caverly
    Lake Oswego, OR

9.  Estate of Paul Winicki
    c/o Louis Bouldec
    Burlington, Ontario, Canada

10. Märta Hage
    Kista, Sweden

11. Susana Sabadias
    Madrid, Spain

12. Agnes Prince-Crespel
    Nozay, France

13. Dr. Johannes W. Hartmann and
    Karin Hartmann
    Ergoldsbach, Germany

14. Jean-Marie Fierling
    Oermingen, France

15. Donna Cognon
    Wakefield, MA

16. Joshua Mayer
    Colorado Springs, CO

17. Matthew K. Sommers
    Ft. Myers, FL

1

HP - 54685

262745340

MAY 09 2023

May 4, 2023

*HP Securities Litigation*
EXCLUSIONS
% A.B. Data, Ltd.
P.O.Box 173001
Milwaukee, WI 53217

I, Edward F Dash, request exclusion from the Settlement Class in *HP Securities Litigation*, Case No. 3:20-cv-01260-SI.

Name:    Edward F Dash
Address:

Telephone:

Number of shares of HP common stock owned as of the opening of trading on February 23, 2017 and purchased, acquired and/or sold during the class period between February 23, 2017 and October 3, 2019, inclusive, as well as the number of shares, dates and prices for each such purchase, acquisition and sale:

| Security Name | Transaction Description | Quantity | Price ($) | Transaction Date | Total Cost ($) | Position Begin Date | Quantity | Position End Date | Quantity |
|---|---|---|---|---|---|---|---|---|---|
| HP Inc | | | | | | 2/23/2017 | 0 | | |
| HP Inc | Bought | 200 | $ 18.13 | 4/12/2017 | $ 3,626.14 | | | | |
| HP Inc | Sold | 200 | $ 21.00 | 11/20/2017 | $ 4,200.00 | | | | |
| HP Inc | Bought | 400 | $ 20.63 | 12/28/2018 | $ 8,250.32 | | | | |
| HP Inc | Sold | 200 | $ 20.00 | 2/28/2019 | $ 4,000.00 | | | | |
| HP Inc | | | | | | | | 10/3/2019 | 200 |

| Security Name | Transaction Description | Quantity | Price ($) | Transaction Date | Total Cost ($) | Position Begin Date | Quantity | Position End Date | Quantity |
|---|---|---|---|---|---|---|---|---|---|
| HP Inc | | | | | | 2/23/2017 | 104 | | |
| HP Inc | Sold | 52 | $ 20.00 | 2/28/2019 | $ 1,040.00 | | | | |
| HP Inc | Sold | 52 | $ 19.78 | 6/11/2019 | $ 1,028.73 | | | | |
| HP Inc | | | | | | | | 10/3/2019 | 0 |

This is my written authorization to be excluded from the Settlement Class in *HP Securities Litigation*, Case No. 3:20-cv-01260-SI.

*Edward F. Dash*
Edward F Dash

05/04/2023
May 4, 2023





DENVER CO .802

4 MAY 2023  PM 3  L

*HP Securities Litigation*
EXCLUSIONS
% A.B. Data, Ltd.
P.O.Box 173001
Milwaukee, WI 53217

53217~801201

2

HP - 54685

262745341

MAY 09 2023



May 4, 2023

HP Securities Litigation
EXCLUSIONS
% A.B. Data, Ltd.
P.O.Box 173001
Milwaukee, WI 53217

I, Barbara J Dash, request exclusion from the Settlement Class in *HP Securities Litigation*, Case No. 3:20-cv-01260-SI.

Name:          Barbara J Dash
Address:


Telephone:

Number of shares of HP common stock owned as of the opening of trading on February 23, 2017 and purchased, acquired and/or sold during the class period between February 23, 2017 and October 3, 2019, inclusive, as well as the number of shares, dates and prices for each such purchase, acquisition and sale:

| Security Name | Transaction Description | Quantity | Price ($) | Transaction Date | Total Cost ($) | Position Begin Date | Quantity | Position End Date | Quantity |
|---|---|---|---|---|---|---|---|---|---|
| HP Inc | | | | | | 2/23/2017 | 0 | | |
| HP Inc | Bought | 100 | $ 18.13 | 4/12/2017 | $ 1,813.07 | | | | |
| HP Inc | Sold | 100 | $ 21.00 | 11/20/2017 | $ 2,100.00 | | | | |
| HP Inc | | | | | | | | 10/3/2019 | 0 |

| Security Name | Transaction Description | Quantity | Price ($) | Transaction Date | Total Cost ($) | Position Begin Date | Quantity | Position End Date | Quantity |
|---|---|---|---|---|---|---|---|---|---|
| HP Inc | | | | | | 2/23/2017 | 104 | | |
| HP Inc | Sold | 52 | $ 20.00 | 2/28/2019 | $ 1,040.00 | | | | |
| HP Inc | Sold | 52 | $ 19.78 | 6/11/2019 | $ 1,028.73 | | | | |
| HP Inc | | | | | | | | 10/3/2019 | 0 |

This is my written authorization to be excluded from the Settlement Class in *HP Securities Litigation*, Case No. 3:20-cv-01260-SI.

_____              _____
Barbara J Dash                                      May 4, 2023





DENVER CO .802

4 MAY 2023  PM 3  L

*HP Securities Litigation*
EXCLUSIONS
% A.B. Data, Ltd.
P.O.Box 173001
Milwaukee, WI 53217

53217-801201

3

HP - 54685

262745342

MAY 1 6 2023

████████████████
████████████████

*11 May 2023*

HP Securities Litigation, EXCLUSIONS
c/o A.B. Data Ltd.
P.O. Box 173001
Milwaukee, WI 53217

Administrator;

I wish to be excluded from the Settlement Class in "In re HP Inc. Securities Litigation, Case No. 3:30-cv-01260-SI (N.D. Cal)".

1) Name: **Daniel A. Padowski** ████████████████████ ██ █████████
2) I request exclusion from the Settlement Class in "In re HP Inc. Securities Litigation, Case No. 3:30-cv-01260-SI (N.D. Cal)"
3) Shares owned as of 23-Feb-2017: **138.261**
4) Shares purchased during the Class Period (2/23/2017-10/3/2019): **11.181**
5) Share purchase summary:

| DATE | DIVIDEND/SHARE | PRICE/SHARE | SHARES PURCHASED | TOTAL SHARES |
|---|---|---|---|---|
| | | Shares as of 2/23/2017) → | | 138.261 |
| 03-06-17 | 0.1327 | $17.30 | 1.060533798 | 139.3215338 |
| 06-12-17 | 0.1327 | $17.76 | 1.040989163 | 140.362523 |
| 09-12-17 | 0.1327 | $19.48 | 0.956165647 | 141.3186886 |
| 12-12-17 | 0.1393 | $20.98 | 0.938307594 | 142.2569962 |
| 03-12-19 | 0.1393 | $23.62 | 0.838966959 | 143.0959632 |
| 06-12-18 | 0.1393 | $23.62 | 0.843914804 | 143.939878 |
| 09-11-18 | 0.1393 | $24.68 | 0.812432131 | 144.7523101 |
| 12-12-18 | 0.1602 | $22.55 | 1.028351223 | 145.7806613 |
| 03-12-19 | 0.1602 | $19.06 | 1.225291812 | 147.0059531 |
| 06-11-19 | 0.1602 | $19.86 | 1.185818413 | 148.1917715 |
| 09-10-19 | 0.1602 | $18.99 | 1.250148594 | 149.4419201 |

**11.18092014**

Thank you for your attention to this matter. I would appreciate a letter confirming that I have been excluded from this litigation settlement.

Sincerely,

*Daniel A. Padowski*

Daniel A. Padowski

Daniel Padowski

BUFFALO NY 140

12 MAY 2023 PM 1 L

FOREVER    USA

1969 Chevrolet Camaro Z/28

HP Securities Litigation,
EXCLUSIONS
c/o A.B. Data Ltd.
P.O. Box 173001
Milwaukee, WI  53217

53217-801201

4

HP - 54685

262745344

MAY 23 2023

[REDACTED]   MAY THE 12th 2023

I, DIDIER LAVOIGNAT,

living at   [REDACTED]

Phone Number :   [REDACTED]

request exclusion from the Settlement Class in In re HP Inc. Securities Litigation, Case No 3 : 20-cv - 01260-SI (N.D. Cal.) -

As of the opening of trading on February 23, 2017, I owned 849.915 shares and I acquired 39.284 shares during the Class Period :

| Date of acquisition | Number of Shares | Price per Share |
|---|---|---|
| April 4th 2017 | 3.610 | $ 17.885 |
| July 5th 2017 | 3.677 | $ 17.670 |
| Oct. 2nd 2017 | 3.217 | $ 20.326 |
| Jan 5th 2018 | 3.222 | $ 21.466 |
| April 4th 2018 | 3.261 | $ 21.323 |
| July 5th 2018 | 3.082 | $ 22.692 |
| Oct. 2nd 2018 | 2.692 | $ 26.112 |
| Jan 4th 2019 | 3.956 | $ 20.644 |
| April 3rd 2019 | 4.11 | $ 20.001 |
| July 5th 2019 | 3.913 | $ 21.152 |
| Oct. 2nd 2019 | 4.544 | $ 18.328 |

Didier LAVOIGNAT

RÉPUBLIQUE FRANÇAISE

LA POSTE

LJ 002 444 758F R

INTERNATIONAL

15-05-23 PR

RÉPUBLIQUE FRANÇAISE

LA POSTE

LETTRE SUIVIE
LA POSTE INTERNATIONALE

LA POSTE

IP **4,55 EUR

FRANCE

HP Securities Litigation, EXCLUSIONS
c/o A.B. Data, Ltd
P.O. Box 173001
MILWAUKEE, WI 53217
ETATS-UNIS / USA

53217980 12 8050

5

HP - 54685

262745350

JUN 07 2023

# Xavier Bruch Pla

May 26th 2023

█████████████

Dear Recipient:

I would like to request exclusion from the Settelment Class in In re HP Inc. Securities Litigation, Case No. 3:20-cv-01260-SI (N.D. Cal.).

As requested, here you have the list of shares owned as of opening of trading on February 23 2017: 1902,6

SHARES AT BEGINNING OF PERIOD
(23 Feb 2017)

| Broker | Number of units |
|--------|-----------------|
| ███████ | 1019 |
| ███████ | 873.6 |
| ███████ | 10 |
| | 1902.6 |

Also, as requested, the shares purchased/acquired and/or sold during the Class Period (i.e., between February 23, 2017 and October 3, 2019, inclusive), as well as the dates, number of shares, and prices of each such purchase/acquisition and/or sale.

STREET ADDRESS, CITY, ST ZIP CODE
T (123) 456-7890 U WWW.COMPANY.COM

**BUY - Restricted Units (Vested) - HPQ**

| Date | Broker | # shares | Unit Cost | Value |
|---|---|---|---|---|
| December 7, 2017 | ▮ | 260 | $20.97 | $3,348.74 |
| December 7, 2017 | | 9 | $20.97 | $115.92 |
| December 9, 2017 | | 413 | $21.07 | $5,344.71 |
| December 9, 2017 | | 30 | $21.07 | $388.24 |
| December 7, 2018 | | 260 | $22.93 | $3,517.46 |
| December 7, 2018 | | 254 | $22.93 | $3,436.29 |
| December 7, 2018 | | 15 | $22.93 | $202.93 |
| December 7, 2018 | | 7 | $22.93 | $94.70 |
| December 9, 2018 | | 413 | $22.93 | $5,587.35 |
| December 9, 2018 | ▮ | 39 | $22.93 | $527.62 |
| | | 1700 | | $22,563.96 |

**BUY - Reinvested dividends**

| Date | Broker | # shares | Unit Cost | Value |
|---|---|---|---|---|
| December 7, 2017 | ▮ | 159 | $20.97 | $4,723.89 |
| December 7, 2017 | | 5 | $20.97 | $148.55 |
| December 9, 2017 | | 253 | $21.07 | $7,516.63 |
| December 9, 2017 | | 18 | $21.07 | $534.78 |
| December 7, 2018 | | 153 | $22.93 | $4,545.63 |
| December 7, 2018 | | 8 | $22.93 | $237.68 |
| December 7, 2018 | | 149 | $22.93 | $4,426.79 |
| December 7, 2018 | | 4 | $22.93 | $118.84 |
| December 9, 2018 | | 243 | $22.93 | $7,219.53 |
| December 9, 2018 | ▮ | 23 | $22.93 | $683.33 |
| | | 1015 | | $30,155.65 |

**SELL - Stock Options - HPQ**

| Date | Broker | Number of units | Exercise price | Grant price | Total value | Cost basis | Gain |
|---|---|---|---|---|---|---|---|
| January 26, 2018 | ▮ | 1,513 | $23.65 | $10.92 | $35,782.45 | $16,521.96 | $19,260.49 |

Sincerely,

Xavier Bruch



ESPAÑA Correos

ESA HUMANIDAD QUE COMPARTIMOS

AMNISTÍA INTERNACIONAL

Valores cívicos

HP SECURITIES LITIGATION

c/o A.B. Data, Ltd.

P.O. BOX 173010

MILWAUKEE, WI 53217

Xavier Bruch





PEFC

6

HP - 54685

262745355

JUN 21 2023

June 15, 2023

HP Securities Litigation - EXCLUSIONS
Claims Administrator

Patricia A. Garvey "Requests exclusion
From the Settlement Class in
In re HP Inc. Securities Litigation,
Case No. 3:20-cv-01260-SI (N.D.Cal)"

(A) owned 180 shares of HP commonstock
    value around $15.70 share.

Patricia A. Garvey

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮

Thank You,

Patricia A. Garvey

Patricia Garvey



H.P. Securities Litigation, Exclusions
C/o A. B. Data, Ltd.
P.O. Box 173001
Milwaukee, WI
53217

5321788012 8060

7

HP - 54685

262745356

JUN 21 2023

*Roma 05/31/2023*

**HP Securities Litigation,**

**EXCLUSIONS c/o A.B. Data ,Ltd P.O. BOX 173001**

**Milwaukee,WI 53217**

**USA**

Good morning,

I received an e-mail about me being part of a class action for owning HPQ shares.

I request exclusion from the Settlement Class in re HP Inc.Securities Litigation , case 3:20-cv-01260-SI (ND Cal,)

During the period February 23,2017 – October 3,2019 I owned 974 shares of HPQ.

In this period I did not sell or buy any shares.

Thank you

**Luca Razzi**

LUCA RAZZI

Postaraccomandata    Posteitaliane

108C27180595111  0

58977 00144 ROMA EUR (RM)



R

RC  2718 0595 1  IT

53217$8012 8050

HP Securities Litig.

Exclusions
c/o AB Data
PO Box 173001
Milwaukee, WI
53217 USA

8

HP - 54685

262745357

JUN 27 2023

**SIOBHAN CAVERLY**

██████████

██████████                                        ██████████

June 20, 2023

HP Securities Litigation
EXCLUSIONS
c/o  A.B. Data, Ltd.
P.O. Box 173001
Milwaukee, WI  53217

To Whom It May Concern:

I request exclusion from the Settlement Class in the action *In Re HP Inc. Securities Litigation*, Case No. 3:20-cv-01260-SI (N.D. Cal.).

According to my records, I owned 251.605 shares of HP Inc. stock on February 23, 2017.

The shares I purchased through dividend reinvestment during the Class Period of February 23, 2017 to October 3, 2019 are as follows:

| | | |
|---|---|---|
| Apr. 10, 2017: | 1.774 shares | $17.8850 per share |
| Jul. 10, 2017: | 1.808 shares | $17.6702 per share |
| Oct. 6, 2017 | 1.583 shares | $20.3256 per share |
| Jan. 5, 2018: | 1.583 shares | $21.4658 per share |
| Apr. 6, 2018: | 1.603 shares | $21.3230 per share |
| Jul. 9, 2018: | 1.516 shares | $22.6916 per share |
| Oct. 5, 2018 | 1.325 shares | $26.1119 per share |
| Jan. 4, 2019 | 1.937 shares | $20.6443 per share |
| Apr. 5, 2019 | 2.014 shares | $20.006 per share |
| Jul. 8, 2019 | 1.919 shares | $21.1522 per share |
| Oct. 4, 2019 | 2.231 shares | $18.3280 per share |

My contact information is above should there be any questions.

Sincerely,

*Siobhan M. Caverly*

Siobhan M. Caverly

Siobhan M. Caverly

PORTLAND OR  972

22 JUN 2023   PM 3  L

H P Securities Litigation
EXCLUSIONS
c/o A.B. Data, Ltd.
P.O. Box 173001
Milwaukee, WI   53217

9

HP - 54685

262745358

JUN 27 2023

June 16th, 2023

HP Securities Litigation
EXCLUSIONS
c/o A.B. Data Ltd.
P.O. Box 173001
Milwaukee, WI 53217  USA

Subject: Settlement Class in *In re HP Inc. Securities Litigation*

Dear Sir or Madam,

I am writing you to request to be excluded from the Settlement Class in *In re HP Inc. Securities Litigation* – Case No. 3:20-cv-01260-SI (N.D. Cal.)

To the best of my knowledge and based on the documents I could find, 37 shares were purchased and sold at the amount of 21.21$ CAD each on May 8th, 2018 and 125 shares were also purchased and sold at the amount of 21.4219$ USD each also on May 8th, 2018. I cannot tell if the purchase was done during the Settlement Class period as this was done through a broker at the time and I no longer have access to these records since the estate of Mr. Winicki is terminated and all the accounts have been closed.

Thank you for your assistance on my request.

Sincerely,

*Louise Bolduc*

Louise Bolduc
Estate of Paul Winicki

L.Bolduc



CANADA 130

HP SECURITIES LITIGATION
EXCLUSIONS
c/o A.B. Data Ltd.
P.O. Box 173001
Milwaukee, WI 53217 USA

10

HP - 54685

262745359

JUN 27 2023

HP Securities Litigation, EXCLUSIONS,

c/o A.B. Data, Ltd., P.O. Box 173001,

Milwaukee, WI 53217.

Please exclude me from the Settlement Class in "In re HP Securities Litigation, case 3:20-cv-01260-SI(N.D.Cal)"

Total shares in February 27 2017: 109.894

Total shares in October 3, 2019: 116.202

The transactions in HP common Stocks are Dividend Reinvestments only.

Account Number: █████████

I have previously sent an    exclusion letter in June 2023 that never arrived?

June 21, 2023,

*Märta Hage*

Märta Hage

█████████████████████

**posti**

21.6.2023 13:09

**25700**
KEMIÖ
KIMITO
Suomi Finland

**Priority**

1.lk

**2,50 €**

HP Securities Litigation, EXCLUSIONS

C.o, A.B.Data, Ltd.

P.O. Box 173001

Milwaukee, WI 53217

USA

59217880I2 5050

# 11

HP - 54685

266826544

JUN 27 2023

HP Securities Litigation

EXCLUSIONS,

c/o A.B. Data, Ltd.,

P.O. Box 173001,

Milwaukee, WI 53217.

██████████ 14th of June, 2023

Dear Sirs,

The purpose of this letter is to request that I want to be **excluded** from the Settlement Class in

**In re HP Inc. Securities Litigation,**

**Case No. 3:20-cv-01260-SI (N.D. Cal.)**

**Name:** SUSANA SABADIAS

**Address:** ████████████████████████████████

████████████████████████████

**Tel.:** ████████████████

**Shares owned during the period**

**(666,166 + 295,992) = 962,158   feb 23, 2017**

**(666,166 + 312, 975) = 979,141   oct 2, 2019**

**Reinvestment details in attached document**

Yours faithfully,

SUSANA SABADIAS

Date:  14 / 06 / 2023



EQ | ████████                                    ✉ | 🔔 | 👤 My Account ✓

Portfolio     Dividends     Transactions ✓     Documents & Tax Forms ✓     Contact Us

≡ Filter                                                                                    +

| Payment Date ⇕ | Record Date | Dividend Rate | Record Date Share Balance | Gross Amount | Withholdings/Fees* | Investment Type | Dividend Type | Net Reinvest/Net Amount |
|---|---|---|---|---|---|---|---|---|
| Jan 4, 2017 | Dec 14, 2016 | 0.13 | 293.915 | $39.00 | $5.85 | Full Dividend Reinvestment (RD) | Reinvestment | $33.15 |
| Apr 5, 2017 | Mar 8, 2017 | 0.13 | 295.992 | $39.27 | $5.89 | Full Dividend Reinvestment (RD) | Reinvestment | $33.38 |
| Jul 5, 2017 | Jun 14, 2017 | 0.13 | 297.765 | $39.51 | $5.92 | Full Dividend Reinvestment (RD) | Reinvestment | $33.59 |
| Oct 4, 2017 | Sep 13, 2017 | 0.13 | 299.571 | $39.75 | $5.96 | Full Dividend Reinvestment (RD) | Reinvestment | $33.79 |
| Jan 3, 2018 | Dec 13, 2017 | 0.14 | 301.150 | $41.95 | $6.29 | Full Dividend Reinvestment (RD) | Reinvestment | $35.66 |
| Apr 4, 2018 | Mar 14, 2018 | 0.14 | 302.728 | $42.17 | $6.33 | Full Dividend Reinvestment (RD) | Reinvestment | $35.84 |
| Jul 5, 2018 | Jun 13, 2018 | 0.14 | 304.324 | $42.39 | $6.36 | Full Dividend Reinvestment (RD) | Reinvestment | $36.03 |
| Oct 3, 2018 | Sep 12, 2018 | 0.14 | 305.832 | $42.60 | $6.39 | Full Dividend Reinvestment (RD) | Reinvestment | $36.21 |
| Jan 2, 2019 | Dec 13, 2018 | 0.16 | 307.149 | $49.20 | $7.38 | Full Dividend Reinvestment (RD) | Reinvestment | $41.82 |
| Apr 3, 2019 | Mar 13, 2019 | 0.16 | 309.074 | $49.51 | $7.43 | Full Dividend Reinvestment (RD) | Reinvestment | $42.08 |
| Jul 3, 2019 | Jun 12, 2019 | 0.16 | 311.073 | $49.83 | $7.48 | Full Dividend Reinvestment (RD) | Reinvestment | $42.35 |
| Oct 2, 2019 | Sep 11, 2019 | 0.16 | 312.975 | $50.13 | $7.52 | Full Dividend Reinvestment (RD) | Reinvestment | $42.61 |

Susana Sabadias





AUTODEX  E.C.F.





AGENTE COMERCIAL DE CORREOS

**CIBELES** *MAILING*

C/ Torneros, 12 - P.I. Los Ángeles
28906 Getafe - Madrid



**Correos**
CARTA CERTIFICADA
INTERNACIONAL
ES28053
MV007468

R   RR 39 914 817 5 ES

HP Securities Litigation

EXCLUSIONS

c/o A.B. Data, Ltd.,

P.O. Box 173001,

Milwaukee, WI 53217

12

HP - 54685

266826545

JUN 28 2023

Agnes PRINCE-CRESPEL                                    June 16, 2023



                                            HP Securities Litigation,

                                            EXCLUSIONS,

                                            c/o A.B. Data, Ltd.,

                                            P.O. Box 173001,

                                            Milwaukee, WI 53217.

Requests exclusion from the Settlement Class in *In re HP Inc. Securities Litigation*, Case No. 3:20-cv-01260-SI (N.D. Cal.)

        To whom it may concern,

Hereby, I request exclusion from the Settlement Class in re HP Inc. Securities Litigation, Case No. 3:20-cv-01260-SI (N.D. Cal.).

Number of shares of HP Common stock owned on February 23, 2017 : 593

Price per share of HP Common stock in February 2017 : $17.60

Number of shares of HP Common stock sold on October 30, 2017 : 593

Price per share of HP Common stock on October 30, 2017 : $21.39

Could you please confirm by email to ███████████████ and mail that you have proceeded with my exclusion from the class?

Regards,

Agnès PRINCE-CRESPEL



INTERNATIONAL

LJ 05 300 885 9 FR

38276A-02

17-06-23. PR    FRANCE

LA POSTE
FRANCE
LA POSTE | P **4,55 EUR

LETTRE SUIVIE
INTERNATIONALE

HP Securities Litigation
EXCLUSIONS
c/o A.B. Data, Ltd.
P.O. Box 173 001
MILWAUKEE, WI 53217    USA

13

HP - 54685
266826547

JUL 03 2023

Karin Hartmann
Dr. Johannes W. Hartmann

23.06.2023



HP Securities Litigation, EXCLUSIONS
c/o A.B. data, Ltd.,
P.O. Box 173001
Milwaukee, WI 53217

**Request for exclusion from the Settlement Class in *In re HP Inc. Securities Litigation*, Case No. 3:20-cv-01260-SI (N.D. Cal.)**

Ladies and Gentlemen,

we request exclusion from the Settlement Class in *In re HP Inc. Securities Litigation*, Case No. 3:20-cv-01260-SI (N.D. Cal.)

The amount of shares: 300,
aquired January 26, 2018 for the price of $23.40

With kind regards

Karin Hartmann
Dr. Johannes W. Hartmann

Karin Hartmann

14

HP - 54685

266826549

JUL 05 2023

 June 20 th, 2023

From:
M. JMARIE FIERLING

to

HP Securities Litigation
EXCLUSIONS
c/o A.B. Data, Ltd
P.O. Box 173001
MILWAUKEE
WI 53217

**RE:** Request for Exclusion from Settlement Class In Re HP Inc. Securities Litigation, Case N° 3:20-cv-01260-SI.

Dear Sir,

This signed letter is to inform you that I want to be excluded from the Settlement Class in the Action In Re HP Inc. Securities Litigation, Case N° 3:20-cv-01260-SI.

With this request for exclusion, I understand that I will not be legally bound by anything that happens in this lawsuit.

Number of owned shares : 1888 (no purchase nor acquisition during Class Period)

With best regards,
Jean-Marie Fierling

Page 1/1

**From:** ████████████████████████████████
**Sent:** Monday, July 03, 2023 9:01 AM
**To:** info@HPsecuritiessettlement.com
**Subject:** Request for exclusion from Settlement Class In Re HP Inc.

EXTERNAL SENDER

Dear Sir,
please find, as attached document, my hand-signed request for exclusion from Settlement Class in re HP Inc. Securities Litigation
Case N° 3:20-cv-01260-SI.

Please forward as appropriate (if necessary).

With best regards,

Jean-Marie FIERLING

████████████████
████████████████
████████

Tel.          :  ██        ██      ██      ██      ██      ██      ██
E-mail : ████████████

1

15

**HP -** 54685

**266826552**

JUL 07 2023

July 5, 2023

Ms. Donna Cognon

HP Securities Litigation
EXCLUSIONS
c/o A.B. Data, Ltd.
P.O. Box 173001
Milwaukee, WI 53217

To Whom it May Concern:

Requested information:

(i) Person requesting exclusion:   Ms. Donna Cognon

(ii) I, _Donna Cognon_, request exclusion from the Settlement Class

In re

HP Inc. Securities Litigation

Case No. 3:20-cv-01260-SI (N.D. Cal.)

(iii) Requested information on number of shares.

(A) Zero shares owned as of the opening of trading on 2/23/2017

(B) Purchased during the Class Period

    74 shares purchased on 10/9/2018

    Price of shares: $26.72990

Zero shares sold during the Class Period

Sincerely,

Ms. Donna Cognon

Ms. Donna Cognon

19 Green St.

Donna M Cognon

HP Securities Litigation
Exclusions
c/o A. B. Data Ltd.
P.O. Box 173001
Milwaukee, WI        53217

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL EXPRESS
FLAT RATE ENVELOPE
POSTAGE REQUIRED

This package is made from post-consumer waste. Please recycle - again.

# PRIORITY
# MAIL
# EXPRESS®



## FOR DOMESTIC AND I
## PLACE MAILING

**UNITED STATES POSTAL SERVICE ®**  |  **PRIORITY MAIL EXPRESS®**

**E**  **UNITED STATES POSTAL SERVICE.**  *Retail*

US POSTAGE PAID
**$28.75**
Origin: 01880
07/05/23
2483300880-09

**PRIORITY MAIL EXPRESS 1-DAY®**

DONNA COGNON    0 Lb 1.50 Oz
WAKEFIELD MA 01880-3729    RDC 07
(518) 414-0697

SIGNATURE REQUIRED

SCHEDULED DELIVERY DAY: 07/06/23 06:00 PM

B050

SHIP
TO:

(518) 414-0697
HP SECURITIES
PO BOX 173001
MILWAUKEE WI 53217-8012

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE ( )

Donna Cognon
▮▮▮▮▮▮▮▮
Wakefield, MA 01880

EI 508 069 762 US

**DELIVERY OPTIONS** (Customer Use Only)

☐ SIGNATURE REQUIRED *Note: The mailer must check the "Signature Required" box if the mailer 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE ( )

HP Securities Litigation
Exclusions
c/o A. B. Data Ltd.
PO Box 173001
ZIP + 4® (U.S. ADDRESSES ONLY)
Milwaukee, WI 53217

**PAYMENT BY ACCOUNT** (if applicable)

| USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No. |
|---|---|

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☐ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| MA 01880 | 7/6 | $ |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
|---|---|---|---|
| 7/5 | ☐ 6:00 PM | $ | $ |

| Time Accepted | ☐ AM  ☐ PM | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|---|
| 325 | | $ | $ |

| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees |
|---|---|---|
| $ | $ | 28 75 |

| Weight | ☐ Flat Rate | Acceptance Employee Initials |
|---|---|---|
| 3 oz. | SC | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | ☐ AM ☐ PM | Employee Signature |
|---|---|---|---|

| Delivery Attempt (MM/DD/YY) | Time | ☐ AM ☐ PM | Employee Signature |
|---|---|---|---|

**USPS SIGNATURE® TRACKING #**



9581 7117 4261 3186 5972 32



■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance Included.

LABEL 11-B, MAY 2021    PSN 7690-02-000-9996

**PEEL FROM THIS CORNER**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; July 2022; All rights reserved.

# 16

**HP -** 54685

**266826553**

JUL 0 7 2023

June 30, 2023

*HP Securities Litigation*
EXCLUSIONS
c/o A.B. Data, Ltd.,
P.O. Box 173001
Milwaukee, WI 53217

RE:  Request for Exclusion from Settlement Class *In re HP Inc. Securities Litigation*, Case No. 3:20-cv-01260-SI (N.D. Cal.)

To Claims Administrator,

I, Joshua Mayer, request exclusion from the Settlement Class in the Action *In re HP Inc. Securities Litigation*, Case No. 3:20-cv-01260-SI (N.D. Cal.).  My information is listed below:

Joshua Mayer of ███████████████████████████████████████

Attached to this mail are the transactions and listed below is the number of HP common stocks I am requesting exclusion during the Class Period (between February 23, 2017 and October 3, 2019 inclusive.

09/13/2016:    Owned Units during the Class Period: 0.96 for $13.71 ($14.28/unit)

09/13/2016:    Owned Units during the Class Period: 0.04 for $0.57 ($14.25/unit)

01/04/2017:    Owned Units during the Class Period: 0.009 for $0.13 ($14.44/unit)

07/05/2017:    Purchased Units: 0.008 for $0.13 ($16.25/unit)

07/06/2018:    Purchased Units: 0.006 for $0.14 ($23.33/unit)

04/04/2019:    Purchased Units: 0.008 for $0.16 ($20/unit)

10/03/2019:    Purchased Units: 0.009 for $0.17 ($18.89/unit)

Please contact me if you need more information.

Sincerely,

Joshua Mayer

███████████████

**Realized Sale Activity Details** 1/1/2013 – 12/31/2023 Created: 6/28/2023 10:54:33 PM

| Security | Units | Purchased | Orig Cost | WS Adj | Cost Basis | Proceeds | G/L Adj | ST Gain/Loss | LT Gain/Loss | % Change | Trading method | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **HPQ** HP INC | 1.04 | | $15.01 | | $15.01 | $28.14 | | | $13.13 | 87.48% | | |
| 09/20/2021 | 0.96 | 09/13/2016 | $13.71 | | $13.71 | $25.98 | | | $12.27 | 89.50% | lossharvest | D C |
| 09/20/2021 | 0.009 | 01/04/2017 | $0.13 | | $0.13 | $0.24 | | | $0.11 | 84.62% | lossharvest | D C |
| 09/20/2021 | 0.008 | 07/05/2017 | $0.13 | | $0.13 | $0.22 | | | $0.09 | 69.23% | lossharvest | D C |
| 09/20/2021 | 0.006 | 07/06/2018 | $0.14 | | $0.14 | $0.16 | | | $0.02 | 14.29% | lossharvest | D C |
| 09/20/2021 | 0.008 | 04/04/2019 | $0.16 | | $0.16 | $0.22 | | | $0.06 | 37.50% | lossharvest | D C |
| 09/20/2021 | 0.009 | 10/03/2019 | $0.17 | | $0.17 | $0.24 | | | $0.07 | 41.18% | lossharvest | D C DR |
| 09/20/2021 | 0.04 | 09/13/2016 | $0.57 | | $0.57 | $1.08 | | | $0.51 | 89.47% | lossharvest | D C |
| TOTAL (1 security, 7 lots) | | | $15.01 | | $15.01 | $28.14 | | | $13.13 | 87.48% | | |

web17



0223-25NJ

PRESS FIRMLY TO SEAL



PRESS FIRMLY TO SEAL

**PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; July 2022; All rights reserved.

## UNITED STATES POSTAL SERVICE ® | PRIORITY® MAIL

**FROM:** Joshua Mayer

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

# FLAT RATE ENVELOPE
◯ ONE RATE ■ ANY WEIGHT

**TO:**
HP Securities Litigation
Exclusions
c/o A.B. Data, Ltd.
PO Box 173001
Milwaukee, WI
53217-8012

# TRACKED ■ INSURED



PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

This package is made from post-consumer waste. Please recycle - again.



PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

**TRACKED ▪ INSURED**

USPS.COM/PI



To schedule free Pack
scan the QR c

**FLAT RA**
ONE RATE ▪ ANY



**UNITED STATES** | **PRIORITY**®

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.

**VISIT US AT USPS.COM**®
ORDER FREE SUPPLIES ONLINE



| **UNITED STATES POSTAL SERVICE**® | **Click-N-Ship**® |
|---|---|

**P**

usps.com
$8.05
**US POSTAGE**
Insured

9405 8301 0935 5007 8544 44 0080 5001 0005 3217

**U.S. POSTAGE PAID**
Click-N-Ship

07/01/2023          Mailed from 80921

**PRIORITY MAIL**®

Joshua Mayer                                    07/05/2023

**RDC 00**

**B050**

HP Securities Litigation
EXCLUSIONS c/o A.B. Data, Ltd.
PO BOX 173001
MILWAUKEE WI 53217-8012

**USPS TRACKING #**



9405 8301 0935 5007 8544 44



17

**HP –** 54685

**266826556**

JUL 11 2023

I, Matthew K Sommers, "requests exclusion from the Settlement Class in *In re HP Inc. Securities Litigation,* Case No. 3:20-cv-01260-SI (N.D. Cal.)"

I owned 400 shares of HPQ at the opening of trading 2/23/2017.

I bought 700 total shares of HPQ between 2/23/2017 and 10/03/2019.

On 5/24/2017 I bought 400 shares of HPQ at $19.006 per share.

On 12/05/2017 I bought 300 shares of HPQ at $21.3951 per share.

7/03/2023

Matthew K Sommers

Matthew Sommers

FT MYERS FL 339

6 JUL 2023 · PM 1 L

FOREVER



HP Securities Litigation
Exclusions, c/o A.B. Data, Ltd.
P.O. Box 173001
Milwaukee, WI 53217

53217-801201

**Exhibit 2**

1.  Donna Lanifero
    Cranston, RI

2.  Bas Vijgen
    Moraira, Spain

3.  Sandhu Avtar Singh
    Reading, Berkshire
    United Kingdom

4.  Dennis D. Johnson
    Ivins, UT

5.  William Howard Malpass
    Shreveport, LA

6.  Trella C. Malpass
    Shreveport, LA

7.  Wissam Raffoul
    Cherrybrook, NSW
    Australia

8.  Diane M. Giles
    Delaware, Ontario
    Canada

9.  Albert Bitton
    Colorado Springs, CO

10. Ann Sheckter Powell

11. Bradley Dettinger
    Greenwood, IN

12. Diana Lokey
    Catonsville, MD

13. Stephen Richards
    Bakersfield, CA

14. Joe T. Mangum and
    Heather D. Mangum
    Aiken, SC

15. Vickie Chang
    Kou-Hu, Taiwan

16. Samuel F. Scarpelli
    Spokane, WA

17. Barbara A. Baylard
    Santa Rosa, CA

18. Estate of Jonathan W. Steward
    Santa Rosa, CA

1

HP - 54685

262745343

MAY 19 2023

May 12, 2023

HP Securities Litigation
Claims Administrator
P.O. Box 173010
Milwaukee, Wisconsin 53217

To whom It may Concern:

I would like to exclude myself from the
Settlement Class which is due by July 7, 2023 in
regards to HP Inc. Securities Litigation,
CASE NO. 20-cv-01260-SI (N.D. CAL)

Thank you. Please acknowledge via email ████████

Donna Lanifero

PROVIDENCE RI  028

15 MAY 2022  PM3

HP Securities Litigation
Claims Administrator
P.O. Box 173010
Milwaukee Wisconsin
53217-802310

2

**HP -** 54685

**262745345**

JUN 0 1 2023

From:
Bas Vijgen



Moraira  23-05-2023

To:
**<u>Claims Administrator</u>**

HP Securities Litigation
c/o A.B. Data, Ltd.
P.O. Box 173010
Milwaukee, WI 53217
USA

Subject: Exclusion

Dear Sir ,

I don't want to receive a payment from this Settlement .
Therefor I exclude myself from the Settlement .

Yours faithfully
Bas Vijgen

**Correos**

R

CARTA CERTIFICADA
INTERNACIONAL
MORAIRA

**6,90 €**

**24/05/23**    10:16    RF279983989ES

HP Securities Litigation.
c/o A.B. Data Ltd.
P.O. Box 173010
Milwaukee. WL 53217
USA

3

HP - 54685

262745346

JUN 0 1 2023

SANDHU AVTAR SINGH



Date: 10th May 2023

HP securities Litigation
Claim Administrator
P.O.Box 173010
Milwaukee, WI 53217

Dear Sir /Madam

<u>Case NO. 20-cv-01260-SI (N.D. Cal)</u>

All of my HP Common stock had been cashed by me and therefore is nothing what H. P.
Securities owes to me any more.
Therefore I would request you to exclude me from the Settlement Class altogether.

Regards

Sandhu  Avtar Singh

A. Sandh



A

Royal Mail.h

POSTAGE PAID UK.5
12/06/23 £2.20    RG6
238501          1-174728

SINGLE USE ONLY

To

H.P. Securities Litigation
Claim Administrator
P.O. Box   173010
MILWAUKEE
WI  53217
U.S.A.

53217∴6023 B050

4

HP - 54685

262745347

JUN 02 2023

5/25/2023

To Whom It May Concern,

I do not want to be included in the Class Action in accordance with the procedures set forth in

the notice regarding the following action:  In re HP Inc. Securities Litigation, Case No. 20-cv-01260-SI

Dennis D. Johnson

Colleen a Johnson
P.O.A. for Dennis D. Johnson

Mr. & Mrs. Dennis Johnson

SALT LAKE CITY UT 840

26 MAY 2023 PM 2 L

USA FOREVER

HP Securities Litigation
C/o A.B. Data, Ltd
Box 173010
Milwaukee, WI 53217

53217-802310

5

HP - 54685

262745348

JUN 07 2023



H P Securities Litigation

Claims Administrator

P.O. Box 73010

Milwaukee, WI  53217

RE: In re H P Inc. Securities Litigation Case No.  20-cv-01260-SI (N.D. Cal.)

I have received the court -ordered legal notice and I wish to exclude myself from the Settlement Class, as I do not want to be legally bound by any releases, judgements, or orders in the Action.

William Howard Malpass

SHREVEPORT LA 710

31 MAY 2023 PM3 1

H P Securities Litigation
Claims Administrator
P. O. Box 73010

Milwaukee, WI 53217

53217-999955

6

HP - 54685

262745349

JUN 07 2023



H P Securities Litigation

Claims Administrator

P.O. Box 73010

Milwaukee, WI  53217

RE: In re H P Inc. Securities Litigation Case No.  20-cv-01260-SI (N.D. Cal.)

I have received the court -ordered legal notice and I wish to exclude myself from the Settlement Class, as I do not want to be legally bound by any releases, judgements, or orders in the Action.

SHREVEPORT LA 710

31 MAY 2023 PM 5 L

H P Securities Litigation
Claims Administrator
P. O. Box  73010
Milwaukee, WI  53217

53217-999955

7

HP - 54685

262745351

JUN 0 8 2023

Date: 22 May 2023

Claims Administrator
HP Securities Litigation
c/o A.B. Data, Ltd.
P.O. Box 173010
Milwaukee, WI 53217
USA

**Subject : Request for Exclusion from the Settlement Class**

Dear Sir/Madam,

My name is Wissam Raffoul. I would like to exclude myself from the Settlement Class associated with HP Securities Litigation.

Please take the necessary action in this regard.

Sincerely,

Wissam Raffoul

SENDER WISSAM RAFFOUL

Sender: W



BY AIR

CLAIMS ADMINISTRATOR
HP SECURITIES LITIGATION
C/o A.B. Data, Ltd.
P.O. Box 173010
MILWAUKEE
WI 53217
USA

POSTCODE

8

HP - 54685

262745352

JUN 1 3 2023

May 23, 2023


HP Securities Litigation
c/o A.B. Data, Ltd.
PO Box 173010
Milwaukee, WI  53217

RE: Notice ID: █████████

To Whom It May Concern,

I ask to be excluded from the current litigation and request that you accept this letter.

Regards,

*Diane M. Giles*

Diane M. Giles
██████████████

VOIR AU VERSO

FLIP OVER

40-076-685 (07-05)

HP Securities Litigation
c/o A.B. Data, Ltd.
PO Box 173010
Milwaukee, WI    53217
USA



9

HP - 54685

262745353

JUN 14 2023

To: HP Inc. Securities Litigation

I Request Exclusion from the Settlement Class

Case no. 20-cv-01260-si [n.d. cal.]

Albert bitton

thank you

**COURT-ORDERED LEGAL NOTICE**

In re HP Inc. Securities Litigation
Case No. 20-cv-01260-SI (N.D. Cal.)

Your legal rights may be affected by this securities class action. You may be eligible for a cash payment from the Settlement. Please read this Postcard Notice carefully.

For more information, please visit
www.HPSecuritiesSettlement.com
or call 1-877-388-1750.

HP Securities Litigation
Claims Administrator
P.O. Box 173010
Milwaukee, WI 53217

PRESORTED FIRST CLASS
U.S. POSTAGE PAID
FARMINGDALE, NY
PERMIT NO. 225

00217623

03

JOB# N86892-010 11#

********AUTO**ALL FOR AADC 808

ALBERT BITTON



03

ALBERT BIT...

DENVER CO 802

9 JUN 2023   PM 7  L

FREEDOM
FOREVER/USA

TO: HP SECURITIES LITIGATION
C/O A.B. DATA, LTd.
P.O. BOX 173010
MILWAUKEE, WI 53217

53217-802310

# 10

HP - 54685

262745354

JUN 20 2023

# Jennifer L. Enck

**From:** info
**Sent:** Tuesday, May 30, 2023 8:56 AM
**To:** Jennifer L. Enck; Robin Winchester
**Subject:** FW: HPSecuritiesSettlement

Alyssa Cahill
Data Intake Manager



PRIVILEGED ATTORNEY/CLIENT, ATTORNEY WORK PRODUCT The information in this transmittal may include privileged and confidential material and is intended for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify the sender immediately at Kessler Topaz Meltzer & Check, LLP at (610) 667-7706 or via return e-mail.

-----Original Message-----
From: Ann Powell
Sent: Thursday, May 25, 2023 4:36 PM
To: info <info@ktmc.com>
Subject: HPSecuritiesSettlement

*External E-Mail*

I have no idea what this is, and certainly have not engaged you to sue anyone on my behalf. Remove my name from your so-called class, and so advise the court and the defendant. DO NOT CLAIM ANY FEES FOR SERVICES THAT I HAVE NOT AUTHORIZED.

I consider your suing in my name without my consent to be unethical, even under the dubious cover of what your occupation has euphemized as "class actions." They are an underhanded way of enriching the few (the attorneys engaged in particular) in the unauthorized naming of the many.

What you are doing is a sophisticated form of theft. Done, unfortunately, under the cover of law.

Ann Sheckter Powell

1

11

HP - 54685

266826546

JUN 30 2023

**Bradley Dettinger**



June 18th, 2023

**HP Securities Litigation**
Claims Administrator
P.O. Box 173010
Milwaukee, WI 53217

Dear Claims Administrator,

Writing this letter to be excluded from the Settlement class in the action In re HP Inc. Securities Litigation Case No. 20-cv-01260-SI (N.D. Cal.)

Sincerely,

Bradley Dettinger

B. Detzlya

INDIANAPOLIS IN  460

JN 2023  PM 4  L

USA
FOREVER

HP Securities litigation
Claims Administrator
P.o. Box 173010
milwaukee, WI  53217

53217-802310

# 12

HP - 54685

266826548

JUL 03 2023



Diana Lokey

To Whom it may concern,

I don't even know if I have HP Securities. Therefore, I want to exclude myself.

Take my name off of the list. I do not want to be involved with any settlement. So, don't send me any forms to fill out. I'm too busy as it is.

Thank you,
Diana



Environmental Defense Fund's mission is to preserve the natural systems on which all life depends. Guided by science and economics, we find practical and lasting solutions to the most serious environmental problems.

*Common blue (Polyommatus icarus)*

Recycled (30% Post-Consumer) Paper





Diana Lokey

HP Securities Litigation
Claims Administrator
P. O. Box 173010
Milwaukee, WI 53217

5321786023 B050

13

**HP -** 54685

**266826550**

JUL 05 2023

**From:** Stephen Richards ███████████████████████
**Sent:** Wednesday, July 5, 2023 1:25 PM
**To:** Jennifer L. Enck███████████████
**Cc:** ████████████████████; info ███████████████
**Subject:** Re: Request Exclusion

**\*External E-Mail\***

---

As per your below instructions, my name is Stephen Richards and my home/mailing address is ███████████
███████████████████████████████████

On Wed, Jul 5, 2023 at 9:46 AM Jennifer L. Enck ███████████████wrote:

Hello –



We are in receipt of your below email.

1

The requirements for requesting exclusion from the Settlement Class are set forth in paragraph 48 of the attached notice. A request for exclusion must: (i) state the name, address, and telephone number of the person or entity requesting exclusion, and in the case of entities, the name and telephone number of the appropriate contact person; (ii) state that such person or entity "requests exclusion from the Settlement Class in *In re HP Inc. Securities Litigation*, Case No. 3:20-cv-01260-SI (N.D. Cal.)"; (iii) state the number of shares of HP common stock that the person or entity requesting exclusion (A) owned as of the opening of trading on February 23, 2017 and (B) purchased/acquired and/or sold during the Class Period (i.e., between February 23, 2017 and October 3, 2019, inclusive), as well as the dates, number of shares, and prices of each such purchase/acquisition and/or sale; and (iv) be signed by the person or entity requesting exclusion or an authorized representative.

We will still present your request for exclusion to the Court without all of the above information, but it is ultimately up to the Court to decide whether it is a valid exclusion.

At the very least, could you please confirm your name (Stephen Richards) and provide us with your mailing address.

Please let me know if you have any questions.

Thank you.

Jennifer

---

**Jennifer Enck, Counsel**



280 King of Prussia Road

Radnor, Pennsylvania 19087

Direct Dial:  610-822-0263

General Firm Phone: 610-667-7706

General Firm Fax: 610-667-7056

e-mail: jenck@ktmc.com

Internet: www.ktmc.com

**From:** Stephen Richards ███████████████
**Sent:** Wednesday, July 5, 2023 11:05 AM
**To:** info ████████████
**Cc:** Stephen Richards ███████████
**Subject:** Request Exclusion

**\*External E-Mail\***

As per your instructions at http://hpsecuritiessettlement.com/, please exclude me from your Case #20-cv-01260-SI (N.D. Cal.) Settlement Class.

Sent from my iPhone

3

14

**HP –** 54685

**266826551**

JUL 0 6 2023

HP Securities Litigation
Claims Administrator
P.O. Box 173010
Milwaukee, WI 53217

June 27, 2023

TO WHOM IT MAY CONCERN:

We, Heather D. Mangum and Joe T. Mangum hereby, are notifying you we do not wish to participate in the HP Inc, Securities Litigation, Case No. 20-cv-01260-SI (N.D. Cal)

We understand and request to exclude ourselves according to the litigation's definition: EXCLUDE YOURSELF FROM THE SETTLEMENT CLASS BY SUBMITTING A WRITTEN REQUEST FOR EXCLUSION SO THAT IT IS RECEIVED NO LATER THAN JULY 7, 2023.

Sincerely,
Heather D. Mangum
Joe T. Mangum

HEATHER & JOE MANGUM

AUGUSTA GA 309

30 JUN 2023 PM 1 T



HP Securities Litigation
Claims Administrator
P.O. BOX 173010
Milwaukee, WI 53217

15

HP - 54685

266826554

JUL 07 2023

**From:** Vickie █████████████████████
**Sent:** Thursday, July 06, 2023 9:02 PM
**To:** info@HPsecuritiessettlement.com
**Subject:** EXCLUDE myself FROM THE SETTLEMENT CLASS


EXTERNAL SENDER

Hi,
I want to exclude myself from the settlement class.

My Notice ID: ██████████
(as attached file)

Thank you.

Best Regards,
Vickie Chang

1

16

HP - 54685

266826555

JUL 11 2023

July 4, 2023

Samuel F. Scarpelli



H.P. Securities Litigation, EXCLUSIONS
c/o A.B. Data, Ltd.
P.O. Box 173001
Milwaukee, WI 53217

Dear Claims Administrator,

I want to be excluded from the Settlement Class in In re HP Inc. Securities
Litigation, Case No. 3:20-cv-01260-SI (N.D. Cal.) .

I have attached all requested documentation.


Regards,

Samuel F. Scarpelli
Samuel F. Scarpelli

Samuel F. Scarpelli

U.S. POSTAGE PAID
PM
SPOKANE, WA 99207
JUL 05, 2023



53217

$11.75

RDC 04    0 Lb 1.90 Oz    R2304M112288-19

H.P. Securities Litigation, EXCLUSIONS

c/o A.B. Data, Ltd.

P.O. Box 173001

Milwaukee, WI 53217

EXPECTED DELIVERY DAY: 07/07/23

USPS TRACKING® #



9505 5125 0707 3186 7057 23

17

**HP -** 54685

**266826558**

JUL 18 2023

Barbara A. Baylard

███████████

Santa Rosa, CA 95407-4503

███████████

Santa Rosa, CA 95402-6085

HP Securities Litigation
Claims Administrator
PO Box 173010
Milwaukee, WI 53217

July 11, 2023

Enc: Court-Ordered Legal Notices for:
BAYLARD, Barbara Allyn
STEWARD, Jonathan W.

My husband has been dec'd since
4.3.2018. Please exclude both of
our names from the Settlement.
This is a request to Opt-Out.

Barbara L. Baufeld
Barbara A. Baylard

**COURT-ORDERED LEGAL NOTICE**

*In re HP Inc. Securities Litigation*
Case No. 20-cv-01260-SI (N.D. Cal.)

Your legal rights may be affected by this securities class action. You may be eligible for a cash payment from the Settlement. Please read this Postcard Notice carefully.

For more information, please visit
www.HPSecuritiesSettlement.com
or call 1-877-388-1759.





03

HP Securities Litigation
Claims Administrator
P.O. Box 173010
Milwaukee, WI 53217

PRESORTED FIRST-CLASS
U.S. POSTAGE PAID
FARMINGDALE, NY
PERMIT NO.225



03

00285413

JOB# N86892-010  4#

\*\*\*\*\*\*\*\*AUTO\*\*ALL FOR AADC 940
BARBARA ALLYN BAYLARD
SANTA ROSA CA 95402-6085

**THIS POSTCARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT.**
Please visit www.HPSecuritiesSettlement.com for more information.

The parties in the action *In re HP Inc. Securities Litigation*, Case No. 20-cv-01260-SI (N.D. Cal.) ("Action") have reached a proposed settlement of claims in a pending securities class action against HP Inc. ("HP") and certain of its current and former executives (collectively, "Defendants"). If approved, the Settlement will resolve a lawsuit in which Lead Plaintiffs alleged that Defendants made materially false and misleading statements concerning HP's supplies business during the relevant time period. Defendants deny any liability or wrongdoing. You received this notice because you, or an account for which you serve as a custodian, may be a member of the following Settlement Class: All persons and entities who purchased or otherwise acquired HP common stock between February 23, 2017 and October 3, 2019, inclusive, and were damaged thereby.

Pursuant to the Settlement, Defendants have agreed to pay **$10,500,000**, which, after deducting any Court-awarded fees and expenses, notice and administration costs, and taxes, will be allocated among Settlement Class Members who submit valid claims, in exchange for the Settlement of the Action and the release of all claims asserted in the Action and related claims. **For additional information regarding the Settlement, please review the full Notice available at www.HPSecuritiesSettlement.com.** If you are a Settlement Class Member, your *pro rata* share of the Settlement will depend on the number of valid claims submitted, and the number, size, and timing of your transactions in HP common stock during the relevant time period. If all Settlement Class Members elect to participate in the Settlement, the estimated average recovery per eligible share of HP common stock will be approximately $0.013 *before* deducting any Court-approved fees, expenses, and costs. Your actual share of the Settlement will be determined pursuant to the Plan of Allocation set forth in the full Notice, or other plan of allocation ordered by the Court.

**To qualify for a payment, you must submit a valid Claim Form.** The Claim Form can be found and submitted on the Settlement Website, or you can request that one be mailed to you. **Claim Forms must be postmarked (if mailed), or submitted online, by August 14, 2023.** If you do not want to be legally bound by any releases, judgments, or orders in the Action, **you must exclude yourself** from the Settlement Class by **July 7, 2023**. If you exclude yourself from the Settlement Class, you may be able to sue Defendants about the claims being resolved in the Action, but you cannot get money from the Settlement. If you want to object to any aspect of the Settlement, you must file or mail an objection by **July 7, 2023**. The full Notice provides instructions on how to submit a Claim Form, exclude yourself, or object, and you must comply with all of the instructions in the Notice.

The Court will hold a hearing on **July 28, 2023, at 10:00 a.m. Pacific Time**, to consider, among other things, whether to approve the Settlement and a request by the lawyers representing the Settlement Class for up to 18% of the Settlement Fund in attorneys' fees, plus expenses of no more than $250,000 (which equals a cost of approximately $0.003 per eligible share of HP common stock). You may attend the hearing and ask to be heard by the Court, but you do not have to. **For more information, call 1-877-388-1759, send an email to info@HPSecuritiesSettlement.com, or visit www.HPSecuritiesSettlement.com.**

HP_54685_PN_PST

B. Baylard
[redacted]
Santa Rosa, CA 95402

SAN FRANCISCO CA   940

12 JUL 2023   PM 5  L

HP Securities Litigation
Claims Administrator
PO Box 173010
Milwaukee, WI 53217

53217-802310

18

**HP -** 54685

**266826559**

JUL 18 2023

Barbara A. Baylard

████████████████

~~Santa Rosa, CA 95407~~-4503

~~Santa Rosa, CA 95402~~-6085

HP Securities Litigation
Claims Administrator
PO Box 173010
~~Milwaukee, WI 53217~~

July 11, 2023

Enc: Court-Ordered Legal Notices for:
BAYLARD, Barbara Allyn
STEWARD, Jonathan W.

My husband has been dec'd since
4.3.2018. Please exclude both of
our names from the Settlement.
This is a request to Opt-Out.

Barbara A. Baylard
Barbara A. Baylard

## COURT-ORDERED LEGAL NOTICE

*In re HP Inc. Securities Litigation*
Case No. 20-cv-01260-SI (N.D. Cal.)

**Your legal rights may be affected by this securities class action. You may be eligible for a cash payment from the Settlement. Please read this Postcard Notice carefully.**

For more information, please visit
www.HPSecuritiesSettlement.com
or call 1-877-388-1759.





05

HP Securities Litigation
Claims Administrator
P.O. Box 173010
Milwaukee, WI 53217

PRESORTED FIRST CLASS
U.S. POSTAGE PAID
FARMINGDALE, NY
PERMIT NO.225

05

00285605

JOB# N86892-010  4#

\*\*\*\*\*\*\*\*AUTO\*\*ALL FOR AADC 940
JONATHAN W. STEWARD



The parties in the action *In re HP Inc. Securities Litigation*, Case No. 20-cv-01260-SI (N.D. Cal.) ("Action") have reached a proposed settlement of claims in a pending securities class action against HP Inc. ("HP") and certain of its current and former executives (collectively, "Defendants"). If approved, the Settlement will resolve a lawsuit in which Lead Plaintiffs alleged that Defendants made materially false and misleading statements concerning HP's supplies business during the relevant time period. Defendants deny any liability or wrongdoing. You received this notice because you, or an account for which you serve as a custodian, may be a member of the following Settlement Class: <u>All persons and entities who purchased or otherwise acquired HP common stock between February 23, 2017 and October 3, 2019, inclusive, and were damaged thereby</u>.

Pursuant to the Settlement, Defendants have agreed to pay **$10,500,000**, which, after deducting any Court-awarded fees and expenses, notice and administration costs, and taxes, will be allocated among Settlement Class Members who submit valid claims, in exchange for the Settlement of the Action and the release of all claims asserted in the Action and related claims. **For additional information regarding the Settlement, please review the full Notice available at www.HPSecuritiesSettlement.com.** If you are a Settlement Class Member, your *pro rata* share of the Settlement will depend on the number of valid claims submitted, and the number, size, and timing of your transactions in HP common stock during the relevant time period. If all Settlement Class Members elect to participate in the Settlement, the estimated average recovery per eligible share of HP common stock will be approximately $0.013 *before* deducting any Court-approved fees, expenses, and costs. Your actual share of the Settlement will be determined pursuant to the Plan of Allocation set forth in the full Notice, or other plan of allocation ordered by the Court.

**To qualify for a payment, you must submit a valid Claim Form.** The Claim Form can be found and submitted on the Settlement Website, or you can request that one be mailed to you. **Claim Forms must be postmarked (if mailed), or submitted online, by August 14, 2023.** If you do not want to be legally bound by any releases, judgments, or orders in the Action, **you must exclude yourself** from the Settlement Class by **July 7, 2023.** If you exclude yourself from the Settlement Class, you may be able to sue Defendants about the claims being resolved in the Action, but you cannot get money from the Settlement. If you want to object to any aspect of the Settlement, you must file or mail an objection by **July 7, 2023**. The full Notice provides instructions on how to submit a Claim Form, exclude yourself, or object, and you must comply with all of the instructions in the Notice.

The Court will hold a hearing on **July 28, 2023, at 10:00 a.m. Pacific Time**, to consider, among other things, whether to approve the Settlement and a request by the lawyers representing the Settlement Class for up to 18% of the Settlement Fund in attorneys' fees, plus expenses of no more than $250,000 (which equals a cost of approximately $0.003 per eligible share of HP common stock). You may attend the hearing and ask to be heard by the Court, but you do not have to. **For more information, call 1-877-388-1759, send an email to info@HPSecuritiesSettlement.com, or visit www.HPSecuritiesSettlement.com.**

HP_54685_PN_PST

B. Baylard

Santa Rosa, CA 95402

SAN FRANCISCO CA   940

12 JUL 2023   PM 5   L

HP Securities Litigation
Claims Administrator
PO Box 173010
Milwaukee, WI 53217

53217-802310