FILED

OCT 20 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| STATE OF RHODE ISLAND, OFFICE OF THE GENERAL TREASURER, ON BEHALF OF THE EMPLOYEES' RETIREMENT SYSTEM OF RHODE ISLAND, Individually and on Behalf of All Others Similarly Situated; IRON WORKERS LOCAL 580 JOINT FUNDS, Individually and on Behalf of All Others Similarly Situated, <br><br>             Plaintiffs-Appellants, <br><br> and <br><br> ELECTRICAL WORKERS PENSION FUND, LOCAL 103, I.B.E.W., <br><br>             Plaintiff, <br><br>  v. <br><br> HP, INC.; et al., <br><br>             Defendants-Appellees. | No.    21-16718 <br><br> D.C. No. 3:20-cv-01260-SI Northern District of California, San Francisco <br><br> ORDER |

Appellants' motion for voluntary dismissal of this appeal (Docket Entry No. 80) is granted.  This appeal is dismissed.  *See* Fed. R. App. P. 42(b).

OSA135

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT