# EXHIBIT A
## Deficiency Letter

HP SECURITIES LITIGATION
c/o A.B. DATA, LTD.
PO BOX 173010
MILWAUKEE, WI  53217



## NOTICE OF REJECTION OF CLAIM

| | |
|---|---|
| **DATE:** | ███████████ |
| **RE:** | *IN RE HP INC. SECURITIES LITIGATION* |
| **CLAIM NUMBER:** | ████████ |
| **RESPONSE DEADLINE:** | ████████████ |

Dear Claimant:

We have processed the Proof of Claim and Release Form ("Claim") that you submitted in connection with the Settlement achieved in the above-noted litigation. Your Claim, based on our review, is ineligible for a recovery from the Settlement for the reason(s) listed below. Please note that some reasons for ineligibility are curable. To resolve the identified curable condition(s) of ineligibility, please follow the instructions below.

In order for this Claim to be eligible for a recovery, the identified curable conditions of ineligibility must be resolved, and the Claim must then calculate to a Recognized Claim under the Court-approved Plan of Allocation. Please include a copy of this notice with your response. If you fail to respond by the response deadline printed above, or if your response fails to cure the condition(s) identified below, your Claim will be rejected in its entirety. Please note, this is the only notice you will receive with respect to this Claim.

### No "Recognized Claim" Pursuant to Court-Approved Plan of Allocation

In accordance with the Court-approved Plan of Allocation set forth in the Settlement Notice (which was previously provided to you and is available for review on the Settlement website), we have determined that this Claim calculates to a "Recognized Claim" of zero and therefore is not eligible to receive any distribution from the Net Settlement Fund.

This is NOT a curable deficiency unless you had additional transactions in HP common stock during the period from February 23, 2017 through October 3, 2019, inclusive, that are not reflected in your Claim. Please note, your Claim may also have other ineligible conditions listed in this notice. If the ineligible conditions listed in this notice are not cured, the Claim will not be recommended for approval and, therefore, will not be eligible to receive any recovery. If other ineligible conditions are resolved but the Claim still does not calculate to a Recognized Claim under the Plan of Allocation, the Claim will remain ineligible. Please note, as set forth in the Claim Form,

purchases or acquisitions of HP common stock made during the period from October 4, 2019 through and including December 31, 2019 are not eligible to be included in the calculation of the Recognized Claim.

**Claims that are not cured by the response deadline above will be rejected.** If you believe your Claim has been rejected in error, you may contact us for assistance and/or request Court review of our determination. To request Court review of your Claim, you must send us a signed written statement that: (a) states your reasons for contesting the rejection of this Claim, along with any and all documentation supporting your argument(s); (b) specifically states that you "request that the Court review the rejection of this Claim"; and (c) includes a copy of this notice, postmarked no later than the response deadline set forth above. If the dispute concerning your Claim cannot be resolved, you may request that your Claim be presented to the Court for review, which will include public filing of your Claim and supporting documentation with the Court. If your disputed Claim is presented to the Court, your Claim Form and supporting documentation will be partially redacted to protect your privacy. Court review should only be sought if you disagree with our determination regarding this Claim.

If you have any questions about this notice, or if you want to confirm the status of your Claim after you submit a response to this notice, please call us at 877-388-1759 or email us at info@HPSecuritiesLitigation.com. Please reference the Claim number listed above in any communication. If you would like to view or download the Notice, which contains the Plan of Allocation, you may do so by visiting www.HPSecuritiesLitigation.com.

Very truly yours,

A.B. DATA, LTD.
Claims Administrator