# EXHIBIT C
## Status Spreadsheet



| Filer ClaimNumber | ClaimNumber | Name1 | Name2 | Name3 | AccountID | Duplicate ClaimNumber | Recognized Claim Amount | Claim Status | Deficient Flags |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 0 | Full Rejection | NOLOS, TRNO, TRNI |
| | | | | | | | 0 | Full Rejection | NOLOS, TRNO, TRNI |
| | | | | | | | 0 | Full Rejection | NOLOS, NOPUR, TRNO, TRNI |
| | | | | | | | 0 | Full Rejection | NOLOS, TRNO, TRNI |
| | | | | | | | 0 | Full Rejection | NOLOS, TRNO, TRNI |
| | | | | | | | 72620.55 | Partial Rejection | TRNO, TRNI |
| | | | | | | | 0 | Full Rejection | NOLOS, TRNO, TRNI |
| | | | | | | | 0 | Full Rejection | NOLOS, TRNO, TRNI |
| | | | | | | | 0 | Full Rejection | NOLOS, TRNO |
| | | | | | | | 0 | Full Rejection | NOLOS, NOPUR, TRNO, TRNI |