# EXHIBIT G
# Invoices

A.B. DATA, LTD.
Class Action Administration



# IN RE HP INC. SECURITIES LITIGATION

| Invoice Date | Invoice Number | Amount |
|---|---|---|
| May-23 | 4867 | $210,577.26 |
| Jun-23 | 5078 | $237,741.91 |
| Jul-23 | 5128 | $32,389.88 |
| Aug-23 | 5350 | $219,901.64 |
| Sep-23 | 5408 | $43,790.26 |
| Oct-23 | 5547 | $10,956.53 |
| Nov-23 | 5692 | $47,332.16 |
| Dec-23 | 5862 | $4,508.01 |
| Jan-24 | 5986 | $1,131.50 |
| Feb-24 | 6124 | $1,321.66 |
| Mar-24 | 6258 | $946.15 |
| Apr-24 | 6464 | $2,874.25 |
| May-24 | 6579 | $10,261.56 |
| Jun-24 | 6817 | $928.39 |
| Jul-24 | 6898 | $853.44 |
| Aug-24 | 7012 | $923.53 |
| Sep-24 | 7212 | $32,731.12 |
| Oct-24 | 7313 | $644.75 |
| Dec-24 | 7676 | $4,916.46 |
| Estimate to Complete | | $26,622.56 |
| **Total** | | **$891,353.02** |



**A.B. DATA, LTD.**
Class Action Administration
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com

| | | |
|---|---|---|
| **INVOICE** | INV000304867 |
| **PAGE** | 1/1 |
| **DATE** | 5/31/2023 |
| **CLIENT** | 107125 |

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1251 AVENUE OF THE AMERICAS, 44TH
FLOOR
NEW YORK, NY, 10020
USA

**INVOICE**

**JOB      54685              HP Inc.**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Website Setup and Design (One-Time Fee) | 1 | 3,000.00 | $3,000.00 |
| Printing of Notice Postcards | 750,000 | 0.1200 | $90,000.00 |
| Printing Of Notice Packets (32 PG) | 7,500 | 1.8663 | $13,997.25 |
| Postage | 1 | 64,344.58 | $64,344.58 |
| Media Notices - PR Newswire USI National Newline | 1 | 3,712.50 | $3,712.50 |
| Media Notices - Dow Jones | 1 | 22,206.15 | $22,206.15 |
| Website Hosting (per Month) | 1 | 175 | $175.00 |
| Interactive Voice Response (IVR) (Per Minute) | 641 | 0.48 | $307.68 |
| CSRs/Live Operators (Per Hour) | 48.75 | 55.00 | $2,681.25 |
| 800 Number Charges (Per Minute) | 900 | 0.14 | $126.00 |
| IVR and Line Maintenance (Monthly) | 1 | 195 | $195.00 |
| Document Imaging (Per Page) (Excluding Claims) | 16 | 0.20 | $3.20 |
| Post Office Box Rental/Renewal (Annual) | 1 | 1,480.00 | $1,480.00 |
| Bank, Broker, and Nominee Fulfillment Expense | 1 | 8,240.90 | $8,240.90 |
| Electronic Storage | 1 | 7.75 | $7.75 |
| Market Research Fee (One Time Fee) | 1 | 100.00 | $100.00 |

| | |
|---|---|
| **TOTAL** | **$210,577.26** |

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT



A.B. DATA, LTD.

**Class Action Administration**
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com

| | |
|---|---|
| **INVOICE** | INV000305078 |
| **PAGE** | 1/1 |
| **DATE** | 6/30/2023 |
| **CLIENT** | 107125 |

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1251 AVENUE OF THE AMERICAS, 44TH
FLOOR
NEW YORK, NY, 10020
USA

**INVOICE**

**JOB      54685          HP Inc.**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Postage | 1 | 21,558.08 | $21,558.08 |
| Website Hosting (Per Month) | 1 | 175 | $175.00 |
| Interactive Voice Response (IVR) (Per Minute) | 2,051 | 0.48 | $984.48 |
| CSRs/Live Operators (Per Hour) | 230.50 | 55.00 | $12,677.50 |
| 800 Number Charges (Per Minute) | 4,295 | 0.14 | $601.30 |
| IVR and Line Maintenance (Per Month) | 1 | 195 | $195.00 |
| Advanced Address Updates (Per Record) | 6,602 | 1.10 | $7,262.20 |
| Document Imaging (Per Page) (Excluding Claims) | 73 | 0.20 | $14.60 |
| Bank, Broker, and Nominee Fulfillment Expense | 1 | 194,187.48 | $194,187.48 |
| Document Storage - Paper (Per Box/Per Month) | 4 | 2.50 | $10.00 |
| Electronic Storage | 1 | 76.27 | $76.27 |

| | |
|---|---|
| **TOTAL** | **$237,741.91** |

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

A.B. DATA, LTD.

**Class Action Administration**

600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com



BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1251 AVENUE OF THE AMERICAS, 44TH
FLOOR
NEW YORK, NY, 10020
USA

| | |
|---|---|
| **INVOICE** | INV000305128 |
| **PAGE** | 1/1 |
| **DATE** | 7/31/2023 |
| **CLIENT** | 107125 |

**INVOICE**

| JOB | 54685 | HP Inc. |
|---|---|---|

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Postage | 1 | 12,354.25 | $12,354.25 |
| Website Hosting (Per Month) | 1 | 175 | $175.00 |
| Interactive Voice Response (IVR) (Per Minute) | 542 | 0.48 | $260.16 |
| CSRs/Live Operators (Per Hour) | 56.75 | 55.00 | $3,121.25 |
| 800 Number Charges (Per Minute) | 2,066 | 0.14 | $289.24 |
| IVR and Line Maintenance (Per Month) | 1 | 195 | $195.00 |
| Advanced Address Updates (Per Record) | 8,567 | 1.10 | $9,423.70 |
| Document Imaging (Per Page) (Excluding Claims) | 1,361 | 0.20 | $272.20 |
| Bank, Broker, and Nominee Fulfillment Expense | 1 | 6,182.20 | $6,182.20 |
| Document Storage - Paper (Per Box/Per Month) | 9 | 2.50 | $22.50 |
| Electronic Storage | 1 | 94.38 | $94.38 |

| | |
|---|---|
| **TOTAL** | **$32,389.88** |

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT



A.B. DATA, LTD.

**Class Action Administration**
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com

| | | |
|---|---|---|
| **INVOICE** | INV000305350 |
| **PAGE** | 1/1 |
| **DATE** | 8/31/2023 |
| **CLIENT** | 107125 |

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1251 AVENUE OF THE AMERICAS, 44TH
FLOOR
NEW YORK, NY, 10020
USA

**INVOICE**

## JOB   54685        HP Inc.

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Claims - Minimum Flat Fee | 1 | 100,000.00 | $100,000.00 |
| Per-Claim Charge (Up to 250,000 Claims) | 131,606 | 0.85 | $111,865.10 |
| Printing & Mailing of Cofirmation Postcards (500 per Batch) | 1,000 | 0.1000 | $100.00 |
| Postage | 1 | 272.85 | $272.85 |
| Website Hosting (Per Month) | 1 | 175 | $175.00 |
| Interactive Voice Response (IVR) (Per Minute) | 403 | 0.48 | $193.44 |
| CSRs/Live Operators (Per Hour) | 35.25 | 55.00 | $1,938.75 |
| 800 Number Charges (Per Minute) | 1,416 | 0.14 | $198.24 |
| IVR and Line Maintenance (Per Month) | 1 | 195 | $195.00 |
| Advanced Address Updates (Per Record) | 851 | 1.10 | $936.10 |
| Document Imaging (Per Page) (Excluding Claims) | 669 | 0.20 | $133.80 |
| Bank, Broker, and Nominee Fulfillment Expense | 1 | 3,689.12 | $3,689.12 |
| Document Storage - Paper (Per Box/Per Month) | 10 | 2.50 | $25.00 |
| Electronic Storage | 1 | 179.24 | $179.24 |

|  |  |
|---|---|
| **TOTAL** | **$219,901.64** |

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT



A.B. DATA, LTD.

**Class Action Administration**

600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com

| | | |
|---|---|---|
| **INVOICE** | INV000305408 | |
| **PAGE** | 1/1 | |
| **DATE** | 9/28/2023 | |
| **CLIENT** | 107125 | |

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1251 AVENUE OF THE AMERICAS, 44TH
FLOOR
NEW YORK, NY, 10020
USA

### INVOICE

**JOB        54685            HP Inc.**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Per-Claim Charge (Up to 250,000 Claims) | 49,528 | 0.85 | $42,098.80 |
| Website Hosting (Per Month) | 1 | 175 | $175.00 |
| Interactive Voice Response (IVR) (Per Minute) | 92 | 0.48 | $44.16 |
| CSRs/Live Operators (Per Hour) | 20.00 | 55.00 | $1,100.00 |
| 800 Number Charges (Per Minute) | 317 | 0.14 | $44.38 |
| IVR and Line Maintenance (Per Month) | 1 | 195 | $195.00 |
| Document Imaging (Per Page) (Excluding Claims) | 5 | 0.20 | $1.00 |
| Document Storage - Paper (Per Box/Per Month) | 10 | 2.50 | $25.00 |
| Electronic Storage | 1 | 106.92 | $106.92 |

**TOTAL        $43,790.26**

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

A.B. DATA, LTD.
**Class Action Administration**
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com



|  |  |
|---|---|
| **INVOICE** | INV000305547 |
| **PAGE** | 1/1 |
| **DATE** | 10/31/2023 |
| **CLIENT** | 107125 |

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1251 AVENUE OF THE AMERICAS, 44TH
FLOOR
NEW YORK, NY, 10020
USA

**INVOICE**

**JOB      54685          HP Inc.**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Per-Claim Charge (Up to 250,000 Claims) | 428 | 0.85 | $363.80 |
| Printing & Mailing of Cofirmation Postcards (500 per Batch) | 562 | 0.2000 | $112.40 |
| Printing and Mailing of Deficiency/Rejection Letters | 4,980 | 0.5200 | $2,589.60 |
| Postage | 1 | 2,975.04 | $2,975.04 |
| Website Hosting (Per Month) | 1 | 175 | $175.00 |
| Interactive Voice Response (IVR) (Per Minute) | 294 | 0.48 | $141.12 |
| CSRs/Live Operators (Per Hour) | 68.75 | 55.00 | $3,781.25 |
| 800 Number Charges (Per Minute) | 917 | 0.14 | $128.38 |
| IVR and Line Maintenance (Per Month) | 1 | 195 | $195.00 |
| Document Imaging (Per Page) (Excluding Claims) | 1,702 | 0.20 | $340.40 |
| Document Storage - Paper (Per Box/Per Month) | 10 | 2.50 | $25.00 |
| Electronic Storage | 1 | 129.54 | $129.54 |

|  |  |
|---|---|
| **TOTAL** | **$10,956.53** |

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

A.B. DATA, LTD.

**Class Action Administration**
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com



BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1251 AVENUE OF THE AMERICAS, 44TH
FLOOR
NEW YORK, NY, 10020
USA

| | |
|---|---|
| **INVOICE** | INV000305692 |
| **PAGE** | 1/1 |
| **DATE** | 11/30/2023 |
| **CLIENT** | 107125 |

**INVOICE**

**JOB     54685          HP Inc.**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Per-Claim Charge (Up to 250,000 Claims) | 50,621 | 0.85 | $43,027.85 |
| Postage | 1 | 1.26 | $1.26 |
| Website Hosting (Per Month) | 1 | 175 | $175.00 |
| Interactive Voice Response (IVR) (Per Minute) | 52 | 0.48 | $24.96 |
| CSRs/Live Operators (Per Hour) | 64.00 | 55.00 | $3,520.00 |
| IVR and Line Maintenance (Per Month) | 1 | 195 | $195.00 |
| Document Imaging (Per Page) (Excluding Claims) | 1,075 | 0.20 | $215.00 |
| Document Storage - Paper (Per Box/Per Month) | 10 | 2.50 | $25.00 |
| Electronic Storage | 1 | 148.09 | $148.09 |

| | |
|---|---|
| **TOTAL** | **$47,332.16** |

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

A.B. DATA, LTD.
**Class Action Administration**
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com

**ab DATA**

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1251 AVENUE OF THE AMERICAS, 44TH
FLOOR
NEW YORK, NY, 10020
USA

| | |
|---|---|
| **INVOICE #:** | INV000305862 |
| **INVOICE DATE:** | 12/31/2023 |
| **CLIENT:** | 107125 |
| **PAGE:** | 1/1 |
| **TERMS:** | Net 30 |
| **DUE DATE:** | 1/30/2024 |

## INVOICE

**JOB**     **54685**          **HP Inc.**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Per-Claim Charge (Up to 250,000 Claims) | 91 | 0.85 | $77.35 |
| Website Hosting (Per Month) | 1 | 175 | $175.00 |
| Interactive Voice Response (IVR) (Per Minute) | 22 | 0.48 | $10.56 |
| CSRs/Live Operators (Per Hour) | 68.50 | 55.00 | $3,767.50 |
| 800 Number Charges (Per Minute) | 724 | 0.14 | $101.36 |
| IVR and Line Maintenance (Per Month) | 1 | 195 | $195.00 |
| Document Imaging (Per Page) (Excluding Claims) | 31 | 0.20 | $6.20 |
| Document Storage - Paper (Per Box/Per Month) | 10 | 2.50 | $25.00 |
| Electronic Storage | 1 | 150.04 | $150.04 |

**TOTAL**          **$4,508.01**

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

Past due invoices are subject to a 1.5% per month service charge

A.B. DATA, LTD.

**Class Action Administration**
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com

ab DATA

| | |
|---|---|
| **INVOICE #:** | INV000305986 |
| **INVOICE DATE:** | 1/31/2024 |
| **CLIENT:** | 107125 |
| **PAGE:** | 1/1 |
| **TERMS:** | 30 days upon receipt |

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1251 AVENUE OF THE AMERICAS, 44TH
FLOOR
NEW YORK, NY, 10020
USA

## INVOICE

**JOB      54685          HP Inc.**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Per-Claim Charge (Up to 250,000 Claims) | 64 | 0.85 | $54.40 |
| Postage | 1 | 0.63 | $0.63 |
| Website Hosting (Per Month) | 1 | 175 | $175.00 |
| Interactive Voice Response (IVR) (Per Minute) | 26 | 0.48 | $12.48 |
| CSRs/Live Operators (Per Hour) | 9.16 | 55.00 | $503.80 |
| IVR and Line Maintenance (Per Month) | 1 | 195 | $195.00 |
| Document Imaging (Per Page) (Excluding Claims) | 8 | 0.20 | $1.60 |
| Document Storage - Paper (Per Box/Per Month) | 10 | 2.50 | $25.00 |
| Electronic Storage | 1 | 163.59 | $163.59 |

|  | **TOTAL** | **$1,131.50** |
|---|---|---|

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

Past due invoices are subject to a 1.5% per month service charge

A.B. DATA, LTD.

**Class Action Administration**
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com

ab DATA

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1251 AVENUE OF THE AMERICAS, 44TH
FLOOR
NEW YORK, NY, 10020
USA

| | |
|---|---|
| **INVOICE #:** | INV000306124 |
| **INVOICE DATE:** | 2/29/2024 |
| **CLIENT:** | 107125 |
| **PAGE:** | 1/1 |
| **TERMS:** | 30 days upon receipt |

## INVOICE

**JOB     54685          HP Inc.**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Per-Claim Charge (Up to 250,000 Claims) | 269 | 0.85 | $228.65 |
| Website Hosting (Per Month) | 1 | 175 | $175.00 |
| Interactive Voice Response (IVR) (Per Minute) | 30 | 0.48 | $14.40 |
| CSRs/Live Operators (Per Hour) | 7.01 | 55.00 | $385.55 |
| 800 Number Charges (Per Minute) | 112 | 0.14 | $15.68 |
| IVR and Line Maintenance (Per Month) | 1 | 195 | $195.00 |
| Document Imaging (Per Page) (Excluding Claims) | 6 | 0.20 | $1.20 |
| Bank, Broker, and Nominee Fulfillment Expense | 1 | 117.50 | $117.50 |
| Document Storage - Paper (Per Box/Per Month) | 10 | 2.50 | $25.00 |
| Electronic Storage | 1 | 163.68 | $163.68 |

**TOTAL          $1,321.66**

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

Past due invoices are subject to a 1.5% per month service charge



**A.B. DATA, LTD.**

**Class Action Administration**
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1251 AVENUE OF THE AMERICAS, 44TH
FLOOR
NEW YORK, NY, 10020
USA

| | |
|---|---|
| **INVOICE #:** | INV000306258 |
| **INVOICE DATE:** | 3/28/2024 |
| **CLIENT:** | 107125 |
| **PAGE:** | 1/1 |
| **TERMS:** | 30 days upon receipt |

## INVOICE

**JOB        54685            HP Inc.**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Per-Claim Charge (Up to 250,000 Claims) | 53 | 0.85 | $45.05 |
| Website Hosting (Per Month) | 1 | 175 | $175.00 |
| Interactive Voice Response (IVR) (Per Minute) | 28 | 0.48 | $13.44 |
| CSRs/Live Operators (Per Hour) | 3.34 | 55.00 | $183.70 |
| 800 Number Charges (Per Minute) | 105 | 0.14 | $14.70 |
| IVR and Line Maintenance (Per Month) | 1 | 195 | $195.00 |
| Document Storage - Paper (Per Box/Per Month) | 10 | 2.50 | $25.00 |
| Electronic Storage | 1 | 294.26 | $294.26 |

**TOTAL            $946.15**

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

Past due invoices are subject to a 1.5% per month service charge

A.B. DATA, LTD.

**Class Action Administration**
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com



BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1251 AVENUE OF THE AMERICAS, 44TH
FLOOR
NEW YORK, NY, 10020
USA

| | |
|---|---|
| **INVOICE #:** | INV000306464 |
| **INVOICE DATE:** | 4/30/2024 |
| **CLIENT:** | 107125 |
| **PAGE:** | 1/1 |
| **TERMS:** | 30 days upon receipt |

## INVOICE

**JOB**    **54685**        **HP Inc.**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Per-Claim Charge (Up to 250,000 Claims) | 159 | 0.85 | $135.15 |
| Postage | 1 | 473.46 | $473.46 |
| Website Hosting (Per Month) | 1 | 175 | $175.00 |
| Interactive Voice Response (IVR) (Per Minute) | 14 | 0.48 | $6.72 |
| CSRs/Live Operators (Per Hour) | 1.73 | 55.00 | $95.15 |
| 800 Number Charges (Per Minute) | 32 | 0.14 | $4.48 |
| IVR and Line Maintenance (Per Month) | 1 | 195 | $195.00 |
| Post Office Box Rental/Renewal (Annual) | 1 | 1,600.00 | $1,600.00 |
| Document Storage - Paper (Per Box/Per Month) | 10 | 2.50 | $25.00 |
| Electronic Storage | 1 | 164.29 | $164.29 |

|  | |
|---|---|
| **TOTAL** | **$2,874.25** |

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

Past due invoices are subject to a 1.5% per month service charge

**A.B. DATA, LTD.**
Class Action Administration
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com

ab
D A T A

| | |
|---|---|
| **INVOICE #:** | INV000306579 |
| **INVOICE DATE:** | 5/31/2024 |
| **CLIENT:** | 107125 |
| **PAGE:** | 1/1 |
| **TERMS:** | 30 days upon receipt |

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1251 AVENUE OF THE AMERICAS, 44TH
FLOOR
NEW YORK, NY, 10020
USA

## INVOICE

**JOB     54685          HP Inc.**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Per-Claim Charge (Up to 250,000 Claims) | 11,278 | 0.85 | $9,586.30 |
| Website Hosting (Per Month) | 1 | 175 | $175.00 |
| Interactive Voice Response (IVR) (Per Minute) | 27 | 0.48 | $12.96 |
| CSRs/Live Operators (Per Hour) | 1.80 | 55.00 | $99.00 |
| 800 Number Charges (Per Minute) | 49 | 0.14 | $6.86 |
| IVR and Line Maintenance (Per Month) | 1 | 195 | $195.00 |
| Document Storage - Paper (Per Box/Per Month) | 10 | 2.50 | $25.00 |
| Electronic Storage | 1 | 161.44 | $161.44 |

| | |
|---|---|
| **TOTAL** | **$10,261.56** |

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

Past due invoices are subject to a 1.5% per month service charge

A.B. DATA, LTD.
**Class Action Administration**
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com

ab
DATA

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1251 AVENUE OF THE AMERICAS, 44TH
FLOOR
NEW YORK, NY, 10020
USA

| | |
|---|---|
| **INVOICE #:** | INV000306817 |
| **INVOICE DATE:** | 7/15/2024 |
| **CLIENT:** | 107125 |
| **PAGE:** | 1/1 |
| **TERMS:** | 30 days upon receipt |

## INVOICE

**JOB     54685        HP Inc.**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Per-Claim Charge (Up to 250,000 Claims) | 24 | 0.85 | $20.40 |
| Website Hosting (Per Month) | 1 | 175 | $175.00 |
| Interactive Voice Response (IVR) (Per Minute) | 14 | 0.48 | $6.72 |
| CSRs/Live Operators (Per Hour) | 6.12 | 55.00 | $336.60 |
| 800 Number Charges (Per Minute) | 38 | 0.14 | $5.32 |
| IVR and Line Maintenance (Per Month) | 1 | 195 | $195.00 |
| Document Storage - Paper (Per Box/Per Month) | 10 | 2.50 | $25.00 |
| Electronic Storage | 1 | 164.35 | $164.35 |

**TOTAL          $928.39**

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

Past due invoices are subject to a 1.5% per month service charge

A.B. DATA, LTD.
**Class Action Administration**
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1251 AVENUE OF THE AMERICAS, 44TH
FLOOR
NEW YORK, NY, 10020
USA

| | |
|---|---|
| **INVOICE #:** | INV000306898 |
| **INVOICE DATE:** | 8/15/2024 |
| **CLIENT:** | 107125 |
| **PAGE:** | 1/1 |
| **TERMS:** | 30 days upon receipt |

## INVOICE

**JOB    54685    HP Inc.**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Per-Claim Charge (Up to 250,000 Claims) | 18 | 0.85 | $15.30 |
| Website Hosting (Per Month) | 1 | 175 | $175.00 |
| Interactive Voice Response (IVR) (Per Minute) | 11 | 0.48 | $5.28 |
| CSRs/Live Operators (Per Hour) | 3.66 | 55.00 | $201.30 |
| 800 Number Charges (Per Minute) | 37 | 0.14 | $5.18 |
| IVR and Line Maintenance (Per Month) | 1 | 195 | $195.00 |
| Document Storage - Paper (Per Box/Per Month) | 10 | 2.50 | $25.00 |
| Electronic Storage | 1 | 231.38 | $231.38 |

|  |  |
|---|---|
| **TOTAL** | **$853.44** |

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

Past due invoices are subject to a 1.5% per month service charge



A.B. DATA, LTD.

Class Action Administration

600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1251 AVENUE OF THE AMERICAS, 44TH
FLOOR
NEW YORK, NY, 10020
USA

| | |
|---|---:|
| **INVOICE #:** | INV000307212 |
| **INVOICE DATE:** | 10/15/2024 |
| **CLIENT:** | 107125 |
| **PAGE:** | 1/1 |
| **TERMS:** | 30 days upon receipt |

## INVOICE

**JOB**    **54685**        **HP Inc.**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---:|---:|---:|
| Per-Claim Charge (Up to 250,000 Claims) | 33 | 0.85 | $28.05 |
| Website Maintenance and Support  (Per Month) | 1 | 175 | $175.00 |
| Interactive Voice Response (IVR) (Per Minute) | 15 | 0.48 | $7.20 |
| CSRs/Live Operators (Per Hour) | 1.63 | 55.00 | $89.65 |
| 800 Number Charges (Per Minute) | 52 | 0.14 | $7.28 |
| IVR and Line Maintenance (Per Month) | 1 | 195 | $195.00 |
| Bank, Broker, and Nominee Fulfillment Expense | 1 | 32,039.67 | $32,039.67 |
| Document Storage - Paper (Per Box/Per Month) | 10 | 2.50 | $25.00 |
| Electronic Storage | 4,985 | 0.015 | $74.78 |
| Web Hosting | 1 | 89.49 | $89.49 |

|  | **TOTAL** | **$32,731.12** |
|---|---:|---:|

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

Past due invoices are subject to a 1.5% per month service charge

**A.B. DATA, LTD.**

Class Action Administration

600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1251 AVENUE OF THE AMERICAS, 44TH
FLOOR
NEW YORK, NY, 10020
USA

| | |
|---|---|
| **INVOICE #:** | INV000307313 |
| **INVOICE DATE:** | 11/15/2024 |
| **CLIENT:** | 107125 |
| **PAGE:** | 1/1 |
| **TERMS:** | 30 days upon receipt |

## INVOICE

**JOB      54685          HP Inc.**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Per-Claim Charge (Up to 250,000 Claims) | 21 | 0.85 | $17.85 |
| Website Maintenance and Support  (Per Month) | 1 | 175 | $175.00 |
| Interactive Voice Response (IVR) (Per Minute) | 18 | 0.48 | $8.64 |
| CSRs/Live Operators (Per Hour) | 1.02 | 55.00 | $56.10 |
| 800 Number Charges (Per Minute) | 33 | 0.14 | $4.62 |
| IVR and Line Maintenance (Per Month) | 1 | 195 | $195.00 |
| Document Imaging (Per Page) (Excluding Claims) | 6 | 0.20 | $1.20 |
| Document Storage - Paper (Per Box/Per Month) | 10 | 2.50 | $25.00 |
| Electronic Storage (Per Page/Per Month) | 4,985 | 0.015 | $74.78 |
| Web Hosting | 1 | 86.56 | $86.56 |

| | |
|---|---|
| **TOTAL** | **$644.75** |

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

Past due invoices are subject to a 1.5% per month service charge



**A.B. DATA, LTD.**
**Class Action Administration**
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
billing@abdata.com
abdataclassaction.com

| | |
|---|---|
| **INVOICE #:** | 54685 |
| **INVOICE DATE:** | 1/15/2025 |
| **PERIOD ENDING:** | 12/31/2024 |
| **CLIENT:** | 107125 |
| **PAGE:** | 1/1 |
| **TERMS:** | 30 days upon receipt |

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1251 AVENUE OF THE AMERICAS, 44TH
FLOOR
NEW YORK, NY, 10020
USA

## INVOICE PREVIEW

**JOB      54685            HP Inc.**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Per-Claim Charge (Up to 250,000 Claims) | 769 | 0.85 | $653.65 |
| Executive Project Management (Hourly) | 1.30 | 240.00 | $312.00 |
| Senior Project Management (Hourly) | 0.50 | 225.00 | $112.50 |
| CSRs/Live Operators (Per Hour) | 2.93 | 55.00 | $161.15 |
| Website Maintenance and Support  (Per Month) | 2 | 175 | $350.00 |
| Interactive Voice Response (IVR) (Per Minute) | 95 | 0.48 | $45.60 |
| 800 Number Charges (Per Minute) | 111 | 0.14 | $15.54 |
| IVR and Line Maintenance (Per Month) | 2 | 195 | $390.00 |
| Document Storage - Paper (Per Box/Per Month) | 20 | 2.50 | $50.00 |
| Electronic Storage (Per Page/Per Month) | 9,982 | 0.015 | $149.73 |
| Web Hosting | 1 | 176.29 | $176.29 |
| QSF Income Tax Reporting 2024 (Per Year/Per ID) | 1 | 2,500.00 | $2,500.00 |

| | |
|---|---|
| **TOTAL** | **$4,916.46** |

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

Past due invoices are subject to a 1.5% per month service charge



**A.B. Data, Ltd.**

Class Action Administration Company
600 A.B. Data Drive
Milwaukee, WI 53217

Date:    December 4, 2024
Project:    HP Inc.

| Distribution Estimate | Quantity | Rate ($) | Estimated Cost ($) |
|---|---|---|---|
| **Distribution Fees** | | | |
| Printing and Mailing of De Minimis Postcards | 1,500 | 0.15 | 225.00 |
| Printing & Mailing Checks | 10,000 | 0.38 | 3,800.00 |
| Reissuance of Checks to Updated Addresses | 1,200 | 0.50 | 600.00 |
| Postage-Postcards | 1,500 | 0.48 | 720.00 |
| Postage-Checks | 11,200 | 0.73 | 8,176.00 |
| | | | |
| **Website and Telephone Support/Charges** | | | |
| Website Maintenance/Hosting *(monthly)* | 12 | 175 | 2,100.00 |
| Interactive Voice Response (IVR) *(per minute)* | 250 | 0.48 | 120.00 |
| CSRs/Live Operators *(per hour)* | 20 | 55 | 1,100.00 |
| 800 Number Charges *(per minute)* | 1,000 | 0.14 | 140.00 |
| IVR and Line Maintenance *(monthly)* | 12 | 195 | 2,340.00 |
| | | | |
| **Project Management and Reporting** | | | |
| Project Management (hourly) | 15 | 95 | 1,425.00 |
| Quality Assurance (hourly) | 5 | 150 | 750.00 |
| Staff  (hourly) | 10 | 95 | 950.00 |
| | | | |
| **Miscellaneous Expenses** | | | |
| Advanced Address Updates | 1,000 | 1.10 | 1,100.00 |
| Document Storage ($2.50 per month) | 12 | 25.00 | 300.00 |
| Electronic Storage | 12 | 231.38 | 2,776.56 |
| | | | |
| | | | |
| Total Estimated Cost | | $ | 26,622.56 |