**KESSLER TOPAZ MELTZER**
    **& CHECK, LLP**
Jennifer L. Joost (Bar No. 296164)
(jjoost@ktmc.com)
Stacey M. Kaplan (Bar No. 241989)
(skaplan@ktmc.com)
One Sansome Street, Suite 1850
San Francisco, CA  94104
Telephone: (415) 400-3000

**BERNSTEIN LITOWITZ BERGER**
    **& GROSSMANN LLP**
John J. Rizio-Hamilton (admitted *pro hac vice*)
(johnr@blbglaw.com)
Jeremy P. Robinson (admitted *pro hac vice*)
(jeremy@blbglaw.com)
1251 Avenue of the Americas
New York, NY  10020
Telephone: (215) 554-1400

[Additional Counsel Appear on Signature Page]

*Lead Counsel for Lead Plaintiffs and*
*the Settlement Class*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE HP INC. SECURITIES LITIGATION | Case No. 3:20-cv-01260-SI |
| | <u>CLASS ACTION</u> |
| | **LEAD PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR APPROVAL OF DISTRIBUTION PLAN** |
| | Judge:         Hon. Susan Illston<br>Courtroom:  1 – 17th Floor<br>Date:          April 4, 2025<br>Time:          10:00 a.m. |

Lead Plaintiffs filed their Motion for Approval of Distribution Plan ("Motion") with the Court on February 28, 2025 (ECF No. 145). As stated in the Motion, Defendants do not oppose the Motion, and no claimants have disputed the Claims Administrator's determinations with respect to their claims.

Under Civil Local Rule 7-3(a), any opposition to the Motion was due on March 14, 2025. No opposition was filed. Accordingly, the Motion is fully briefed and ready for disposition. For the reasons set forth in Lead Plaintiffs' moving papers, Lead Plaintiffs respectfully request that the Court grant the Motion in its entirety. A proposed order was previously filed with the Court (ECF No. 145-10) and submitted via email pursuant to this District's Civil Local Rules.

Dated: March 20, 2025

Respectfully Submitted,

**KESSLER TOPAZ MELTZER & CHECK, LLP**

*/s/ Jennifer L. Joost*
Jennifer L. Joost (Bar No. 296164)[1]
(jjoost@ktmc.com)
Stacey M. Kaplan (Bar No. 241989)
(skaplan@ktmc.com)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000

-and-

Gregory M. Castaldo (admitted *pro hac vice*)
(gcastaldo@ktmc.com)
280 King of Prussia Rd.
Radnor, PA 19087
Telephone: (610) 667-7706

*Counsel for Lead Plaintiff the State of Rhode Island, Office of the General Treasurer, on behalf of the Employees' Retirement System of Rhode Island and Co-Lead Counsel for the Settlement Class*

[1] In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the signatories.

REPLY IN SUPPORT OF MOTION FOR APPROVAL OF DISTRIBUTION PLAN    1    CASE NO. 3:20-CV-01260-SI

**BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP**

*/s/ Jeremy P. Robinson*

John J. Rizio-Hamilton (admitted *pro hac vice*)
(johnr@blbglaw.com)
Jeremy P. Robinson (admitted *pro hac vice*)
(jeremy@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (215) 554-1400

-and-

Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3470

*Counsel for Lead Plaintiff Iron Workers Local
580 Joint Funds and Co-Lead Counsel for the
Settlement Class*