UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HP INC. SECURITIES LITIGATION | Case No. 20-cv-01260-SI<br><br>**ORDER RE: APRIL 4, 2025 HEARING** |

Now pending before the Court is lead plaintiffs' unopposed motion for approval of the distribution plan. Dkt. No. 145. In advance of the hearing, the Court orders plaintiffs to file a supplemental statement explaining the range of distribution amounts that are anticipated to be paid out in the initial distribution (i.e., after excluding claims for less than $5.00), as well as the average and median distribution amounts anticipated in the initial distribution.

Plaintiffs shall file their statement by April 3, 2025.

**IT IS SO ORDERED**.

Dated: March 27, 2025

SUSAN ILLSTON
United States District Judge