**KESSLER TOPAZ MELTZER
   & CHECK, LLP**
Jennifer L. Joost (Bar No. 296164)
(jjoost@ktmc.com)
Stacey M. Kaplan (Bar No. 241989)
(skaplan@ktmc.com)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000

**BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP**
John J. Rizio-Hamilton (admitted *pro hac vice*)
(johnr@blbglaw.com)
Jeremy P. Robinson (admitted *pro hac vice*)
(jeremy@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (215) 554-1400

[Additional Counsel Appear on Signature Page]

*Lead Counsel for Lead Plaintiffs and
the Settlement Class*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE HP INC. SECURITIES LITIGATION | Case No. 3:20-cv-01260-SI |
| | <u>CLASS ACTION</u> |
| | **LEAD PLAINTIFFS' SUPPLEMENTAL STATEMENT IN FURTHER SUPPORT OF UNOPPOSED MOTION FOR APPROVAL OF DISTRIBUTION PLAN** |
| | Judge: Hon. Susan Illston<br>Courtroom: 1 – 17th Floor<br>Date: April 4, 2025<br>Time: 10:00 a.m. |

As required by the Court's Order Re: April 4, 2025 Hearing (ECF No. 147), Lead Plaintiffs submit this Supplemental Statement and the supporting Supplemental Declaration of Jack Ewashko of A.B. Data, Ltd. ("Suppl. Ewashko Decl.") to provide the Court with requested information about the anticipated distribution amounts that will be paid in the Initial Distribution if the Court approves their Unopposed Motion for Approval of Distribution Plan (ECF No. 145) and enters the [Proposed] Order Approving Distribution Plan (ECF No. 145-10) ("Distribution Order").

If the Distribution Order is entered, Lead Plaintiffs anticipate that a total of $7,958,749.22 will be distributed in the Initial Distribution to 18,999 eligible Claimants by check or wire transfer. Suppl. Ewashko Decl., ¶ 2. The payments to these eligible Claimants are expected to range in amount from a low of $5.05 to a high of $404,878.45, with an average payment amount of $418.90 and a median payment amount of $12.31. *Id.*, ¶ 3. These amounts are estimates and are subject to variation, depending on the amount of additional interest earned by the Settlement Fund prior to the Initial Distribution, among other factors. *Id.*, ¶ 4.

As required by the Northern District of California's Procedural Guidance for Class Action Settlements, Lead Plaintiffs will file a Post-Distribution Accounting within 21 days after the date that the checks mailed out in the Initial Distribution become stale. The Post-Distribution Accounting will provide detailed statistics on the actual distribution, including, among other things, "the average, median, maximum, and minimum recovery per claimant."

Dated:  April 3, 2025

Respectfully Submitted,

**KESSLER TOPAZ MELTZER**
  **& CHECK, LLP**

*/s/ Jennifer Enck*
Jennifer Enck (admitted *pro hac vice*)
(jenck@ktmc.com)
Gregory M. Castaldo (admitted *pro hac vice*)
(gcastaldo@ktmc.com)
280 King of Prussia Rd.
Radnor, PA 19087
Telephone: (610) 667-7706

-and-

SUPPLEMENTAL STATEMENT IN FURTHER SUPPORT OF UNOPPOSED MOTION FOR APPROVAL OF DISTRIBUTION PLAN

1

CASE NO. 3:20-CV-01260-SI

Jennifer L. Joost (Bar No. 296164)[1]
(jjoost@ktmc.com)
Stacey M. Kaplan (Bar No. 241989)
(skaplan@ktmc.com)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000

*Counsel for Lead Plaintiff the State of Rhode Island, Office of the General Treasurer, on behalf of the Employees' Retirement System of Rhode Island and Co-Lead Counsel for the Settlement Class*

**BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP**

/s/ Jeremy P. Robinson
John J. Rizio-Hamilton (admitted *pro hac vice*)
(johnr@blbglaw.com)
Jeremy P. Robinson (admitted *pro hac vice*)
(jeremy@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (215) 554-1400

-and-

Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3470

*Counsel for Lead Plaintiff Iron Workers Local 580 Joint Funds and Co-Lead Counsel for the Settlement Class*

---

[1] In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the signatories.

SUPPLEMENTAL STATEMENT IN FURTHER SUPPORT OF UNOPPOSED MOTION FOR APPROVAL OF DISTRIBUTION PLAN     2     CASE NO. 3:20-CV-01260-SI