**KESSLER TOPAZ MELTZER
    & CHECK, LLP**
Jennifer L. Joost (Bar No. 296164)
(jjoost@ktmc.com)
Stacey M. Kaplan (Bar No. 241989)
(skaplan@ktmc.com)
One Sansome Street, Suite 1850
San Francisco, CA  94104
Telephone: (415) 400-3000

**BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP**
John J. Rizio-Hamilton (admitted *pro hac vice*)
(johnr@blbglaw.com)
Jeremy P. Robinson (admitted *pro hac vice*)
(jeremy@blbglaw.com)
1251 Avenue of the Americas
New York, NY  10020
Telephone: (215) 554-1400

*Lead Counsel for Lead Plaintiffs and
the Settlement Class*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE HP INC. SECURITIES LITIGATION | Case No. 3:20-cv-01260-SI |
| | <u>CLASS ACTION</u> |
| | **SUPPLEMENTAL DECLARATION OF JACK EWASHKO OF A.B. DATA, LTD. IN FURTHER SUPPORT OF LEAD PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF DISTRIBUTION PLAN** |
| | Judge:      Hon. Susan Illston<br>Courtroom: 1 – 17th Floor<br>Date:        April 4, 2025<br>Time:        10:00 a.m. |

SUPPLEMENTAL DECLARATION
OF JACK EWASHKO

CASE NO. 3:20-CV-01260-SI

JACK EWASHKO, declares as follows:

1. I am a Director of Case Management of A.B. Data, Ltd.'s Class Action Administration Company ("A.B. Data"), which has its corporate office in Milwaukee, Wisconsin. I am over 21 years of age and am not a party to the above-captioned action. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto.

2. If the [Proposed] Order Approving Distribution Plan (ECF No. 145-10) ("Distribution Order") is entered as submitted and assuming that a total of $8,357,244.71[1] is available in the Net Settlement Fund at the time of the Initial Distribution, I anticipate that a total of $7,958,749.22 will be distributed in the Initial Distribution to 18,999 eligible Claimants by check or wire transfer, with a Reserve of $398,495.49 established to address any tax liability and claims administration-related contingencies that may arise following the Initial Distribution. *See* Distribution Order ¶ 3(c).

3. Based on these same assumptions, the payments to eligible Claimants in the Initial Distribution will range in amount from a low of $5.05 to a high of $404,878.45, with an average payment amount of $418.90 and a median payment amount of $12.31.

4. The above amounts are estimates and are subject to variation, depending on the amount of additional interest earned by the Settlement Fund prior to the Initial Distribution, among other factors.

I declare, under penalty of perjury, under the laws of the United States of America, that the foregoing is true and accurate to the best of my knowledge.

Executed on April 3, 2025

_____
JACK EWASHKO

---

[1] This amount reflects the current value of the Net Settlement Fund ($8,493,240.25) minus A.B. Data's outstanding fees and expenses and estimate to complete the Initial Distribution (i.e., $135,995.54).

SUPPLEMENTAL DECLARATION OF JACK EWASHKO                    1                    CASE NO. 3:20-CV-01260-SI